UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DeLARSE MONTGOMERY, JR.<br>4220 Willoby Road,<br>Marbury, MD 20658<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE L. CHAO, Chairwoman<br>Pension Benefits Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br><br>BRADLEY B. BELT, Executive Dir.<br>Pension Benefits Guaranty Corp.,<br><br>      Defendants. | Civil Action No. 05CV2157 (RMU) |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and the U.S. Attorney's Office for the District of Columbia as counsel for the Federal Defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Notice of Appearance has been made via mail or electronic filing to plaintiff's counsel, David Shapiro, Swick & Shapiro, 1225 Eye Street, N.W. Suite 1290, Washington, D.C. 20005 this, 16th day of November, 2005.

 

_____
KAREN L. MELNIK
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
(202) 307-0338