UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DELARSE MONTGOMERY | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05CV2157 (RMU) |
| ELAINIE L. CHAO, <u>ET</u> <u>AL.</u>, | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to move, answer, or otherwise respond to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on January 3, 2006.

2. The defendant expects to file a dispositive motion in this case. In order to do so, the undersigned is awaiting additional information from agency counsel. The holidays and vacation schedules have seriously impacted the undersigned's ability to obtain the necessary supporting documents to file a dispositive motion.

3. A dispositive motion is in the interest of judicial economy as it may dispose of the case in a timely fashion.

4. The defendant is requesting an additional thirty days to file an answer or dispositive motion.