UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
DELARSE MONTGOMERY                        )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )        Civil Action No. 05CV2157 (RMU)
                                          )
ELAINIE L. CHAO, ET AL.,                  )
                                          )
                                          )
            Defendants.                   )
_____ )

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the

Federal Rules of Civil Procedure, for an enlargement of time within which to move, answer, or

otherwise respond to Plaintiff's Complaint.  In support of this request, the defendant states as

follows:

1.    The defendant's answer is due to be filed on January 3, 2006.

2.    The defendant expects to file a dispositive motion in this case.  In order to do so,

      the undersigned is awaiting additional information from agency counsel.  The

      holidays and vacation schedules have seriously impacted the undersigned's ability

      to obtain the necessary supporting documents to file a dispositive motion.

3.    A dispositive motion is in the interest of judicial economy as it may dispose of the

      case in a timely fashion.

4.    The defendant is requesting an additional thirty days to file an answer or

      dispositive motion.

5.     Undersigned counsel spoke with Mr. David H. Shapiro concerning this request for

an enlargement.  Counsel stated that plaintiff consents to this request for an

enlargement.

Wherefore the defendant requests until February 3, 2005, to move, answer, or otherwise

respond to Plaintiff's complaint.  A proposed Order accompanies this motion.

Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DELARSE MONTGOMERY )
        Plaintiff, )
         )
    v. ) Civil Action No. 05-2257 (RMU)
         )
ELAINE CHAO, ET AL., )
         )
         )
        Defendants. )
_____)


<u>ORDER</u>

      UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time

to File Answer, the grounds stated therefor and the entire record in this matter, it is by the Court

this _____ day of _____, 2005, hereby

      ORDERED that the said motion be and hereby is granted and Defendant will have until

February 3, 2005, to move, answer, or otherwise respond to plaintiff's complaint.


_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Ms. Steffanie J. Lewis, Esq.
1915 1225 Eye Street, N.W.
Suite 500
Washington, D.C. 20006

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530