UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DeLarse MONTGOMERY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2157 (RMU) |
| ) | |
| **ELAINE L. CHAO, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## PLAINTIFF'S NOTICE

Plaintiff hereby notifies the Court and counsel of an error recently discovered in the initial complaint filed in the instant case. The telephone number for plaintiff's counsel was listed incorrectly as 202-482-0300. The proper telephone number, as listed below, should be 202-842-0300. Please correct the Docket Entry sheet accordingly.

Respectfully submitted,

David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorney for Plaintiff