UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DELARSE MONTGOMERY, JR.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2157 (RMU) |
| **ELAINE CHAO,** Secretary of Labor, <u>et al.</u>, | ) |
| Defendants. | ) |

**JOINT REPORT PURSUANT TO LOCAL RULE 16.3**

Pursuant to LCvR 16.3, counsel for the parties conferred by telephone on February 24, 2006. Based on this conference, the parties hereby report to the Court as follows:

<u>Plaintiff's Statement of the Case</u>

Plaintiff's claims are brought pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972, 42 U.S.C. §§ 2000e et seq., and as further amended by Section 102 of the Civil Rights Act of 1991, 42 U.S.C. 1981a, to remedy acts of discrimination in employment practices by the Pension Benefit Guaranty Corporation ("PBGC") against plaintiff because of his race (black) and his sex (male), and in retaliation for his having engaged previously in protected civil rights activity. Claims are also brought pursuant to the Age Discrimination in Employment Act of 1967, as amended by the Fair Labor Standard Amendments of 1974, 29 U.S.C. § 633(a), to remedy acts of discrimination in employment practices by the PBGC against plaintiff because of his age (58). Lastly, this action is brought pursuant to the Equal Pay Act of 1963, as amended by the Fair Labor Standard Amendments of 1974, 29 U.S.C. § 206(d), to seek

redress for the sex-based pay differential which limited plaintiff's pay compared to a female who performed equal work immediately prior to plaintiff being assigned to essentially the same duties and responsibilities.

Defendants' Statement of the Case

Defendants denies the allegations that plaintiff was subjected to any form of discrimination, including sex, race or age discrimination, or retaliation. Defendants deny that the alleged incidents of discrimination and retaliation actually occurred.

As regards the topics set out in Local Rule 16, the parties state as follows:

1. Status of Dispositive Motions: There are no pending motions. Defendants believe that this action may be resolved by dispositive motion following discovery. Plaintiff believes that the case will not be resolved on dispositive motion.

2. Amended Pleadings: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3. Assignment to Magistrate Judge: Plaintiff consents to the assignment of this case to a Magistrate Judge for all purposes. Defendants do not consent to the assignment of this case to a Magistrate Judge; they prefer to remain on the present calendar for all purposes.

4. Settlement Possibility: The parties do not foreclose the possibility of settlement in this case and are interested in discussing settlement at the earliest point convenient.

5. Alternative Dispute Procedures: The parties agree that Alternative Dispute Resolution may be beneficial and seek an order sending them to a Magistrate Judge to mediate this dispute prior to engaging in discovery.

6. Dispositive Motions: The parties agree that any dispositive motion should be

filed within 60 days of the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the motion, and that any reply should be filed within 30 days of the filing of the opposition.

7. <u>Initial Disclosures</u>:  The parties agree to dispense with initial disclosures.

8. <u>Discovery</u>:  The parties request 180 days to complete discovery.  However, in view of their desire to try to resolve this dispute through mediation (see parts 4 and 5 above), they ask the Court to stay discovery to allow them to engage in mediation with the assistance of a Magistrate Judge.  The parties agree to limit the number of depositions to 10 per side.  Defendants request that interrogatories be limited to 25 per side, pursuant to Fed. R. Civ. P. 33(a).  Plaintiff requests 40 interrogatories per side because the claims involve multiple promotions.  Due to sensitive personal and/or medical information that may be exchanged, the parties may seek a protective order.

9. <u>Experts</u>:  The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.

10. <u>Class Action Procedures</u>:  Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>:  Not appropriate for this case.

12. <u>Proposed Date For The Pretrial Conference</u>:  Plaintiff requests that the Court set a pretrial date in accordance with its usual timing and practices.  Defendants request that a pretrial conference be scheduled once the Court has resolved Defendants' anticipated post-discovery motion for summary judgment.

13. <u>Trial Date</u>:  Plaintiff requests that a trial date be set now.  Defendants request that, if necessary, a trial date should be set at the pretrial conference.

14.  Other Matters: There are no related cases pending before this Court.

Respectfully submitted,                                       Respectfully submitted,

 /s/ with permission by KLM                                    /s/
David H. Shapiro                                              Kenneth L. Wainstein
D.C. Bar No. 961326                                           D.C. Bar No. 451058
SWICK & SHAPIRO, P.C.                                         UNITED STATES ATTORNEY
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005                                        /s/
Tel. (202)842-0300                                            R. Craig Lawrence
Fax (202)842-1418                                             D.C. Bar No. 171538
                                                              Assistant United States Attorney
Attorney for Plaintiff

                                                               /s/
                                                              Karen L. Melnik
                                                              D.C. Bar No. 466452
                                                              Assistant United States Attorney
                                                              555 Fourth Street, N.W., E-4112
                                                              Washington, D.C.  20530
                                                              Tel. (202) 307-0338
                                                              Fax (202) 514-8780

                                                              Attorneys for Defendants