UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELARSE MONTGOMERY, JR. , )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>ELAINE CHAO,　　　　　　　　　　　　)<br>　　　　Secretary of Labor, <u>et al.</u>,　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 05-2157 (RMU) |

## JOINT MOTION TO EXTEND DISCOVERY

The parties jointly request that the deadline for discovery be extended for nine (9) days, so that the parties will have sufficient time to complete discovery. In support of this motion, the parties submit the following:

1.　The current deadline for the close of discovery falls in the middle of the week following Thanksgiving -- on November 29, 2006. The parties have made several efforts to set the taking of depositions, however, because of the schedules of the undersigned attorneys and the witnesses to be deposed, they will not be able to complete the taking of depositions until just after Thanksgiving.

2.　As of now, the parties fully expect to schedule and complete the depositions by the end of the first week of December. This will require a brief, nine (9) day, enlargement of the discovery period, which will in turn serve to accommodate the deponents and counsel alike.

WHEREFORE, the parties respectfully request that the Court extend the discovery deadline to December 8, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| David H. Shapiro | Jeffrey A. Taylor |
| D.C. Bar No. 961326 | D.C. Bar No. 498610 |
| SWICK & SHAPIRO, P.C. | UNITED STATES ATTORNEY |
| 1225 Eye Street, N.W. | |
| Suite 1290 | /s/ |
| Washington, D.C. 20005 | Rudolph Contreras |
| Tel. (202)842-0300 | D.C. Bar No. 434122 |
| Fax (202)842-1418 | Assistant United States Attorney |
| Attorney for Plaintiff | |

                                                /s/
Karen L. Melnik
D.C. Bar No. 466452
Assistant United States Attorney

555 Fourth Street, N.W., E-4112
Washington, D.C. 20530
Tel. (202) 307-0338
Fax (202) 514-8780

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DELARSE MONTGOMERY, JR.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2157 (RMU) |
| **ELAINE CHAO,** Secretary of Labor, <u>et al.</u>, | ) |
| Defendants. | ) |

### **ORDER**

UPON CONSIDERATION OF the Joint Motion to Extend Discovery, and for the reasons stated therein, and the entire record herein, it is this ___ day of October 2006,

ORDERED, that the Joint Motion to Extend Discovery is hereby GRANTED; it is

FURTHER ORDERED, that the discovery period is hereby enlarge to and including December 8, 2006.

_____
UNITED STATES DISTRICT JUDGE

Send copies of issued Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com


Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4112
Washington, D.C. 20530
email - karen.melnik@usdoj.gov