UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELARSE MONTGOMERY, JR.,)
)
    Plaintiff, )
)
    v. )    Civil Action No. 05-2157 (RMU)
)
ELAINE CHAO, Chairwoman, )
Pension Benefit Guarantee Corp. et al., )    **ECF**
)
    Defendants. )
_____)

MOTION FOR AN ENLARGEMENT OF TIME

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a motion for summary judgment. In support of this request, the defendants state as follows:

1. The defendants' motion for summary judgment is due to be filed on February 8, 2007.

2. The undersigned recently received a draft motion for summary judgment from agency counsel. The undersigned expected, as late as yesterday, that she would be able to finish editing the motion for final review and filing. However, it has become apparent that a few extra days beyond the deadline will be necessary to complete the motion.[1]

3. The defendants are requesting an additional five (5) days in which to file their motion for summary judgment. Pursuant to LCvR 7(m), defendants have

---

[1] The undersigned is aware of this Court's order requiring motions for extension of time be filed at least four days prior to the filing date. The undersigned apologizes for not filing the instant motion last night.

contacted plaintiff's counsel, David Shapiro, however, he has been out of town since yesterday, and is not expected back until tomorrow. Although the undersigned and plaintiff's counsel have not discussed this motion specifically, the undersigned does not believe that Mr. Shapiro would oppose defendants' request for an additional five (5) days.

Wherefore the defendants request until February 13, 2007, to file a motion for summary judgment. A proposed Order accompanies this motion.

                        Respectfully submitted,

                        /s/
                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        /s/
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        /s/
                        KAREN L. MELNIK DC BAR # 436452
                        Assistant United States Attorney
                        555 4TH Street, N.W. Rm. E-4112
                        Washington, D.C. 20530
                        (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELARSE MONTGOMERY, JR.,       )<br>                                                            )<br>    Plaintiff,                               )<br>                                                            )<br>        v.                                         )<br>                                                            )<br>ELAINE CHAO, Chairwoman,        )<br>Pension Benefit Guarantee Corp. et al.,  )<br>                                                            )<br>    Defendants.                             )<br>_____) | Civil Action No. 05-2157 (RMU)<br><br><br>**ECF** |

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to file a motion for summary judgment, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until February 13, 2007, to file a motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

David H. Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530