Exhibit 2
MSJ

Page 1

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
DELARSE MONTGOMERY, JR.,       :
                               :
        Plaintiff,             :
                               :
    v.                         : Civil Action No.
                               : 05-2157
ELAINE CHAO, SECRETARY OF LABOR, :
                               :
        Defendant.             :
- - - - - - - - - - - - - - - x

Washington, D.C.
Monday, November 28, 2006

Deposition of

THEODORE J. WINTER, JR.

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before Jon G.

Hundley, Notary Public in and for the District of

Columbia, in the offices of Swick and Shapiro, 1225 I
Street, Northwest, Washington, D.C. 20005, commencing
at 10:23 a.m.

Page 2

APPEARANCES:

On Behalf of the Plaintiff:

DAVID SHAPIRO, ESQ.
Swick & Shapiro
1225 I Street, Northwest
Washington, D.C. 20005

On Behalf of the Defendant:

KAREN L. MELNIK, ESQ.
Assistant U.S. Attorney
Department of Justice
555 4th Street, Northwest, E-4112
Washington, D.C. 20530

KAREN R. ESSER, ESQ.
PBGC
1200 K Street, Northwest
Washington, D.C.

Page 3

CONTENTS

EXAMINATION BY:                    PAGE

Counsel for Plaintiff               4

Counsel for Defendant             146


FURTHER EXAMINATION BY:

Counsel for Plaintiff             149

Page 4

1           PROCEEDINGS
2   Whereupon,
3           THEODORE J. WINTER, JR.
4   was called as a witness and, having been first duly
5   sworn, was examined and testified as follows:
6           DIRECT EXAMINATION
7       BY MR. SHAPIRO:
8       Q   Could you state your name, please, sir?
9       A   Theodore J. Winter, Jr.
10      Q   Now, Mr. Winter, how many — what's your
11  age?
12      A   Fifty-four.
13      Q   And how many years of service?
14      A   With the federal government, approximately
15  13 or 14. Fourteen.
16      Q   Where do you live?
17      A   In Fairfax County, Virginia.
18      Q   Could you give me your address, please?
19      A   5713 Barbmor —
20      Q   Barmore?
21      A   I'll spell it for you. B-A-R-B-M-O-R, one
22  word, Court, Alexandria, Virginia.

12 (Pages 45 to 48)

Page 45

1   performance appraisals?
2       A   You're asking me about performance
3   appraisals that I don't see, because --
4       Q   I understand that. But I'm asking you
5   about your organizational structure.
6       A   Right.
7       Q   Ms. Adams, as I understand it, is the only
8   supervisor in her branch.
9       A   Right. The others are team leaders.
10      Q   Which are not technically -- they supervise
11  projects but they don't supervise people?
12      A   No, a team lead does have supervisory type
13  duties.
14      Q   Yes, but are they formal supervisors in the
15  federal personnel system?
16      A   No.
17      Q   Okay. So how many team leaders are there
18  in Investment Accounting Branch?
19      A   Two.
20      Q   And who are they?
21      A   Sylvia Shorter and Lisa Cho. Sylvia is a
22  black female and Lisa is of white, Oriental descent.

Page 46

1       Q   So she's an Oriental female?
2       A   You could put it that way.
3       Q   Okay. And up until his retirement, Delarse
4   Montgomery was in Ms. Adams's group. He was in the
5   Investment Accounting Branch, correct?
6       A   Yes.
7       Q   And how long had he been in that branch?
8       A   For an extended period of time, ever since
9   I've been director of Financial Operations. He was
10  in that branch at the time I became director of
11  Financial Operations.
12      Q   Okay, so he was there. And that's how you
13  knew -- that's all you know him as?
14      A   No, no.
15      Q   Where did he come from?
16      A   Previously, he was in the -- the premium
17  operations area which would have, by name, been the
18  Collection and Compliance Division.
19      Q   Collection and Compliance?
20      A   Yeah. Now, I don't know, when he started
21  in that division it probably had a different name.
22  But it's all related -- the business function has not

Page 47

1   changed.
2       Q   But since you've been the deputy director
3   at FOD, he's been --
4       A   Since I've been the deputy -- no, what I
5   said was since I became director.
6       Q   I'm asking you now, since you became deputy
7   director --
8       A   I don't know the precise year that he
9   transferred from CCD or its predecessor named
10  organization to IAB.
11      Q   What job did he have before his retirement?
12  What was his position?
13      A   He held a GS11 position.
14      Q   And what was the series?
15      A   Financial specialist.
16      Q   Do you remember the series number?
17      A   I think it is 501.
18      Q   And you say he was a GS11. So he was a GS
19  501 11 financial specialist?
20      A   Let me stop and think, because I'm not an
21  expert on positions and grade levels.
22      Q   I understand. I'm not asking you to be an

Page 48

1   expert. Just tell me what he was. I'm not asking
2   you to define it or --
3       A   Right, right. No, I think I'm confusing
4   myself here.
5       Q   Okay, take a minute and think about it.
6   Don't want you to be confused.
7       A   Yeah, I confused myself. I need to correct
8   my statement.
9       Q   Sure, go ahead.
10      A   GS12.
11      Q   All right, he was a GS12 501 financial
12  specialist?
13      A   Yes, sir.
14      Q   Okay. And what is a financial specialist?
15      A   In what context are you asking me?
16      Q   In the context of the Financial Operations
17  Division or in the context of --
18      A   It's a job classification that is used by
19  HR and by the federal government, I presume, to
20  classify people that perform certain financial
21  functions.
22      Q   Which financial functions?

Page 141

1  A  Is it within the realm of possibility?
2  Q  Yes.
3  A  It would depend on how one defined
4  accounting duties.
5  Q  You're a financial specialist, right? Yes?
6  A  Yes.
7  Q  And you do some accounting duties?
8  A  Again, it would depend upon how broadly you
9  defined -- my background, as we've discussed, is an
10 accountant. My current position more is a management
11 position as a senior level position.
12 Q  Right. You do do accounting duties,
13 though?
14 A  I don't do debits and credits.
15 Q  No, but you review them.
16 A  I don't -- I don't prepare transactions for
17 entry into the general ledger.
18 Q  But you advise --
19 A  I don't review those transactions, either.
20 Q  Do you advise the corporation on accounting
21 matters?
22     MS. MELNIK: Objection. Vague.

Page 142

1      THE WITNESS: What type of matters?
2      BY MR. SHAPIRO:
3  Q  Accounting matters. You supervise
4  accounting matters, don't you? You review accounting
5  matters.
6  A  The accounting operations is under my
7  duties as Director of Financial Operations.
8  Q  Could you do your job without being an
9  accountant?
10 A  Yes.
11 Q  Okay, but you bring to bear in some of the
12 things you do accounting knowledge, correct?
13 A  My accounting knowledge is helpful in --
14 depending upon the situation that arises.
15 Q  You review the work of accountants, reports
16 written by accountants.
17 A  I review the end product, which is the
18 financial statements themselves.
19 Q  And you sign off on them, don't you?
20 A  And the -- and the -- do I sign off on
21 them?
22 Q  Yes. You submit them on behalf of FOD up

Page 143

1  the line to your superiors?
2  A  I submit them on behalf of FOD up to my
3  supervisor, that's correct.
4  Q  Is it fair to say that you were hostile to
5  giving Mr. Montgomery an accounting position?
6  A  No.
7  Q  Is it fair to say that you were hostile to
8  giving Mr. Montgomery a grade promotion to a 13?
9  A  No.
10 Q  You were not hostile to that?
11 A  I never had any hostility to Monty or
12 anyone else in pursuing --
13 Q  I'm not talking about hostility to a
14 person. I mean hostile to the idea of promoting it.
15 A  No.
16 Q  Did somebody recommend his promotion to
17 you?
18 A  No.
19 Q  Mr. McKinnon didn't recommend his
20 promotion?
21 A  No.
22 Q  Mr. McKinnon didn't recommend him becoming

Page 144

1  an accountant, moving to an accounting series?
2  A  Mr. McKinnon wanted to give Monty the
3  opportunity to expand his skill set into accounting.
4  He was not recommending that Monty be upgraded to a
5  GS13 accountant.
6  Q  Did Ms. Adams recommend to you or propose
7  to you that Monty get a 13?
8  A  No.
9  Q  She never did that?
10 A  Never.
11 Q  Did she ever ask you whether Monty should
12 get a 13 --
13 A  No.
14 Q  -- could Monty get a 13?
15 A  No.
16 Q  Did Ms. Adams ever approach you with the
17 idea that Monty wanted a 13?
18 A  Yes, because that was part of the rationale
19 for doing the desk audit.
20 Q  I see, so that was circulated around the
21 desk audit?
22 A  Yes.