Exhibit
#3
m s J

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
DeLARSE MONTGOMERY, JR.        :
                              :
            Plaintiff,         :
                              :
      v.                       : C.A. #05-2157
                              :
ELAINE CHAO, Secretary of Labor, :
et al.,                        :
                              :
            Defendants.         :
                              :
- - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, November 30, 2006

Deposition of

CYNTHIA R. ADAMS

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before Jon G.

Hundley, Notary Public in and for the District of

Columbia, in the law offices of Swick & Shapiro,

Suite 1290, Conference Room, 1225 I Street, N.W.,
Washington, D.C., commencing at 10:10 a.m.

Page 2

APPEARANCES:

On Behalf of the Plaintiff:

DAVID H. SHAPIRO, ESQ.
Swick & Shapiro
1225 I Street, N.W., Suite 1290
Washington, D.C. 20005

On Behalf of the Defendants:

KAREN L. MELNIK, ESQ.
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

KAREN R. ESSER, ESQ.
Pension Benefits Guaranty Corporation (PBGC)
1200 K Street, N.W.
Washington, D.C. 20005

* * *

Page 3

CONTENTS

EXAMINATION BY:                        PAGE
Counsel for Plaintiff                    4
Counsel for Defendants                 130

FURTHER EXAMINATION BY:

Counsel for Plaintiff            161
                          172
                          175

Counsel for Defendants           170
                          172

ADAMS DEPOSITION EXHIBITS:

(No exhibits.)

* * *

Page 4

1                 PROCEEDINGS
2                    (10:10 a.m.)
3    Whereupon,
4            CYNTHIA R. ADAMS
5    was called as a witness and, having been first duly
6    sworn, was examined and testified as follows:
7        EXAMINATION BY COUNSEL FOR PLAINTIFF
8        BY MR. SHAPIRO:
9        Q   Could you state your full name, ma'am?
10       A   Cynthia Adams.
11       Q   And, Ms. Adams, where do you live?
12       A   Brandywine, Maryland.
13       Q   Can you give me your address, please?
14       A   12112 Elmwood, that's one word, Drive,
15   Brandywine 20613.
16       Q   And your telephone there?
17       A   (310) 782-3551.
18       Q   Ms. Adams, can you give me your date of
19   birth, please?
20       A   9-12-64.
21       Q   And are you a college graduate, ma'am?
22       A   Yes.

Page 5

1        Q   And where did you go to college?
2        A   North Carolina A&T State University in
3    Greensboro, North Carolina; and I received a Master's
4    Degree from Johns Hopkins University.
5        Q   And what is your degree in?  When did you
6    graduate from North Carolina A&T?
7        A   1986.
8        Q   In what field?
9        A   Accounting.
10       Q   And you say you have a Master's Degree.
11       A   Yes.
12       Q   In what?
13       A   Financial management.
14       Q   M.S. or M.A.?
15       A   M.A.S.
16       Q   And did you go full-time to Johns Hopkins?
17       A   No, part-time.
18       Q   And when did you get that degree?
19       A   1995.
20       Q   Was that taken down here or in Baltimore,
21   the
22   D.C. Campus?

## Page 6

1   A   Columbia, yeah.

2   Q   In Columbia?

3   A   Mm-hmm.

4   MS. MELNIK:  You have to say yes or no.

5   THE WITNESS:  Yes.

6   BY MR. SHAPIRO:

7   Q   Good.  And I take it you went to college

8   full-time?

9   A   Yes.

10  Q   So you graduated from high school in —

11  A   1982.

12  Q   Where did you go to high school?

13  A   Ridgeland, R-i-d-g-e-l-a-n-d High School.

14  Q   Where is that?

15  A   In Ridgeland, South Carolina.

16  Q   I understand you're currently employed with

17  PBGC —

18  A   That's correct.

19  Q   — Pension Benefits Guaranty Corporation?

20  A   That's correct.

21  Q   Okay.  When did you start with them?

22  A   1993.

## Page 7

1   Q   And your current job is what?

2   A   Supervisory accountant.

3   Q   And what is the functional job, branch

4   chief?

5   A   Branch chief.

6   Q   And chief of what branch?

7   A   Investment Accounting Branch.

8   Q   What division is that in?

9   A   Controller Operations Division.

10  Q   In the Financial Operations Department?

11  A   Yes.

12  Q   And how long have you held that job?

13  A   Since 1998.

14  Q   Before you became the branch chief, what

15  was your position?

16  A   A supervisor.

17  Q   Okay, now, in your branch chief position,

18  what's your grade?

19  A   GS-14.

20  Q   And before you got that job, were you also

21  a GS-14?

22  A   GS-13.

## Page 8

1   Q   I see.  So that job was a promotion to you

2   when you got it?

3   A   Yes.

4   Q   Okay.  But you were still a supervisory

5   accountant?

6   A   Yes.

7   Q   As a 13?

8   A   Yes.

9   Q   And were you in the same branch?

10  A   Yes.

11  Q   And how long did you hold that job, the 13,

12  the 13 supervisory accountant job?

13  A   Two years.

14  Q   So from '91 to '93?

15  A   No.  I came in the door —

16  Q   I'm sorry, I'm sorry.  '96 to '98?

17  A   That's — yes.

18  Q   All right.  So you were two years in the

19  branch as a supervisory accountant, GS-13?

20  A   Yes.

21  Q   Then you got a promotion to 14 and became

22  the branch chief?

## Page 9

1   A   Yes.

2   Q   Okay.  Prior to being a supervisory

3   accountant GS-13 in the Investment Accounting Branch,

4   you were employed at PBGC?

5   A   Yes.

6   Q   And where were you?

7   A   Still in the Investment Accounting Branch,

8   as a trust accountant.

9   Q   Trust accountant, GS?

10  A   Started as an 11, got promoted to a 12.

11  Q   So that was '93?  You started in that

12  branch in '93?

13  A   Yes.

14  Q   And when was the promotion?

15  A   1994.

16  Q   And before you came to PBGC, were you

17  employed?

18  A   Yes.

19  Q   Where?

20  A   Westinghouse Electric Corporation.

21  Q   And where did you work for them?  Where was

22  that?

Page 10

1    A    Baltimore -- well, let's see. I guess you
2  could call it Baltimore, Maryland, but it was out
3  near BWI.
4    Q    So Baltimore County?
5    A    Yes. Actually, strike that. It was Anne
6  Arundel County.
7    Q    Okay. And what did you do for Westinghouse
8  Electric?
9    A    The last title that I held, as best I can
10  remember, was called financial administrator. It was
11  an accounting position.
12    Q    How long did you work there?
13    A    Six-and-a-half years.
14    Q    So that would be from '87 to '93?
15    A    1986.
16    Q    '86 --
17    A    Yes.
18    Q    -- to '93?
19    A    Yes.
20    Q    And you came there seamlessly to PBGC from
21  there?
22    A    Yes.

Page 11

1    Q    Okay. And you started as what?
2    A    At Westinghouse?
3    Q    Yes.
4    A    A budget administrator.
5    Q    And then you got a different job?
6    A    Yes.
7    Q    What was the last job?
8    A    Financial administrator.
9    Q    Why did you leave Westinghouse?
10    A    I wanted a career change. I wanted to work
11  for the federal government.
12    Q    Okay. And what other jobs did you hold in
13  between, or was it just budget and then financial
14  administrator?
15    A    That was it.
16    Q    Okay. And when you finished, what was your
17  salary there?
18    A    As best I can recall, it was about 32,000.
19    Q    And your starting salary?
20    A    At Pension -- oh, at Westinghouse?
21    Q    Yeah, mm-hmm.
22    A    22,000.

Page 12

1    Q    So you went there right out of college?
2    A    Yes.
3    Q    Good. Now, your boss now is who?
4    A    Wayne McKinnon.
5    Q    So he's your immediate supervisor?
6    A    Yes.
7    Q    And who is your second-line?
8    A    Ted Winter.
9    Q    So Ted Winter is the head of FOD?
10    A    Yes.
11    Q    And Mr. McKinnon is the head of Controller
12  Operations Division?
13    A    Yes.
14    Q    He's called manager, Controller Ops?
15    A    I believe.
16    Q    And Mr. Winter is the director, FOD?
17    A    Yes.
18    Q    You have to have a program for this,
19  because every agency does it differently. Branch
20  chiefs are branch chiefs, directors are division
21  directors, but here it's not division director, it's
22  manager.

Page 13

1        Now, I want to ask you about your branch,
2  okay?
3    A    Okay.
4    Q    The branch that you've headed, and I'm
5  particularly interested in the time period 2001 to
6  this year, so this five-year period, 2001 to 2006.
7    A    Okay.
8    Q    Okay? That timeframe is what I'm
9  interested in.
10        Has the branch been stable in terms of
11  size?
12    A    Since 2001?
13    Q    Yes.
14    A    Yes.
15    Q    Okay. So right now, in your branch -- and
16  I understand sometimes they call this a different
17  name. I know the technical name is Investment
18  Accounting Branch, right?
19    A    Yes.
20    Q    But some people call it the Trust
21  Accounting Branch --
22    A    Yes.

4 (Pages 10 to 13)

Page 14

1     Q   — or something like that? Okay. So
2  that's like a nickname?
3     A   Yes.
4     Q   Okay. Investment Accounting Branch, you're
5  the branch chief?
6     A   Yes.
7     Q   Okay. Now, under you are there any
8  subordinate supervisors?
9         And when I say supervisor, now, I'm talking
10  about within the federal government system a
11  technical supervisor, somebody who actually rates
12  employees, signs their performance appraisals, not a
13  team leader who just supervises like a project.
14        I'm talking about a real supervisor under
15  the system. Are there any other supervisors in the
16  branch now, other than you?
17     A   No.
18     Q   Okay. In 2001, were there? In other
19  words, has the structure changed?
20     A   The structure changed. I don't recall what
21  year it changed.
22     Q   But it changed while you were chief?

Page 15

1     A   Yes.
2     Q   So there was a time — and correct me if I
3  have this wrong, because this is a question — there
4  was a time when you were not the only supervisor in
5  the branch, you were just the top supervisor in the
6  branch?
7     A   Yes.
8     Q   Okay. How many other supervisors were
9  there?
10     A   Two.
11     Q   Okay. You used to be one of those
12  supervisors?
13     A   Yes.
14     Q   So I take it when you became branch chief,
15  somebody else got promoted to that other supervisory
16  slot?
17     A   Yes.
18     Q   Okay. So today, there's just one
19  supervisor, you?
20     A   Yes.
21     Q   Okay. Now, do you recall, since you came
22  to your current job in '98 —

Page 16

1     A   Yes.
2     Q   — do you recall that by 2000, the
3  structure was just one supervisor?
4     A   I cannot remember the date that that
5  changed.
6     Q   Good. I'm not asking for the date, just
7  sort of general, so let me try this.
8         Remember all that Y2K stuff?
9     A   Yes.
10     Q   I mean, everybody was all involved and
11  worried about Y2K.
12        After Y2K, in other words after that was
13  all done, were there subordinate supervisors, using
14  that as a point to focus your memory, since it's hard
15  to find a date when it changed?
16     A   I really can't recall.
17     Q   Okay, good. How many years ago did you
18  start rating everyone in the branch?
19     A   I honestly don't remember.
20     Q   Okay. Who were the last subordinate
21  supervisors that you had?
22     A   Lisa Cho and —

Page 17

1     Q   C-h-o?
2     A   Yes.
3     Q   And?
4     A   Sylvia Shorter.
5     Q   Now, are they still there?
6     A   Yes.
7     Q   But they had their supervisory duties taken
8  away?
9     A   Yes.
10     Q   There was some sort or reorganization?
11     A   Yes.
12     Q   Okay. And now these are two team leaders?
13     A   Yes.
14     Q   Okay. And so I take it, do you actually
15  have fixed teams, or is it that you get the team
16  leader, you report to a team leader depending on your
17  project that you're assigned?
18     A   Fixed teams.
19     Q   Fixed teams. Okay. That's the structure
20  now?
21     A   Yes.
22     Q   So there's the branch chief, you, and then

## Page 18

1  are there people that are not on teams that are in
2  the branch, that report directly to you, but they're
3  not team leaders?
4   A  No.
5   Q  So everybody is on a team?
6   A  Yes.
7   Q  Except you?
8   A  Yes.
9   Q  Okay, good.  So there's the team headed by
10 Ms. Cho.  Does it have a name?
11  A  Cho.
12  Q  Cho.  Does that have a name?
13  A  No.
14  Q  Okay.  So the Cho team.  And then there's
15 the Shorter team?
16  A  Yes.
17  Q  And how many people are on the --
18  A  In total, on what?
19  Q  Well, hold on a second.  Ms. Cho and Ms.
20 Shorter are GS-13s?
21  A  Yes.
22  Q  Both of them?

## Page 19

1   A  Yes.
2   Q  Now, they're not supervisory accountants
3  anymore?
4   A  No.
5   Q  They're now called what?
6   A  Team leads.
7   Q  Team leads.  And but their actual position,
8  it's 1102, right?
9   A  I don't know.
10  Q  Sorry, not 1102.  It's a 510?
11  A  510.
12  Q  So 510, you're a branch chief, but when I
13 first asked you what your position was, you said
14 supervisory accountant.
15  A  That's my title.
16  Q  Right.  Your functioning title is branch
17 chief --
18  A  Yes.
19  Q  -- but your actual title of your position
20 is supervisory accountant?
21  A  Yes.
22  Q  These people are, their functional title is

## Page 20

1  team lead, but their actual title, what, senior
2  accountant?  Trust accountant?
3   A  I don't know what -- they're not trust
4  accountants.  I'm not sure what their exact title is.
5   Q  Okay.  Are there other 13s in the office?
6   A  Yes.
7   Q  So tell me about Ms. Cho's team.  Who is on
8  it?
9   A  You want names?
10  Q  Right now, sure.
11  A  Okay.  Everta Redding --
12  Q  I'm sorry?
13  A  Everta --
14  Q  Everta?
15  A  -- E-v-e-r-t-a Redding.
16     Alan Becker, A-l-a-n B-e-c-k-e-r.
17  Q  Mm-hmm.
18  A  June Jackson.
19     Paula Bonds, P-a-u-l-a B-o-n-d-s.
20     Grace Feng, G-r-a-c-e F-e-n-g.
21     Lafaye Graham, L-a-f-a-y-e G-r-a-h-a-m.
22     I believe that's her team.

## Page 21

1   Q  Okay.  Then the Shorter team -- let me ask
2  you about these people first.
3     Everta?
4   A  Let me back up.  I remembered one more
5  person for Lisa.
6   Q  Sure.
7   A  Carla Williams, C-a-r-l-a W-i-l-l-i-a-m-s.
8   Q  Okay.  Ms. Everta Redding?
9   A  Yes.
10  Q  She's a GS?
11  A  7.
12  Q  And she is a?
13  A  Accounting technician.
14  Q  Okay.  And Mr. Becker?
15  A  Accountant.
16  Q  GS?
17  A  12.
18  Q  Now, accounting tech is 5, what's the
19 series?
20  A  I don't know.
21  Q  Okay.  June Jackson?
22  A  GS-11.

Page 22

1  Q  And she is a?
2  A  Accountant.
3  Q  And Paula Bonds?
4  A  Accountant.
5  Q  GS?
6  A  12.
7  Q  Grace Feng?
8  A  Accountant.
9  Q  GS?
10  A  12.
11  Q  And Lafang Graham?
12  A  Lafaye.
13  Q  Lafaye, sorry.
14  A  Accountant. GS-12.
15  Q  And Carla Williams?
16  A  Accountant.
17  Q  GS?
18  A  12.
19  Q  Okay. And the Shorter team?
20  A  Sabrina Smart, S-a-b-r-i-n-a S-m-a-r-t.
21     Tajudeen, T-a-j-u-d-e-e-n Balogun, B-a-l-o-
22  g-u-n.

Page 23

1     Ray Afshar, A-f-s-h-a-r.
2     Yolanda Gamble, Y-o-l-a-n-d-a G-a-m-b-l-e.
3     Deborah White, D-e-b-o-r-a-h W-h-i-t-e.
4     Michelle Sofidiya, M-i-c-h-e-l-l-e S-o-f-i-
5  d-i-y-a.
6     Alicia Brooks, A-l-i-c-i-a B-r-o-o-k-s.
7     I forgot somebody on Lisa's team.
8     Julie Callahan, J-u-l-i-e C-a-l-l-a-h-a-n,
9  accountant, GS-12.
10  Q  Okay. Do we now have everybody on the
11  Shorter team?
12  A  No.
13     Gideon, G-i-d-e-o-n Borena, B-o-r-e-n-a.
14  Q  That it?
15  A  That's it.
16  Q  Okay. So Sabrina Smart, she is what?
17  A  Accountant.
18  Q  Grade?
19  A  12.
20  Q  Ms. Balogun?
21  A  Mr.
22  Q  Mr.

Page 24

1  A  Accountant.
2  Q  Grade?
3  A  12.
4  Q  Mr. Afshar?
5  A  Accountant. 13.
6  Q  Yolanda Gamble?
7  A  Accountant. 12.
8  Q  Deborah White.
9  A  Accountant.
10  Q  Grade?
11  A  12.
12  Q  Michelle Sofidiya?
13  A  Yes. Accountant. 12.
14  Q  Alicia Brooks?
15  A  Accountant.
16  Q  Grade?
17  A  11.
18  Q  And Gideon Borena?
19  A  Accountant. 11.
20  Q  And you've now named all the people in the
21  branch, right?
22  A  To the best of my knowledge, unless I'm

Page 25

1  just missing somebody, yes.
2  Q  Okay. So Ms. Everta Redding, she's female?
3  A  Yes.
4  Q  And white or black?
5  A  Black.
6  Q  And how old is she?
7  A  I don't know.
8  Q  Younger than you?
9  A  No.
10  Q  Older than you?
11  A  Yes.
12  Q  Okay.
13  Q  Alan Becker, white or black?
14  A  White.
15  Q  How old?
16  A  Older than me.
17  Q  Okay. June Jackson?
18  A  Black.
19  Q  Older than you?
20  A  Younger.
21  Q  How young? Twenties?
22  A  I don't have any idea.

Page 26

1   Q   Okay. Is she a ne employee?
2   A   Yes.
3   Q   And when did she come?
4   A   August or September.
5   Q   Of this year?
6   A   Yes.
7       MS. MELNIK: I apologize, I missed it. Are
8   we talking about Jackson?
9       MR. SHAPIRO: Jackson, yes, June Jackson.
10      MS. MELNIK: Female?
11      MR. SHAPIRO: Yes.
12      THE WITNESS: Female.
13      MS. MELNIK: And what?
14      MR. SHAPIRO: Black female.
15      MS. MELNIK: Okay, sorry.
16      BY MR. SHAPIRO:
17  Q   Just out of school? Is that where she came
18  from?
19  A   No.
20  Q   Where did she come from?
21  A   A law firm.
22  Q   Is she a lawyer?

Page 27

1   A   No.
2   Q   Okay. What about Paula Bonds? Black?
3   A   Black.
4   Q   Younger or older than you?
5   A   Younger.
6   Q   Is she a new employee?
7   A   No.
8   Q   When did she come?
9   A   I don't know.
10  Q   She's in her 30s?
11  A   Yes.
12  Q   Grace Feng? Black?
13  A   Chinese.
14  Q   Chinese. So Asian American?
15  A   Asian, yes.
16  Q   Younger?
17  A   Older.
18  Q   Forties?
19  A   I don't know.
20  Q   Fifties?
21  A   I don't know.
22  Q   Okay. Lafaye Graham?

Page 28

1   A   Black.
2   Q   Female?
3   A   Yes.
4   Q   Younger than you?
5   A   Yes.
6   Q   Thirties? Twenties?
7   A   No, not twenties. Late 30s or 40. I can't
8   remember.
9   Q   Carla Williams?
10  A   Black.
11  Q   Younger than you?
12  A   Older.
13  Q   She's in her 40s?
14  A   Yes.
15  Q   Ms. Everta Redding is in her 40s?
16  A   I don't know.
17  Q   Forties or 50s?
18  A   Between those two, yes.
19  Q   And how about Mr. Becker? Fifties?
20  A   I don't know.
21  Q   But older than you?
22  A   Yes.

Page 29

1   Q   You said Grace Feng was?
2   A   Asian.
3   Q   And she's —
4   A   Oh.
5   Q    -- older than you?
6   A   Yes.
7   Q   Forties?
8   A   I don't know.
9   Q   Fifties?
10  A   I don't know.
11  Q   Julie Callahan, black?
12  A   White.
13  Q   White? Older than you?
14  A   Yes.
15  Q   Forties?
16  A   I don't know.
17  Q   All right. Sabrina Smart. Black?
18  A   Yes.
19  Q   Female. Older than you?
20  A   Yes.
21  Q   Forties?
22  A   Yes.

8 (Pages 26 to 29)

Page 30

| | | |
|---|---|---|
| 1 | Q | Mr. Balogun? |
| 2 | A | Yes. |
| 3 | Q | Older or younger? |
| 4 | A | Older. |
| 5 | Q | Forties or 50s? |
| 6 | A | I don't know. |
| 7 | Q | And he is a white, black? |
| 8 | A | A black. |
| 9 | Q | Ray Afshar? |
| 10 | A | Yes. |
| 11 | Q | Black, white? |
| 12 | A | Middle Eastern. |
| 13 | Q | So he's not African American? |
| 14 | A | That's correct. |
| 15 | Q | Asian? |
| 16 | A | No. |
| 17 | Q | No. And how old is he? |
| 18 | A | Older. |
| 19 | Q | Fifties? |
| 20 | A | I don't know. |
| 21 | Q | Yolanda Gamble. Black? |
| 22 | A | Black. |

Page 31

| | | |
|---|---|---|
| 1 | Q | Older than you? |
| 2 | A | Younger. |
| 3 | Q | Thirties? |
| 4 | A | Twenties. |
| 5 | Q | Twenties. How long has she been there? |
| 6 | A | I don't know. I can't remember. |
| 7 | Q | She came when you were there? |
| 8 | A | Yes. |
| 9 | Q | Okay. Deborah White. Black? |
| 10 | A | Black. |
| 11 | Q | How old? |
| 12 | A | Forties. |
| 13 | Q | Michelle -- |
| 14 | A | Sofidiya. |
| 15 | Q | -- Sofidiya? |
| 16 | A | Yes. |
| 17 | Q | Black? |
| 18 | A | Black. |
| 19 | Q | Twenties? |
| 20 | A | Twenties. |
| 21 | Q | Alicia Brooks? |
| 22 | A | Black. |

Page 32

| | | |
|---|---|---|
| 1 | Q | Thirties? |
| 2 | A | Twenties. |
| 3 | Q | Twenties. |
| 4 | | And Gideon Borena? |
| 5 | A | I don't know his nationality. He's -- |
| 6 | Q | Is it African American? |
| 7 | A | No, he's not African American. |
| 8 | Q | Okay. White? |
| 9 | A | No. |
| 10 | Q | Asian? |
| 11 | A | No. |
| 12 | Q | Okay. |
| 13 | A | I'm not sure what country he's from. |
| 14 | Q | How old? |
| 15 | A | I don't know. |
| 16 | Q | Okay. Now, over the course of the last |
| 17 | five years or so, have you gotten additional FTEs? |
| 18 | You know what an FTE is, right? |
| 19 | A | Yes. |
| 20 | Q | It's a full-time equivalent? |
| 21 | A | Yes. |
| 22 | Q | In other words, it's a position, a new |

Page 33

| | | |
|---|---|---|
| 1 | funded position, correct? |
| 2 | A | Yes. |
| 3 | Q | Okay. Have you received in your branch any |
| 4 | additional FTEs over the last five years or so? |
| 5 | A | Yes. |
| 6 | Q | Okay. And how many FTEs have you received? |
| 7 | A | At least four. |
| 8 | Q | So your branch has grown? |
| 9 | A | Yes. |
| 10 | Q | Okay. Have you lost any FTEs? |
| 11 | A | I lost Monty's position. |
| 12 | Q | But you lost the position, but did you lose |
| 13 | the FTE? |
| 14 | A | Yes. |
| 15 | Q | Okay. So that's just recently? |
| 16 | A | Yes. |
| 17 | Q | And how were you advised of that? |
| 18 | A | Ted Winter told me. |
| 19 | Q | He told you orally? |
| 20 | A | Yes. |
| 21 | Q | He just called you in and said, "You're not |
| 22 | going to replace Monty"? |

Page 34

1    A   Yes.

2    Q   "You've lost the FTE" —

3    A   Yes.

4    Q   — or "You're just not" — did he say,

5   "You're not" — "You've permanently lost the FTE," or

6   did he say, "We're not going to advertise that job

7   now"?

8    A   No, he said that he was taking the FTE.

9    Q   So it wasn't lost to FOD, it was lost to

10  your branch?

11   A   Yes.

12   Q   So in other words, PBGC wasn't taking an

13  FTE from FOD; Ted Winter was taking an FTE from your

14  branch?

15   A   Yes.

16   Q   Was he also taking it from the division?

17   A   I don't know what he did with it.

18   Q   Okay.  But it was he who was taking it?

19   A   Yes.

20   Q   So this was just like September, October —

21   A   Yes.

22   Q   — you were advised of this.

Page 36

1    Q   To your boss?

2    A   Yes.

3    Q   And to Ted Winter?

4    A   Yes.

5    Q   All right.  And if they like the idea, they

6   have you write it up?

7    A   Yes.

8    Q   Okay.  And then they initial off on it and

9   it goes higher, outside of FOD?

10   A   Yes.

11   Q   Okay.  Let me ask you this.  Of these

12  additional positions, did any of them just get

13  transferred within FOD to you?

14   A   Not that I know of.

15   Q   So these were new positions given by PBGC

16  to FOD for your branch?

17   A   As far as I know, yes.

18   Q   Okay.  Well, we can only go by what you

19  know.  We can't — you might be wrong, but you're

20  going to tell us what you know.  Okay?

21   A   Yes.

22   Q   All right, good.

Page 35

1       Okay.  These new four FTEs that you've

2   gotten over the last five years, did you get any FTEs

3   before that, in the period before that, from '98 to

4   say 2001?

5    A   I don't remember.

6    Q   So you know that in the last five years,

7   the branch has grown some?

8    A   Yes.

9    Q   And you've gotten at least four FTEs?

10   A   Yes.

11   Q   Now, this business of getting an FTE, I

12  take it these were things that you requested?

13   A   Yes.

14   Q   All right.  Now, when you request an FTE,

15  do you make the request to the division, or do you

16  actually write the request to Mr. Winter, or does the

17  department, FOD, make the request to somebody higher?

18       MS. MELNIK:  Objection as to form, but you

19  can answer.

20       BY MR. SHAPIRO:

21   Q   Go ahead.

22   A   I make the initial request.

Page 37

1       Now, when you write these things up, when

2   you ask for an FTE, an additional position, you

3   describe the duties that you want and the grade level

4   you want it for?

5    A   Yes.

6    Q   And do you describe the field, the series

7   that you want it in, or just, "I need a GS-13 to do

8   the following duties"?

9    A   That's pretty much it.

10   Q   Okay.  So, "I need this level person to do

11  the following duties," that's the request?

12   A   Yes.

13   Q   Okay.  And that's what you propose?

14   A   Yes.

15   Q   And that goes up the line to your boss, to

16  his boss, and out?

17   A   Yes.

18   Q   Okay.  Now, these four FTEs, were they

19  requested all at the same time?

20   A   No.

21   Q   They were requested at different times?

22   A   Yes.

10 (Pages 34 to 37)

Page 38

1    Q   Okay. Now, this was part of a particular
2   fiscal year. I think they called this a
3   reapportionment of positions, that's what they call
4   it?
5    A   Yes.
6    Q   Okay. So it wasn't that PBGC was asking
7   for more position from the Congress. It was that
8   there was a reapportionment requested within PBGC of
9   FTEs that existed, correct?
10   A   Yes.
11   Q   And you received four, correct?
12   A   I received them at different times, but
13   yes.
14   Q   But they were all in the same fiscal year,
15   weren't they?
16   A   I don't remember.
17   Q   Do you recall there being a particular
18   fiscal year when this expansion took place?
19   A   As best as I can recollect, fiscal year
20   2006.
21   Q   That's the fiscal year that just ended?
22   A   Yes.

Page 39

1    Q   You think that's the fiscal year that this
2   was requested for?
3    A   Yes.
4    Q   Or is this the fiscal year that you got
5   these additional —
6    A   I got those in 2006.
7    Q   But the request was made earlier? The
8   request has been pending for some time —
9    A   It has been.
10   Q   — is that right?
11   A   Yes.
12   Q   So it might have even been pending, the
13   request may have even been made in fiscal 2004?
14       MS. MELNIK: Objection as to vague?
15       BY MR. SHAPIRO:
16   Q   Correct? It could have been pending even
17   more than a year, correct?
18       MS. MELNIK: Objection as to form. You can
19   answer if you can.
20       THE WITNESS: Yes.
21       BY MR. SHAPIRO:
22   Q   Okay. So you got these jobs at different

Page 40

1   times, but the request was all in the same fiscal
2   year, the request for these jobs, for these
3   additional FTEs were in the same fiscal year?
4    A   I don't remember.
5    Q   You don't remember. Could be?
6       MS. MELNIK: Objection as to form.
7       BY MR. SHAPIRO:
8    Q   Do you recall the writeups at the same
9   time, that you were preparing writeups for these
10  fiscal — these requests?
11   A   I remember the writeup.
12   Q   And were the writeups at the same time?
13   A   No.
14   Q   They weren't?
15   A   No.
16   Q   You remember them at different times?
17   A   Yes.
18   Q   Okay. They weren't all for accountants,
19  were they?  One was for an accounting tech?
20   A   Yes.
21   Q   Okay. Now, your unit, your branch is
22  called by initials IAB?

Page 41

1    A   Yes.
2    Q   So if I saw something that said FOD/IAB, it
3 · would be your branch?
4    A   Yes.
5    Q   They don't usually put the division in
6   there when they just do the branch, the branches have
7   separate names, correct?
8    A   Yes.
9    Q   Okay. Now, two of these — well, let me
10  ask you this.
11       One of these jobs one of these FTEs was for
12  a position to be responsible for all trust fund
13  activity at PBGC's custodial bank, correct?
14   A   Yes.
15   Q   Right. That is database reconciliations
16  for acquisitions and liquidations?
17   A   No.
18   Q   That's not what that was for?
19   A   No.
20   Q   All right. Accounting direction memos —
21   A   Yes.
22   Q   — for writing those?

Page 42

1      For daily transfer report, review, and
2  reconciliation?
3      A   I can't remember if that was a part of it
4  or not.
5      Q   For resolving internal control issues?
6      A   Yes.
7      Q   Had all monthly quarterly reports
8  associated with the trust fund?
9      A   Yes.
10     Q   And one of the things that you sought to
11  justify this additional job was, or that justified
12  this additional job, in your mind, was that there was
13  an increased emphasis on internal controls over trust
14  fund activity?
15     A   Yes.
16     Q   Correct?  That would tend to justify a
17  position that is solely responsible for the
18  performance of that work?
19     A   Yes.
20     Q   And you got this job, didn't you?
21     A   Yes.
22     Q   This was a GS-13?

Page 43

1      A   12/13.
2      Q   It was a 12/13?
3      A   Yes.
4      Q   Was it requested as a 12/13 —
5      A   Yes.
6      Q   — or requested as a 13?
7      A   As best I can recollect, it was a 12/13.
8      Q   Okay.  Now, you also requested two jobs,
9  two new FTEs in order to allow your branch to
10  distribute terminated plan work more efficiently?
11     A   Yes.
12     Q   In other words, just trust, more trust
13  accountants?
14     A   Yes.
15     Q   But this other one that I just described
16  was not for that purpose?
17     A   No.
18     Q   That was for two others, right, the trust
19  accountant jobs, right?
20     A   The two others were for trust accountant
21  positions, yes.
22     Q   So that you could distribute the trust

Page 44

1  accountant work more evenly?
2      A   Yes.
3      Q   Okay.  And then the other job that you were
4  seeking was a tech job, an accounting tech?
5      A   Yes.
6      Q   And the other jobs you were seeking, they
7  were also 12/13s?
8      A   No.
9      Q   What were they?
10     A   The top had to be a 12.  I can't remember
11  whether I started it at a 9/11/12 or 11/12, but —
12     Q   11/12.  I see.  Good.
13         And did you get what you asked for?
14     A   Which position are you referring to?
15     Q   All four.
16     A   I did not get the accounting technician.
17     Q   You did not?
18     A   No.
19     Q   So you got three — so how many — what was
20  the other job you got?  You said you got four.
21     A   I got the 12/13 —
22     Q   The one that I described —

Page 45

1      A   Yes.
2      Q   — the one that had to do with trust fund
3  activity, that is to say, the internal controls and
4  reports, right?
5      A   Commingled fund.
6      Q   Right.  And that was a 12/13?
7      A   Yes.
8      Q   And then you got the other two accounting,
9  trust accountant jobs?
10     A   Yes.
11     Q   11/12s or 9/11/12s?  The career ladder?
12     A   Yes.
13     Q   All right.  And what was the fourth job?
14  Because you didn't get the tech.
15     A   That was a part of the reapportionment.  I
16  got one accountant through the reapportionment
17  request.
18     Q   A GS?
19     A   It had to be the same as the other two
20  accountants.
21     Q   So you got three on the career ladder?
22     A   Yes.

Page 46

1   Q   And one specialized job?
2   A   Yes.
3   Q   Okay.  And you got them this year?  That
4   is, last year, 2006 -- fiscal 2006?
5   A   I believe, yes.
6   Q   The fiscal year ending September 30, 2006?
7   A   I believe that was the timeframe.
8   Q   Okay.  But the request was made earlier?
9   A   Yes.
10  Q   Okay.
11      Now, the increased emphasis on internal
12  controls or the trust fund activity, that's been
13  coming on for some time?
14  A   Yes.
15      MS. MELNIK:  Objection as to vague.
16      BY MR. SHAPIRO:
17  Q   And who did this job before you got the
18  person this past year, the new FTE?
19  A   Lisa Cho.
20  Q   Lisa Cho did this particular job?  She was
21  responsible for all trust fund activities at PBGC's
22  custodial bank?

Page 47

1   A   She did the reporting.  We actually had one
2   other -- she was -- she had the overall
3   responsibility for that job.  I had one accountant
4   that was responsible for some of the reports.
5   Q   All right.  Monty didn't do this job?
6   A   No.
7   Q   That was not his duties?
8   A   No.
9   Q   You're sure?
10  A   The reporting for State Street, the main
11  reporting for State Street, no.
12  Q   I didn't say State Street, I said the
13  custodial bank.
14  A   Well, custodial bank, yes.
15  Q   Is that State Street?
16  A   That's -- right now it is, yes.
17  Q   What was it before?
18  A   Pardon me?
19      MS. MELNIK:  Objection as to vague.
20      BY MR. SHAPIRO:
21  Q   You said right now it's State Street.  What
22  was it before?

Page 48

1   A   Well, it's State Street right now, but it
2   could change, so it should just be called custodial
3   bank.
4   Q   Okay.  And who wrote the accounting
5   direction memos?
6   A   Either Lisa or the accountant that did some
7   of the reports.
8   Q   And who was that?
9   A   Her name was Patricia Tisdale.
10  Q   Patricia?
11  A   Tisdale.
12  Q   And she left?
13  A   Yes.
14  Q   And who replaced her?
15  A   Julie Callahan.
16  Q   And she did that kind of work, too --
17  A   No.
18  Q   -- before you got -- mm-hmm.
19      And who is the new person filling that job?
20  A   Which job?
21  Q   The job that we're just talking about, the
22  one that has to do with the -- the one that's

Page 49

1   justified by the increased emphasis on internal
2   control over trust fund activity.
3   A   Lafaye Graham.
4   Q   Okay.
5       What is an accounting direction memo?
6   A   An accounting direction memo, those are
7   memos that we have to prepare to give the custodian
8   bank direction on how to handle various transactions
9   that may occur.
10  Q   I see.  So it's an actual memorandum to the
11  custodial bank?
12  A   That's correct, yes.
13  Q   It's not journal entry, right?
14  A   No, but sometimes we have to give journal
15  entries.
16  Q   I understand, sometimes you might have to,
17  but that's not what accounting direction memos are,
18  correct?
19  A   Not necessarily.
20  Q   Right.  Okay.
21      So, this new job that you got the FTE for,
22  the one that we've been talking about?

13 (Pages 46 to 49)

Page 50

1   A   Yes.
2   Q   That then sits in Ms. Cho's branch?
3   A   Yes.
4   Q   Ms. Cho's team?
5   A   Team, yes.
6   Q   Right. Good.
7       Now, Mr. Montgomery, he worked in your
8   branch when you were — before you were branch chief?
9   A   Yes.
10  Q   And so you were colleagues?
11  A   Yes.
12  Q   Did he work for you? Was he in your
13  supervisory -- when you were a subordinate
14  supervisor?
15  A   When I was -- yes.
16  Q   So he worked for you then?
17  A   Yes.
18  Q   Okay. And whose team was he working on, or
19  whose subordinate supervisor was he working for when
20  you were moved up to branch chief?
21  A   For the interim period?
22  Q   Interim, no. Once you were replaced as a

Page 51

1   supervisor.
2   A   Sylvia Shorter.
3   Q   Okay. So he worked for Sylvia Shorter?
4   A   Yes.
5   Q   Okay. And when they became not supervisors
6   but team leaders, which team was he on, Sylvia
7   Shorter's team?
8   A   Yes.
9   Q   And so he continued on Sylvia Shorter's
10  team until he retired?
11  A   Yes.
12  Q   So in September, before he retired, Monty
13  would have been an additional person on the Shorter
14  team?
15  A   Yes.
16  Q   And does the Shorter team and the Cho team
17  have distinctions in what they do? In other words,
18  is the work divided somehow?
19  A   Can you clarify what you mean by divided?
20  Q   Yeah, sure. I don't know what the divide
21  might be. That's for you to tell me, if any. But
22  let me give you an example of what I mean.

Page 52

1       I once took a deposition and there were two
2   teams in the office, and they did exactly the same
3   thing except they were divided geographically.
4       One team did — this happened to be at the
5   EP. And one team did stuff east of the Mississippi,
6   and the other team did — they did the exact same
7   things, but east of the Mississippi, west of the
8   Mississippi.
9       Another way to divide is, I've taken
10  depositions or I've seen organizations where one team
11  does X areas and the other team does different
12  subject areas, in order words.
13      Or, is it just we have too many people
14  here, we're going to divide them into teams,
15  everybody does the same thing, the teams do exactly
16  the same thing. there's no distinction at all, it's
17  just for organizational purposes, we have two teams?
18      Is there a distinction between the team
19  work?
20  A   Not a bold distinction. And let me explain
21  what I mean.
22  Q   Please.

Page 53

1   A   Both teams have responsibilities for — the
2   accountants on both teams have responsibilities for
3   accounting for plan assets.
4       Ms. Cho has responsibility for the
5   commingled fund and the aged receivable report. So
6   the accountants on her team --
7   Q   And the something receivable, the what?
8   A   The aged --
9   Q   Aged receivable.
10  A   -- receivable.
11      So she has accountants on her team that are
12  responsible for that.
13  Q   In addition to being responsible for trust
14  assets generally —
15  A   Yes.
16  Q   — or whatever you said, both teams
17  have —
18  A   Yes.
19  Q   — responsibility for accounting for trust
20  assets?
21  A   Yes.
22  Q   Okay. And Shorter, does she have some

Page 54

1 specialized function that Cho doesn't have?

2     A    She happens to be responsible for

3 maintaining the terminated inventory list and making

4 sure that that's correct, and some monthly reports.

5     Q    Okay.  Who does the terminated inventory

6 list?

7     A    The terminated inventory listing work was

8 done by Mr. Montgomery.

9     Q    Who does it now?

10     A    June Jackson.

11     Q    But June Jackson is on Ms. Cho's team?

12     A    Yes.

13     Q    Not on Ms. Shorter's team?

14     A    Yes.

15     Q    So that work went over to the Cho team?

16     A    Yes.  That's why I said that there's a

17 distinction, but there's not a bold distinction --

18     Q    Okay.

19     A    -- between the two.

20     Q    And who does the monthly reports that Ms.

21 Shorter's team used to be responsible for, or that

22 Monty did when -- Monty did that work when he was on

Page 55

1 Ms. Shorter's team?

2     A    The monthly -- some of the monthly

3 reporting, yes.

4     Q    Who does those now?

5     A    June Jackson will do some of them, but we

6 have other people on the team that we're earmarking

7 for those reports, also.

8     Q    So who is that?

9     A    We haven't fully identified them yet.

10     Q    If you haven't fully done it, who have you

11 done besides Ms. Jackson?

12     A    Ms. Jackson -- so far we've not done any of

13 the monthly reporting yet.  We're giving her a chance

14 to become fully acclimated with how to do the

15 terminated inventory.

16         She's running the reports, but we actually

17 have Alicia Brooks, she's on Ms. Shorter's team,

18 doing some of the monthly reports.

19     Q    Okay.  By the way, did Mr. Montgomery ever

20 do any of those duties associated with that internal

21 controls over trust fund activity?  Did he ever do

22 any of that?

Page 56

1     A    You'd have to give me the specific

2 responsibilities.

3     Q    The State Street Bank, did he ever deal

4 with the State Street Bank --

5     A    He --

6     Q    -- did he ever give them -- did he ever

7 write accounting direction memos?

8     A    No.

9     Q    Never?

10     A    Not that I can recall.

11     Q    Okay.  How about daily transfer reports?

12         Or reporting -- reporting -- the daily

13 transfer report review and reconciliation, did he

14 ever do that?

15     A    He did some, yes.

16     Q    How about reconciliations for acquisitions

17 and liquidations?

18     A    Yes.

19     Q    All right.  He did have some

20 responsibility, then, for the trust fund activity at

21 the custodial bank?

22     A    Yes.

Page 57

1     Q    How about the monthly and quarterly reports

2 associated with the trust fund?

3     A    He had a reconciliation that he was

4 responsible for that fed into the monthly -- some of

5 the monthly reports that had to go out.

6     Q    Did he write the monthly reports?

7         MS. MELNIK:  Sorry, I didn't hear the

8 question.

9         BY MR. SHAPIRO:

10     Q    Did he draft monthly and quarterly reports?

11     A    Not for the commingled fund.

12     Q    Well, what about for the trust fund?

13     A    For the trust fund, yes.

14     Q    Okay.

15     A    He had a portion of that.

16     Q    Other people on the staff had other

17 portions of that?

18     A    Yes.

19     Q    I notice that you only have one tech,

20 accounting tech.

21     A    Yes.

22     Q    When did you get that person?

1    A    She was there, she's been there for a

2    while. I don't know when she started.

3    Q    What is the job of the accounting tech?

4    A    She has responsibility for processing

5    invoices for expenses to be paid from the trust fund.

6    She has payroll responsibility.

7    Q    Payroll for your people?

8    A    Yes.

9    Q    So she's like an administrative assistant

10   for the branch?

11   A    No. She's an accounting technician for the

12   branch.

13   Q    But she does the payroll for the branch?

14   A    Yes.

15   Q    So that's an administrative technician?

16   A    That's one of her responsibilities, yes.

17   Q    Right.

18        So she tracks the paperwork for the branch?

19        MS. MELNIK: Objection as to vague.

20        BY MR. SHAPIRO:

21   Q    Makes sure the reports go out on time, like

22   she does the administrative aspects of the branch's

1    work?

2    A    No.

3    Q    No?

4    A    I have an administrative assistant for

5    that.

6    Q    You do?

7    A    And I forgot about her. Leslie Biagas.

8    I'm sorry. Yes.

9    Q    That's why I didn't know about her, because

10   you didn't tell me.

11   A    Okay.

12   Q    She works directly for you?

13   A    Yes.

14   Q    So that's the one person who's not on the

15   team besides yourself?

16   A    Yes.

17   Q    Lizzie?

18   A    Leslie.

19   Q    Leslie.

20   A    Biagas, B-i-a-g-a-s.

21   Q    So does the accounting tech write reports?

22   No.

1    A    Write reports?

2    Q    Yes.

3    A    No.

4    Q    Okay. And is there a reason why the

5    accounting tech is on Ms. Cho's team and not on Ms.

6    Shorter's team?

7    A    No.

8    Q    Does she do work for Ms. Shorter?

9    A    She does work for all of us.

10   Q    But she's on Cho's — Cho is her

11   supervisor?

12   A    Yes. Or her team leader.

13   Q    Right, her team leader now. But she used

14   to be on Ms. Cho's team when Ms. Cho was a

15   supervisor, correct?

16   A    Yes.

17   Q    Now, do you recall a time when Mr.

18   Montgomery was assigned to be a COTR?

19   A    The exact time, no, but yes.

20   Q    Who assigned him to be a COTR?

21   A    I don't remember.

22   Q    Okay. You would have had to have agreed to

1    that as his supervisor, correct?

2    A    Yes.

3    Q    Okay. So you don't know if you asked him

4    or if somebody asked you, from above you, correct?

5    A    I don't remember.

6    Q    You don't know how it got initiated?

7    A    Right.

8    Q    Okay.

9    A    That's yes.

10   Q    The COTR job was for a particular contract?

11   A    Yes.

12   Q    And which contract was that?

13   A    Bert Smith & Company.

14   Q    So this would be professional accounting

15   services?

16   A    Yes.

17   Q    To your branch?

18   A    Yes.

19   Q    So we haven't talked about this, but in

20   addition to your Civil Service employees, you also

21   have contractors working for you, correct?

22   A    Yes.

Page 62

1    Q   How many, now?
2    A   Six.
3    Q   Six contractor personnel that are employees
4    of Bert Smith?
5    A   Yes.
6    Q   And has that number grown over the last
7    five years?
8    A   I can't remember what the low was.
9    Q   But it was lower than six?
10   A   At some point, yes.
11   Q   Okay. And is it projected that you're
12   going to need the same or more contract personnel
13   support in the future?
14   A   No.
15       MS. MELNIK: Objection.
16       BY MR. SHAPIRO:
17   Q   All right. So what is the projection now?
18   A   The level will probably stay the same.
19   Q   Six?
20   A   Yes.
21   Q   All right. And you don't know how long
22   it's been six?

Page 63

1    A   No.
2    Q   And this is full-time, six full-time?
3    A   Yes.
4    Q   So in addition to your 16 or so, 18 people,
5    you're supplemented by six contract accountants,
6    right?
7    A   Yes.
8    Q   And they are accountants, they do
9    accounting work?
10   A   I have one accounting technician.
11   Q   A contractor?
12   A   Yes, contractor --
13   Q   And then the rest, five accountants? If
14   you tell me six and one, I know that one from six
15   leaves five.
16   A   I'm just double checking --
17   Q   Sure.
18   A   -- if that's the right number.
19       MR. SHAPIRO: Be my guest.
20       (Pause.)
21       THE WITNESS: I have one accounting
22   technician, one project manager, and five

Page 64

1    accountants.
2        BY MR. SHAPIRO:
3    Q   Okay, so --
4    A   So that's seven.
5    Q   Seven people?
6    A   Yes.
7    Q   Now, the project manager is what, and
8    accountant, also?
9    A   Yes.
10   Q   So that supervise the --
11   A   Yes.
12   Q   The project manager is like a contractor
13   supervisor?
14   A   Yes.
15   Q   For the contractors?
16   A   Yes.
17   Q   Okay. But he's an accountant or she's an
18   accountant?
19   A   She, yes.
20       MS. MELNIK: Let's talk one at a time, just
21   so the record is clean.
22       MR. SHAPIRO: Yeah.

Page 65

1        MS. MELNIK: Thank you.
2        BY MR. SHAPIRO:
3    Q   So it's seven contract people, right?
4    A   Yes.
5    Q   So almost another branch?
6        MS. MELNIK: Objection as to --
7        BY MR. SHAPIRO:
8    Q   I mean, in terms of numbers of people. You
9    have a -- you have a team leader for the contract
10   people, and five contract accountants, and a contract
11   accounting tech, right?
12   A   Yes.
13   Q   So it's almost another branch?
14   A   I don't know.
15   Q   Do they commingle with your people?
16   A   Yes.
17   Q   And so they come under the teams, as well?
18   Or they report to their own team, the project
19   manager?
20   A   They pretty much report to the project
21   manager.
22   Q   Okay. And do they do the same sort of

Page 66

1  accounting work —
2  A  Yes.
3  Q  — that your civil servant accountants do?
4  A  Yes.
5  Q  Okay.  So we're getting to this COTR
6  duties.
7       Who had done the COTR duties before Monty,
8  before the Bert Smith, the professional accounting
9  services contractor?
10  A  Christine Thomas.
11  Q  Christine Thomas.  All right.
12      Now, have you ever been a COTR?
13  A  Not formally.
14  Q  You didn't take the COTR training?
15  A  I did not take the COTR training.
16  Q  Okay.  But you've filled in as COTR,
17  correct?
18  A  Yes.
19  Q  Sort of interim?
20  A  Yes.
21  Q  Between COTRs?
22  A  Yes.

Page 67

1  Q  There has to be a COTR on a contract,
2  doesn't there?
3  A  Yes.
4  Q  In fact, the COTR is the person who makes
5  sure that before the payments are made that the
6  services were provided, correct?
7  A  Yes.
8  Q  And that management is happy with the
9  services, that they're being properly provided?
10  A  The happiness part I can't speak to.
11  Q  I mean, satisfied, that the services are
12  satisfactory?
13  A  That's not a constant question, but yes, I
14  mean, that's implied.
15  Q  That's what, yeah —
16  A  Yes.
17  Q  — that's what the COTR's job is?
18  A  Yes.
19  Q  And to coordinate between the contractor
20  and the contracting officer or the contract
21  specialist at the agency?
22  A  Yes.

Page 68

1  Q  Monty was the COTR for this particular
2  contract from when he started to when he retired,
3  correct?
4  A  Yes.
5  Q  Okay.  How many years was he COTR?
6  A  I don't know.
7  Q  But you asked him to be the COTR, correct?
8  A  I don't remember who asked him, who decided
9  that he was going to be the COTR.
10  Q  But you had to agree with it?
11  A  I had to agree to it, yes.
12  Q  Okay.  So you don't know if it came from
13  above you or from you?
14  A  I don't remember.
15  Q  Okay.  Ms. Thomas, Christine Thomas —
16  A  Yes.
17  Q  — the prior COTR, she worked in your
18  branch?
19  A  Yes.
20  Q  So is it that, if your branch is the one
21  getting the services, that's where the COTR comes
22  from?

Page 69

1  A  I don't know.
2  Q  But that's where it's been for this
3  contract?
4  A  Yes.
5  Q  Okay.  And Ms. Thomas, was she the first
6  COTR for this contract?
7  A  I don't know.
8  Q  But she worked for you?  She was your
9  subordinate?
10  A  Yes.
11  Q  Ms. Thomas.  And she's an accountant?
12  A  She was a supervisor.
13  Q  She was a supervisor.  So she was a
14  supervisory accountant?
15  A  Yes.
16  Q  Okay.  So who replaced her when she left?
17  A  Lisa Cho.
18  Q  I see.  So she used to be Lisa Cho when
19  Lisa Cho's position was a supervisory accountant
20  position?
21  A  Yes.
22  Q  Not just a team leader?

18 (Pages 66 to 69)

Page 70

1    A   Right. Yes.

2    Q   Okay. So she was a 13, Ms. Thomas?

3    A   Yes.

4    Q   And when did Ms. Thomas leave, do you

5  recall?

6    A   I can't remember the exact date.

7    Q   Did Mr. Montgomery take over directly from

8  Ms. Thomas; as she was leaving, Mr. Montgomery

9  stepped in as COTR?

10   A   I was the interim COTR.

11   Q   For how long?

12   A   I don't remember.

13   Q   Couple of months?

14   A   I don't remember.

15   Q   Don't remember.

16       But you're supposed to get training if

17  you're a COTR?

18   A   Yes.

19   Q   And you didn't have the training?

20   A   No.

21   Q   So it was always in your mind to appoint

22  somebody else?

Page 71

1    A   Yes.

2    Q   Just didn't get around to it?

3    A   Didn't get around to --

4    Q   To doing it seamlessly, so that one trained

5  COTR took over from another trained COTR?

6    A   No.

7    Q   Okay. Now, the accounting tech, contract

8  accounting tech, the contractor accounting tech, that

9  person supports the accountants, the contract

10  accountants in their function?

11   A   She supports the branch.

12   Q   Okay, with accounting tech services?

13   A   Yes.

14   Q   And the other accountants support the

15  accounting branch with accounting services?

16   A   Yes.

17   Q   These contract accountants, do they do

18  anything that's -- the work that they do is roughly

19  the same as the work the federal employee accountants

20  in the branch do?

21   A   Yes.

22       MS. MELNIK: Mr. Shapiro, we've been doing

Page 72

1  for an hour. Can we take a few minutes?

2        MR. SHAPIRO: Sure. Just give me one

3  second to make sure.

4        (Pause.)

5        MR. SHAPIRO: Great, this is a good time.

6        (A brief recess was taken at 11:19 a.m..)

7             (11:40 a.m.)

8        MR. SHAPIRO: Okay, we can go back on the

9  record.

10       BY MR. SHAPIRO:

11   Q   Do you have any other contracts going now

12  that provide services in your branch?

13   A   No.

14   Q   Just the professional accounting services

15  contract that we've been talking about?

16   A   No.

17   Q   So that's the only one that you have going?

18   A   Yes.

19   Q   Okay. And have you had other contracts

20  during the course of the last five years?

21       MS. MELNIK: Objection as to vague.

22       THE WITNESS: No.

Page 73

1        BY MR. SHAPIRO:

2    Q   Have you had any other people acting as

3  COTR, other than yourself, Mr. Montgomery, and Ms.

4  Thomas, in the branch?

5    A   Over the past five years?

6    Q   Over the past -- since you've been the

7  branch chief.

8    A   Okay, right now, I can't remember exactly

9  when I got it this past fiscal year, but I do have

10  responsibility for the custodian bank contract.

11   Q   That is another contract, not the same as

12  the professional accounting services contract?

13   A   Yes.

14   Q   All right. So do you have a COTR for that?

15   A   Yes.

16   Q   Who is the COTR?

17   A   Julie Callahan.

18   Q   Julie Callahan? And has she always been

19  the COTR for that?

20   A   No.

21   Q   Who was the COTR before that?

22   A   Lafaye Graham.

Page 74

1    Q   And anybody else act as COTR for that
2    contract?
3    A   In the Treasury Division, a person in the
4    Treasury Division did.
5    Q   Okay. Did Monty ever act as COTR for that
6    contract?
7    A   No.
8    Q   This is the State Street Bank?
9    A   Yes.
10   Q   Monty did not act as —
11   A   Not that I can recall.
12   Q   Okay. Now, typically, a COTR assignment is
13   done in writing, isn't it, because it's an official
14   assignment, it has to be a COTR for a company
15   contract, right?
16   A   Yes.
17   Q   Now, when Monty first — were you the
18   branch chief when Monty first came into your branch,
19   to that branch, Investment Accounting Branch?
20   A   No.
21   Q   It was before you became chief?
22   A   Yes.

Page 75

1    Q   He worked for you when you were a
2    supervisory accountant?
3    A   Yes.
4    Q   Was he in there as a colleague of yours
5    before you became a supervisory accountant?
6    A   Yes.
7    Q   So when you were an accountant, GS-11 and a
8    GS-12, before you became a supervisor, Monty was in
9    the branch with you?
10   A   As best I can remember, yes.
11   Q   Okay. And was he reporting to your same
12   supervisor?
13   A   I don't remember.
14   Q   You don't remember. Okay.
15       At that time. were other financial
16   specialists in the branch, or just Monty?
17   A   Just Monty.
18   Q   The only people that are in the branch,
19   other than an administrative support person and an
20   accounting tech, that are not accountants, was Monty,
21   correct?
22   A   Yes.

Page 76

1    Q   And that was true the whole time, as far as
2    you know, since you've been there?
3    A   Yes.
4    Q   Okay. Now, do you recall Monty becoming a
5    GS-12?
6    A   No.
7    Q   If it happened after '98, you would have
8    been the branch chief?
9    A   Yes.
10   Q   Do you recall anybody ever coming to you,
11   either on paper — when I say coming to you, it
12   doesn't have to be a person actually physically
13   coming to you, but a person can come to you with a
14   memo, all right — indicating to you that Monty was
15   being promoted to a GS-12 and that his duties were to
16   be assigned accordingly?
17       MS. MELNIK:  Objection as to form.
18       BY MR. SHAPIRO:
19   Q   Do you recall that?
20   A   I can't remember.
21   Q   You can't remember that happening, can you?
22   A   That specific event, no.

Page 77

1    Q   Okay. Now, at some point later in 2004,
2    Monty's duties were changed, were they? Do you
3    recall that?
4    A   I don't recall.
5    Q   Do you recall Monty's duties changing at
6    all — I don't mean like this assignment or that — I
7    mean his duties changing at all in the last five
8    years of his employment, say from 2001 to 2006?
9    A   No.
10   Q   Do you recall reviewing his PD, his
11   position description?
12       MS. MELNIK:  Objection as to vague.
13       BY MR. SHAPIRO:
14   Q   Do you recall ever reviewing his PD?
15       MS. MELNIK:  When?
16       BY MR. SHAPIRO:
17   Q   When is the next question. The first
18   question is, do you recall ever reviewing his PD?
19   A   Yes.
20   Q   When?
21   A   I don't recall.
22   Q   All right. Why did you come to review his

Page 78

1  PD?

2  A  I remember Mr. Montgomery making a request

3  that COTR responsibilities be added --

4  Q  Added as a duty to his PD?

5  A  Yes.

6  Q  Or duty responsibility to his PD?

7  A  Yes.

8  Q  Okay.  And it was in that context that you

9  reviewed his PD?

10  A  Yes.

11  Q  Okay.  When was this?

12  A  I don't recall.

13  Q  Was it in the last two years?

14  A  I don't recall the timeframe.

15  Q  You can't recall if it was five years ago

16  or two years ago?

17  A  No.

18  Q  Was it as much as five years ago, in 2002

19  — 2001?

20  A  I don't recall.

21  Q  Was it in the context of his becoming the

22  COTR for the professional accounting services?

Page 79

1  A  It was sometimes after he became a COTR.

2  Q  Within the first year of his becoming COTR?

3  A  I don't recall.

4  Q  Okay.  And what did you find with the PD?

5  Do you recall anything that you found when you

6  reviewed his PD?

7  MS. MELNIK:  Objection as to vague.

8  THE WITNESS:  COTR responsibility, as I

9  recall, was not in his PD.

10  BY MR. SHAPIRO:

11  Q  Right, because the PD pre-dated his getting

12  COTR responsibilities, correct?

13  A  That's correct.

14  Q  Did you add it to his PD?

15  A  I don't remember if it was added to his PD

16  expressly.  If it was added, it was added -- what's

17  the word I'm looking for -- as "May serve as COTR."

18  Q  Okay.  Was this the PD that you reviewed or

19  did he ask that it be added to his duties that he was

20  being rated on?

21  A  I believe I recall Mr. Montgomery making a

22  statement about it being added to what he was rated

Page 80

1  on, and I remember, in my best recollection, I think

2  I expressed to him at that point that, although it

3  may not have been written, I was rating him on it

4  anyway.

5  Q  So that's in addition to the PD question,

6  or are you confusing the PD with the rating question?

7  A  No, I'm not confusing it.

8  Q  So it's two things.  One, he asked that it

9  be added to his PD, and --

10  A  Yes, as I --

11  Q  Go ahead.

12  A  Yes, as I can recall.

13  Q  And another thing was, he asked that it be

14  specifically part of his rating, and you said, "Well,

15  it's not specific, but it is part of my rating of

16  you"?

17  A  Yes.

18  Q  Did you notice anything else about his PD?

19  A  No.

20  Q  Do you recall his PD being rewritten

21  A  No.

22  Q  Okay.  Now, do you recall a time when

Page 81

1  Teresa Jackson was assigned the duties to write

2  monthly and quarterly financial accounting reports

3  that used to be written by the supervisor, your

4  predecessor?

5  A  I wouldn't call it writing accounting

6  reports.

7  Q  What would you call it?

8  A  She downloaded information from Dbase using

9  Report Writer to create the monthly accounting

10  reports.

11  Q  Okay.  So that job, quarterly and monthly

12  report, used to be done by your predecessor?

13  A  I don't know what part of it he had.

14  Q  Okay.  But you assigned it to Ms. Jackson?

15  A  I don't remember whether it was me or the

16  prior branch chief.

17  Q  Okay.  But she was doing it when you became

18  supervisor?

19  A  I don't recall.

20  Q  Do you recall, when she got promoted to a

21  13, who did that, who took that assignment?

22  A  She was not promoted as a 13 in the

Page 82

1   Investment Accounting Branch.
2      Q   All right, when she left the Investment
3   Accounting -- is she there now?
4      A   No.
5      Q   When she left, do you remember who got
6   assigned to download and produce those reports?
7      A   Mr. Montgomery ultimately got the
8   responsibility. I don't remember whether there was
9   someone in the interim.
10     Q   Now, did there come a time when you altered
11  Mr. Montgomery's -- well, let me ask you this.
12         When Mr. Montgomery was promoted to GS-12,
13  do you recall that event?
14         MS. MELNIK: Asked and answered.
15         BY MR. SHAPIRO:
16     Q   Ma'am?
17     A   No, I don't remember.
18     Q   Okay.
19         Now, in addition to his COTR duties with
20  this professional services, accounting services
21  contract, the one that Bert Smith & Company has, he
22  also participated on a TEP.

Page 83

1          Do you know what a TEP is?
2      A   Yes.
3      Q   Do you recall him participating on a TEP
4   when that contract was recompeted?
5      A   Yes.
6      Q   He was on the TEP, right?
7      A   Yes.
8      Q   He chaired the TEP?
9      A   I don't recall.
10     Q   You don't recall if he did or didn't?
11     A   I -- as best I can recall, yes.
12     Q   Yes, he chaired the TEP?
13     A   Yes.
14     Q   Okay. And you were on the TEP?
15     A   Yes.
16     Q   The whole time?
17     A   No.
18     Q   Okay. So is this the only TEP you've ever
19  been on?
20     A   No.
21     Q   You've been on since then?
22     A   Yes.

Page 84

1      Q   And before then?
2      A   No.
3      Q   So this was your first TEP?
4      A   Yes, as I can recall.
5      Q   Okay. And you at the time were the branch
6   chief, correct?
7      A   Yes.
8      Q   So you were a 14?
9      A   Yes.
10     Q   Who else was on the TEP?
11     A   Ray Afshar and Lisa Cho.
12     Q   So Ms. Cho was a 13?
13     A   Yes.
14     Q   And Mr. Afshar?
15     A   At the time, I believe he was a 13.
16     Q   He was a 13. And Mr. Montgomery was what?
17     A   GS-12.
18     Q   Okay. And he chaired the TEP?
19     A   Yes.
20     Q   Okay. How did you come to be assigned to
21  the TEP?
22     A   I don't know. I didn't decide who the TEP

Page 85

1   would be made up of. I can't remember whether it was
2   through the advice of Mr. McKinnon or Mr. Winter.
3      Q   But it would have been somebody above to do
4   an assignment?
5      A   Yes.
6      Q   Somebody in your chain, above your level,
7   correct?
8      A   Yes.
9      Q   Yes.
10         Now, you said you didn't stay on the TEP.
11  How did you come to be relieved from the TEP?
12     A   I had workload issues, and when it was near
13  the end of the process, they needed written
14  documentation, and I don't think that I had adequate
15  written documentation.
16     Q   You mean you did some documentation, but it
17  wasn't adequate, and they told you it wasn't
18  adequate?
19     A   Yes.
20     Q   Who replaced you on the TEP?
21     A   I don't recall there being a replacement
22  for me, but I don't know.

Page 86

1  Q  Somebody complained about the adequacy of
2  your documentation?
3  A  I believe so.
4  Q  Who?
5  A  I don't remember.
6  Q  Not one of the other team members?
7  A  Not that I know.
8  Q  Contract specialist?
9  A  I don't know. I don't know who it was.
10  Q  Okay. Did you have a meeting with that
11  person to iron things out, or did you just ask to be
12  relieved from the TEP?
13  A  I don't recall having a meeting with
14  anyone.
15  Q  How did you get dropped from the TEP? Did
16  you ask to be dropped?
17  A  I don't know who made the decision.
18  Q  And since then, you said you've been on a
19  TEP?
20  A  Yes.
21  Q  Which TEP was that?
22  A  For the custodian bank contract.

Page 87

1  Q  The one that's held by State Street Bank
2  now?
3  A  Yes.
4  Q  And who was on that TEP?
5  A  Julie Callahan, Ellis Tash, Clark Biggers,
6  and myself.
7  Q  So there were four?
8  A  Yes.
9  Q  And all from your branch?
10  A  No.
11  Q  And two of them were from your branch and
12  one was from outside the branch, correct?
13  A  Two outside, two inside.
14  Q  Okay. And what grades are these other
15  people?
16  A  Julie Callahan is a GS-12.
17     Clark Biggers, I don't know what his grade
18  is.    Ellis Tash, GS-15.
19     And I'm a GS-14.
20  Q  And how did you get to be on this TEP?
21  A  Ted Winter —
22  Q  Okay.

Page 88

1  A  — appointed me.
2  Q  Okay. Who chaired the TEP?
3  A  Ellis Tash.
4  Q  The GS?
5  A  15.
6  Q  The 15. You've never been a chair of a
7  TEP?
8  A  No.
9  Q  And you've only had two occasions to be on
10  a TEP, once the State Street and the other time the
11  Bert Smith?
12  A  As I can recall.
13  Q  And was the State Street a recompete?
14  A  Yes.
15  Q  Are you on that now, or is that done?
16  A  I'm on it now.
17  Q  So it hasn't come to the end yet, where
18  you've written reports?
19  A  We've turned in reports.
20  Q  You've turned in reports?
21  A  Yes.
22  Q  And you haven't been told that your reports

Page 89

1  weren't adequate?
2  A  No.
3  Q  Now, once Mr. Montgomery was on the — was
4  a COTR for the Bert Smith contract, he was the COTR
5  before the recompete, correct?
6  A  Yes.
7  Q  And then he became the COTR on the — once
8  the recompete was over, and Smith continued with the
9  contract, got the other contract, right?
10  A  He continued to the COTR.
11  Q  Right, on that new contract, that
12  recompeted contract?
13  A  Yes.
14  Q  Once he was on, initially on the COTR, he
15  asked for a promotion, didn't he?
16  A  Yes.
17  Q  And he asked you, you were his supervisor,
18  correct?
19  A  Yes.
20  Q  Now, you got along well with Monty, didn't
21  you?
22  A  Yes.

Page 90

1  Q  And you liked him?
2  A  Yes.
3  Q  Thought he was an able employee?
4  A  Yes.
5  Q  In fact, you rated him alternately
6  outstanding and excellent throughout his career,
7  correct?
8  A  Yes.
9  Q  Do you recall asking Mr. McKinnon about
10 promoting Monty?
11 A  I remember having a conversation with Mr.
12 McKinnon, yes.
13 Q  Okay. You also had a conversation with Mr.
14 Winter, didn't you?
15 A  I believe that I did, yes.
16 Q  Okay. With Mr. McKinnon or just separate
17 conversations?
18 A  I don't recall.
19 Q  Okay. So who did you go to first, McKinnon
20 or Winter?
21 A  Mr. McKinnon.
22 Q  And what was McKinnon's reaction to

Page 91

1  promoting Monty?
2  A  I can't remember the exact conversation,
3  but the gist of it was, let's find out how that
4  works, whether he would be eligible.
5  Q  He wasn't hostile to promoting him?
6  A  No.
7  Q  You weren't hostile, in fact, were you?
8  A  No.
9  Q  In fact, that's what you did, you told
10 Monty, "Well, let me take it up with my superiors,"
11 right?
12 A  Yes.
13 Q  So it could be said that you were
14 supportive of the idea of promoting Monty?
15 A  Yes, I was not hostile to the idea.
16 Q  Right. And Mr. McKinnon was not hostile?
17 A  No.
18 Q  At least he didn't envision hostility to
19 you?
20 A  That's correct, yes.
21 Q  Okay. Mr. Winter was against promoting
22 Monty, wasn't he?

Page 92

1  A  I could not read that.
2  Q  Well, didn't he tell you no, and didn't you
3  ultimately come down and tell Monty that Winter said
4  no?
5  A  I don't recall, but it didn't stop there,
6  because —
7  Q  Okay, but let's just deal with it. We'll
8  go on, and we'll talk about where it stopped and what
9  happened.
10    But Monty's request for an accretion of
11 duty promotion you ultimately took up to Mr. Winter,
12 correct?
13 A  I don't recall.
14 Q  Well, okay.
15 A  Because I had conversation with him.
16 Q  Mm-hmm. About this topic?
17 A  Yes.
18 Q  All right. Do you recall Monty asking you
19 and you saying, "Well, I haven't had a chance to talk
20 to Winter yet"?
21 A  Yes.
22 Q  All right. And ultimately, you did talk to

Page 93

1  Winter?
2  A  Yes.
3  Q  And you ultimately came back, because Monty
4  asked you again, and you told him that Winter said
5  no?
6  A  I don't recall that specific conversation,
7  but —
8  Q  But Winter did say no?
9  A  I don't remember if he said no outright.
10 He may have. I'm just not recalling that specific
11 conversation.
12 Q  All right. Monty ultimately filed a
13 complaint about this, didn't he?
14 A  Yes.
15 Q  An EEO complaint, correct?
16 A  A complaint. I know it was a complaint.
17 Q  An equal employment opportunity complaint,
18 correct?
19 A  Yes.
20 Q  Right. Okay.
21    And he filed it when he was told no,
22 correct?

24 (Pages 90 to 93)

## Page 94

1    A   I don't know when he filed it.

2    Q   Well, I wasn't talking about timing so much

3 as the event that led to his filing it was he was

4 told no, correct?

5        MS. MELNIK:  Calls for speculation.

6        BY MR. SHAPIRO:

7    Q   You can answer.

8    A   I don't know.

9    Q   Okay.  Now, you said it didn't end there

10 with Mr. Winter.  All right.  What happened then?

11   A   Somewhere in between —

12   Q   In between, before Mr. Winter said no?

13   A   I can't remember the exact timing.

14       I do know that I ended up speaking with

15 someone, I can't remember who it was, in HRD, that

16 suggested that we get a desk audit done for Mr.

17 Montgomery.

18   Q   Mr. Montgomery didn't request a desk audit,

19 did he?

20   A   Not that I can recall.

21   Q   Right.  Somebody said, "There can be a desk

22 audit"?

## Page 95

1    A   Yes.

2    Q   Mr. Winter wanted a desk audit, didn't he?

3    A   I don't recall.

4    Q   Do you recall — but it was the agency that

5 wanted the desk audit?

6        In other words, management wanted the desk

7 audit, it wasn't Montgomery's request?

8    A   I recall letting Mr. Montgomery know that,

9 I can't remember the person again, suggested that we

10 could get a desk audit done.

11   Q   Okay.  So it was a suggestion not from

12 Montgomery, but to Montgomery, that you were passing

13 on?

14   A   As best I can recall —

15   Q   Yes, that's what we're going by, your

16 recollection.

17   A   Yes.

18   Q   So it's yes, as best you recall?

19   A   Yes.

20   Q   Okay.  Now, did Mr. Montgomery ask for desk

21 audit?

22   A   I don't — I told Mr. Montgomery that the

## Page 96

1 person who I had spoken to suggested that we get a

2 desk audit done.

3    Q   But you don't recall him saying, "Sure,

4 let's do a desk audit"?  Him being Montgomery.

5    A   I don't remember him being opposed to it.

6    Q   Okay.  Was there a desk audit?

7    A   Yes.

8    Q   And what — is this the only time that

9 somebody had a desk audit in a position that you were

10 the supervisor of?

11   A   Yes.

12   Q   Did you ever have a desk audit of your job?

13   A   No.

14   Q   So this is your only experience with a desk

15 audit?

16   A   Yes.

17   Q   And it wasn't for your job, it was for a

18 job that was subordinate to you?

19   A   Yes.

20   Q   So the person who did the desk audit, was

21 the person a civil servant or a contractor?

22   A   A contractor.

## Page 97

1    Q   A contractor.  Did the person talk to you,

2 interview you?

3    A   I don't recall whether it was in the form

4 of an interview or if I just answered a few questions

5 for her via e-mail.

6    Q   Okay.  So it might have been a written e-

7 mail inquiry?

8    A   I don't remember.

9    Q   Okay.  In the context of answering those

10 questions for the person doing the desk audit, did

11 you review Mr. Montgomery's PD?

12   A   I remember looking at the PD, but I also

13 remember the person that did the desk audit, giving

14 that person his PD.

15       That person went through it and I spoke to

16 the person, kind of after the fact.

17   Q   Spoke to the person about what?

18   A   She had questions.

19   Q   About what?

20   A   Mr. Montgomery, and again, I can't remember

21 whether it was via e-mail or whether it was like an

22 interview type.

1    Q   Okay. But what was she asking about Mr.
2  Montgomery?
3    A   I can't remember the specific questions.
4    Q   I'm not asking you the specific questions.
5  What was it about?
6    A   It was about -- I can't remember whether it
7  was about the PD itself or about other things that he
8  might have been doing.
9    Q   His duties and responsibilities?
10   A   Yes.
11   Q   Okay. So it might have been an inquiry of
12 -- you said it was a few questions, and you don't
13 know whether it was oral or by e-mail?
14   A   That's correct.
15   Q   So when you say a few questions, three,
16 four?
17   A   I don't recall how many.
18   Q   Well, it wasn't a lot of questions, was it?
19     MS. MELNIK:  Objection as to vague.
20     BY MR. SHAPIRO:
21   Q   You said, initially you said --
22   A   I don't remember --

1    Q   -- it was just a few questions.
2      MS. MELNIK:  One at a time, please.
3      THE WITNESS:  I don't remember how many
4  questions it was.
5      BY MR. SHAPIRO:
6    Q   Okay. Do you know if this person who did
7  the desk audit was -- had talked to Mr. Montgomery
8  about his duties and responsibilities?
9    A   I don't know.
10   Q   Did you review a desk audit report?
11   A   I don't recall.
12   Q   Was that the last time you saw his PD, when
13 you gave it to the desk auditor?
14   A   No.
15   Q   When was the last time you saw his PD?
16   A   I don't know.
17   Q   So that might have been the last time?
18   A   No.
19   Q   Okay. So what was the context of the last
20 time? If you don't know when it was, what was the
21 context?
22   A   I had to get a good copy of his PD --

1    Q   What do you mean?
2    A   -- in my file.
3    Q   What do you mean, a good copy?
4    A   I wanted to make sure that I had his PD in
5  my files.
6    Q   And that was the last time you saw it?
7    A   I don't recall.
8    Q   So what you've told me so far is that you
9  remember seeing it two times, when you needed to get
10 a good copy of his PD, whatever that means, and when
11 you went to give it to the person doing the desk
12 audit; correct?
13   A   Yes.
14   Q   Can you recall any other time reviewing his
15 PD, looking at his PD, his being Monty Montgomery,
16 DeLarse Montgomery?
17   A   No.
18   Q   Okay. Do you recall reviewing his
19 qualifications for an accounting position? His, of
20 course, being Monty, DeLarse Montgomery.
21   A   A formal review?
22   Q   Yes, yes, a formal review.

1    A   Formal review, no.
2    Q   Okay. Now, you did review it informally?
3    A   I knew that Mr. Montgomery was taking
4  accounting courses.
5    Q   Okay. That's back when?
6    A   I don't recall the timeframe.
7    Q   Okay. Was it the last five years, or
8  before that?
9    A   I don't remember.
10   Q   You don't remember. So it could have been
11 seven, eight years ago that we're talking about?
12   A   I don't know.
13   Q   Okay. So you said you knew he was -- you
14 started to answer, you said you knew he was taking
15 accounting courses, and what?
16   A   And at some point I knew that he had
17 completed 24 hours of accounting.
18   Q   Okay. And so?
19   A   I know that -- I knew that having 24 hours
20 of accounting qualified him to be in the accounting
21 series.
22   Q   Okay. And so?

Page 102

1    A   I remember having a conversation with Mr.
2  Montgomery offering him to switch from the series
3  number that he was in to the 510 series.
4    Q   You offered that?
5    A   Yes.
6    Q   Could you have accomplished that, and
7  switched him?
8    A   As far as I know, I could have.
9    Q   Okay. And what did he say?
10   A   He didn't want to do it.
11   Q   He didn't want to do it. When did he say
12 he didn't want to do it?
13   A   I don't know.
14       (Interruption to the proceedings.)
15       MR. SHAPIRO: Let's stop.
16       (A brief recess was taken.)
17       BY MR. SHAPIRO:
18   Q   So when was this?
19   A   I can't recall the exact timeframe.
20   Q   I'm not asking for the exact time. Let's
21 do this.
22       Was it before or after he became the COTR?

Page 103

1    A   I don't remember.
2    Q   So this could have happened anytime this
3  past summer?
4    A   It was prior to this summer.
5    Q   Was it more than two summers ago?
6        In other words, I'm trying to get, when you
7  say "I don't remember," that's fine. I understand
8  you don't recall the date.
9        But I'm trying to put it in context so we
10 can figure out when it was.
11       So let's start again.
12       Was it when he was a direct report to you,
13 or was he under a subordinate supervisor yet?
14   A   I don't remember that.
15   Q   Was it before or after you served on this
16 TEP with him?
17   A   As best I can remember, before.
18   Q   Before, okay.
19   A   As best I can remember.
20   Q   Okay, good. Let me ask you this. You know
21 he was taking accounting courses, you said?
22   A   Yes.

Page 104

1    Q   And you believed he had just gotten 24
2  credits?
3    A   Yes.
4    Q   So it was just after you understood that he
5  had finished his 24th credit, correct?
6    A   Yes.
7    Q   Okay. So whenever that was, that was the
8  timeframe; shortly after that was when you had this
9  conversation with him?
10   A   Yes.
11   Q   And he said he wasn't interested in
12 switching to a 510?
13   A   In so many words, yes, as I remember.
14   Q   Okay. So tell me what you said to him.
15 You said you proposed that you switch him to a 510?
16   A   Yes.
17   Q   And he said, "No, thanks"?
18   A   I don't know if he told me right away, but
19 yes.
20   Q   Do you recall anything more   in terms of
21 context, in terms of exact words, or the tone of your
22 question, or the tone of his answer, anything at all

Page 105

1  more than, "Do you want to switch to a 510?" "No."
2  Do you recall anything more than that?
3    A   No.
4    Q   Do you recall if anybody else was involved
5  in this discussion, or was it just your idea and you
6  proposed it to him and he said, eventually, "No,
7  thanks"?
8    A   As with everything else, I usually discuss
9  it with Wayne McKinnon. I believe that I had a
10 conversation with Mr. McKinnon.
11   Q   Before you proposed this to Monty?
12   A   As best I can recall, yes.
13   Q   So you would have gotten your boss on board
14 before proposing it?
15   A   Yes.
16   Q   And he wasn't hostile to Mr. Montgomery
17 switching over to the accounting series?
18   A   No.
19   Q   This was your idea?
20   A   As best I can recall, yes.
21   Q   Okay. Good.
22       And that was the informal review of his

Page 106

1  credentials to see if he complied, that's what you
2  were talking about?
3     A  Yes.
4     Q  And was there any other time when you
5  reviewed his credentials to be an accounting -- an
6  accountant, a 510?
7     A  No.
8     Q  Okay. Did anybody over you -- Mr. McKinnon
9  or Mr. Winter -- ever ask you to review Mr.
10  Montgomery's credentials, his qualifications?
11    A  Not that I can recall, no.
12    Q  Did anybody in HRD ever ask you to do that?
13    A  To review his credentials, no.
14    Q  Okay. To review an application that he
15  made?
16    A  No.
17    Q  To review his qualifications?
18    A  Not to review his qualifications. I recall
19  having a conversation, I believe it had to be with
20  Jackie Isaac --
21    Q  Jackie Isaac?
22    A  Yeah.

Page 107

1     Q  Okay.
2     A  -- and I believe that she called me, and
3  asked me about whether Mr. Montgomery had been
4  performing, I can't -- well, let me back up.
5        I'm not sure how she asked the question,
6  but she didn't ask me to review anything. She asked
7  me whether or not he had been -- I can't remember how
8  she put the question.
9        But I remember having a conversation with
10  Jackie Isaac, yes.
11    Q  About what? About Montgomery's duties?
12    A  It wasn't about his duties.
13    Q  About his responsibilities?
14    A  As best as I can recall, the gist of the
15  conversation was did Mr. Montgomery -- I believe that
16  she asked me if he was performing accounting
17  responsibilities.
18    Q  Okay.
19    A  As best as I can recall.
20    Q  "Is he performing accounting
21  responsibilities?"
22    A  As best as I can recall, that was the

Page 108

1  question.
2     Q  And your answer was?
3     A  I don't remember how I answered it. I
4  can't remember the exact wording.
5        But I had to explain to her the difference
6  in the work that he had been doing and the work that
7  was being done by the trust accountants.
8     Q  By the trust accountants?
9     A  Yes.
10    Q  But his work is certainly accounting
11  related?
12    A  It's accounting related.
13    Q  And some of his duties are actually
14  accounting type duties? Not trust accounting duties,
15  but --
16    A  Not trust accounting --
17    Q  -- but accounting duties?
18    A  Related to accounting duties.
19    Q  Well, checking over journal entries, making
20  sure that things are right, that's accounting duties,
21  isn't it?
22    A  Checking over? I wouldn't call that --

Page 109

1     Q  To see that it's accurate --
2        MS. MELNIK: Will you let her finish the
3  question [sic], Mr. Shapiro, please?
4        MR. SHAPIRO: Sure.
5        THE WITNESS: I wouldn't call that --
6  that's accounting related duties.
7        BY MR. SHAPIRO:
8     Q  Okay. Whether you put the number in or
9  check it to see that it's properly in, that's
10  accounting duties, isn't it?
11    A  Yes, but I don't know Mr. Montgomery -- I
12  don't recall Mr. Montgomery doing anything to make
13  sure something was in. You'd have to explain that --
14    Q  Make sure that it's accurate, that it's
15  accurately -- that it's accurately -- that the
16  balance sheets are accurate, that the journal entries
17  are accurate, he doesn't do any of that?
18    A  He didn't do that.
19    Q  Not ever?
20    A  Not that I can recall, no.
21    Q  All right.
22        Now, the person -- COTR duties --

Page 110

1    A   Yes.

2    Q   — where the COTR — where the contract is

3  professional accounting services contracts, when

4  you're the COTR, that's accounting duties, isn't it?

5    A   No.

6    Q   Isn't it seeing that professional services

7  are properly and timely done?

8    A   That's administrative.

9    Q   Oh, that's administrative.  I see.

10  Accounting related?

11    A   Accounting related.

12    Q   You would have to know something of

13  accounting to judge whether you were getting your

14  money's worth on an accounting contract, correct?

15    A   Yes, but Mr. Montgomery was not the person

16  that was responsible for making that determination.

17    Q   Who was?

18    A   You have — he didn't see the day-to-day

19  work of the contract accountants.

20    Q   Who was responsible?

21    A   The team leader was actually reviewing the

22  contract accountants' work.

Page 111

1    Q   Yes, of course, but would the team leader

2  report to Montgomery?

3    A   No, he wouldn't report to Montgomery.

4    Q   Wouldn't report those findings to Mr.

5  Montgomery?

6    A   If there was a problem.

7    Q   Who would the team leader go to?

8    A   We would talk about it — she would come to

9  me, and we would — you know, I would speak to Mr.

10  Montgomery, but Mr. Montgomery could not determine

11  whether or not they were doing the accounting work or

12  not.

13    Q   What did Mr. Montgomery do — you said you

14  would talk to Mr. Montgomery about that —

15    A   Yes.

16    Q   — if there was a problem?

17    A   Yes.

18    Q   And he would pass it along to the contract

19  specialist?

20    A   Yes.

21    Q   Or to the contractor?

22    A   Yes.

Page 112

1    Q   I see.  And explain the situation to the

2  contractor and the contract specialist, correct?

3    A   As far as I know.

4    Q   That's his job as COTR?

5    A   Yes.

6    Q   What did Mr. Montgomery do, what was his

7  duties with regard to the missing participants

8  program?

9    A   Oh, okay.  With the missing participant

10  program, okay, Mr. Montgomery was responsible for —

11  he was responsible for journalizing the cash related

12  journal entries, yes, he was.

13    Q   Yes.  So he did journal entries and

14  reconciliation for the trust fund ledgers, in the

15  trust fund ledgers, right?

16    A   That's — he did the journal entries for

17  the missing participant program.

18    Q   In the trust fund ledgers?

19    A   In the trust fund ledgers.

20    Q   Right.  That's accounting work, isn't it?

21  That's accounting work?

22    A   That's accounting work.

Page 113

1    Q   Right.  And who's doing those

2  reconciliations now that Mr. Montgomery is gone?  Who

3  does those?

4    A   Right now, I have Ray Afshar doing those —

5    Q   Ray Afshar?

6    A   Mm-hmm.

7    Q   Ray Afshar being a GS-510-13 in Ms.

8  Shorter's team?

9    A   Yes.

10    Q   So your answer, whatever it was, to Ms.

11  Isaac's question, was complicated, it wasn't a

12  straight yes, no?

13    A   Yes.

14    Q   Correct?

15    A   That's correct.

16    Q   You had to explain it to her?

17    A   Yes.

18    Q   That he did do accounting, some accounting

19  duties, and he did accounting related duties?

20    A   Yes.

21    Q   Okay.  And Ms. Isaac is an accountant?

22    A   No.

Page 114

1    Q   She's familiar with accounting duties?
2    A   I don't know what she's familiar with.
3    Q   She's a trained accountant, she has
4  accounting training?
5    A   I don't know what she has.
6    Q   She is just a personnel specialist, right?
7    A   As far as I know.
8    Q   In fact, she does -- she's not even a
9  classification specialist, is she?
10   A   I don't know.
11   Q   How many times did you deal with Ms. Isaac
12  as a supervisor there?  Did she generally service
13  your shop?
14   A   Yes.
15   Q   So she did -- when you did postings for new
16  hires, she would be the staffing specialist?
17   A   Yes.
18   Q   All right.  Did you ever do a desk audit or
19  a classification review, other than the desk audit
20  that you talked about?
21   A   No.
22   Q   So that was it, and the person who did the

Page 115

1  classification -- the classifier, the person who did
2  the desk audit was not Ms. Isaac, it was a
3  contractor, correct?
4    A   Yes.
5    Q   Do you recall the results of the desk
6  audit?
7        MS. MELNIK:  That's been asked and
8  answered.
9        MR. SHAPIRO:  I asked her if she saw the
10  report.
11       BY MR. SHAPIRO:
12   Q   But do you recall the results?
13   A   I recall being told that the position did
14  not -- the desk audit did not show that the position
15  was a 13.
16   Q   That's all you were told, you weren't told
17  what the desk audit showed?
18   A   I did not see the report, as I can recall.
19   Q   I understand.  Were you told that the desk
20  audit showed that it was properly classified as a 12?
21  Were you told that?
22   A   I don't recall.

Page 116

1    Q   So all you recall is that you were told
2  that it didn't come up a 13?
3    A   Yes.
4    Q   Okay.  There have been people who have
5  gotten accretion of duty promotions in your shop,
6  correct?
7    A   Could you ask that question again?
8    Q   Yes.  In your branch, there have been
9  people who have received accretion of duty
10  promotions, correct?
11   A   I don't know.
12   Q   Well, Mr. Afshar got a promotion from a 12
13  to a 13, correct?
14   A   That was a different PD that was
15  specifically written for a specific program.
16   Q   Did he compete for that job?
17   A   Yes.
18   Q   And there was an open competition for that?
19   A   Yes.
20   Q   Okay.  And Mr. Yang, do you know him?  Was
21  he ever in your shop?
22   A   No.

Page 117

1    Q   How about Mr. Tate?  Do you know him?
2    A   I know him.
3    Q   Right.  He got a 13, non-competitively?
4    A   He's not in my shop.  I don't know.
5    Q   You don't know.  Okay.
6        Now, how long has Mr. Montgomery been doing
7  accounting and accounting related duties?
8        MS. MELNIK:  Objection as to form, and
9  vague, and misstates the evidence.
10       BY MR. SHAPIRO:
11   Q   Ma'am?
12   A   I don't know how long he's been doing the
13  missing participant program, but however long he's
14  been doing that program is the amount of time that
15  he's been doing the cash journal entries to record
16  movement from the lockbox to State Street and out of
17  State Street when necessary.
18   Q   He's done other duties that are accounting
19  related, correct?
20   A   Act related, yes.
21   Q   Right.  And how long has that been?
22   A   I can't recall.  I don't know.

30  (Pages 114 to 117)

Page 118

1    Q   Did any other subordinates apply for
2   accountant positions, accountant GS-13 positions,
3   other than Monty, in your shop?
4    A   (No response.)
5    Q   Mr. Afshar applied for an accountant 13
6   job?
7    A   Yes.
8    Q   Monty applied for that job?
9    A   I don't recall.
10    Q   You don't recall.  Anybody else in your
11   shop apply for an accountant 13 job?
12    A   I don't recall.
13    Q   Only Mr. Afshar is the only one you recall?
14    A   I don't remember, for that particular
15   position -- I can't remember -- I don't remember
16   whether someone from my shop did or not, but I --
17   well, I don't remember who applied for the position.
18    Q   Okay.  What was the context of Ms. Isaac's
19   inquiry to you whether Mr. Montgomery was doing
20   accounting duties?  What was the context of that
21   inquiry?
22    MS. MELNIK:  That was asked and answered.

Page 119

1    MR. SHAPIRO:  No, it wasn't.
2    BY MR. SHAPIRO:
3    Q   Did it just come out of the blue?  Ms.
4   Isaac called you up one day and said --
5    A   No, it had to be around the time that I had
6   a 12/13 accountant position open.
7    Q   And when was that?
8    A   I don't remember the time frame.
9    Q   Who got that job?
10    A   Lafaye Graham.
11    Q   Lafaye Graham.  And did Monty apply for
12   that job?
13    A   I don't know.
14    Q   Did you see his application?
15    A   No.
16    Q   All right.  Ms. Graham apply for it at the
17   12 level, she was an 11?
18    A   No, she was not in the government.
19    Q   She was not in the government, and she was
20   hired for that job --
21    A   Yes.
22    Q   -- is that right?  All right.

Page 120

1    Ms. Graham is an accountant?
2    A   Yes.
3    Q   With a degree in accounting?
4    A   She has an undergrad in finance and a
5   Master's in accounting.
6    Q   A Master's in accounting.  So she has 24
7   hours?
8    A   Absolutely, yes.
9    Q   Okay.  And she's a GS-11 today or a 12?
10    A   12.
11    Q   So she's still in the job that she was
12   hired at?
13    A   Yes.
14    Q   Still in the Grade 12?
15    A   Yes.
16    Q   The career ladder runs to the 12, or --
17    A   13.
18    Q   It runs to the 13?
19    A   Yes.
20    Q   So you can get a 13 without competition?
21    A   Yes.
22    Q   Okay.  Then what was the special specifics

Page 121

1   of the job that you said Mr. Afshar applied for, the
2   13 job that he applied for?
3    A   That was specifically to do the accounting
4   for the TWA pension plan.
5    At the time, that was the largest
6   termination that we had had, and there were some
7   special situations surrounding that plan that would
8   have required the person that was assigned -- the
9   accountant that was assigned to the plan to do, or to
10   perform accounting treatments on investment
11   instruments that we had not been used to dealing
12   with, special reports had to be done.  So --
13    Q   Why compete it?  You could have just given
14   him the job.  It's career ladder.
15    A   I don't recall that being a career ladder.
16   I think that particular position might have been a
17   13.
18    Q   Well, you said 13, the career ladder runs
19   to ho 13.
20    A   This position was in the 13 accountant.
21    Q   I understand, but the career ladder runs to
22   13 accountant, right?

31 (Pages 118 to 121)

Page 122

1    A   Not in my shop.

2    Q   Well, didn't you just tell me that it does

3  run to the 13?

4    A   Lafaye Graham's position is a 12/13.  The

5  rest of the accountant positions go to 12.

6    Q   Oh, I see.  I see.  So she got a 12/13, so

7  she can get promoted to a 13 without competition?

8    A   Yes.

9    Q   But she hasn't been yet?

10    A   Yes.

11    Q   Okay.  Who else was on the cert for Ms.

12  Graham's job?

13    A   I do not recall.

14    Q   You interviewed people?

15    A   Yes.

16    Q   More than Ms. Graham?

17    A   Yes.

18    Q   But not Monty?

19    A   Monty was not on the cert.

20    Q   Okay.  You can't select somebody in a

21  competitive promotion unless their name appears on a

22  cert, correct?

Page 123

1    A   Yes.

2    Q   And for the cert, you rely on HRD?

3    A   Yes.

4    Q   They give you the cert?

5    A   Yes.

6    Q   So if somebody's name is not on one cert or

7  another for a job, you can't select them?  You may

8  not select them?

9    A   Yes.

10    Q   Okay.  Now, have you ever had a situation

11  where there were two certs in a job, one that was for

12  outside people or competitive people from outside,

13  and one that people with status within the

14  government?

15    A   Yes.

16    Q   And both certs come up, correct?

17    A   Yes.

18    Q   And you can select from either cert?

19    A   Yes.

20    Q   Sometimes names are on both certs?

21    A   Yes.

22    Q   One cert would be status and the other cert

Page 124

1  would be non-status?

2    A   Yes.

3    Q   In other words, people that had status

4  within the government or people — and people that

5  don't, correct?

6    A   Yes.

7    Q   Has that happened, in your experience?

8    A   Yes.

9    Q   Where there have been two certs, and have

10  you been the selecting official?

11       MS. MELNIK:  I don't know if she answered

12  that last question.

13       BY MR. SHAPIRO:

14    Q   Where there's been two certs for the same

15  job?

16    A   Yes.

17    Q   And you have been the selecting official in

18  that situation?

19    A   Yes.

20    Q   Is there any requirement that you choose

21  from one cert or another?

22    A   No.

Page 125

1    Q   You can choose from either cert, correct?

2    A   Yes.

3    Q   Okay.  Has there come a time when vacancy

4  announcements — a cert comes up separate

5  announcements, correct?

6       In other words, a cert can be for separate

7  announcements, you'd have to announce status, and

8  then announce the job non-status eligibles; correct?

9    A   It's usually on — it's on the same vacancy

10  announcement —

11    Q   Okay, so —

12    A   — if it's status or non-status.

13    Q   But there would be two certs, then?

14    A   Yes.

15    Q   Okay.  And can they cancel a cert and just

16  decide to fill it with only status people?

17    A   I don't know.

18    Q   Or only non-status people?

19    A   If you're canceling the vacancy

20  announcement —

21    Q   Not canceling the vacancy announcement,

22  canceling a cert.

Page 126

1    **In other words, we've decided to fill this**
2    **job —**
3        A    I don't know.
4        Q    — only with status people —
5        A    I —
6        Q    — so the non-status cert we're canceling,
7    we're going to only send the status cert?  You don't
8    know?
9        A    I don't know.
10        MR. SHAPIRO:  Okay.  Let's take five.
11        (A brief recess was taken.)
12                    (12:57 p.m.)
13        MR. SHAPIRO:  Okay.
14        BY MR. SHAPIRO:
15        Q    The job that Ms. Graham got, she got that
16    job in 2004, 2005?
17        A    Yes.
18        Q    And that was the job that we talked about
19    the duties for, that was a 12/13, the job that had to
20    do with the trust fund activity?
21        A    Yes, the commingled fund.
22        Q    Right.  And Mr. Becker and Mr., yeah, and

Page 127

1    Mr. Balogun —
2        A    Balogun?
3        Q    — Balogun, they applied for that job,
4    didn't they, when it was advertised as a 13?  Isn't
5    that right?
6        A    That's probably right, I just don't recall
7    specifically.
8        Q    But they were held not qualified for the
9    13?
10        MS. MELNIK:  Beyond the scope of this
11    witness's knowledge.
12        MR. SHAPIRO:  She made the selection here.
13        BY MR. SHAPIRO:
14        Q    Were they on the cert?
15        A    If they were on the cert and I interviewed
16    them, yes.
17        Q    Well, you don't know if they were on the
18    cert, is that what you're telling me?
19        A    Well, I can't remember exactly who from the
20    group.
21        Q    Well, this was ultimately advertised as a
22    12/13, correct?

Page 128

1        A    Yes.
2        Q    Even though it was requested for a 13, when
3    you initially requested it, you requested a 13 for
4    that job?
5        A    I don't recall.  I just remember the
6    ultimate -- ultimately it was 12/13.
7        Q    And you went outside for the job?
8        A    Yes.
9        Q    Rather than people who were already 12s in
10    the job doing trust accounting?
11        A    Well, it wasn't exclusively outside, it was
12    both inside and outside.
13        Q    But you chose to go outside; there were
14    people on the cert from inside, correct?
15        A    I don't recall, but if you have their
16    names, I assume that they were on the cert.  I just
17    don't recall specifically.
18        Q    Did you review any documents in preparation
19    for today, for this deposition?
20        A    No.
21        Q    None at all?
22        A    No.

Page 129

1        Q    Okay.  Did you meet with anybody about this
2    deposition?  Mr. McKinnon —
3        A    No.
4        Q    — Mr. Winter —
5        A    No, I did not.
6        Q    What about counsel; did you meet with them,
7    lawyers?
8        A    I saw them.
9        Q    When did you see them?
10        A    Yesterday.
11        Q    For how long?
12        A    I don't recall, a few -- maybe an hour.
13        Q    What was said?
14        MS. MELNIK:  I'm going to object, it's
15    attorney-client privilege.
16        MR. SHAPIRO:  Because she's —
17        MS. MELNIK:  She's a manager.
18        BY MR. SHAPIRO:
19        Q    I just want to make sure I understand.
20        You never engaged in any rewrite of Mr.
21    Montgomery's position description at any time,
22    correct?

Page 130

1    A    Rewrite?

2    Q    Yes.

3    A    Not that I can recall.

4    Q    Okay. And did anybody consult with you

5    about rewriting his position description?

6    A    Not that I can recall.

7    MR. SHAPIRO: Okay. I don't have anything

8    further.

9    EXAMINATION BY COUNSEL FOR DEFENDANTS

10    BY MS. MELNIK:

11    Q    Ms. Adams, what's your race?

12    A    Black.

13    Q    Now, Mr. Montgomery, as part of his primary

14    responsibilities, prepares reports for something

15    called MPP. Do you know what MPP is?

16    A    Missing participant program.

17    Q    Okay. And what is his duty with respect to

18    that; what exactly does he do?

19    A    And this is the best of my knowledge, and

20    what I know.

21    Mr. Montgomery was responsible for

22    basically accounting for, or tracing the funds for

Page 131

1    the missing participant program from the lockbox to

2    PBGC's custodian bank, and he was responsible for

3    preparing any documentation that was needed to remove

4    funds from the -- from PBGC's custodian bank for the

5    missing participant program.

6    He prepared a quarterly report for the

7    missing participant program and he also prepared

8    reports for, I don't know if it was one other area

9    within the agency. I was not privy to seeing that

10    report every week or whatever it was that he prepared

11    it for.

12    Q    And these duties that you just described,

13    you consider that accounting or accounting related;

14    and if accounting, what do you mean?

15    A    Okay. Accounting in that he prepares --

16    and we're talking strictly cash --

17    Q    And why is that important? Why is it

18    important that it's only cash?

19    A    It's important that it's only cash because

20    in Mr. Montgomery's position he dealt with cash

21    entries for the missing participant program whereas

22    the trust accountants on the staff dealt with

Page 132

1    investments, more analysis of investments on the

2    plans, having to prepare complex journal entries to

3    record financial activity on plans that were

4    terminated by PBGC.

5    Q    So whatever, quote unquote, accounting that

6    Mr. Montgomery was doing, what grade level would you

7    put that at?

8    A    The kind of accounting entries that Mr.

9    Montgomery was doing could probably be done by a GS-

10    7.

11    Q    And when it comes to, since we're talking

12    about cash, are we basically talking about addition

13    and subtraction?

14    A    Yes, in layman's terms, yes.

15    Q    Also, another primary duty of Mr.

16    Montgomery had to do with a safe or vault. Do you

17    know what I'm talking about?

18    A    Yes.

19    Q    Okay. Describe that for me a little bit.

20    A    Mr. Montgomery was responsible for

21    preparing a quarterly report that -- actually, he was

22    verifying what was in the Controller Operations

Page 133

1    Division's safe, and what that entailed was, he went

2    into the safe, there's a log maintained in the safe

3    with a list of items in the safe.

4    He removed that log. He removed the

5    contents of the safe, And he verified that was --

6    that what is on the log is actually in the safe.

7    Q    And is that accounting or accounting

8    related?

9    A    That's not accounting.

10    Q    Is that just basically comparing what's in

11    a vault and what the log says in the in the vault?

12    A    Yes.

13    Q    Another one of Mr. Montgomery's duties had

14    to do with downloading info from the database or

15    Dbase for the non-commingled asset report, or the

16    monthly operating report.

17    Are you familiar with what I'm describing?

18    A    Yes.

19    Q    Okay. Describe that as simply as you can.

20    A    Okay. On a monthly basis, Mr. Montgomery,

21    and I don't know all the steps involved, but the long

22    and short of it is, is that he downloads information

Page 134

1 from the general ledger.

2 It's in Dbase, and he uses Report Writer to

3 crate various reports, one of which was the non-

4 commingled asset report.

5 For the monthly operating report, there

6 were various cuts of ledger items, and when I say

7 various cuts, he created various reports.

8 Q And what's Report Writer?

9 A It's the software that's used to create

10 reports from Dbase.

11 Q And the numbers that Mr. Montgomery is

12 downloading from Dbase in order to create these

13 reports, do these numbers already exist for him to

14 download or does he have to create these numbers?

15 A They already exist.

16 Q And so in layman's terms, in terms of

17 complexity, are we talking about addition and

18 subtraction?

19 A Yes.

20 Q Any accounting involved in that, beyond

21 addition, simple basic addition and subtraction?

22 A No.

Page 135

1 Q You may have already discussed this.

2 Are you familiar with another one of Mr.

3 Montgomery's duties with respect to daily transfer

4 report?

5 Do you know what I'm referring to? Confirm

6 missing participant info?

7 A Oh, okay.

8 Q The daily transfer report?

9 A Yeah. The -- whenever there were transfers

10 from the lockbox to State Street Bank for the missing

11 participant program, they would show up on the daily

12 transfer report.

13 Q Okay. And what was Mr. Montgomery's duty,

14 if anything, with respect to that?

15 A Okay. He did have to prepare the journal

16 entries to record the cash being received at State

17 Street Bank for the missing participant program.

18 Q And again, why is the fact that it's cash

19 significant?

20 A With cash, you don't have to -- the person

21 that's handling cash does not have to do any related,

22 or calculate any related gains or losses that may be

Page 136

1 associated with it, and they don't have to figure

2 out, you know, what particular asset that belongs to,

3 because it is cash.

4 Q So again, as opposed to using an accounting

5 treatment, it would simply be, in layman's terms,

6 addition and subtraction?

7 MR. SHAPIRO: Objection, leading.

8 BY MS. MELNIK:

9 Q Would that be accounting work? And if so,

10 what level?

11 A Okay. It's accounting work, but again, it

12 does not require the GS-12 or 13 accounting

13 experience.

14 Q And by performing the duties that we've so

15 far described, would that make Mr. Montgomery

16 eligible for a GS-13, or even GS-12 accountant 510

17 series?

18 MR. SHAPIRO: Objection. She doesn't have

19 the requisite background. She's not a personnel

20 specialist. She doesn't do eligibility.

21 BY MS. MELNIK:

22 Q You can still answer.

Page 137

1 A In my opinion, no.

2 Q Another one of Mr. Montgomery's duties,

3 you'll agree with me, is preparing cash flow for

4 missing participant program?

5 A Yes.

6 Q As simply as you can, would you explain

7 that?

8 A In preparing that report, Mr. Montgomery

9 starts with the beginning balance in certain general

10 ledger accounts for the missing participant, and

11 again, it's cash, and he's tracing all of the ins and

12 outs for the missing participant program for the

13 quarter, and the report is cumulative.

14 Q And to the extent that accounting or

15 mathematics is involved, would that involve addition

16 and subtraction?

17 A Yes.

18 Q And I've been using the word "accounting

19 treatment." Could you describe that term as you know

20 it, using accounting treatment?

21 A Yeah. Accounting treatment is determining

22 the proper journal entries that are needed to record

Page 138

1  financial activity on whatever it is that you're
2  talking about.
3       Accounting treatment in the case of the
4  missing participant program is confined to cash, so
5  again, there is no deep analysis needed to record the
6  activity.
7       Accounting treatment, in my mind, for the
8  trust accountants, or accounting treatment as it
9  refers to the work that the trust accountants do has
10 to do with determining how you go about recording
11 changes in value, sales, gains, and losses, purchases
12 on specific assets.
13    Q   And the kind of assets that your trust
14 accountants are using accounting treatments on, for
15 example, are what?
16    A   Corporate stock, corporate bonds,
17 derivatives, asset-backed securities, in addition to
18 how to accrue income on the corporate stocks and
19 bonds, dividends, how to record expenses, and
20 recording accruals or accounts payable for expenses
21 incurred and not yet paid, that kind of thing.
22    Q   Did Mr. Montgomery ever use accounting

Page 139

1  treatments for the kinds of assets that you just
2  described?
3     A   No.
4     Q   And is that the kind of assets that your
5  trust accountants on a daily basis are working with?
6     A   Yes.
7     Q   Another one of Mr. Montgomery's primary
8  duties has to do with reconciling with the shared
9  activity report.  Do you know what I'm referring to?
10    A   Yes.
11    Q   As simply as you can, could you describe
12 what that is?
13    A   That has to do with making sure that what
14 we, PBGC, have recorded in the database for the
15 acquisitions that were received at State Street for
16 terminated trustee plans during the month reconciles
17 to what the commingled or the custodian – PBGC's
18 custodian bank says it's received or disbursed.
19       In the process, Mr. Montgomery had to get a
20 copy of the report that the custodian bank, PBGC's
21 custodian bank sent to PBGC on a monthly basis.
22       That report contains, long and short, it

Page 140

1  contains the acquisitions that were received for the
2  month as well as the liquidations.
3       It gives a range.  Each liquidation and
4  acquisition has a number associated with it.  It
5  gives a range, the range of the numbers that were
6  associated with each acquisition and liquidation, and
7  it also has things like paid in capital shares issue.
8       And he compares that to what our records
9  say we've received, and he does that by utilizing the
10 report from Dbase that was created by my student
11 intern inputting the information for each acquisition
12 and liquidation into the database, and a
13 reconciliation of those two has to be done, because
14 they should be one and the same.
15    Q   So essentially, that's comparing numbers
16 that already exist?
17    A   Yes.
18    Q   And in terms of reconciling, again, we're
19 talking about adding and subtracting?
20    A   Yes.
21    Q   Now, does another one of Mr. Montgomery's
22 duties have to do with an end-of-month report which

Page 141

1  deals with what State Street sends you daily via an
2  e-mail and then a hard copy is received and some sort
3  of comparison between the two?
4     A   That was essentially what I just described.
5     Q   Okay.
6     A   Yes.
7     Q   And in terms of what your trust accountants
8  do, would you consider that accounting?
9     A   No.
10       MS. MELNIK:  Could I just have 30 seconds?
11       (Pause.)
12       BY MS. MELNIK:
13    Q   With respect to Mr. Montgomery's COTR
14 duties that have been described here today, with
15 respect to the accounting work that was done by the
16 Bert Smith contract accountants, did Mr. Montgomery
17 have any responsibility with respect to the actual,
18 or reviewing any of the actual accounting work that
19 these contractors performed?
20    A   No.
21    Q   And why is that?
22    A   Because he's not an accountant.

Page 142

1    Q   With respect to the trust accountants that
2    you supervise in your branch, in terms of the process
3    in taking a terminated, or potentially a plan to be
4    terminated by a company to then eventually become
5    under the trusteeship of PBGC, how does that begin?
6    What is there — what are your accountants doing
7    straightaway, first thing?
8            Start with the assignment of the plan.
9    A   Okay.  When a trust accountant is assigned
10   a plan, they're given documentation contained on what
11   we call a trusteeship decision record, or TDR, that
12   contains information about the plan.
13           The trust accountant reads it for content,
14   finding out where the assets of the plan reside, what
15   the estimated assets are as of the date of plan
16   termination or DOPT.
17           They are -- try to obtain bank statements
18   at that point to see if there is something that would
19   substantiate what's in the TDR.
20           They have to book what the estimated assets
21   are.  They have to post it to the ledger, what the
22   estimated assets are.

Page 143

1            They do that by, you know, going into PAM,
2    and before they even get --
3    Q   What's PAM again?
4    A   I'm sorry.  I didn't explain that one.
5    That's portfolio accounting and management.
6            But prior to even making the entry for the
7    estimated assets, they have to input certain data
8    about the plan into PAM to set it up, essentially,
9    after which they can prepare the journal entry to
10   record the estimated assets.
11   Q   Is that when they're first assigned?
12   A   That's when it's first assigned.
13   Q   Okay.  Let me interrupt.  Is that something
14   that all your trust accountants do?
15   A   Yes.
16   Q   Is that something that Mr. Montgomery does?
17   A   No.
18   Q   Okay.  What's the next thing, or you're not
19   done with that?
20   A   They request -- they make a request to the
21   custodian or the custodian bank's, where the assets
22   reside for the plan, and they obtain the bank

Page 144

1    statement that is -- or they obtain -- they make a
2    request to receive the bank statement as of the date
3    of plan termination through the current period, and
4    they request that that information be sent to them
5    until the bank statement shows zero.
6            And they follow that up with a letter, with
7    a formal letter to the custodian or custodian of the
8    bank, custodians of the plan assets --
9    Q   Is that something that -- I'm sorry.
10           Is that something that all your trust
11   accountants do?
12   A   Yes.
13   Q   Is that something that Mr. Montgomery does?
14   A   No.
15   Q   Okay.
16   A   After they receive the appropriate bank
17   statements to develop a balance sheet as of the date
18   of plan termination, they have to determine what the
19   market values are of all of the assets contained in
20   the plan as of the date of plan termination, and to
21   do that, there may be two steps.
22           If the DOPT of the plan is other than the

Page 145

1    end of the month --
2    Q   What's DOPT again?
3    A   Date of plan termination.
4    Q   Okay.
5    A   -- they have to figure out what the exact
6    holdings were of assets as of the date of plan
7    termination.
8            For instance, if the date of plan
9    termination is the middle of the month, say the 15th,
10   they can take a bank statement for the end of the
11   month and they have to figure out, do the analysis to
12   figure out exactly what -- how many shares of a
13   certain stock, for example, were held as of 9-15, or
14   as of the 15th of the month.
15           After they figure out what the exact
16   holdings were, they use Bloomberg, Wall Street
17   Journal, or another pricing source to find out what
18   the market values of those assets were as of the date
19   of plan termination.
20           They prepare worksheets for each asset
21   type, and those asset types are rolled into one big
22   worksheet that summarizes all the assets.

37 (Pages 142 to 145)

Page 146

1    Q   Is that like a spreadsheet?
2    A   Yes, it's a spreadsheet.
3    Q   And these duties that you've just
4  described, is that something that all your trust
5  accountants are required to do?
6    A   Yes.
7    Q   And in fact, do?
8    A   Yes.
9    Q   Is it something that Mr. Montgomery ever
10  did?
11   A   No.
12   Q   Okay.
13   A   After that's done, they have to prepare the
14  correct journal entries to post it to our general
15  ledger.
16       It's done through PAM, which is the
17  portfolio accounting and management system, and it's
18  forwarded to their team leader for a full review, and
19  then it's posted to the general ledger.
20   Q   Okay.
21   A   After --
22   Q   Let me ask you —

Page 147

1    A   Okay.
2    Q   — any of that that you just described, is
3  that — or all of that that you've just described, is
4  that what your accountants do in your branch?
5    A   Yes.
6    Q   Is that something Mr. Montgomery ever did?
7    A   No.
8    Q   Okay.
9    A   After the balance sheet is established for
10  the plan as of the date of plan termination, the
11  trust accountants are responsible for recording,
12  analyzing and recording any financial or all of the
13  financial activity that occurs on the plan from the
14  day after DOPT through the time that the plan is
15  trusteed and all the assets are transferred to PBGC's
16  custodian bank.
17       By recording all the financial
18  transactions, that means that they are recording any
19  sales and purchases of additional assets on the sales
20  of the assets that already exist.
21       They have to calculate what the realized
22  gains and losses are. They have to record income

Page 148

1  that is earned expenses that are paid, and they have
2  to record market -- well, market changes in the
3  assets for the plan, and that occurs with the
4  frequency that the asset statements are released,
5  usually monthly, sometimes quarterly.
6       And all of that activity has to be —
7  journal entries have to be prepared for all of that
8  to be posted to the general ledger.
9    Q   And is that something that all of your
10  trust accountants are required to do, and in fact do?
11   A   Yes.
12   Q   Is that something Mr. Montgomery has ever
13  done?
14   A   No. After --
15   Q   What's the next step in the process?
16   A   The plan becomes trusteed.
17       When the plan -- when PBGC becomes trustee
18  of the plan, the trust accountants are responsible
19  for telling the Treasury Division within the
20  Financial Operations Department that this plan has
21  been trusteed, here are where the assets are located,
22  here's the contact person, here's the current asset

Page 149

1  level, here's what the benefit payments are every
2  month.
3       The Treasury Division, in turn, sends a
4  letter to the custodian or custodians of the assets,
5  instructing them on how to transfer the assets to
6  PBGC's custodian bank.
7       Once the assets are transferred to PBGC's
8  custodian bank, we get the notification via the
9  acquisition that I was talking about prior to this,
10  and the trust accountant has to record the transfer
11  of the assets from the interim custodian to PBGC's
12  custodian bank, and again they are responsible for
13  recording any -- calculating any of the associated
14  gains and losses to those specific assets that were
15  transferred.
16   Q   And is that something that all your trust
17  accountants are responsible for?
18   A   Yes.
19   Q   Is that something that Mr. Montgomery was
20  responsible for, or was he responsible for that sort
21  of thing?
22   A   No.

Page 150

1    Q    Did he ever do that sort of thing?

2    A    No.

3    Q    In response to a question that Mr. Shapiro

4  asked, as it related to Mr. Montgomery's

5  responsibilities, he put in the question, accounting

6  and accounting related, I think with respect to the

7  non-commingled — I can't remember the specific item.

8        But do you recall Mr. Shapiro asking you

9  questions, a series of questions about whether -- you

10  know, was this accounting related and whether or not

11  it's also accounting?

12    A    Yes.

13    Q    What did you mean when you said, first,

14  accounting related?

15    A    Accounting related to me means, well, we're

16  in an accounting shop.  The Investment Accounting

17  Branch is an accounting shop.

18        Mr. Montgomery was responsible for looking

19  at the reports and downloading information for

20  certain reports and placing those items on the

21  monthly activity report.

22        In my mind, that's accounting related.

Page 151

1        Accounting, to me, refers to having to do

2  certain analyses to prepare journal entries to record

3  changes in values of assets.  That's pretty much it.

4    Q    Okay.  So with respect to Mr. Montgomery,

5  the only — and correct me if I'm wrong — the only

6  changing of assets was restricted only to cash?

7    A    Yes.

8    Q    Which therefore, when it comes to changing

9  of value, simply meant, in terms of figuring it out,

10  for lack of a better word, he utilized addition and

11  subtraction?

12    A    Yes.

13    Q    And I think you went — I think you've gone

14  through this, but this is more in response to

15  questions that were raised by Mr. Shapiro with

16  respect to Mr. Montgomery's duties.

17        And one you mentioned was daily transfer

18  reports, reconciliation for assets and liquidation.

19        Is that something you went over just now

20  when I've been asking you question?

21    A    Yes.  That has to do with the

22  reconciliation that he does to the share activity

Page 152

1  report from the custodian bank.

2    Q    Okay.  And again, keeping in mind what your

3  accountants do, what's required of them, do you

4  consider that daily transfer, the reconciliation, is

5  that — do you consider that accounting?

6    A    No.

7    Q    And just so I understand, whatever, quote

8  unquote, accounting that Mr. Montgomery may have been

9  doing, it was something -- it's something that could

10  have been performed by a GS-7 accountant?

11    A    The accounting, yes.

12    Q    The accounting.

13        And with respect to the work performed by

14  the Bert Smith contract accountants, who is it that

15  was reviewing their work?

16    A    The lead accountant.

17    Q    And why would you have a lead accountant

18  review the contract accountants' work?

19    A    Well, she's an accountant and all of the

20  accounting work has to be reviewed by the lead

21  accountant before it's posted to the ledger.

22    Q    Who is that person?

Page 153

1    A    Lisa Cho.

2    Q    You were asked some questions about whether

3  or not COTR duties were added to the financial

4  specialist, which at the time was Mr. Montgomery, on

5  the PD, and you said something like, it — you wanted

6  added or was added, quote, "May serve as COTR."

7    A    Yes.

8    Q    Why was that?

9    A    I didn't want to have that specifically

10  written in the PD, because I knew that whenever or if

11  Mr. Montgomery left the group, and I got another

12  financial specialist, the financial specialist would

13  not necessarily serve as COTR for that or any other

14  contract; so I didn't want to be locked into that.

15    Q    You were asked some questions about a

16  Teresa Jackson assigned to write reports, downloaded

17  info from Dbase —

18    A    Mm-hmm.

19    Q    — to put into reports?

20    A    Yes.

21    Q    Do you recall those questions that he asked

22  you about Ms. Jackson or that topic?

Page 154

1     A   Yes.

2     Q   Okay. Is that accounting work in the way
3   that we've been discussing it here today?

4     A   No. That was just a part of something that
5   she had to do to get the report, but I wouldn't call
6   that -- just because she was an accountant doesn't
7   mean that that part of it was accounting.

8     Q   Is that something that you've been
9   referring to as perhaps accounting related?

10    A   Yes.

11    Q   Now, in addition to the conversation that
12  was explored by Mr. Shapiro about Mr. Montgomery, or
13  your offer to have Mr. Montgomery go into the 510
14  accounting series, were there other times where you
15  asked Mr. Montgomery about moving into the 510
16  accounting series?

17    A   I recall at least one other occasion where
18  I asked Mr. Montgomery if he would be interested in
19  moving, and he told me no.

20    Q   Okay. And in relation to the time that was
21  discussed earlier, when Mr. Shapiro was asking you
22  questions, when was this time? Was it more recent or

Page 155

1   was it --

2     A   It was more recent than the first time,
3   yes.

4     Q   And what else did he say with respect to
5   why he didn't want to go into the 510 accounting
6   series?

7     A   At that point, he told me that he was too
8   close to the end of his career and he didn't want to
9   do that kind of complicated work or that kind of -- I
10  don't want to put words in his mouth, but the gist of
11  it was, it was just, he didn't want to deal with that
12  kind of work that close to the end of his career.

13    Q   And if you were making a comparison between
14  the kind of work that Mr. Montgomery was doing as
15  opposed to what your trust accountants were doing,
16  which is the more complicated?

17    A   The trust accountants' work.

18    Q   And when you offered Mr. Montgomery the
19  opportunity to move into the 510 accounting series,
20  what grade level were you offering?

21    A   He would have moved in as a 12.

22    Q   Okay. Could you have moved him into the

Page 156

1   accounting series as a GS-13?

2     A   No.

3     Q   Why not?

4     A   He wasn't qualified for a 13-level
5   position.

6     Q   And when you say he wasn't qualified, what
7   do you mean?

8     A   He had not performed the work at a GS-12
9   level accountant within the group, so he didn't have
10  that experience.

11    Q   And when you offered Mr. Montgomery the
12  opportunity to go into a 510 accounting series, was
13  it because he was already performing duties as a GS-
14  12 accountant?

15    A   No.

16    Q   What was your purpose in offering him GS-
17  12- 510 accounting series?

18    A   Well, as being a part of the group, I know
19  that would have been a different -- an opportunity
20  for him to do some of the work, or do the work that
21  the other trust accountants were doing in the group.
22  I thought that might have been interesting to him.

Page 157

1     Q   So you were offering Mr. Montgomery an
2   opportunity to start doing the work of the trust
3   accountants?

4     A   Yes.

5     Q   And he didn't want to do it?

6     A   He told me no, yes.

7     Q   When you, having received information from
8   HRD about a suggestion of a desk audit, and having
9   relayed that suggestion to Mr. Montgomery, do you
10  recall, did he ever express any opposition to that
11  happening?

12    A   No.

13    Q   I mean, did he say, "No, never mind, forget
14  it," then?

15    A   No.

16    Q   Now, with respect to Mr. Montgomery, you
17  testified that you offered him the 510 accounting
18  series opportunity when you understood that he had
19  completed 24 hours of accounting education. Do you
20  recall being asked about that?

21    A   Yes.

22    Q   Was your understanding of that 24 hours

Page 158

1  based on what Mr. Montgomery represented to you or
2  some formal documentation of that?
3      A   What was represented to me.
4      MS. MELNIK:  Can we just break for 30
5  seconds?  She has to call the next witness and tell
6  them not to come right at 2:00.
7      MR. SHAPIRO:  Okay.
8      (A brief recess was taken at 1:43 p.m.)
9                          (1:45 p.m.)
10     BY MS. MELNIK:
11     Q   With respect to the Bert Smith contract and
12 Mr. Montgomery being the COTR, you said he was
13 performing administrative duties with respect to that
14 contract?
15     A   Yes.
16     Q   And when you say administrative, what do
17 you mean by that?
18     A   Well, Mr. Montgomery was responsible for
19 preparing the weekly reports, or the -- whatever the
20 requirement is for the reports, making sure that the
21 invoices that were received properly reflected, I
22 guess, the level of employees and the hours that were

Page 159

1  worked.
2      He was responsible to me whenever I made
3  inquiries about whether we would experience a
4  shortfall or overage to the budget for the number of
5  contractors on the staff.
6      When it was time for budgeting, he provided
7  information to me so that I could complete my budget
8  request.
9      And probably a number of other things that
10 I'm not -- but I'm sure that there are other
11 requirements, being a COTR, that he had to perform,
12 and as far as I know, none of those are accounting
13 related, but everything that I know about is not
14 accounting related.
15     Q   I'm sorry?
16     A   Everything that I know about is not
17 accounting related, it's more administrative.
18     Q   In terms of -- you supervised Mr.
19 Montgomery every day for a number of years; is that
20 correct?
21     A   Yes.
22     Q   How many years are we talking about,

Page 160

1  approximately, or even if you know the exact.
2      A   I don't know, but at least nine.
3      Q   Years?
4      A   Years.
5      Q   Okay.  And with respect to his, Mr.
6  Montgomery's COTR duties, in terms of a percentage
7  that those duties were in terms of his -- in
8  comparison to all his duties, on average, was it more
9  than 25 percent of his work?
10     A   I -- I don't think so.
11     Q   How does Mr. Montgomery's qualifications
12 for the GS-12/GS-13 accounting position, how does Mr.
13 Montgomery's qualifications compare to the selectee,
14 Lafaye Graham's?
15     A   Lafaye Graham had 15 years experience in
16 the accounting field.  She has the undergrad degree
17 in finance, Master's in accounting.
18     She also had experience in investment
19 accounting, which is what I was specifically looking
20 for.
21     She was, in her prior job, jobs, she had
22 been doing work associated with accounting for

Page 161

1  investments, which let me know that she had the
2  experience in knowing what the accounting treatments
3  are for those kinds of assets.
4      Mr. Montgomery had the 24 hours in
5  accounting, but he did not have the experience.
6      Q   So if Mr. Montgomery had been on the cert
7  list for that position that Ms. Graham ultimately was
8  selected for, who would you have selected as between
9  the two of them?
10     MR. SHAPIRO:  That's not speculative?
11     BY MS. MELNIK:
12     Q   In light of what you just described, was
13 Mr. Montgomery -- did he have the qualifications for
14 that GS-12/13 accounting position?
15     A   No.
16     Q   And what is Ms. Graham's race?
17     A   Black.
18     MS. MELNIK:  That's all we have.
19     FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
20     BY MR. SHAPIRO:
21     Q   Ma'am, to qualify for a GS-12/GS-13-level
22 job, you have to qualify for the GS-12, correct?

Page 162

1    A   Yes.

2    Q   And with regard to the last time that you

3    made this offer to Mr. Montgomery to transfer into a

4    510 job –

5    A   Yes.

6    Q   – as a 12, when was that?

7    A   I don't recall that.

8    Q   Was it within a year of his retirement?

9    A   I don't recall.

10   Q   You can't recall whether it was a year or

11   five years ago?

12   A   It wasn't five years ago.

13   Q   Was it two years ago?

14   A   It could have been two years ago.

15   Q   It also could have been one year ago,

16   couldn't it?

17   A   I don't remember it being as recent as

18   that.

19   Q   I see.  And was this just a private

20   conversation between you and Mr. Montgomery, nobody

21   else was present?

22   A   No.

Page 163

1    Q   Am I correct?

2    A   You're correct.

3    Q   Right.  And he said something like, "It's

4    too close to my planned retirement to change duties

5    now," is that –

6        MS. MELNIK:  I object to the form.  It

7    misstates the evidence.

8        BY MR. SHAPIRO:

9    Q   Is that what he said?  Something like that?

10   A   Like I said, he said that he was too close

11   to the end of his career --

12   Q   To make a change now, that kind of thing?

13   A   To do that kind of work now, to do that,

14   yes.

15   Q   To change work, correct?

16   A   Yes.

17   Q   But you were offering to move him over to a

18   510 at the GS-12 level?

19   A   Yes.

20   Q   And that was essentially the same offer you

21   made way back when?

22   A   Yes.

Page 164

1    Q   Okay.  He was a good worker?

2    A   Yes.

3    Q   Reliable?

4    A   Yes.

5    Q   Conscientious?

6    A   Yes.

7    Q   Detail-oriented?

8    A   Yes.

9    Q   Now, the duties that he performed for those

10   many years at your branch are still being performed,

11   correct?

12   A   Yes.

13   Q   And they've been sent out to various

14   people, correct?

15   A   Yes.

16       MS. MELNIK:  Objection as to vague.

17       BY MR. SHAPIRO:

18   Q   And which people have them?  Ms. Graham?

19   She has some?

20   A   No.

21   Q   Okay.  So who has them?  Mr. Afshar?

22   A   Yes.

Page 165

1    Q   All right.  How about, I think you said

2    that Ms. Shorter does some of them, right, herself

3    now, or Ms. Cho does some of those duties herself

4    now?

5    A   Of the staff, and this is just -- this may

6    not be a full list -- Alicia Brooks has some, June

7    Jackson has some, Ray Afshar has some.

8    Q   And also Ms. Cho I think you said has some?

9    A   May I ask you what I said that Ms. Cho has?

10   Q   Didn't you tell me --

11   A   I can't remember.

12   Q   -- that some of the things that she --

13   that the reconciliation that he used to do, she now

14   does?

15   A   Yes, she has some of that, yes.

16   Q   So Ms. Cho does some of that?

17   A   And when I say she has it, that could be

18   her or somebody that she designates.

19   Q   But as far as you know, she's done some of

20   that herself?

21   A   Her hands-on, herself --

22   Q   Yes.

Page 166

1  A  -- I gave it to her.

2  Q  Yes.

3  A  Whether she's put her hands on it herself,

4  I can't answer --

5  Q  You don't know?

6  A  -- but she has it.

7  Q  Mm-hmm.  Okay.

8  This -- what is the value of the missing --

9  the missing program?

10  A  Missing participant?

11  Q  Yeah, missing participant program assets?

12  A  Well, I can -- the only thing I can tell

13  you is I know that those are assets that belong to

14  people that the companies or corporation, I'm not

15  sure which, can't find.

16  Q  Yes.  And what is the value of those

17  assets?

18  A  I don't know.

19  Q  Millions?

20  A  I don't know.

21  Q  You don't have any idea?

22  A  No.

Page 167

1  Q  Who would know?  Somebody is supposed to be

2  tracking that, correct?

3  A  Yes.

4  Q  In your branch?

5  A  Yes.

6  Q  Could it be millions?

7  MS. MELNIK:  Objection, speculation.

8  THE WITNESS:  I don't know.

9  BY MR. SHAPIRO:

10  Q  All the entries entered by the trust

11  accountants, are they accurate when entered?

12  Accurate and correct?  All the entries, the journal

13  entries done by the trust accountants in your branch,

14  are they accurate and correct when entered?

15  A  Yes.

16  Q  No reconciliation needs to be done to check

17  that?

18  A  The reconciliation is performed by the

19  trust accountants when they're comparing what went

20  into the ledger --

21  Q  I see.  Nobody checks their work?

22  A  The lead accountant checks their work.

Page 168

1  Q  And that's the only person who checks their

2  work?

3  A  Well, when they receive the -- when the --

4  when the entry is posted to the ledger, the trust

5  accountant is responsible for looking at the ledger

6  balance and comparing it to the bank statement

7  balance.

8  Q  And nobody checks that?

9  A  The trust accountants are checking it.

10  Q  Yeah, but nobody checks that for them?

11  There's not a second check?  Didn't Mr. Montgomery

12  have to do that?

13  A  No, he --

14  Q  When he generated the report?

15  MS. MELNIK:  Mr. Shapiro, let her answer

16  the question before you ask the next one, please.

17  BY MR. SHAPIRO:

18  Q  When he generated these reports, he didn't

19  have to check --

20  A  He did not check --

21  Q  You're sure?

22  A  -- bank balances to the ledger balance.

Page 169

1  Q  You're sure?

2  A  As far as I know, he did not, that was not

3  a requirement.

4  Q  Oh, I see.  Okay.

5  Did you tell me who the COTR is now for the

6  contract, for the Bert Smith & Company contract; who

7  is the new COTR?

8  A  I don't think you asked me the question,

9  but in the -- I have a new person that's going to be

10  responsible for the contract, that just took --

11  Q  You mean as COTR?

12  A  -- COTR training.

13  Q  And who is that?

14  A  Sabrina Smart.

15  Q  Sabrina Smart?

16  A  Yes.

17  Q  I see.  And she just took -- so have you

18  posted her up to the -- have you sent her name over

19  to procurement?

20  A  She has to take a test.  Well, she took the

21  test.  She's waiting for the results, before I can do

22  that.

43  (Pages 166 to 169)

Page 170

1    Q   Well, you know Monty was going to retire,

2    right?

3    A   Yes.

4    Q   In advance of his retirement, correct?  He

5    announced it months ago, months before his

6    retirement?

7    A   No.

8    Q   When did he announce it?

9    A   We didn't know for sure until like the last

10   couple of weeks of September.

11   Q   When did she take the course?

12   A   She took the course in November.  That was

13   the first that was available that she could attend.

14   Q   So who is acting COTR now?

15   A   Right now, Lafaye Graham is the acting

16   COTR.

17   MR. SHAPIRO:  Nothing further.

18   MS. MELNIK:  I have some followup.

19   FURTHER EXAMINATION BY COUNSEL FOR DEFENDANTS

20   BY MS. MELNIK:

21   Q   Does — is the work done by, even though

22   it's being handled now by federal government, is the

Page 171

1    work of the contract accountants still being reviewed

2    by a team leader?

3    A   That's correct, yes.

4    Q   And is the fact that some of your

5    accountants have taken over the financial specialist

6    duties that Mr. Montgomery previously did, is that

7    what makes — are those duties what make your

8    accountants accountants?

9    A   No.

10   Q   Just so we're clear, I'm thinking in terms

11   of how the transcript is going to read, based on my

12   last sentence, where I said that's what makes

13   accountants accountants.

14   Is the work that is now being performed by

15   some of your accountants that Mr. Montgomery -- all

16   the work that Mr. Montgomery previously did, does

17   that make the accountants that are now performing

18   those duties, does that define them, that kind of

19   work define them as accountants?

20   A   No.

21   MS. MELNIK:  Now, I think that's all I

22   have.

Page 172

1    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

2    BY MR. SHAPIRO:

3    Q   I just have one question.

4    The assignments that are given to your

5    people in the branch are given by you?

6    A   Yes.

7    Q   And what your branch is to do is given by

8    your boss?

9    A   Yes.

10   Q   And ultimately, Mr. Winter is the one who

11   determines who gets what which branches and which

12   divisions get what assignments?

13   A   Yes.

14   MR. SHAPIRO:  Okay.

15   MS. MELNIK:  Just a second.

16   (Pause.)

17   FURTHER EXAMINATION BY COUNSEL FOR DEFENDANTS

18   BY MS. MELNIK:

19   Q   Did Mr. Montgomery ever approach you and

20   ask you for more complicated, quote unquote,

21   accounting duties beyond the cash, quote unquote,

22   accounting duties that required addition and

Page 173

1    subtractions?  Did he ever seek you out to want those

2    duties?

3    A   Not that I can recall.

4    Q   Did Mr. Montgomery ever ask for duties that

5    you wanted to give him, but because of something Mr.

6    McKinnon or Mr. Winter stated or directed, you

7    weren't permitted to?

8    A   Not that I can recall.

9    Q   And let me ask you also — Mr. Montgomery

10   has alleged in this lawsuit that he was discriminated

11   against based on his race, his gender, his age, and

12   because of prior EEO activity, so retaliation.

13   Are any of the decisions, selections that

14   you made influenced by Mr. Montgomery's race or

15   against him because of the fact that he is black?

16   A   No.

17   Q   Were you ever directed by —

18   MR. SHAPIRO:  This of course is beyond the

19   scope.  It opens up a whole new area.  But go ahead.

20   BY MS. MELNIK:

21   Q   — directed by Mr. Winter, was it ever

22   expressed to you by your superiors that any of your

Page 174

1  decisions, based on direction from them, influenced
2  by Mr. Montgomery's race?
3      A   No.
4      Q   Those same questions, as they apply to his
5  gender, being male, did you take any action against
6  him or receive any direction from superiors based on
7  his gender?
8      A   No.
9      Q   Did you make any decisions or receive any
10  direction from any of your, either superiors, based
11  on Mr. Montgomery's age?
12     A   No.
13     Q   And was any decision that you made or any
14  direction you were given by your superiors with
15  respect to the things we've talked about here today,
16  with respect to him not being selected for a GS-13
17  accountant, accretion of duties promotion, accretion
18  of duties promotion with respect to COTR duties, was
19  any of that influenced by -- was he being retaliated
20  -- was there any retaliation involved for any prior
21  EEO activity he may have participated in?
22     A   No.

Page 175

1      MS. MELNIK:  That's it.
2      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
3      BY MR. SHAPIRO:
4      Q   You have no idea what was motivating Mr.
5  Winter, though --
6      A   No.
7      Q   -- correct?  I'm right; isn't that right?
8      A   You're right, yes.
9      Q   Right.  And you knew about, when you looked
10  at Mr. Montgomery's PD those times, you saw that
11  there was a page in there that said, "Corrected for
12  GS-12 pursuant to a settlement."  Do you recall that?
13  You don't recall that?
14     A   I can't recall that now.
15     Q   Well, let me describe it to you.
16         It's a GS-11 PD, but there's a page, a
17  blank page that says, a blank page like that, that
18  typed in there, it says, after the cover page, before
19  the actual PD, it says GS-11 PD but it's been raised
20  to a GS-12 pursuant to a settlement.  Do you recall
21  that now?
22     A   No, I don't.

Page 176

1      Q   Right.  Did you ever see a PD like that?
2      MS. MELNIK:  Objection.
3      THE WITNESS:  Not that I can recall.
4      BY MR. SHAPIRO:
5      Q   And you don't know what motivated anybody
6  but yourself, correct?
7      A   Yes.
8      MR. SHAPIRO:  Good.  Nothing further.
9      (Whereupon, at 2:05 p.m., the deposition of
10  CYNTHIA R. ADAMS was concluded.)
11          * * * * *
12      I have read the foregoing pages which
13  reflect a correct transcript of the answers given by
14  me to the questions therein recorded.
15
16      Deponent
17
18
19      Date
20