Exhibit 4
MSJ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                :
DELARSE MONTGOMERY, JR.,    :
                                :
      Plaintiff,         :
                                :
  v.                       : Civil Action No.
                                : 05-2157
ELAINE CHAO, SECRETARY OF LABOR, :
                                :
      Defendant.         :
                                :
- - - - - - - - - - - - - - - - x

Washington, D.C.

Monday, November 27, 2006

Deposition of

WAYNE MORRIS McKINNON

a witness of lawful age, taken on behalf of the Plaintiff in the above-entitled action, before Jon G. Hundley, Notary Public in and for the District of Columbia, in the offices of Swick and Shapiro, 1225 I Street, Northwest, Washington, D.C. 20005, commencing at 2:09 p.m.

Page 10

1  exception of a technician. I think for the most part we
2  only have one technician.
3  Q   A technician would be a lower graded employee?
4  A   Yes.
5  Q   And that would be, what, sort of
6  semi-professional or support?
7  A   They call them accounting techs.
8  Q   Accounting techs. Okay. So what grade would a
9  technician be?
10 A   She's either a seven or an eight.
11 Q   And how many financial non-accountant
12 professionals do you have in that section now?
13 A   Financial non-accountants?
14 Q   Yeah — no, professionals that are in the — in
15 other words, not techs, not accounting techs?
16 A   If I'm hearing your question correctly, how
17 many other professionals who are not accountants —
18 Q   Yes, exactly.
19 A   I don't think there are any.
20 Q   So Mr. Montgomery is the only one?
21 A   I think so.
22 Q   Okay. And what was his position?

Page 11

1  A   What's on his description? I don't remember
2  exactly. I know it was administrative of some kind.
3  Q   Administrative. You think he was an
4  administrative level employee?
5  A   I don't remember what the title was they had on
6  it. He was not an accountant.
7  Q   Not an accountant. But he was the only one
8  other than the accounting tech?
9  A   As far as I can recall, yes.
10 Q   Okay. Well, we're going by your recollection.
11    Was he a financial specialist?
12 A   Maybe that's what it was.
13 Q   Or a financial analyst or something like that?
14 A   I don't think it was analyst. It might have
15 been a financial something?
16 Q   Financial specialist?
17 A   Maybe.
18 Q   Okay. And so how many of the people who, aside
19 from the two subordinate supervisors, Ms. Shorter and
20 Ms. Cho, how many people reported directly to Ms. Adams?
21 The tech reported to Ms. Adams or to one of the other
22 two supervisors?

Page 12

1  A   I think the tech is more or less under Ms.
2  Shorter.
3  Q   Okay.
4  A   But she works between the two supervisors.
5  Q   But she's actually supervised by Ms. Shorter?
6  A   I think —
7  Q   That's who fills out her performance appraisal?
8  A   I think so.
9  Q   Okay. And how many people who work for — so
10 everybody who — everybody who reports to Ms. Adams
11 would be either an accountant or Mr. Montgomery, when he
12 was there?
13 A   Or a stay in school, perhaps.
14 Q   Oh, a stay in school would be like a YOC
15 student, Youth Opportunity Corps, that kind of thing?
16 A   More or less.
17 Q   Okay. Those are not professional employees;
18 they're support?
19 A   Yeah, they're support. They're there on a
20 student program.
21 Q   Right, I'm not talking about those. I'm
22 talking about the professional level employees.

Page 13

1  A   The professional level, he was the only direct
2  report that I seem to recall to her.
3  Q   So he would report to her and Shorter and Cho
4  would report to her?
5  A   Correct.
6  Q   And everybody else who would report to her,
7  talking about professionals, through Shorter or Cho.
8  A   Correct.
9  Q   So you would not sign anybody's performance
10 appraisal with the exception of Ms. Adams as her
11 immediate supervisor, right?
12 A   What period of time are you referring to?
13 Q   Say 2002 to 2006?
14 A   During that period, I wouldn't sign any
15 performances unless any of the other supervisors signed
16 them. And during that period, it would have to be her,
17 because the branch chiefs -- not the branch chiefs, but
18 the leads, are not performing reviews. So they would
19 all be done by Ms. Adams.
20 Q   I see. So in terms of technical supervision of
21 people, Ms. Adams was the only supervisor in the place
22 in that branch; is that correct? The others, Ms.

Page 14

1  Shorter and Ms. Cho, were team leaders?
2    A  Team leads.
3    Q  Not supervisors, correct?
4    A  Correct.
5    Q  So everyone there reported to Ms. Adams? She
6  reviewed all their work, she was their supervisor?
7    A  Under the lead format, yes.
8    Q  Yes. But she would be the rating supervisor?
9    A  It wasn't always that way. But, correct.
10   Q  But for 2002 to 2006, it was?
11   A  Yeah.
12   Q  Okay. So you would sign everybody's appraisal
13 there, with the exception of Ms. Adams, as the reviewing
14 official?
15   A  Yes.
16   Q  Okay. And everybody that reported to her was a
17 professional with the exception of stay in school
18 students and the accounting technician?
19   A  Yes.
20   Q  And the only non-accountant professional was
21 Mr. Montgomery? Non-accountant professional.
22   A  Yes.

Page 15

1    Q  Okay. He was a 501 series employee, correct?
2    A  It was other than 510, I seem to think 525, but
3  it could be the 501.
4    Q  All right. All right.
5        Now, as his -- as his second-level
6  supervisor -- would be the way of describing you? Your
7  formal relationship to him would be second-level
8  supervisor?
9    A  Correct.
10   Q  And that would be the same that you could call
11 yourself with regard to everybody who reported to Ms.
12 Adams? That means everybody in that branch, correct?
13   A  Correct.
14   Q  You would be the second level supervisor?
15   A  Correct.
16   Q  Or with respect to the performance appraisal,
17 the reviewing official, correct?
18   A  Correct.
19   Q  Okay. So you would be familiar with Mr.
20 Montgomery's duties, correct?
21   A  Correct.
22   Q  Mr. Montgomery had from 2002 onward COTR

Page 16

1  duties, correct?
2    A  Correct.
3    Q  As a regular matter, that was his -- sort of a
4  regular function duty for him, correct?
5    A  It was a duty he had to perform, yes.
6    Q  Yes. On a regular basis.
7        MS. MELNIK: Objection.
8        BY MR. SHAPIRO:
9    Q  He was an assigned COTR, correct?
10   A  He was the assigned COTR.
11   Q  For several contracts, correct?
12       MS. MELNIK: Objection. Vague. Basis of
13 knowledge.
14       THE WITNESS: Which contract are you referring
15 to?
16       BY MR. SHAPIRO:
17   Q  Well, he was COTR on several contracts,
18 correct?
19   A  I don't agree with that.
20   Q  Just one contract?
21   A  That's all I remember is one.
22   Q  And he also generated financial reports. That

Page 17

1  was part of his duties, correct?
2    A  Yes, he did.
3    Q  That was a regular part of his duties, correct?
4    A  Correct.
5    Q  And he -- he -- he dealt with the management of
6  terminated defined benefits plans?
7    A  The management -- at what point? I'm not sure
8  I understand your question.
9    Q  Okay. Okay. He dealt with case management for
10 terminated defined benefits plans. That is, allocating
11 assets and liabilities of such plans. It was case
12 management.
13       MS. MELNIK: Objection. Vague.
14       THE WITNESS: I still don't understand your
15 question.
16       BY MR. SHAPIRO:
17   Q  You don't understand that as one of his ongoing
18 duties?
19   A  Specifically what you're asking --
20   Q  One of his ongoing duties was case management
21 for terminated defined benefits plans.
22   A  I disagree with the case management.

Page 38

1  Q  525s. Okay. And the grade range in that
2  division, in that branch, is what to what among
3  accountants?
4  A  In the branch? Which branch?
5  Q  The General Accounting Branch.
6  A  GS7s through 14s.
7  Q  Well, 14, there's only one, Ms. Solomon, right?
8  A  You said the range, did you not?
9  Q  Yes; I understand. And then the others – so
10 there were – I'm talking about accountants. What would
11 be the lowest grade accountant?
12 A  Well, 7 through 13.
13 Q  And in the – among the accountants in the
14 Trust Branch, the range, aside from Ms. Adams, who's a
15 14? Just the accountants?
16 A  Nines, I believe, 9s through 13s.
17 Q  Nines through 13s.
18 A  Sometimes might be 7s through 13s.
19 Q  Do you have any 7s now? Accountants?
20 A  I don't think so.
21 Q  But 9s you have?
22 A  I don't think we have 9s now.

Page 39

1  Q  So your lowest grade would be 11?
2  A  Probably.
3  Q  Okay. But you have had 7s and 9s?
4  A  Yes.
5  Q  Okay. What about in those three to five
6  people, including Ms. Ennis in your Financial Account
7  and Analysis?
8  A  Twelves, 13s.
9  Q  And they're accountants?
10 A  Yes.
11 Q  And Ms. Ennis is a?
12 A  Fourteen.
13 Q  What race is Ms. Ennis?
14 A  Caucasian.
15 Q  How old is she?
16 A  I don't know.
17 Q  Is she in her 40s?
18    MS. MELNIK: Objection. Calls for speculation.
19    BY MR. SHAPIRO:
20 Q  That's fine.
21 A  Probably older.
22 Q  Older. In her 50s?

Page 40

1  A  Perhaps.
2  Q  How about Ms. Adams. She's a black woman?
3  A  She's African American.
4  Q  Right. And how old is she?
5  A  Early 40s, my guess.
6  Q  And how about Ms. Solomon? She's an African
7  American woman?
8  A  Caucasian.
9  Q  Oh, she's Caucasian? And how old is she?
10    MS. MELNIK: Calls for speculation. THE
11 WITNESS:
12 Fifties.
13    MS. MELNIK: But you can answer.
14    THE WITNESS: I said, 50s.
15    BY MR. SHAPIRO:
16 Q  And Sylvia Shorter?
17 A  African American.
18 Q  How old is she?
19 A  Don't know.
20 Q  Thirties?
21 A  Forties would be my guess.
22 Q  And Ms. Cho?

Page 41

1  A  Asian American. Probably 40s.
2  Q  And what about Janice Johnson?
3  A  African American, late 40s, early 50s.
4  Q  Now, have you had any EEO claims in your – in
5  the Comptroller's Division since you've been there?
6  A  Maybe one.
7  Q  Maybe one. All right. One that you can
8  recall; is that correct? Is that a yes. You have to
9  answer verbally. He can't take a head shake.
10 A  Yes.
11 Q  We don't want him to make any interpretations.
12 We want him to just report. That's why she said no
13 uh-huh, huh-uh, because that requires the court reporter
14 to make a judgment, and we'd rather have him just say,
15 he said yes or he said no.
16    So this one EEO complaint that you can recall
17 since you've been the head of the Comptroller Division,
18 who made that complaint?
19 A  Christine Thomas.
20 Q  Christine Thomas. This is other than Mr.
21 Montgomery's complaint?
22 A  Correct.

Page 94

1   Q   Do you recall being invited to a meeting with
2   Mr. Montgomery, Ms. Adams and Mr. Lattimer from
3   personnel?
4   A   Can you give me a reference in time?
5   Q   Yeah, it would have been around the time of
6   the -- just before the time that the PD was being
7   considered, just around that same --
8   A   The 13 PD?
9   Q   Yeah, in February of 2004.
10  A   Probably, I kind of remember.
11  Q   And you didn't go to the meeting?
12  A   That's what I was going to ask, did I --
13  Q   No, you recall there was meetings like that?
14  A   Yeah, I remember Noisette being a part of this
15  review. Now, why I didn't go to the meeting, must have
16  been something else --
17  Q   Now this isn't Noisette; this is a meeting with
18  Lattimer.
19  A   Doesn't matter. If I had a meeting scheduled
20  and my director pulled me for something else, I can't
21  attend the meeting. That happens all the time.
22  Q   And would you then have asked Ms. Adams what

Page 95

1   happened at the meeting?
2       MS. MELNIK: Objection. Form of the question.
3       BY MR. SHAPIRO:
4   Q   Is that your standard? Would that be your
5   standard?
6   A   Or she would have informed me.
7   Q   One way or another, you would have been brought
8   into the know?
9   A   More or less.
10  Q   Good. So this trust accountant work was going
11  into the trust accountant PDs? The PDs were being
12  rewritten? Did I understand that correctly? At the
13  time that Mr. Montgomery's PD was being rewritten, you
14  were rewriting trust accountant PDs to include
15  processing, plan processing?
16      MS. MELNIK: Objection --
17      THE WITNESS: That should have already been in
18  their PDs.
19      BY MR. SHAPIRO:
20  Q   Okay. Should have. When was that --
21  A   I'm sure it was --
22  Q   Did you ever express to Mr. Montgomery fear --

Page 96

1   I don't mean that like you were quivering with fear, but
2   a concern that he would be blackballed because of his
3   EEO complaint? Did you --
4   A   Did I say that?
5   Q   Yeah. Not that you were saying, you're
6   blackballed. But that you were expressing to him your
7   anxiety that, you know, Monty, if you pursue an EEO
8   complaint, I'm afraid, you know, you run a risk of being
9   blackballed. Did you ever say that to him?
10  A   Probably not.
11  Q   Probably not?
12  A   I doubt it.
13  Q   But that's something that occurred to you,
14  isn't it?
15  A   No, I wouldn't say it did.
16  Q   No? So are you saying you did not -- you
17  definitively did not say that to Mr. Montgomery?
18  A   I doubt it seriously.
19      MR. SHAPIRO: You doubt it seriously. Good. I
20  don't have anything further.
21      MS. MELNIK: I just have one, just on a
22  follow-up.

Page 97

1       EXAMINATION
2       BY MS. MELNIK:
3   Q   Just three minutes ago or so, Mr. Shapiro asked
4   you a bunch of questions about Mr. Montgomery -- about
5   his COTR duties and the technical aspects of compliance
6   with the contract, an accounting contract. Do you
7   recall him just asking you questions about that?
8   A   Yes.
9   Q   Was Mr. Montgomery reviewing the work that the
10  accountants performed? In other words, their
11  accounting. Or was it a review of -- a monitoring of
12  whether or not work was performed, how many hours they
13  worked, monitoring the contract administratively as
14  opposed to reviewing accounting?
15  A   It was the administrative review, not the
16  accounting review.
17  Q   And just now, in response to Mr. Shapiro's
18  questions about whether or not you ever expressed a
19  concern to Mr. Montgomery about his EEO claims and
20  sitting here now, do you have any recollection at all of
21  ever expressing that kind of concern to Mr. Montgomery?
22  A   I wouldn't have talked to him about a