Exhibit 5
mSJ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - x
                                 :
DELARSE MONTGOMERY, JR.,         :
                                 :
            Plaintiff,           :
                                 :
      v.                         : Civil Action No.
                                 : 05-2157
ELAINE CHAO, SECRETARY OF LABOR, :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```

Washington, D.C.

Monday, November 27, 2006

Deposition of

RICHARD McLAREN LATTIMER, JR.

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before Jon G.

Hundley, Notary Public in and for the District of

Columbia, in the offices of Swick and Shapiro, 1225 I

Street, Northwest, Washington, D.C. 20005, commencing at

10:21 a.m.

Page 2

APPEARANCES:

On Behalf of the Plaintiff:
DAVID SHAPIRO, ESQ.
Swick & Shapiro
1225 I Street, Northwest
Washington, D.C. 20005

On Behalf of the Defendant:

KAREN L. MELNIK, ESQ.
Assistant U.S. Attorney
Department of Justice
555 4th Street, Northwest, E-4112
Washington, D.C. 20530

KAREN R. ESSER, ESQ.
PBGC
1200 K Street, Northwest
Washington, D.C.

Page 3

CONTENTS

EXAMINATION BY:                          PAGE
  Counsel for Plaintiff              4
  Counsel for Defendant            67

FURTHER EXAMINATION BY:
  Counsel for Plaintiff            78

LATTIMER DEPOSITION EXHIBITS:
1 - Position description            67
2 - College transcript             71
3 - College transcript             71
4 - Qualification standard         73

Page 4

1              PROCEEDINGS
2    Whereupon,
3              RICHARD McLAREN LATTIMER, JR.
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6              EXAMINATION
7       BY MR. SHAPIRO:
8       Q   Could you state your full name, please, sir?
9       A   Sure.  Richard M. Lattimer, Jr.
10      Q   What's your current address?
11      A   14945 Dumfries Road --
12      Q   14945?
13      A   I'm sorry.  14945 Dumfries, D-U-M-F-R-I-E-S,
14   Road, Manassas, Virginia.
15      Q   Two --
16      A   -- 0112.
17      Q   And your home phone?
18      A   703/730-9463.
19      Q   You're currently employed?
20      A   Yes.
21      Q   And where are you employed?
22      A   By the U.S. Government at the Pension Benefit

Page 5

1    Guaranty Corporation.
2       Q   And how long have you been there?
3       A   Since March of 1998.
4       Q   And what is your current job?
5       A   I'm an attorney in the Department of Insurance
6    Supervision and Compliance.
7       Q   Division of?
8       A   Insurance Supervision and Compliance.
9       Q   In the Department of --
10      A   Insurance Supervision and Compliance within
11   PBGC -- DISC, D-I-S-C.
12      Q   And how long have you held that job?
13      A   Since May of this year?
14      Q   Prior position at the -- immediate prior
15   position at PBGC?
16      A   In the human resources department as manager of
17   services division.
18      Q   And your current grade?
19      A   GS-15.
20      Q   And when you were HRD?
21      A   Same, GS-15.
22      Q   And how long were you at the HRD?

Page 6

1    A   I began filling in in a temporary spot in
2   October of 2002.
3      Q   And you stayed there until March of —
4    A   May of 2006.
5      Q   And the Management Services Division, what do
6   they do?
7    A   Services Division is responsible for
8   recruiting, classification, awards program, labor
9   relations program, employee relations program. And I
10  might be missing something, but that's the bulk of what
11  services division does.
12     Q   So I had recruiting, classification, labor
13  relations, employee relations and?
14   A   Awards. And performance management, that's the
15  thing I was missing.
16     Q   You said you came there as a temp — on a
17  temporary assignment?
18   A   Yes.
19     Q   October 2002. And you stayed until May of
20  2006?
21   A   That's right.
22     Q   Three-and-a-half years?

Page 8

1   assignments. But, no, I was not a direct line
2   supervisor.
3      Q   I see, so you supervised projects, not people?
4    A   Right. Exactly.
5      Q   So your first tour as a supervisor of people,
6   technically a supervisor under the federal system at
7   PBGC was when you took on this temporary assignment as
8   the manager of Services Division?
9    A   AT that time it was called Programs Division,
10  but yes, that was my first civil service supervisory
11  job.
12     Q   Before coming to PBGC, where did you work?
13   A   I was an officer in the Marine Corps.
14     Q   And how long were you a Marine Corps officer?
15   A   Fourteen years.
16     Q   Where were you stationed?
17   A   Different places. My last duty station was
18  Okinawa, Japan.
19     Q   What was your final grade?
20   A   Major, O4.
21     Q   And your military specialty?
22   A   Judge advocate, lawyer.

Page 7

1    A   Yes.
2      Q   Okay. What did you do before that?
3    A   I was an attorney in the General Counsel's
4   Office at the Pension Benefit Guaranty Corporation.
5      Q   And what was your specialty in general counsel?
6   Did you work in any particular area?
7    A   Mostly labor relations and employee relations.
8      Q   And how long did you do that?
9    A   From the time I got at PBGC, like I said, March
10  of 1998, until October of 2002.
11     Q   And when you first started, what was your
12  grade?
13   A   GS-14.
14     Q   And when you went over on this temporary
15  assignment to HRD, were you a 14 or a 15?
16   A   Fifteen.
17     Q   When did you get your 15?
18   A   I think it was February of 2000.
19     Q   And were you a supervisor in the general
20  counsel's office?
21   A   I was what was called a senior counsel, so I
22  supervised on a case-by-case basis for different

Page 9

1      Q   So you were 14 years there, until '98?
2    A   That's correct.
3      Q   So you went in in '74?
4    A   No, I went in '83.
5      Q   Sorry. '83. And what did you do prior to
6   that?
7    A   I was in college?
8      Q   Law school, college?
9    A   Well, I didn't go to law school until after I
10  joined the Marine Corps, but I was in college before
11  that, yes.
12     Q   I see. Where did you go to college?
13   A   Ohio State University.
14     Q   And you graduated in '83?
15   A   '83.
16     Q   What did you major in?
17   A   History.
18     Q   And where did you go to law school?
19   A   Temple University in Philadelphia.
20     Q   When did you go? What was your years?
21   A   '87 to '90.
22     Q   So you were a full-time student?

Page 10

1    A   Yes.

2    Q   While you were serving in the military?

3    A   I -- the Marine Corps basically paid my way

4  through law school on a scholarship, yes.

5    Q   So did you have duties in the military while

6  you were in —

7    A   Only during college – or, law school breaks.

8  Then I was -- and I did an occasional investigation for

9  them while I was in school. But they were pretty good

10  to me in terms of letting me go full time.

11    Q   Okay, so when you would break for the summer,

12  for example?

13    A   Right. When I broke for the summer, I worked

14  at Headquarters Marine Corps, here in Washington, D.C.,

15  both summers between my years at law school.

16    Q   So you were a serving officer while you were in

17  the marine corps?

18    A   Yes. I was on active duty, yes.

19        MR. SHAPIRO: Let's go off the record for a

20  second.

21        (Discussion off the record.)

22        MR. SHAPIRO: Back on the record.

Page 11

1        BY MR. SHAPIRO:

2    Q   So you were raised in Ohio?

3    A   No, actually I'm from Cape Cod, Massachusetts,

4  originally.

5    Q   And you went to high school there?

6    A   Yes.

7    Q   Where.

8    A   Barnstable High School in Hyannis.

9    Q   And you graduated?

10    A   In 1979.

11    Q   How did you end up at Ohio State?

12    A   I got an ROTC scholarship. And they give

13  you – I wanted – at the time, I was majoring or wanted

14  to major in aeronautical engineering. And they were one

15  of a handful of schools that had that program and a

16  Naval ROTC unit. So it worked out.

17    Q   Okay. Now, in this period when you were the

18  head of the Services Division of HRD?

19    A   Yes.

20    Q   Did you take training — were you a classifier?

21    A   No.

22    Q   Have you ever taken training in classification?

Page 12

1    A   No, I have not.

2    Q   Okay. And when I say classification, I'm

3  talking about position classification, the personnel

4  area specialty in the federal government. Do you

5  understand?

6    A   Yes, I do.

7    Q   Good. How about recruiting and placement?

8    A   Did I take any --

9    Q   Training in that.

10    A   No, sir, I did not.

11    Q   How did you come to get this position?

12    A   I was -- as I mentioned, I went down there on a

13  temporary assignment. The lady who ran the Programs

14  Division suffered a brain aneurism and they asked me

15  if -- at the time, I was predominantly involved in labor

16  relations. We were negotiating a new contract with the

17  union. I was the lead lawyer on it. This lady was the

18  lead nonlawyer out of Programs Division. So it was kind

19  of natural that I filled in for her while she would be

20  out.

21        She was out on an extended period of time, and

22  it offered me, as you pointed out, the first chance to

Page 13

1  do supervisory work down there. So I applied for a

2  couple of positions and ended up in that position.

3    Q   Applied for a couple of positions in the

4  services —

5    A   No, in Human Resources Department. I was the

6  Programs Manager or Manager of Programs Division, I

7  should say, on a temporary assignment and then a special

8  assistant position opened up. I applied for that and

9  was changed from a 0905, which is the lawyer

10  designation, to an 0201, which is a personnel specialist

11  designation, as the specialist to the Director of HRD.

12  And then the directorship itself opened up. I applied

13  for that, as did the person that was running what was

14  then called Operations Division, which has the

15  recruiting and classification function in it.

16        I did not get the directorship, this lady did

17  who I think you're deposing later this week, Michelle

18  Pilidovich?

19    Q   Uh-huh.

20    A   And so then as part of a reassignment, I ended

21  up in Operations Division and then we reorganized and it

22  became Services Division, with all of the functions that

4 (Pages 10 to 13)

Page 14

1  I described earlier.
2  **Q  What about Operations Division? What did**
3  **Operations Division have?**
4  A  At the time, it just had recruiting,
5  classification and -- recruiting and staffing are
6  basically the same thing, classification, and I think
7  that's all it did at the time.
8  **Q  Through the reorganization, that became part of**
9  **Services?**
10  A  Services, Services Division was a combination
11  of Operations Division and Programs Division.
12  **Q  Okay, and the only thing that you had any**
13  **expertise in from a legal point of view was labor**
14  **relations?**
15  A  Labor and employee relations, and discipline,
16  the discipline program, yes.
17  **Q  Okay.**
18  A  I had considerable experience in those two
19  areas.
20  **Q  What did you do in the Marine Corps in terms of**
21  **military?**
22  A  In terms of law?

Page 15

1  **Q  Yeah.**
2  A  I started out doing courts martial. I did some
3  EEO work. I did a very small amount of labor relations
4  work, considerable amount of contract work, considerable
5  amount of environmental and land use law, and some what
6  we call appropriations law or fiscal law. I think those
7  are the predominant areas that I was involved in. So a
8  smattering of different jobs.
9  **Q  Okay. So tell me about your — you said your**
10  **organization — I'm interested mostly in the period from**
11  **2004 and thereafter.**
12  A  Okay.
13  **Q  All right. Well, let's start — I suppose,**
14  **let's start with 2002 and go forward. When you first**
15  **became the head of the services division, I think it was**
16  **called Programs?**
17  A  Right, the division I first became in charge of
18  downstairs in HRD was Programs Division.
19  **Q  And that was in 2002?**
20  A  Yes, sir.
21  **Q  Okay. And Programs Division had what under it?**
22  **Functions, what functions?**

Page 16

1  A  Performance management, awards, employee
2  relations -- I take that back. That's -- employee --
3  excuse me. Performance management, awards and labor
4  relations. And a group of other sort of miscellaneous
5  programs that we call work life programs, like
6  bring-your-child-to-work day, the health unit downstairs
7  fell under its auspices.
8  Employee relations is the other thing that
9  Operations Division did, in answer to your earlier
10  question. So disciplinary matters were carried out by
11  Operations Division, in addition to their function of
12  recruiting and staffing and classification.
13  **Q  Okay. So in 2002, when did you get — at some**
14  **point you became the head of Operations Division?**
15  A  I'd have to look at my record but it was
16  sometime in either late 2003 or early 2004, when the
17  then director Sharon Barbee Fletcher retired and
18  Michelle Pilidovich became director. We --
19  **Q  You became Operations at that point?**
20  A  I became Operations.
21  **Q  And Operations Division had what at the time?**
22  A  Recruiting and staffing, classification and

Page 17

1  employee relations. As well as processing of personnel
2  actions.
3  **Q  The issuance of Form 50s, 52s, that sort of**
4  **thing?**
5  A  Yes, sir.
6  **Q  Okay. So you became head of that at that time,**
7  **late 2003, early 2004?**
8  A  I think that's the right time, yes.
9  **Q  So these — in the division, let's take first**
10  **the Programs Division, 2002 and into 2003, perhaps even**
11  **into a bit of 2004, when you were heading it, how many**
12  **supervisors reported directly to you?**
13  A  None. I was the only supervisor in that
14  division.
15  **Q  So a division chief and there were no sections?**
16  A  Right.
17  **Q  So there was a labor relations group that**
18  **worked under your supervision and a performance**
19  **management group that worked under your supervision,**
20  **directly?**
21  A  That's overstating it, in my opinion. There
22  were three people working for me at one point. Yeah, by

Page 18

1   the time I got there, there were just three people left
2   in the division in addition to the supervisor. And so,
3   yes, one of those people had more experience and
4   knowledge in performance management and awards and the
5   other person had some experience in labor relations.
6   But to state that there were groups is, like I said, an
7   overstatement.
8       Q   Okay. And when you did -- when you came into
9   the Operations Division, how many people were in there?
10      A   I think four.
11      Q   Plus you?
12      A   Plus me, so five.
13      Q   So -- and were you the only supervisor?
14      A   Yes.
15      Q   So was somebody in charge -- somebody who was a
16  recruitment examining specialist?
17      A   We had two people who did the bulk of the
18  recruiting and staffing, examining, delegated
19  examiner --
20      Q   So they were staffing specialists?
21      A   Yes.
22      Q   And what was their series?

Page 19

1       A   201.
2       Q   They were 201. So they were personnel --
3       A   Personnel specialists.
4       Q   Generalists.
5       A   Generalists.
6       Q   Generalists, they weren't in the staffing.
7       A   They -- their function was largely staffing.
8   But everybody that we had working for us were in the 201
9   series.
10      Q   So you had no position classifier specialists?
11      A   Not by that designation, no.
12      Q   But there was a person who did classification?
13      A   Both the people who worked for me had prior
14  classification experience in addition to the recruiting
15  and staffing.
16      Q   So there was no one person just doing
17  classification?
18      A   That's correct.
19      Q   So the two people did staffing and
20  classification work?
21      A   Yes.
22      Q   And then employee relations?

Page 20

1       A   Employee relations sort of fell into a sort of
2   a nebulous state that I picked up a bulk of it. A lot
3   of it got shunted off to the general counsel's office.
4   So we worked together to handle employee discipline
5   cases during that period of time.
6       Q   And processing?
7       A   Processing, we had one -- when I started in
8   Operations Division, we had one full-time processor,
9   GS7.
10      Q   That's three people, two people working for you
11  plus yourself.
12      A   And then we had a GS5 file clerk.
13          And then I also had -- excuse me --
14  contractors. And we had at various points of time from
15  one to three contract classifiers working. None of them
16  worked full-time schedules, but providing classification
17  service for us.
18      Q   And who was the -- who was the contract with?
19      A   I'm pretty sure it was with STG International.
20      Q   And when did you finish up as the head of
21  Operations Division?
22      A   Well, like I said, Operations Division --

Page 21

1       Q   When did it combine?
2       A   I think it was in the spring of 2004. It might
3   have been the summer or the fall, but it was during
4   2004. I want to say it was the spring.
5       Q   And it was called the Services Division?
6       A   Yes.
7       Q   That would be the spring 2004?
8       A   I think so. It could have been later.
9       Q   So were was the classification people who
10  worked for you when it was --
11      A   The people who had classification experience?
12      Q   Yes.
13      A   Gigi McDaniel and Jacqueline Isaac. Gigi
14  McDaniel and Jacqueline Isaac.
15      Q   And they also did staffing?
16      A   Yes.
17      Q   And did they stay on as those people when it
18  was the Services Division?
19      A   Yes, they did.
20      Q   Stephanie Russell, do you know her?
21      A   Yes.
22      Q   And who was she?

Page 22

1    A    She was chief of Operations Division two people
2    before I got that job.
3    Q    And what happened to her?
4    A    She retired.
5    Q    I see. So she headed Operations Division
6    before Ms. —
7    A    Pilidovich.
8    Q    Pilidovich. Then Pilidovich headed it while
9    you were head of —
10    A    Programs Division.
11    Q    Programs Division. Then Pilidovich got the top
12    job and you moved over to Operations and it was
13    combined?
14    A    That's correct.
15    Q    With what had been your division.
16    A    That's true, yes.
17    Q    And renamed Services?
18    A    That's correct.
19    Q    Okay. Are you a supervisor now?
20    A    No.
21    Q    So when you went back to counsel's office — or
22    when you went back to the 905?

Page 23

1    A    Yes.
2    Q    Series, you gave up supervision?
3    A    I did.
4    Q    Okay. And why did you move back?
5    A    It was time for a change. I was offered a job
6    that was new. I like to learn. And this gave me that
7    opportunity.
8    Q    So you were the head of Services Division for
9    about two years? If your memory is accurate, it's about
10    two years?
11    A    Yes, sir.
12    Q    Okay. And during the time period you were head
13    of Operations Division, did you have anything at all to
14    do with Delarse Montgomery?
15    A    Yes.
16    Q    While Operations Division?
17    A    Oh, oh, I'm sorry.
18    Q    See, the question is, while it was Operations
19    Division, that is, before the combination.
20    A    I think so, yes.
21    Q    And what would that have been?
22    A    I think -- I want to say that he had requested

Page 24

1    that we look at his — the grade of his job while I was
2    in Operations Division. Claiming that essentially that
3    his job -- I believe he was a GS12 financial
4    specialist -- was improperly graded. And I think that
5    was while I was in operations division.
6    Q    Now that's a 501, financial specialist?
7    A    I believe so, yes.
8    Q    So the audit was conducted while you were —
9    A    I think so. I want to say Cynthia Kyle did the
10    audit, I think, and she was a contract classifier. And
11    I believe that was while I was in Operations Division.
12    But again, the functions were the same. So if it
13    happened afterwards, to me it's not a significant
14    difference, but --
15    Q    Okay. When did you first become aware of Mr.
16    Montgomery's — Mr. Montgomery — when did he first get
17    on your radar screen? With that?
18    A    Well, I had known Mr. Montgomery from my days
19    as a labor relations attorney. He was in various
20    capacities working with the union there. And he and I
21    had, I think, a very professionally courteous
22    relationship.

Page 25

1    And I think he told me at some point in time
2    that he had had a prior EEO complaint with the Agency
3    and that that settled, and that he had been generally
4    unhappy with the way in which Financial Operations
5    Department, his department, was managed. And so we had
6    had discussions off and on, I would like to say, from
7    '99 on.
8    Q    Okay. When did he come onto your radar screen
9    in terms of an employee for purposes of your —
10    A    With a concern? An employee with a concern?
11    Q    Yes.
12    A    I think it was shortly after I became
13    Operations Division chief.
14    Q    So either early —
15    A    Late 2003, something like that.
16    Q    Early 2004? And that was this issue, about
17    that his — he thought his job was improperly classified
18    or improperly graded?
19    A    That's one of the issues that I believe he had.
20    Another one, I think, is he applied for a job and was
21    not found qualified to be considered for that job. And
22    so I could be mixing the two up. If there's a document

7  (Pages 22 to 25)

Page 26

1  that shows the dates, then I'll be happy to go with what
2  that document says. But I know those were the two
3  concerns that he had.
4      Q   While you were —
5      A   While I was --
6      Q   — involved in federal personnel law?
7      A   That's right.
8      Q   Okay. So those were the two concerns.
9      A   Right.
10     Q   But you knew him from before?
11     A   Yes.
12     Q   Okay. And you don't know which came first, the
13 classification or the —
14     A   I think it was the classification. But again,
15 I could be wrong. If there's a document that shows
16 which one came first, like I said, assuming it's
17 accurate, then I'd be happy to go with what the document
18 says.
19     Q   Okay. Tell me what you recall of the
20 classification then.
21     A   That -- I believe Mr. Montgomery requested a
22 desk audit of his position, claiming that it was under

Page 27

1  graded. That we had -- there's a questionnaire that
2  employees are asked to fill out when they have a concern
3  like that. I would assume, although I don't think I've
4  ever seen it, Mr. Montgomery completed that
5  questionnaire.
6      A classifier also typically meets with a
7  supervisor to see if -- what the supervisor's
8  perceptions of the duties are, and then makes a
9  determination based on the classification standards as
10 to what the grade should be.
11     Q   And the classifier in this case was Ms. Kyle?
12     A   I think so. Think so.
13     Q   And she met with Delarse Montgomery and his
14 supervisor was who?
15     A   I think his supervisor was Cynthia Adams.
16     Q   So this is the way the desk audit is conducted,
17 insofar as your understanding goes?
18     A   Yes.
19     Q   That the employee whose position classification
20 or grade is being questioned in the audit fills out a
21 questionnaire.
22     Suppose the management wants the desk audit

Page 28

1  done?
2      A   Management can also ask, and the employee would
3  still be asked to fill out a questionnaire.
4      Q   And if he doesn't?
5      A   And if the employee doesn't want to do it?
6      Q   Yeah, "I don't want to cooperate with this; I
7  think my grade is just fine." Management wants to have
8  the audit. Does the supervisor fill out the
9  questionnaire?
10     A   If it were me, I would advise the supervisor to
11 direct the employee to fill out the questionnaire.
12     Q   Um-hmm.
13     A   But I don't recall that situation happening,
14 so —
15     Q   So here, Mr. Montgomery, as you understand it,
16 requested an audit?
17     A   That's my recollection of it, yes.
18     Q   Right. And you believe, although you have not
19 seen it, ever, that he filled out the questionnaire.
20 Correct?
21     A   Yes.
22     Q   And that Ms. Kyle would have received the

Page 29

1  questionnaire and would then interview him, or just go
2  on what he said in the questionnaire?
3      A   It depends on the -- I don't know what happened
4  in this particular case.
5      MS. MELNIK: I'm going to object that it calls
6  for speculation.
7      BY MR. SHAPIRO:
8      Q   You're the head of the unit. I need to know —
9  whether you recall it or not is a different question
10 than whether you ever knew it. All right? So that's
11 the first question I have.
12     Did you ever see this questionnaire?
13     A   Not that I recall, no.
14     Q   Okay. And you don't know whether one was
15 filled out, but you assume it was?
16     A   That's correct.
17     Q   Okay. And you assume that the classifier who
18 had this assignment is the one who reviews the
19 questionnaire?
20     A   That's also correct.
21     Q   Okay. And then does the — did the classifier
22 interview Mr. Montgomery? Did Ms. Kyle interview Mr.

Page 30

1    **Montgomery, or just go by the questionnaire?**
2        A    That, I don't know the answer to.
3        **Q    Either could be so?**
4        A    That's true.
5        **Q    The more typical one is they just go by the**
6    **questionnaire, correct?**
7        A    I believe the practice is, yes, to go by the
8    questionnaire, unless there are ambiguities that they
9    need to contact the employee about.
10       **Q    Right. But they do interview the supervisor?**
11       A    They contact the supervisor. And oftentimes it
12   transpires via e-mail in terms of getting the
13   information that's necessary.
14       **Q    Well, okay, when I say "interview," I mean in**
15   **the loosest possible sense. They question — if they**
16   **have questions of the supervisor, they ask the**
17   **supervisor?**
18       A    Right. The supervisor also has to agree that
19   the duties, as represented by the employee, are accurate
20   so that the supervisor too agrees that those are the
21   duties that the supervisor is requiring the employee to
22   perform.

Page 31

1        **Q    I see. So if the supervisor and the employee**
2    **disagree, what then?**
3        A    Then the supervisor's word would control,
4    generally.
5        **Q    I see. So if the employee is actually doing**
6    **some duties but the supervisor isn't agreeing that**
7    **they're doing the duties, then they are not doing the**
8    **duties for purposes of the audit?**
9        A    That's correct. Now, the employee may grieve
10   or complain outside --
11       **Q    I understand. But the audit gets concluded by**
12   **the supervisor's rendition of the duties?**
13       A    Yes.
14       **Q    Not the employee's?**
15       A    That's correct.
16       **Q    Okay. So there is no process by which there is**
17   **a — an adjudication of which — the classifier just**
18   **goes by what management says?**
19       A    Well, there is a process in OPM regulations
20   that allows for an employee to file a classification
21   appeal with the Office of Personnel Management. So the
22   employee does have a right of redress if the employee

Page 32

1    believes, for example, that management is unreasonably
2    denying that the employee is performing a certain set of
3    duties or is maybe minimizing the employee's --
4        **Q    That involves going to OPM?**
5        A    That's correct.
6        **Q    Outside the Agency?**
7        A    There is also, in the collective bargaining
8    agreement that we had at the time, the ability to grieve
9    the classification process, or to request -- it's not
10   grieve, I'm sorry. It's to request reconsideration of a
11   classification decision.
12       **Q    But that's after classification, after the**
13   **audit and the classification decision?**
14       A    That's correct.
15       **Q    Okay. This Ms. Kyle, is she still a**
16   **contractor? When you left, was she still a contractor?**
17       A    No.
18       **Q    Okay, she had left being a contractor?**
19       A    She had left working with PBGC. Whether she
20   still works for STG, I don't know.
21       **Q    Why did she leave working for PBGC?**
22       A    I really couldn't tell you.

Page 33

1        **Q    Were there complaints about her?**
2        A    Not that I know of.
3        **Q    So she wasn't asked to leave? It wasn't that**
4    **the contractor was asked to not use her services any**
5    **more?**
6        A    Not that I know of.
7        **Q    She was being — her services were being used**
8    **when you left?**
9        A    When I left in May of this year?
10       **Q    Yes.**
11       A    No, sir. She had stopped working for PBGC late
12   2004, early 2005, maybe. I'd have to see.
13       **Q    You don't know the circumstances?**
14       A    The contractors often rotate people in and out.
15   They may have a job that required her services full
16   time, for example, and couldn't keep her on the PBGC
17   contract.
18       **Q    How many classifications — that is to say,**
19   **audits, did she do for PBGC?**
20       A    I'd have to see a record; I don't really know.
21   I mean, more than 10, but how many more, I couldn't tell
22   you.

Page 34

1    **Q   Okay.**

2    A    Let me correct that. You said classification

3    audits.

4    **Q   Yeah, how many audits did she do? Position**

5    **audits?**

6    A    That, I don't know. I mean, she -- I'm using

7    "classification" in the looser sense, where management

8    wants to create a new position. That also requires

9    classification work.

10   **Q   Yes, yes.**

11   A    Different than a desk audit.

12   **Q   Yes, the desk audit is of an actual person who**

13   **is actually doing real duties.**

14   A    Right.

15   **Q   Position classification also involves**

16   **classifying what a new position would be.**

17   A    Right. And so when I said 10 or more --

18   **Q   You mean classification assignments?**

19   A    Altogether, right. How many desk audits she

20   did --

21   **Q   You don't know if she did any more than this**

22   **one?**

Page 35

1    A    No, sir, I don't.

2    **Q   This is the only one you know of?**

3    A    Yes.

4    **Q   Okay. And do you know her background?**

5    A    I spoke with her a couple of times while she

6    worked with us briefly. And I believe she was a retired

7    personnel specialist in the federal government whose

8    predominant experience was classification.

9    **Q   Had she been a position classifier? Had she**

10   **had the specialty of position classification?**

11   A    That, I don't know. The contract that we had

12   required people with -- at that time, I think, had to

13   have at least 10 years' experience in classification.

14   **Q   In classification or in personnel?**

15   A    In classification.

16   **Q   Okay. What were Mr. Montgomery's duties that**

17   **he said he had as a 501?**

18   A    You're asking a layperson to describe

19   accounting -- or not accounting, but financial types of

20   duties up in FOD, Financial Operations Department.

21       MS. MELNIK: I want to object for lack of

22   foundation, or to the extent he's not able.

Page 36

1        BY MR. SHAPIRO:

2    **Q   You can answer the question.**

3    A    My knowledge of what he did is limited to

4    discussions I've had with Mr. Montgomery and his

5    supervisor. And I want to say that he was required to

6    reconcile certain accounts, to keep track of certain

7    accounts, but that's about all I can really say.

8    **Q   Wasn't he a COTR?**

9    A    A contracting officer's technical

10   representative?

11   **Q   In fact, wasn't that the main function that he**

12   **claimed?**

13   A    That, if I recall, was one of the reasons or

14   the predominant reason why he claimed his grade should

15   be increased. But I don't recall that being a

16   predominant portion of his job, no.

17   **Q   You don't?**

18   A    No.

19   **Q   Okay. What percentage of his job was the COTR**

20   **duties, as you understand it?**

21       MS. MELNIK: I object. Calls for speculation,

22   for this witness.

Page 37

1        THE WITNESS: My recollection of it, it was

2    less than 25 percent of his job.

3        BY MR. SHAPIRO:

4    **Q   Less than 25 percent of his job?**

5    A    Yes.

6    **Q   Was it a growing portion of his job?**

7    A    There was -- I believe the reason why Mr.

8    Montgomery asked for us to look at the classification of

9    his position is that I think -- I want to say two things

10   happened. That he had increased COTR responsibilities

11   and the other was, I believe there was a position that

12   opened up in another division of Financial Operations

13   Department that had COTR duties as described in the

14   vacancy announcement and it was a higher graded

15   position. I believe it was a 13/14 position.

16       And so Mr. Montgomery said, well, if I'm doing

17   COTR duties and this new position that's being

18   advertised is advertised as a 13/14, then why isn't mine

19   a 13 as well. I think that's what happened.

20       Again, without seeing paper in front of me, I

21   can't swear that that's the chronology of events. But

22   I'm pretty sure that was a -- I know that was a concern

Page 38

1  he had. Whether that was the one that started in late
2  2003, 2004, I can't say exactly.
3      MR. SHAPIRO: All right, we've been going about
4  40 minutes. Why don't we take a break.
5      (Recess.)
6      BY MR. SHAPIRO:
7      Q  Now, you reviewed the audit, correct?
8      A  I don't recall reviewing the audit itself.
9      Q  The audit report?
10     A  The audit report, I mean, I don't recall
11  reviewing that itself. I may have, but I don't recall.
12     Q  But you do recall having a meeting with — you
13  do recall transmitting the audit report and the audit
14  results to Mr. Montgomery?
15     A  Yes.
16     Q  Okay. And you also recall — what did the
17  audit find?
18     A  That he was -- if I recall correctly, the audit
19  found that he was actually still performing GS11 duties.
20     Q  Performing GS11 duties, or his — the PD
21  indicated it was 11 duties?
22     A  If I recall correctly, the PD -- there was a

Page 39

1  settlement of his previous EEO case that resulted in him
2  being upgraded, and I want to say that was from an 11 to
3  a 12.
4      And that as a result of that decision, there
5  was simply a statement on the top of the position
6  description saying something like, this has been
7  administratively classified as a GS12, pursuant to a
8  settlement agreement.
9      Q  Of an EEO case?
10     A  Yes.
11     Q  And that was on his PD?
12     A  I believe so.
13     Q  Unusual for that to be on a PD?
14     A  That's not the way I would have done it.
15     Q  And you have not seen any others like that,
16  have you?
17     A  No, sir.
18     Q  So it is unusual in your experience?
19     A  Yes.
20     Q  It's also not something you would have done?
21     A  That's correct.
22     Q  Why is that?

Page 40

1      A  Because the -- I think a better way of doing it
2  would have been if he was, as a result of a settlement
3  agreement to have been classified at a higher grade,
4  then his job should have been described in a new
5  position description that set out duties at a higher
6  grade, and he should have been required to perform those
7  duties.
8      Q  Did you review the settlement agreement?
9      A  No.
10     Q  Never did?
11     A  I've never seen it still, no.
12     Q  But do you know if the settlement agreement
13  required that he be given a real GS12 job?
14     A  I don't know the answer.
15     Q  No one ever sought to find that out?
16     A  That decision was made prior to me coming to
17  PBGC, let alone coming into HRD. So, no.
18     Q  The reason why you wouldn't have done it that
19  way —
20     MS. MELNIK: I'm going to object to the
21  leading --
22     MR. SHAPIRO: That's fine. Do you want me to

Page 41

1  ask you what your conversations were with him?
2      BY MR. SHAPIRO:
3      Q  Can you tell me any conversations that you had
4  with counsel?
5      MS. MELNIK: Objection.
6      MR. SHAPIRO: Why? On what grounds?
7      MS. MELNIK: Attorney/client privilege.
8      MR. SHAPIRO: Ah, he's your client. I can
9  lead. Leading is not an appropriate objection. I can
10  lead. He's an adverse witness. If he's your client,
11  he's an adverse witness, per se. That's the way it
12  works. Now, if you want to say that he's not your
13  client, I'll be happy to find out everything and not
14  lead at all.
15     MS. MELNIK: It's not my understanding that you
16  can continuously lead. But--
17     MR. SHAPIRO: I can continuously lead in any
18  deposition, but also it's true that he's your client so
19  he's automatically an adverse -- he's your client
20  because he's a manager at PBGC, correct?
21     MS. MELNIK: He's a manager — well, not
22  anymore, but was.

Page 42

1  MR. SHAPIRO: That's why he's your client.
2  It's not a personal attorney/client relationship. Okay,
3  so --
4  BY MR. SHAPIRO:
5  Q  So the reason why you wouldn't have done this
6  by putting the, "this is pursuant to an EEO settlement,"
7  at the top of a PD is because it's an invitation to
8  retaliation, isn't it?
9  A  It's not an invitation to retaliation, but my
10  opinion, it puts information in his official personnel
11  folder that people don't need to see. So there's a
12  Privacy Act issue.
13  Q  And ought not be there, because of retaliation
14  concerns?
15  A  I don't view it as retaliation concerns.
16  Because I think everyone in this Agency that is relevant
17  to the case knew of his previous EEO activity, aside
18  from what was in the settlement agreement. But my
19  concern, as I said, is twofold. One is protecting his
20  privacy. And the other one is, if a person is required
21  through settlement or otherwise to perform at a higher
22  grade, then that person should be given duties that are

Page 43

1  commensurate with that grade.
2  Q  And the PD?
3  A  And the PD should be rewritten to reflect that.
4  Q  Okay. So was his PD rewritten?
5  A  Prior to this, what we were just describing,
6  no.
7  Q  But afterward?
8  A  I believe so, yes.
9  Q  You ordered it so?
10  A  That was my recollection, yes.
11  Q  So who did the rewriting of the PD?
12  A  I don't recall.
13  Q  Somebody from your office, though?
14  A  It would have been somebody from my office in
15  conjunction with his supervisor, yes.
16  Q  Ms. Adams?
17  A  Yes.
18  Q  But you don't remember who in your office did
19  that?
20  A  No, sir.
21  Q  Did he get different duties? Or did the PD
22  simply reflect the duties that he actually was doing?

Page 44

1  A  To my knowledge, they reflected the duties he
2  was actually doing.
3  Q  All right. So the duties he was actually doing
4  then were really, according to your classification
5  people, GS12 duties. But somehow the PD reflected
6  duties that he had previously done as a GS11, correct?
7  A  I believe so.
8  Q  Okay. So when Ms. Kyle did the audit, it
9  wasn't what he was actually doing, it was what his PD
10  reflected. That's how she came up with GS11 duties,
11  correct?
12  MS. MELNIK: Objection. Calls for speculation.
13  THE WITNESS: My understanding is, she not only
14  looked at the position description but the questionnaire
15  that Mr. Montgomery would have filled out, and
16  interacted, as I described earlier, so that she would
17  have a full picture.
18  BY MR. SHAPIRO:
19  Q  With Ms. Adams?
20  A  And Mr. Montgomery, I would presume.
21  Q  Perhaps. But maybe not.
22  A  Perhaps.

Page 45

1  Q  And if there was any inconsistency between what
2  Mr. Montgomery said his duties were and what Ms. Adams
3  said his duties were and what the PD said his duties
4  were, she'd go with the PD and Ms. Adams? That's the
5  general --
6  A  She'd go with Ms. Adams, not necessarily the
7  PD. The PD may have been out of date, inaccurate. And
8  my experience is that they don't confine themselves to
9  what's on the previous document.
10  Q  But when the PD was rewritten, it was rewritten
11  to reflect what he actually did?
12  A  Yes, to my knowledge. Yes.
13  Q  You had confidence that that was properly
14  graded at a GS12?
15  A  That's what the classifiers told me, and it was
16  reviewed and approved, yes.
17  Q  You don't remember which classifiers it was?
18  A  No.
19  Q  Okay. But you do believe that it wasn't that
20  he changed his duties, it was that the PD was rewritten
21  to reflect his duties?
22  A  That's correct.

Page 46

1   Q   And how soon after the original audit that Ms.
2   Kyle did with the audit report and the rewriting of the
3   PD, how soon after?
4   A   Without seeing a piece of paper, Mr. Shapiro, I
5   can't tell you.
6   Q   Well, within the year?
7   A   It could have been a year, it could have been
8   18 months, it might even have been two years.
9   Q   Okay. But it was certainly done by when? When
10  was this —
11  A   Well, it was done before I left, I believe.
12  Q   So by June of this year?
13  A   Yes.
14  Q   May of this year it was done?
15  A   Yes.
16  Q   But you don't know how much earlier?
17  A   Right.
18  Q   You don't think it was done within the last
19  quarter, do you?
20  A   I don't think so, no.
21  Q   Now, do you recall ever having a meeting with
22  Mr. Montgomery in February 2004 regarding this audit?

Page 47

1   A   I recall meeting with Mr. Montgomery. As to
2   when or what exactly it was about, you'd have to refresh
3   my memory some other way.
4   Q   All right. This would have been a meeting with
5   you, Mr. Montgomery, Cynthia Adams and -- on February
6   17th.
7   A   Of 2004?
8   Q   Yes, with regard to the desk audit. And — and
9   his request for an accretion of duty promotion.
10  A   Unfortunately, I can't -- I don't have a
11  recollection of that meeting.
12  Q   Okay. Now, it is true, isn't it, as you said,
13  that the PD that was used in the desk audit, the PD that
14  he had at the time of the desk audit was out of date,
15  not current?
16  A   That's true.
17  Q   Didn't reflect his actual duties?
18  A   That's my understanding, yes.
19  Q   And also reflected that he had gotten a
20  promotion to the 12 pursuant to a settlement of an EEO
21  case?
22  A   That's correct.

Page 48

1   Q   Okay. At the time right afterwards, you
2   initiated work on a new PD for Mr. Montgomery?
3   A   That's my recollection, yes.
4   Q   One that accurately reflected his duties and
5   responsibilities, correct?
6   A   Yes.
7   Q   Okay. Now, do you recall that HRD had reviewed
8   Mr. Montgomery's records and had found that he had
9   actually completed 24 accounting credits?
10  A   I don't have an independent recollection of
11  that. My recollection is that Mr. Montgomery still had
12  some courses to take to get to the 24 semester hours.
13  Q   This would have been in 2004, then, that he
14  still had courses to take?
15  A   That's my recollection, yes.
16  Q   Did you ever ask Mr. Montgomery if he wanted to
17  become an accountant? Do you recall that?
18  A   I believe I asked Mr. Montgomery what he
19  wanted. And I think what he wanted more than the
20  accountant issue was the promotion.
21  Q   You don't recall asking him if he wanted to
22  become an accountant?

Page 49

1   A   I don't recall asking him that question.
2   Q   But you recall him indicating that he wanted to
3   get promoted to 13?
4   A   Yes.
5   Q   Do you recall telling him that a promotion to
6   13 would not be considered?
7   A   I recall telling him that management was not
8   interested in finding a way to create a GS13 financial
9   specialist and that we had GS13 accountant positions for
10  which he might qualify if that's what he was interested
11  in.
12  Q   So that's your recollection of what you said?
13  A   Yes.
14  Q   Could you recall him telling you that a
15  Christine Thomas was an accountant, grade 13, with COTR
16  duties and he didn't understand why he couldn't be an
17  accountant at the 13 level, since he had similar duties.
18  Do you recall him telling you that?
19  A   I recall him mentioning Christine Thomas's
20  name.
21  Q   Do you know who she is? Did you know who she
22  was?

## Page 50

1    A   Do know -- she used to be an employee at PBGC

2    and ultimately was a supervisor in the same department

3    in which Mr. Montgomery worked.

4    Q   But at that time, she was a 13 non-supervisor,

5    correct?

6    A   I know she got promoted. When, I can't say for

7    sure.

8    Q   Had she been a COTR?

9    A   That, I don't know.

10    Q   Did you look into that?

11    A   I don't recall.

12    Q   Do you recall him telling you at this time,

13    around this time period where you were reporting out the

14    results of the audit and planning to redo his PD that

15    classification had graded a new accountant position as a

16    GS13 in the CCD, Collection and Compliance Division, of

17    the Financial Operations Department, though the position

18    had nothing but straight COTR duties, just COTR duties?

19    A   I don't recall telling him that, no.

20    Q   No, he told you that. Do you recall him

21    telling you that?

22    A   As I mentioned earlier, he had a concern that

## Page 51

1    there was a new position created in a different

2    division, which is, as you allude to, CCD, that had COTR

3    duties attached to it and he was concerned that if he

4    too was doing COTR duties, then he too should be

5    promoted to a higher grade.

6    Q   Because this position was a GS13 according to

7    him?

8    A   That's correct.

9    Q   Did you look into that?

10    A   Yes.

11    Q   And was there such position announced, vacant

12    and announced?

13    A   There was a GS13 position announced, but when I

14    looked into the COTR duties -- I talked to the

15    supervisor of that position --

16    Q   Who is that?

17    A   His name is Hollis Harrell. And I talked with

18    him, I talked with the subordinate supervisor whose name

19    is Matt Vitello, and I talked with both of them to

20    determine whether indeed there was a new position being

21    opened that was a GS13 duties based -- GS13 grade based

22    on COTR duties.

## Page 52

1    And the answer I got from both of them was, no,

2    the vacancy announcement mentioned COTR duties, but

3    those COTR duties were prospective in nature, they had

4    not even awarded the contract at that point, and that

5    the bulk of the duties were accountant duties in, as the

6    name implies, collection and compliance in that

7    division.

8    Q   Have there been any accretion of duty

9    promotions granted in PBGC during your time?

10    A   Yes.

11    Q   Requested by the employee or requested by

12    management?

13    A   Requested by management.

14    Q   Has there ever been, as far as you know, an

15    accretion of duties promotion based on a desk audit

16    where the employee requested the promotion without

17    management's support?

18    A   I wouldn't find it unusual, but I don't know

19    whether there were or there weren't. I don't have an

20    independent recollection of it.

21    Q   It's possible to have that, but you don't know

22    if it happened at PBGC, correct?

## Page 53

1    A   That's correct.

2    Q   In other words, the OPM system allows for that?

3    A   Is that your question?

4    Q   Yes.

5    A   Yes.

6    Q   But you don't know of any times that that

7    happened at PBGC?

8    A   I don't have a recollection of whether it did

9    or it did not.

10    Q   Right, you can't recall one, can you?

11    A   That's right.

12    Q   I'm correct?

13    A   Yes.

14    Q   During your period in HRD, where you were

15    dealing with classification, not personally but as the

16    supervisor in charge of that function, all position

17    classification audits were done by contractors?

18    A   Yes.

19    Q   Do you recall that this audit took place

20    because management said that it would not subject to

21    mediation unless the position was audited? Do you

22    recall that at all? It was management's request that

Page 54

1  this audit be done.

2    A  No, I don't have any recollection.  It could

3  be, but I don't have a recollection of that.

4    Q  Now, in the new PD that was issued on what you

5  asked to be done, you don't remember who the classifier

6  was?

7    A  No, I don't.

8    Q  But you do remember it was an entirely new PD,

9  correct?

10   A  I believe that what I requested to have done

11 was the position properly classified to reflect the

12 duties that Mr. Montgomery was actually performing.

13   Q  And that was a GS12?

14   A  I believe that it graded at a GS12, yes.

15   Q  And you also said that Mr. Montgomery did not

16 get new duties as part of that audit?

17   A  That's my recollection.

18   Q  And was it a different contract auditor that

19 did the audit?

20   A  It very well could have been, but I don't know.

21   Q  Audits, position audits, position

22 classification audits, are supposed to be not what the

Page 55

1  PD says but what the actual duties are?

2    A  You mean what the old PD or the current PD

3  says?

4    Q  No, no.  A position or a classification audit

5  of a position is supposed to be based on actual duties

6  and responsibilities performed.

7    A  That's correct.

8    Q  The idea is, it's not what the employee says

9  he's doing and it's not what the supervisor says he's

10 doing, and it's not what the PD says he's doing, it's

11 what he's actually doing?

12   A  That's correct.

13   Q  That's the philosophy — the OPM philosophy on

14 what audits are about?

15   A  That's right.

16   Q  Now, by the time you left and you think it was

17 sometime before that, this new PD was in — was in

18 place?

19   A  I think so.  But again, as I answered your

20 question earlier, it could have been a long time after I

21 asked it to be done and I don't know.

22   Q  And where did you get the idea that at that

Page 56

1  point in time, 2004, when the audit was conducted, or

2  right after the audit was conducted, Mr. Montgomery had

3  not yet completed the 24 hours of accounting?

4    A  Again, I think it's because he had applied for

5  a position that required — for an accountant position

6  and was not found qualified for that position.  And I

7  think the — there were two bases for not finding him

8  qualified.  One is that he did not have the requisite

9  time in grade performing accounting type of duties, and

10 the other one is that he did not have the 24 semester

11 hours.

12   Q  Was it —

13   A  But I could be mistaken.

14   Q  Right.  Was it correct that he didn't have the

15 24 credit hours?  Do you recall that that was an

16 incorrect conclusion later found to have been incorrect?

17   A  I have since, after leaving HRD, seen a copy of

18 his transcripts that show that he has 24 semester hours.

19   Q  And that he had it before the audit?

20   A  That's true.

21   Q  Okay.  So somebody made a mistake?

22   A  Yes.

Page 57

1    Q  It was a factual error?

2    A  Whether that was me or —

3    Q  I'm saying there was a factual error —

4      MS. MELNIK:  Objection.  Speculation.

5      BY MR. SHAPIRO:

6    Q  Sir?

7    A  The transcript that I saw recently shows he has

8  24 semester hours.  Whether he had a transcript before

9  that represented he had those 24 semester hours and

10 showed somebody in HRD that, I don't know.

11   Q  No, no, I'm not asking you that.  The

12 transcript that you saw more recently, since leaving

13 HRD, right, showed that he had the 24 semester hours

14 before 2004?

15   A  That's true.

16   Q  So whether he showed it — had such a

17 transcript, showed a transcript, knew whether

18 somebody — factually, it is true, based on the

19 transcript you saw, that he had completed the 24

20 credit —

21   A  I saw an unofficial transcript that shows he

22 has 24 semester hours.  And I believe the date that he

Page 58

1  acquired those hours was 1995. So again, whether he
2  represented to the agency --
3      Q  1995 or 2005, or 2004?
4      A  Well, I guess you need to show me the document.
5          MS. MELNIK: Objection. Speculation.
6          BY MR. SHAPIRO:
7      Q  Good. Do you know who Noisette Smith is?
8      A  Yes.
9      Q  Who's that?
10     A  Well, he's retired now but he was a paralegal
11  specialist in the general counsel's office and later
12  became an EEO specialist at the Agency.
13     Q  And what was he in 2004, EEO specialist?
14     A  I believe so.
15     Q  Did you ever meet with that person regarding
16  Mr. Montgomery?
17     A  I met with Mr. Smith about several cases, so I
18  don't have an independent recollection of meeting with
19  him to discuss Mr. Montgomery's case, no.
20     Q  Okay. How about Mr. McKinnon? Have you met
21  with him regarding Mr. Montgomery?
22     A  I don't believe so.

Page 59

1      Q  Mr. McKinnon is or was at the time Ms. Adams's
2  supervisor; is that correct?
3      A  That's correct.
4      Q  And is he white or black?
5      A  Black.
6      Q  He's a black man. And Ms. Adams is a black
7  woman?
8      A  That's correct.
9      Q  Do you recall meeting with her regarding Mr.
10  Montgomery?
11     A  Yes.
12     Q  In what -- on what concerning Mr. Montgomery?
13     A  The thing that I recall meeting with her about
14  is to ask her if she would look at Mr. Montgomery's
15  qualifications for an accountant position and see if he
16  was qualified for an accountant position.
17     Q  Was that before the audit or after the audit?
18     A  I think it was after the audit.
19     Q  This was in connection with his being found not
20  qualified?
21     A  Yes.
22     Q  That's the time that you were checking out to

Page 60

1  see if that was right or wrong?
2      A  Yes.
3      Q  Okay. And did she look into his
4  qualifications?
5      A  She and another accountant did, yes.
6      Q  And what did they find?
7      A  They found that he did not meet the requisite
8  qualifications to qualify for the position.
9      Q  And what position was that?
10     A  I believe it was a GS13 accountant position.
11     Q  And why didn't he meet the qualifications in
12  their opinion?
13     A  Because he did not have at least one year's
14  time in grade performing accounting type duties as set
15  out in the qualification standard.
16     Q  Nothing else?
17     A  As I said before, my recollection is that he
18  didn't have the 24 semester hours.
19     Q  No, what did they find? Did they find that he
20  didn't have the 24, or was that --
21     A  I think there's a piece of paper that explains
22  this. Without seeing that piece of paper, I can't be

Page 61

1  sure.
2      Q  So they might have found that he didn't have
3  the 24 credit hours or they might not have found that.
4  They might have just done it on he didn't have the year
5  in grade?
6      A  That's correct.
7      Q  All right. And who was the other accountant?
8      A  I believe it was Tasha Solomon.
9      Q  And she's white or black?
10     A  White.
11     Q  And Mr. Winters, you never met with him about
12  this? Did you? "This" being Mr. Montgomery, any aspect
13  of Mr. Montgomery.
14     A  I talked with -- about any aspect of Mr.
15  Montgomery's case?
16     Q  Yes.
17     A  I talked with Mr. Winter about the concerns
18  that Mr. Montgomery raised with the accountant position
19  that we previously discussed in CCD.
20     Q  Ah. And what did he tell you?
21     A  He encouraged me to go talk with the two
22  supervisors whom I mentioned.

Page 62

1  Q   He didn't know?

2  A   He personally did not know the degree -- he

3  didn't think so, is my recollection. He said, I don't

4  think that's the case, but you ought to go talk with

5  them to make sure.

6  Q   And Mr. Winters is a white man?

7  A   Yes, he is.

8  Q   And he's the head of?

9  A   Financial Operations Department.

10  Q   FOD.

11  A   Yes.

12  Q   Mr. McKinnon's supervisor?

13  A   That's correct.

14  Q   And the two supervisors you talked to over

15  the -- I guess it's the CCD accountant job?

16  A   Yes.

17  Q   It was a new job?

18  A   That's correct.

19  Q   So it was a vacancy at the time. There was no

20  incumbent?

21  A   That's correct.

22  Q   And who were the two supervisors that you

Page 63

1  talked to?

2  A   Hollis Harrell, H-A-R-R-E-L-L, and Matthew or

3  Matt Vitello, V-I-T-E-L-L-O.

4  Q   Harrell being the --

5  A   Harrell was the division manager and Matthew

6  Vitello was either his assistant division manager or a

7  team lead, I don't remember. But he would be the

8  subordinate supervisor.

9  Q   He was the subordinate supervisor?

10  A   Yes.

11  Q   Now, you said in this deposition that everybody

12  knew about Mr. Montgomery's prior EEO case. You said

13  that early on in this deposition. When you said

14  "everybody," do you mean Mr. McKinnon?

15  A   I don't know if Mr. McKinnon had an independent

16  recollection -- or an independent knowledge, I should

17  say.

18  Q   Well, I mean, independent knowledge meaning

19  somebody told him?

20  A   When I said "everybody," what I meant by

21  "everybody" is the people in HRD that I worked with knew

22  of it --

Page 64

1  Q   Who were those people?

2  A   Stephanie Russell --

3  Q   Your predecessor?

4  A   Two predecessors ago, right. Stephanie Russell

5  knew of it, Sharon Barbee Fletcher knew of it, Phillip

6  Hertz in the general counsel's office --

7  Q   Phil?

8  A   Phillip Hertz, H-E-R-T-Z. And Jay, J-A-Y,

9  Resnick, R-E-S-N-I-C-K. And Mr. Resnick worked for Mr.

10  Hertz in the general counsel's office.

11  Q   I guess anybody who looked at that PD would

12  have known about it, so the position classifier knew

13  about it. That would be Ms. --

14  A   Ms. Kyle.

15  Q   Ms. Adams knew about it?

16  A   I don't know if she did or not.

17  Q   Okay, Ms. Kyle did. Anybody else that you

18  meant when you said everybody?

19  A   Well, the lady who I replaced who I told you

20  had the aneurism, her name is Janet Haddad, H-A-D-D-A-D.

21  She knew of it. And I think I mentioned already but

22  maybe I didn't, Ms. Barbee Fletcher knew of it. EEO

Page 65

1  complaints, settlements, are required to be run through

2  the Human Resources Department. So she knew of it as

3  well.

4   Those are the --

5  Q   Your superior would have known about it.

6  A   My superior?

7  Q   Yeah, the person who headed HRD.

8  A   That would be Sharon Barbee Fletcher.

9  Q   Oh, I see, Sharon Barbee Fletcher.

10  A   Yes.

11  Q   Ms. Kyle knew about it. What about Ms. Adams?

12  She was the supervisor. She would have been familiar

13  with the PD, correct?

14  A   Again, you'd have to ask her.

15   MR. SHAPIRO: Good. We're almost done. Let's

16  take five minutes.

17   (Recess.)

18   MR. SHAPIRO: Back on the record.

19   BY MR. SHAPIRO:

20  Q   I just wanted to ask you about Ms. Jacqueline

21  Isaac. She signed the audit report, didn't she? Ms.

22  Kyle did the report but Ms. Isaac signed it?

Page 66

1    A    That may be.

2    Q    And why is that?

3    A    Well, you asked earlier if people review the

4    work. And Ms. Isaac, as a classifier for the federal

5    government, would have reviewed the contractor's work to

6    see if she agreed with it. And so she may have signed

7    it. As I said before, I didn't review it personally.

8    So if she signed it, that would be why. She would have

9    read the report and --

10    Q    But it's very clear that Ms. Kyle did the

11    audit?

12    A    I believe so, yes.

13    Q    Did Ms. Isaac know of the — the prior EEO

14    complaint?

15    MS. MELNIK: Calls for speculation.

16    THE WITNESS: I don't know.

17    BY MR. SHAPIRO:

18    Q    Well, if she read the PD, she would have known.

19    A    She would have, if she read the PD. Like I

20    said, it said there was a settlement on the top of it.

21    Q    Of an EEO complaint?

22    A    I think so.

Page 67

1    MR. SHAPIRO: Okay, I don't have anything

2    further. Do you have any questions?

3    MS. MELNIK: I do.

4    First, I want to have this marked as Defense

5    Exhibit Number 1.

6    MR. SHAPIRO: Just make it a deposition

7    exhibit. It's just a deposition. He'll mark it.

8    (Lattimer Exhibit No. 1 was

9    marked for identification.)

10    EXAMINATION

11    BY MS. MELNIK:

12    Q    Mr. Lattimer, do you recognize —

13    MR. SHAPIRO: You've got to show him the

14    exhibit. Let him see the actual exhibit.

15    MS. MELNIK: He has it. Oh, I see, the one

16    that's marked.

17    BY MS. MELNIK:

18    Q    Mr. Lattimer, do you recognize Deposition

19    Exhibit Number 1?

20    A    Yes.

21    Q    What is that?

22    A    This is the position description that Mr.

Page 68

1    Montgomery was working under as a financial specialist,

2    GS12.

3    Q    And if you turn to the second page, what's on

4    the second page?

5    A    It says, the position was upgraded to a GS12

6    grade level due to a settlement agreement -- so it does

7    not say "EEO." Position description stays the same,

8    given new number.

9    And then behind that is attached the GS11

10    position description.

11    Q    Are there any kind of settlements other than

12    EEO settlements?

13    A    Yes. We settle grievance cases, we settle

14    labor relations cases. So those are the other two that

15    would predominantly come to mind.

16    Q    You were asked some questions about Mr.

17    Montgomery's updated position description having

18    reflected duties in it that Mr. Montgomery was currently

19    doing. Do you recall Mr. Shapiro asking you questions

20    about that?

21    A    Yes.

22    Q    Did you supervise Mr. Montgomery?

Page 69

1    A    No, never.

2    Q    Do you have any first-hand knowledge of what he

3    was doing on a daily basis?

4    A    No.

5    Q    You were asked questions about the 24 hour

6    credit hours of accounting that's required in order to

7    be eligible for an accounting position. Do you recall

8    Mr. Shapiro asking you questions about that?

9    A    Yes, I do.

10    Q    Okay. How does an employee — say, for

11    example, an employee completed 24 hours of accounting.

12    How do they go about verifying that or demonstrating

13    that to PBGC?

14    A    Well, the typical way is for an employee to

15    apply for a job and attach a copy of the transcripts

16    that support the employee having 24 semester hours of

17    accounting.

18    Q    Was that done? Did Mr. Montgomery submit his

19    transcripts with his applications for the accounting —

20    accounting position that he applied for?

21    A    As I said to Mr. Shapiro earlier, I don't

22    recall seeing transcripts that showed that Mr.

Page 70

1  Montgomery had 24 semester hours of accounting prior to
2  preparing for this litigation. So, no, I had never seen
3  it.
4     Q   And how else would an employee demonstrate to
5  PBGC that they'd completed 24 credit hours in
6  specialized skill?
7     A   An employee — I mean, a current employee may
8  also wish to upgrade his -- or update his or her records
9  with the training institute. We have a training
10 institute that maintains training that -- information on
11 every employee. And so the employee has the opportunity
12 to bring in transcripts or any sort of external training
13 and show the training institute that that had occurred
14 and the employee's file would then be updated
15 accordingly.
16    Q   And with respect to the 24 hour — credit hour
17 requirement, whose burden is it to verify or provide
18 that information if one obtains that education?
19    A   It would be the applicant's burden or, in this
20 case, an employee's burden.
21    Q   Say for instance, in this situation where say
22 if Mr. Montgomery, as he did when he applied for the

Page 71

1  accounting positions, put on them, you know, typed in 24
2  credit hours, that he had obtained that, is it — is
3  PBGC required to accept that on face value?
4     A   No. When we -- when an employee or an
5  applicant applies for a job and part of the
6  qualification for that job requires a certain level
7  of -- of in this case college training, then merely
8  saying that I have 24 semester hours in the required
9  subject is not sufficient. They have to -- it says
10 right in the vacancy announcement that they have to
11 provide transcripts to prove that.
12    MS. MELNIK:  Having marked Deposition Exhibits
13 2 and 3.
14         (Lattimer Exhibit Nos. 2 and 3
15          were marked for
16          identification.)
17    BY MS. MELNIK:
18    Q   Do you recognize Exhibits 2 and 3 as purported
19 college transcripts of Mr. Delarse Montgomery, Jr.?
20    A   Yes.
21    Q   When was the first time you saw Exhibits 2 and
22 3?

Page 72

1     A   I believe it was either last week or the week
2  before when we were discussing this deposition, you and
3  I were discussing this deposition.
4     Q   If either one of these transcripts, Exhibits 2
5  and 3, were in Mr. Montgomery's personnel file -- files
6  at HRD, would you have seen them?
7     A   Not necessarily. I mean, when an employee
8  applies for a job, as I said, it's the employee's burden
9  or any applicant's burden to furnish us with information
10 that shows that the person has the requisite training to
11 qualify for a job. And so it's not PBGC's standard
12 practice to go through an employee's training folder or
13 personnel folder to see if he or she has the requisite
14 college training. It's up to the applicant to furnish
15 us with that information.
16    Q   When you had your conversations with Mr.
17 Montgomery that were referred to earlier in your
18 testimony, did he, Mr. Montgomery, ever say, well, I
19 have the transcripts, I submitted them to -- you know,
20 either the training center or they were a part of my
21 application, or let me get them for you? Did he ever
22 initiate anything like that?

Page 73

1     A   No.
2     Q   Mr. Shapiro asked you questions about when you
3  went to supervisors, his supervisor and perhaps another
4  accounting supervisor, to find out exactly what — or
5  see what you could do or find out, you know, for their
6  input to see if he could qualify for a GS13 accounting
7  position, why did you do that?
8     A   The qualification standard, the general
9  requirement in the qualification standard is that the --
10 for an accountant position, in the 510 series, is that
11 the applicant has a bachelors degree in accounting or a
12 related field with at least 24 semester hours in
13 accounting.
14    Q   Let me just actually interrupt you.
15    MS. MELNIK:  Let me have this marked as
16 Deposition Exhibit Number 4.
17         (Lattimer Exhibit No. 4 was
18          marked for identification.)
19    BY MS. MELNIK:
20    Q   And, Mr. Lattimer, do you recognize what
21 Government -- force of habit -- Deposition Exhibit
22 Number 4 is?

Page 74

1    A  Yes, I do.

2    **Q  What is that?**

3    A  It's the qualification standard issued by the

4  Office of Personnel Management for a GS510 accounting

5  series.  And as I was stating earlier and the answer to

6  your question is, the general requirement is, as you can

7  see under paragraph A, a degree in accounting or a

8  related field with 24 semester hours in accounting.  And

9  then it has a big boldfaced -- or capitalized word "or"

10  in between, and then it goes on in paragraph B to

11  describe other ways in which a person may be qualified

12  .as an accountant.

13       If you turn the page, you can see -- actually,

14  it starts at the bottom of page 1 under B3, completion

15  of the requirements for a degree that included

16  substantial course work in accounting but does not fully

17  satisfy the 24 semester hours, and then provided that,

18  the applicant has successfully worked in the full

19  performance level in accounting, auditing or a related

20  field, and a panel of at least two higher level

21  professional accountants or auditors has determined that

22  the applicant has demonstrated the knowledge, and so

Page 75

1  forth, required of that position.

2    Q  So then let me ask you, why did you -- why did

3  you -- first, were you required --

4       (Telephone interruption.)

5       (Discussion off the record.)

6    BY MS. MELNIK:

7    Q  Were you required or, not required -- yeah,

8  were you required personally to go to Ms. Adams or any

9  other senior accountant to have them check into or

10  describe what Mr. Montgomery's current duties were?

11    A  I don't believe I was required at the outset.

12  Mr. Montgomery applied for a job, as we have thousands

13  of applicants every year apply for different jobs.  And

14  as I stated, the requirement is that the -- the general

15  requirement is that the person have a bachelors degree

16  in accounting or a related field with at least 24

17  semester hours of accounting.

18       Mr. Montgomery raised concerns that he was

19  improperly disqualified for the position.  And so I went

20  to the qualification standard to see if there was a way

21  that he was properly qualified for the position and

22  found the section that I just summarized for you.  And

Page 76

1  that's why I asked Ms. Adams -- actually, what I did is

2  I went to, I believe, Mr. McKinnon and asked for two

3  senior professionals.  And I think it was he who

4  nominated Ms. Adams and Ms. Solomon to review Mr.

5  Montgomery's qualifications to determine, in their

6  opinion, if he met that requirement.

7    Q  What motivated you?

8    A  Well, Mr. Montgomery and I have always had a

9  courteous, professional relationship.  He alleged that

10  he was improperly disqualified, and I wanted to make

11  sure that we did everything we could to see if we could

12  find a way to qualify him.  And, unfortunately, I was

13  not able to do that.

14    Q  According to your firsthand knowledge of what

15  procedures were followed to determine whether or not Mr.

16  Montgomery was qualified or could be qualified as a GS13

17  accountant, according to your experience and your

18  position in the job, were those procedures followed?

19    A  Yes.

20    Q  Mr. Montgomery is alleging in this lawsuit that

21  PBGC, including those that worked in HRD, discriminated

22  him based on certain protected groups, including one his

Page 77

1  race.  Mr. Lattimer, did you discriminate against Mr.

2  Montgomery -- or make any decisions or direct anyone in

3  any way because or based upon his race?

4    A  No.

5    Q  Did you make any decisions or direct anyone

6  else to take any action under your supervision based

7  upon his age?

8    A  No.

9    Q  Did you take any actions or direct anyone under

10  your supervision based upon his gender?

11    A  No.

12    Q  Did you take any action or direct anyone under

13  your supervision based upon -- any actions in

14  retaliation for Mr. Montgomery's prior EEO activity?

15    A  No.

16       MS. MELNIK:  If we can go off the record for

17  one moment.

18       (Discussion off the record.)

19       MS. MELNIK:  I think that's all we have.

20       MR. SHAPIRO:  I'm just a little confused about

21  one thing.

22  //

20  (Pages 74 to 77)

Page 78

1     FURTHER EXAMINATION

2     BY MR. SHAPIRO:

3     Q   When was it the first time you saw the

4   transcript?

5     A   The transcript that was marked as this

6   deposition exhibit was last week or maybe the week

7   before.

8     Q   Okay, and you never saw a transcript before

9   that?

10     A   If I saw a transcript, I didn't see 24 semester

11   hours. Because I believe, as I stated earlier, that

12   that was one of the two reasons why he was not qualified

13   for the accountant position.

14     Q   Because he didn't have 24 hours or because

15   there was no proof of 24 hours?

16     A   Because -- my recollection, for whatever it's

17   worth, my recollection is that Monty and I discussed

18   this and that there was some question of whether he had

19   24 semester hours at the time.

20     Q   Well, if there was a question, did he ask you

21   for a transcript?

22     A   Yes.

Page 79

1     Q   And he didn't give you one?

2     A   Yes, I did not receive one.

3     Q   I see, and this would have been back in 2004?

4     A   It would have been prior to -- certainly prior

5   to last week, yes. It would have been during the time

6   that we were trying to qualify him for this --

7     Q   And that was 2004?

8     A   Late 2003, 2004, somewhere in that time frame,

9   yes.

10     Q   And that's your testimony?

11     A   That's the best I recall, yes.

12     MR. SHAPIRO:  Okay. Nothing further.

13     (Whereupon, at 12:32 p.m., signature having not

14   been waived, the deposition of RICHARD McLAREN LATTIMER,

15   JR. was concluded.)

16     I have read the foregoing pages, which are a

17   correct transcript of the answers given by me to the

18   questions therein recorded.

19

20   Deponent_____

21

22   Date_____