

Exh. 6
MSJ

## MEMORANDUM

April 28, 2003

TO:        Cynthia R. Adams, Chief
           Investment Accounting Branch, COD, FOD

FROM:      DeLarse Montgomery, Jr., Financial Specialist, GS-501-12
           Investment Accounting Branch, COD, FOD

SUBJECT:   Request for Accretion of Duties Promotion


As provided by PBGC Directive PM –05-13, Subject: PBGC Position Classification Policy and Procedures, paragraph 9.c., I am requesting promotion to GS-501-13 based on an increase of assigned duties and responsibilities as Contracting Officer Technical Representative (COTR). As a COTR, I have assumed responsibilities for overseeing higher-level duties in administrating a non-personal service contact for Professional Accounting Services.

I have been performing newly assigned COTR duties and responsibilities for 14 months, and I have accomplished a myriad of assignments incumbent upon the COTR. These additional duties and responsibilities have increased both the scope and complexity of my work assignments.

In addition to fulfilling the increased COTR duties and responsibilities, I have continued to complete all duties and responsibilities of my current position without any tasks being diminished.

6