Exh. ~~8~~ 7(a) MSJ

# MEMORANDUM

September 9, 2003

TO: DeLarse Montgomery, Jr. Financial Specialist, Investment Accounting Branch

FROM: Cynthia R. Adams, Chief FOD/COD, Investment Accounting Branch

SUBJECT: Response to Memo Requesting Accretion of Duties Promotion

In response to your April 28, 2003 memorandum referencing an accretion of duties, I am willing to rewrite your Position Description (PD with the addition of the COTR responsibilities.

However, before the attached PD is redrafted, I am requesting that you carefully review and update it to include any additional duties and responsibilities not covered. Please provide this update to me by 9/30/03, at which time I will incorporate the changes and forward the PD to HRD for classification.

Attachment

Cc: Wayne McKinnon
Tanya Jones
Jacqueline Isaac
Deborah Martin

*attachment was PD*

5