Exh. # 7b
MSJ

# MEMORANDUM

October 14, 2003

TO:        Cynthia R. Adams, Chief
           Investment Accounting Branch, Controller Operations Division/FOD

FROM:      DeLarse Montgomery, Jr., Financial Specialist
           Investment Accounting Branch, Controller Operations Division/FOD

SUBJECT:   Update of Position Description

In response to your memorandum of September 9, 2003, and as agreed upon in extending the due date for my reply, I am providing you an update of my duties for justification and inclusion in a revised position description for an accretion of duty promotion.

The attached supplemental description covers duties for which I have been performing as early as March 2002. In the event I determine there may be additional tasks for inclusion, I will provide you details for consideration.

Attachment

PBGC-DM-0531

# SUPPLEMENTAL DUTIES AND RESPONSIBILITIES.

**Task:** Oversee funding accountability for the Missing Participant Program.

Duties: Independently coordinates and are resolve all issues relating to receipt of revenues in the missing participant program. Establish and account for funds commingled in the trust account maintained by the trust fund custodian. Provides related missing participant reports to Insurance Operation Department, perform journal entries and reconciliation of funds received and refunds issued to plan administrators. Provides missing participant filing instructions to plan administrators or coordinate instructions with intra departmental personnel, instruct bank custodian on processing questionable payments, and research and resolve mis-filing applied to premium payment.

**Task:** Contracting Officer Technical Representative (COTR)

Duties: Directing responsible to the Contracting Officer for managing contract compliance and performance of professional service contract. Take lead in developing a statement of work (SOW), coordinate, and serve as liaison with Procurement on all matters relating to awarding and monitoring of contract performance. Develop and apply testing and review of contractors' work. Monitor and track funding obligations, reconcile, approves or disallow payment of invoices for services performed. Prepare short-term and long-term budget funding projections, completes monthly reconciliation of Budget funding reports of contract expenditures, and prepare monthly COTR reports.

Oversees and prepare change orders and modification to contract service, ensuring timely processing of supplemental agreements and funding requirement through forecasting new funding requirement..

**Task:** Monitoring the integrity of Trust funding and expenditure Data Base.

Duties: Review and assign transactions received from custodian bank relating to transactions affecting trust funds transferred to PBGC Custodian bank. Notify bank representatives of discrepancies, and ensures proper documentation is provided to trust accountants for recording commingled assets. Provides direction and work to part-time staff. Review work products for errors, and generate reports for use in reconciling and accounting for asset and expenditures.

**PBGC-DM-0534**