Exhibit 7c
MSJ

EVALUATION REPORT

I. CURRENT POSITION TITLE/SERIES GRADE:
Financial Specialist, GS-501-12
Position Description # 8940

II. ORGANIZATIONAL LOCATION:
PBGC, FOD, COD, Investment Accounting Branch (IAB)

III. INCUMBENT: Delarse Montgomery

IV. BACKGROUND AND ADDITIONAL FACTS: This position is presently listed as Financial Specialist, GS-501-11. The up-grade was provided the incumbent in support of a settlement agreement. All though a new position description was never developed, the old position, GS-501-11, PD # 8435, remained as classified previously and a new cover sheet was added with the title, series and grade as Financial Specialist, GS-501-12, along with a new position description number, # 8940. Incumbent recently requested an audit of his position as written, due to added responsibility of COTR. Incumbent also provided audit information both in writing, signed by the supervisor of record, Cynthia Adams, and during a face to face official desk audit on December 31, 2003. It should be noted that incumbent reports directly to a Team Leader, Sylvia Shorter. Because there were certain statements that needed clarification by the Team leader, who was absent from during this period, the supervisor of record agreed to provide information for this assessment.

The Investment Accounting Branch consists of Supervisory Accountant, GS-510-14, (2) Lead Accountants, GS-510-13, (1) Accountant, GS-510-13, (10) Accountants, GS-510-12, (1) GS-510-11, (1) GS-510-5, (1) Accounting Technician, GS-525-7, and (2) OA GS-326-4, as provided on the agency roster listing dated December 3, 2003. The purpose of the Investment Accounting Branch is to direct PBGC's investment trust accounting programs, record and report accounting and financial information relating to the corporation's trust fund programs, and track payments and receivables of Employers Liability, (EL) and Due and Unpaid Employer Contributions, (DUEC).

V. ANALYSIS AND EVALUATION: On December 31, 2003, a desk audit was performed at Mr. Montgomery's work station. In the audit, Mr. Montgomery cited that he did the following:

-Analyzed and reconciled financial reports
-Provided reports containing data used within other departments for completing analysis on PBGC liability and benefit payment;
-Reconciled transactions performed by 12 to 15 trust accountants and contractors;

1

   -Had overall responsibility for Professional Accounting Service Contract worth over one million dollars; and
   -COTR tasks are approved by him, except task requiring funding.

  It is because of the COTR duties and responsibilities that Mr. Montgomery believes his position deserves an up-grade to a higher grade than the GS-12 he currently occupies.

VI. As stated previously, the incumbent's regular duties are outlined in position description #8940, which is attached to the duties described in the old PD # 8435, a classified PD at the GS-11 level. Management agrees with the duties and responsibilities outlined in PD #8435, and have added a new duty as Contracting Officer Technical Representative, or " COTR". According to the incumbent as COTR, he has overall responsibility for Professional Accounting Service Contract worth over one million dollars. Incumbent cites the need for the ability to prepare Statement of Work (SOW), change orders, evaluating RFP's negotiations, and ability to resolve potential contractual disputes, and processing invoices for payment. According to the supervisor, Cynthia Adams, who provided input into the analysis, the COTR duty was an added function to another employee who has since left the office and that task, or same responsibility as COTR was assigned to Mr. Montgomery; more of a collateral duty assignment, aside from his regular duties and responsibilities of has official position. The supervisor stated that Mr. Montgomery was assigned as COTR as a result of the former COTR leaving the Agency and that the purpose of the COTR duties is to monitor spending and activity on current accounting support contract within the Branch (IAB). The supervisor acknowledges that there are specific responsibilities that the COTR has and they are outlined in the Procurement Department's Directive for PBGC. The supervisor also states that the COTR responsibilities may be transferred to another employee at any given time.

 A copy of the Directive, PBGC Memorandum, dated January 3, 2000, was obtained and reviewed. Contained in this "Memorandum" are specific tasks that are outlined for "all" COTRs in PBGC. Apparently there are no individual instructions provided based on position, or grade level, etc. All employees assigned as "COTR" have the same responsibilities, and they are provided with the subject Memorandum and are required to sign that they agree with providing the services as specified. The COTR is expected to monitor the progress of contractor's work, including timeliness and quality of work; provide technical direction and act as PBGC's' liaison between the contractor and the Contract Specialist; review all invoices using procedures required; document and maintain a COTR file. The Memorandum further indicates that the Contract Specialist is kept informed about whatever happens and that the COTR submit monthly COTR status reports. Also, COTRs are expected to work closely with the Contracting Officer. Mr. Montgomery indicates that if disputes arise over the work, he consults with the team leader for resolution of these problems with the contractors.

 While these tasks can appear to be "grade controlling", in some cases, this does not appear to be one of them. The incumbent's responsibilities include monitoring spending;

2

providing weekly reports on the work being performed; reconciling as appropriate, signing off on the bills or invoices; and if there is an additional need for staff, the supervisor informs him and he communicates that need directly through the proper channels. Because a large portion of Mr. Montgomery's job is to reconcile accounts, find discrepancies, etc., he does review the work of the contractors for this reason.

Mr. Montgomery is not directly involved in the day-to-day oversight of the contractor's work because he is not an Accountant. In order for the work to rise to the level of actually affecting the grade of his position, he would have to possess the qualifications to "oversee" the work from a completely "technical" aspect or be an Accountant which according to his supervisor of record, Ms. Adams, he is "not". Therefore, no grade can be attached to what Mr. Montgomery is doing since he is providing "administrative" oversight over the work of the contractors. Thus, any real "technical or professional" guidance is not provided by this employee.

Because of the audit of Mr. Montgomery's position, an assessment was done on the official position description for the work of the position he now occupies. The following is an assessment of the current position.

   A.   References: Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-0500, dated December 2000.

   B.   **Series and Title Determination**: The series covers positions that perform, supervise, or manage administrative work of a fiscal, financial management, accounting, or budgetary nature that is not classifiable to another more specific professional or administrative series in the Accounting and Budget Group, GS-0500. The incumbent serves as Financial Specialist in the Financial Operations Department, Controller Operations Division, Investment Accounting functions and coordinates and tracks Employer Liability, Due and Unpaid Employer Contributions and Benefit Payments. Thus an appropriate title and series is Financial Specialist, GS-501.

   C.   **Grade Determination**: The Accounting and Budget Group, GS-0500 series, provides, grading criteria for determining the grade of non-supervisory work using the factor evaluation system. This position description is written in that format and is consistent with that format's requirements. The grade of this position is outlined by addressing each factor individually, the details of which can be viewed in the attached chart of this evaluation report.

VII.   CONCLUSION:   Approved as Financial Specialist, GS-501-11

*Jacqueline A. Isaac*   2/19/04
Jacqueline Isaac

3

Personnel Management Specialist                    Date:

# FACTOR EVALUATION SYSTEM

## POSITION EVALUATION STATEMENT

Title, Series and Grade: Financial Specialist, GS-501-11
Organization: PBGC:FOD:COD;IAB          Position Number:

The position is being evaluated using a combination of the position description #8435, the audit notes provided by the incumbent, and the supervisor's comments. A new position description has not been submitted.

|   | Factor | Points Assigned | FLD | Comments |
|---|---|---|---|---|
| 1 | Knowledge Required by the Position | 1250 | 1-7 | Intensive knowledge & skill to apply financial concepts, principles and techniques to complete required reconciliations, produce monthly and quarterly reports & analysis; analyze changes in plans & program funding; uncertainty due to deadlines; knowledge of database applications and proficiency in performing queries, and spreadsheet applications. |
| 2 | Supervisory Controls | 450 | 2-4 | Supervisor defines objectives; discusses timeframes & scope of assignments; through broad |

| # | Factor | Points | Level | Description |
|---|---|---|---|---|
|  |  |  |  | experience, employee displays great independence in planning work; interpreting policies; resolving most conflicts & making recommendations; apprising supervisor of controversial issues; work is reviewed for effectiveness in meeting program requirements. |
| 3 | Guidelines | 275 | 3-3 | Guidelines provide accepted procedures with some judgment needed in adapting the guidelines to specific problems. Guidelines include Branch Procedures, GAO & OMB regulations & FOD & other agency policies. Employee resolves missing participant payments, and ensures refunds are in compliance with regulatory requirements. |
| 4 | Complexity | 225 | 4-4 | There exists a variety of technical and administrative supportive tasks with different funding requirements involved; incumbent identifies problems, determines & applies appropriate techniques; analyzes data, conducts research, reconciles as needed; and assists management in planning for future program changes. |
| 5 | Scope and Effect | 225 | 5-4 | Purpose of the work is to analyze, reconcile and prepare financial reports, & resolving a variety of unusual problems; develop approaches, monitor spending and process plan demographics of assets & liabilities used in monthly, quarterly, & year end financial reports; record receipts; post entries in Trust Plan Ledger & verify payments; work effects the integrity of the files used for plans terminated and trusteed by PBGC, |

| | | | | |
|---|---|---|---|---|
| | | | | or the way financial information is applied & would impact Branch Operations. |
| 6 | Personal Contacts | | 6-3 | Contacts include agency managers employees & contractors, Trust Fund Custodian Representative at State Street Bank & M & T Bank Representatives, in unstructured settings. |
| 7 | Purpose of Contacts | 110 | 3-b | Contacts are made to resolve discrepancies in financial reports; verify and validate transactions & resolve irregularities in payments. |
| 8 | Physical Demands | 5 | 8-1 | Work is primarily sedentary. |
| 9 | Work Environment | 5 | 9-1 | Work is performed in an office setting. |
| SUMMARY | | | | |

| SUMMARY | |
|---|---|
| **TOTAL POINTS: 2545** | **GRADE CONVERSION:   GS-501-11** |

# EMPLOYEE INTERVIEW QUESTIONAIRE

NAME: DeLarse Montgomery, Jr.

OFFICE: Investment Accounting Branch, Controller Operations Division, FOD

The following are questions that will be discussed at the official meeting. Please take time to review and answer these questions in detail to submit to the Interviewer on the day of your formal interview.

Please anticipate at least an hour for the interview process. After the interview, the Interviewer will meet with your current supervisor to review and confirm the information developed. After this process is completed, the Interviewer will develop a report of findings/recommendations and transmit them to the designated Manager.

1. Who is your supervisor?

   Cynthia Adams

2. State the title, series, and grade of your current position. Is your position description of record accurate? If not, list the new duties.

   Financial Specialist, GS-501-12

3. Summarize the overall purpose and function of your job with the most difficult tasks first. Provide the percentage of time it takes to perform each major duty (1% - 100% total).
   (1) Analyze and reconcile financial reports. Process and establish preliminary financial analyses on plan demographics and asset and liability used in monthly, quarterly, and year-end financial reports provided to executive staff members. Process and prepare numerous financial reports containing data used within other departments for completing analyses on PBGC liability and benefit payment. Reconcile financial transactions performed by 12-15 trust accountants and contractors affecting terminated plans.

   (2) Reconciliation and coordination of missing participant payment program. Provide reports of bank receipts for missing participants. Record weekly receipts. Provide report of payments received in lock box to Division Manager, Standard Termination and Compliance Division. Post accounting entries in the Trust Plan Ledger. Verify and issue instructions for payment of refunds from the trust fund.

   (3) Contracting Officer Technical Representative (COTR). Overall responsible for Professional Accounting Service Contract worth over one million dollars.

4. Describe the specific knowledge, skills and abilities required performing these functions.
   Knowledge in Dbase application and proficiency in performing queries, establishing record structure, and capable of generating various financial reports. Knowledge in with several spreadsheet applications, and capable of creating simple to moderate formulas to perform calculations.

   Ability to use various financial accounting systems interface with standard established software to generate financial records and reports.

   As COTR, require knowledge of pertinent Federal Acquisition law, contract administration, contacting policies, regulations, and Agency policy and procedures. Skill in preparing Statement of Work (SOW), change orders, evaluating RFP's, negotiations, and ability to resolve potential contractual disputes, and processing invoices for payment.

5. How do you receive your assignments and from whom do you receive them?
   Assignments are established by timelines coordinated jointly by Insurance Operations Division and FOD management officials. Timeline is published with due dates. Monthly reports are pre-established and I independently set priority for meeting deadlines.

6. How is your work reviewed and approved?
   Majority of work is reviewed in final stage by team leader and approved, as necessary by both branch chief and division manager. COTR tasks are approved by me, accept task requiring funding, which is reviewed an approved based upon funding level delegated by executive staff.

7. What is your responsibility for carrying out the work after it has been assigned? What facts or conditions must you consider in identifying what needs to be done to accomplish your work?
   For monthly reports, ensuring integrity of the Fiscal Year Data File used for accounting of plans terminated and trusteed by PBGC. Completing and providing monthly, quarterly, and year-end financial reports used in support of internal and external end-users and reviewers. Ensuring staff accountants have completed plan reporting of activities in trust plan ledgers for capturing activities used in the reconciliation that must agree with source financial records.

Page 2

8. Do you produce work products? If so, give specific examples.

   Yes. Initial drafts of monthly operating reports (Financial Reporting and Accounts Analyses Group issue final report). Monthly reconciliation of acquisition/liquidation report to share activity report; monthly missing participant payment reports; monthly reconciliation of budget obligation reports; monthly COTR Reports.

9. Describe the most important decisions/recommendations that you must make in your job; how often do you make them, and how do they impact the organization?

   Implementation of steps to ensure contract is not breached that may lead to contract dispute. In the event of contractual difficulties, my actions may be subject to review by the Board of Contract Appeals or by Federal Court. I may also be held personally liable for failure to fulfill and oversee the proper administration of the contract.

10. Describe the types of problems which you are consulted by higher authority for advice, counsel, or recommendations?
    Acting in concert with the Contracting Officer Staff, I have assisted in RFP debriefings with Company representatives by discussing appropriate concerns regarding the technical aspects of the proposals.

11. What guidelines do you use in performing your functions and what type of judgement do you apply to the established guidelines and /or develop new guidelines?
    Branch operating procedures; General Acceptable Accounting Principles; pertinent ERISA sections on missing participants; FOD policies, GAO, and OMB regulations and guides; and FARS.

12. Describe the level of originality needed in order to complete your assignments?
    I maintain broad discretion in exercising and developing approaches for completion of work assignment. Basic guidelines are available; however, based upon institutional knowledge and experience, I am able to set priorities for completion of work tasks. I also assist or provide instructions for resolving missing participant payment. I exercise independent judgment, and make sound decisions for ensuring payments and refunds are in compliance with governing laws, practices, and regulatory requirement.

Page 3


13. Who do you contact on a daily basis in the process of completing your work? (Inside the Agency and outside the Agency).

Contact is generally made primarily on a weekly basis, both with internal and external managers and customers. Contact is made with the Trust Fund Custodian Representative at State Street Bank; M& T Bank representatives; managers and employees and Standard Terminations and Compliance Division; Procurement Department Staff Procurement Specialists;

14. Under what settings/conditions are these personal contacts made and for what purposes?
Contacts with outside customers are made via telephone. Some internal contacts are made via telephone, meetings, and visits. Contact is made to resolve discrepancies discovered in financial reports; to verify and validate transactions made by plan administrators or employed actuarial services; and to resolve irregularities with payment being misapplied to the premium

15. Do supervise/oversee the work of anyone? If so, give the name, title, series, grade and how you oversee them.
I provide guidance, direction and work to two SEEP employees assigned to the Investment Accounting Branch. Review and advise corrective actions on work completed. Indirectly oversee work of assigned contractors via weekly systems generated reports, bi-weekly progress reports and monthly management reports.

16. Who fills in for you when you are absent?
My tasks are performed independently without a designated backup. Monthly financial work is completed or preliminarily submitted for planned absence. Designation of a COTR Monitor is pending, who will serve as back up on contract-related matters. Team leaders coordinate assignment of tasks to SEEP employees to ensure Integral Dbase is maintained.

17. Has your job duties changed within the last year? If so, give specific list of duties.
Yes. COTR duties and responsibilities to Professional Service Contract were assigned a year and nine months ago. Monitor contractor performance. Maintain records, logs, and reports that document action taken by the contractor and PBGC during the duration of the contract. Complete various budgetary and financial reporting requirements and analyses. Verify and certify for payment all billings related to services performed. Complete modifications to contracts and work in conjunction with Procurement Staff in changes to the contract.

18. What makes your job more difficult then it ordinarily is?
The complexity and degree of difficulty have increased with the myriad of tasks incumbent upon the COTR. New reporting requirements and responsibilities have been implemented. Contract work has expanded to include work for major plans trusteed and required increasing the number of contractors to oversee in completing trust activities. Commitment of time in managing and monitoring various reports and performing cost analyses to ensure obligations can be fulfilled.

_____    _____
Employee's Signature                 Date   12/31/2003


_____    _____
Supervisor's Signature               Date