EXHIBIT
MSJ
9

IN THE MATTER OF:

---

JACQUELINE A. ISAAC

Complainant,

COMPLAINT NO.

05-04 AND 05-07

vs.

PENSION BENEFIT

GUARNTY CORPORATION

Respondent.

---

AFFIDAVIT

TRANSCRIPT OF PROCEEDINGS in the above-entitled cause of the examination of Jacqueline A. Isaac before the EEO Investigator, Eddie Neal, on the 22 day of August, 2005, beginning at the hour of 11:54 A.M.

BY: Kim Apicella

PROCEEDINGS

GIVEN BY: MR. NEAL

Good morning, my name is Eddie Neal, and I'm the EEO investigator assigned to conduct the investigation into the allegations of discrimination filed by Mr. DeLarse, Jr.

For the record, today is Monday, August 22, 2005 and the time is approximately 11:54 A.M. the claims that I will be investigating are being read from an acceptance letter, which is date stamped June 27, 2005 consisting of the following claims, whether PBGC unlawfully discriminated against DeLarse Montgomery, Jr based on his race; African-American, color; black, sex; male or age; date of birth 6/26/47 or subjected him to reprisal for exercising his rights under the civil rights laws in the selection process for the positions advertised in PBGC vacancy announcements, JI04-0138 and JI04-0139.

This claim will be consolidated with Mr. Montgomery's claim in PBGC formal complaint 05-04 and PBGC formal complaint 05-04 Mr. Montgomery raises a non-selection issue with respect PBGC vacancy announcements JI-04-0105 and JI0-0143, but what I'd like

to do before we proceed any further is to first allow you an opportunity to identify yourself for the record and spell your name, as well.

A. Jacqueline Isaac, J-A-C-Q-U-E-L-I-N-E. My last name is I-S-A-A-C.

Q. Okay. And Ms. Isaac, do you swear or affirm under the penalty of perjury that the information that you are about to provide will be the truth, the whole truth, and nothing but the truth to the best of your ability or recollection?

A. Yes.

Q. What is your official title, series, and grade?

A. My official title is HR Specialist, GS-201, Grade 13.

Q. Okay. And how long have you been in your current position?

A. Five years.

Q. Okay. Now, because this is based on several basis of MR. Montgomery, I also have to get comparable information from everyone I interview.

What is your race for the record?

A. White.

Q. Your skin color?

A. White.

Q. Okay. Now, we know your gender is female?

A. Yes.

Q. What is your age and date of birth?

A. My age is 50, my birth date is 12-5-54.

Q. Okay. Now, do you have any knowledge of any prior EEO that Mr. Montgomery was involved?

A. No, I'm not.

Q. Okay. Now, still sticking to his prior EEO activity, Mr. Montgomery told me that he had a settlement in 1993, and it was settled in 1998.

Were you with PBGC in 1998?

A. No, I was not.

Q. Did anyone ever bring anything to your attention about a settlement that Mr. Montgomery had?

A. Yes, they did.

Q. Okay. And who was that, and when did they bring it to your attention?

A. Okay. They brought it to my attention, it was Stephanie Russel, who used to be the old chief of operations division, which is now the services division. She brought it to me because we had to file his performance appraisal, I'm sorry, position description as to his new job.

Q. Okay. Do you recall when that came to your attention?

A. It was in 2000. I was not here before then, I

don't remember when in 2000, but it was in 2000.

Q. Okay. Now, let me go back to his earlier positions he applied for and I'll start with JI04-0105.

Do you recall Mr. Montgomery applying for that position?

A. Yes.

Q. Okay. Did you review his application?

A. Yes, I did.

Q. Okay. And did you rate him as qualified or did you rate him as not meeting the eligibility for the position?

A. I rated him non-qualified because he did not have the 24 semester hours to qualify under basic qualifications to be an accountant 13.

Q. Okay. Now, let me just make sure, whenever there's JI in front of any vacancy announcement, that JI stands for Jacqueline Isaac; is that correct?

A. That's correct, yes.

Q. Now, I interviewed Mr. Montgomery this morning, and Mr. Montgomery indicated to me that he had taken 24 hours of accounting. So, the 24 hours that your talking about, is that 24 hours -- of education of accounting classes?

A. Yes, it is. And when I reviewed the applications for the jobs that he applied for, at the time he did not

have the 24 semester hours.
Q. Okay. Now, at any time, did he ever submit to you proof that he did have 24 hours?
A. No, he has not.
Q. Did he ever have any conversations with you concerning of -- education?
A. No, he did not.
Q. Okay. Now, was it listed in his application that he had the education?
A. I don't remember if it was or not if he did, we went back and looked through all of his stuff that he has in official personnel folder and there was nothing in there that claimed that he even had the 24 hours.
Q. Okay. Now, I know it's difficult because his application is not before you, but typically if an employee listed on the application, do you normally go back and verify that they had that education?
A. Yes, I do.
Q. Okay. So, every employee that submits it on their application, you actually and verify?
A. Right. I go back, especially if their employees here. If they're from the outside, we usually ask them for their transcripts before we ever submit their information forward.
Q. Okay. Now, I'm looking at on a certificate of

eligibles, and this is for JI04-0105, which happens to be the one we're talking about, and at the bottom I see, under the selecting official, there's a thing that says, pending verification of education?
A. That's correct.
Q. Tell me, what is that for?
A. That's for incase somebody does not their resume or transcripts when they submit their resume, we can always put a little asterisk next to the persons name and request that they submit it at a later before we would bring them on board and hire them.
Q. Okay. All right. Now, was that the only reason that he was deemed ineligible was because he did not have the 24 hours?
A. No, he also did not have a years experience as a specialized experience at the 12 grade level to be an actual accountant. We look at everything and I also looked at that particular information. Also, he did not have the one year specialized experience to be a 13.
Q. Now, in interviewing Mr. Montgomery, what he indicated to me and I hope I'm not quoting him incorrectly, is that his settlement from his EEO complaint in 1993, he said, I think his settlement, I think, took effect in August of 1998, and part of that was that he was promoted to a GS-12 at that time. So,

was he in fact the GS-12 until the time he applied for the position?
A. He was a GS-12 as a financial analyst or financial specialist, which is two different series. One as an accountant series is a 510, and you have to have certain accounting type of work that you are doing.
His type of position that he is doing and has been doing is financial specialist, which is totally different than an accountant and what they were looking for under the duties and the quals.
Q. Okay. Now, was there any other reasons that he was not qualified because I think when he mentioned it to me that in the letter there were listed three or four reasons he was not found qualified?
A. Those are the only two that I would know of. I don't have his letter in front of me, so, I'm not sure what else it would be that he would be talking about, because I don't know at this point. But those would be the two main things that I would be looking at.
Q. Okay. So, now, lets assume if he had the 24 hours positive education that he said he had, would he then have been eligible?
A. He would have had minimum qualifications, but he would not have gone forward any farther because he would not have had the specialized experience that they were

looking for.
Q. Okay. Now, even though Mr. Montgomery was not forwarded, I'm looking at a list, it looks like it's your, it says polars?
A. Yes.
Q. Okay. And looking at this sheet that you gave me, it says that JI04-0105 was cancelled?
A. That's correct.
Q. So, no one was hired for that position?
A. No one was hired for that position, on this particular vacancy announcement. If there's another announcement that this would have been a status and a non-status. It would have had two different numbers.
What we normally do is when a manager will come to us and say, I want to announce a position, we ask them, do they want to go outside of the agency, and they'll usually say yes or no.
In this case, this position was probably just been an outside agency position or there could have been another one that could have been an in-house job with a different number. At this point and time, it looks like they just went outside with this particular job, and they made no selection on 105.
Q. Okay. Now, I understand from Mr. Montgomery that 105 was a GS-13 position if I'm not mistaken?

Affidavit 3
Page 3 of 4

A. That's correct.
Q. And then he said that it was re-announced under JI-0-0143, which I think he said, was a 12/13?
A. That's correct.
Q. Okay. But I'm looking at the list that you provided and it says that, that vacancy was cancelled, as well?
A. Yes, it was. That one was also cancelled, that one was cancelled, it looks like September, we sent our final notices in February. They never made a selection off of this one either. And that's up to managements call whether they make a selection or not. They may have decided to go with a different way with the position. I'm not sure, I don't have anything that tells me why they cancelled it. They just decided to cancel it.
Q. Okay. I don't want to quote Mr. Montgomery incorrectly, but if I'm not mistaken I think he told me that there was a Lafaye Graham that was selected off of one of these vacancies?
A. Lafaye, I don't know if this is a male or female on Lafaye, I'm assuming it's a female, she did not apply for 143, and as to 105, she didn't apply for that one either.
Q. Okay. Now, speaking of 0143, was Mr. Montgomery

found qualified for that position?
A. Again, no he was not.
Q. Okay. And to the best of your recollection, why was it that he was not qualified for that position?
A. He still did not have a years experience, specialized experience to be an accountant. His position is as a financial specialist that is not doing accounting work as to what they were looking for, which is in the vacancy announcement, which states it under there that they had to be doing certain things, which his position is not doing.
Q. Now, what's the difference between his position and that of an accountants position?
A. Well, an accountant, and like I said, I don't have the stuff in front of me, they're very specific as to what they wanted, if I had the vacancy announcement I could let you know a little bit more detail, I don't have them in front of me, but it's two different types of things. And it's based on the series. He is not doing any kind of accounting work according to also his manager. She is not giving him accounting work to do.
Q. Okay. Now, since we're on 015 and 0143, Mr. Montgomery informed me that there was a meeting where you were present, he was present, I believe Rick Lattimer was present. And Rick Lattimer indicated that

his PD was not updated to reflect all of the things that he was actually doing.
Do you recall that meeting?
A. I recall the meeting yes. And his PD, what they had done was instead of giving him an actual new position description, all they did was put a little note on top of the old one, and gave it a new cover sheet.
Since that time, they have written a new PD, it has been classified, and he was given it on, I'm hoping, we had an e-mail message telling him that his PD was ready, he could come down to HR and pick it up. I don't know if he picked up this morning or not, but it was supposed to incorporate all of the stuff that he said he was doing.
Q. Okay. Now, lets talk a little bit about the PD. Once the PD was changed to reflect the new duties he was doing, considering the new PD, would he have been qualified under the new PD?
A. No. He would not have been. It would still be a financial specialist position, it is not an accountant position.
Q. Okay. And under the new PD why is it that he still would not be qualified?
A. There's not accounting duties in that position. It's still stuff that he is doing as a financial

specialist, which is not accounting work.
Q. Okay. So, in other words, they needed a years experience doing accounting duties --
A. Specialized.
Q. -- at the next lower grade?
A. That's correct. They would need to start giving him accounting duties for a year in order for a year in order to have the specialized experience, and he does not, and did not at the time when I was doing these vacancy announcements.
Q. Okay. Now, has that ever been explained to him?
A. Yes, I believe it was explained to him when Stephanie Russell was here. I can't say for a fact that's the truth. I believe even Rick Lattimer has explained to him that he need to have the 24 semester and he needs to be working as an accountant in order to qualify for an accounting position.
Q. Okay. Now, tell me a little be, because one thing I found strange is when I interviewed him and he said that Cynthia Adams was shown his application to see if he met the minimum qualifications.
Two Parts, why was that done, and the second part is, is that normal practice at PBGC?
A. We do that sometimes when a manager will request to see something, I may have informed her that his

Affidavit 3
Page 4 of 4

application, you know, he was submitting an application. And she may wanted to see it. She looked at it and said he wasn't doing the type of work that she was looking for, and he has never done the type of work that she was looking for.

But we do that every once in a while, if a manager requests to see an application, we will forward it to them without putting them on a cert and going through the whole thing.

Q. Let me make sure, though. So, she was the selecting official for the position?

A. Yes, she was.

Q. Okay. So, when you say the manager requested, you're not talking about normally the employee who applies for a position manager?

A. No. We're talking about the selecting official. It just so happens to be that he works for her, so.

Q. Okay. So, was she the selecting official for each of these 0105 and the 0143?

A. I believe so. I think these were her jobs. I don't have exactly where it was located but I'm positive that it's probably the situation.

Q. Okay. Now, is it possible, does she have the discretion to assign him accounting work in his current series?

A. I suppose she probably could. I don't know for a fact. I know her section is all accountants. He's the only financial specialist up there. Everybody else is an accountant type of person, and has an accounting background in everything else and is doing accounting work.

If she wanted to, I'm sure she could, that would be totally up to her call.

Q. Okay. Now, lets talk a little bit about 0138 and 0139.

According to Mr. Montgomery, he says that 0139 was a non-status and 0138 was a status position, but they in escence, the same vacancy announcement?

A. Right. Which is what I explained before. When we have, when the manager says he wants to go out but also wants a status announcement, we will give it two different numbers, it will be the same particular job, and then depending on, the way our vacancy announcements read that if you wanted to be considered for both vacancy announcements, you had to submit two applications, one for each position that was open.

Q. Now, according to Mr. Montgomery, he submitted two applications. One for 0138 and one for 0139, and he said he submitted them both for the same time.

A. We only received one and that was for the

non-status one, which was 0139.

Q. Okay. And I asked him, who did he submit it to and he said that there was a person at the front desk, and she is no longer with the agency, and he provided her with both applications, but he only requested verification of the 0139.

Okay. Has that ever been brought to your attention that he indicated that he submitted an application for 0138?

A. No, it has not.

Q. What are the process when applications are received in your office? How are they handled?

A. They get logged into the POLARS system and we put down the person, you know, if he's already applied for another position, it's a drop down menu. You can add the new vacancy number he's applying for, and then once the position has closed all the applications come to the specialist who then reviews them and then forwards either on a cert or you know, depending on if they need to be paneled.

In the case of probably both of these, they probably had to be paneled or had to be reviewed by somebody besides myself. I mean, I review them for minimum quals and then it goes forward depending on how many people are qualified.

Q. Okay. Now, were you the specialist for 0138?

A. Yes, I was.

Q. Do you recall receiving Mr. Montgomery's application for the vacancy 0138?

A. No, I did not.

Q. Okay. How about 0139, did you receive that?

A. Yes, I did.

Q. And was he rated as qualified or unqualified for that position?

A. We never got very much farther past this, he was rated, unfortunately, the position ended up that when we have an in house vacancy like this, most of the time they will get a PBGC vacancy announcement first, which is what happened, and then they also get the status, and the non-status.

We never got around to doing much with the non-status, because they made a selection off the status vacancy.

Q. Okay. Now, to the best of your recollection, did both of the announcements close at the same time?

A. Yes, they did.

Q. Now, is there a reason why an employee of PBGC would apply as a status candidate as well as a non-status candidate?

A. They would apply for both based on the fact if

they were a veteran, they can use their vetren's preference on the non-status vacancy. They can't use it on the status. So, that is the reason that a lot of people will apply for both vacancy announcements.

Q. Okay. To the best of your recollection, is Mr. Montgomery a veteran?

A. Yes, he is.

Q. Okay. Now, is he a five point veteran or is he a ten point veteran or thirty point veteran?

A. I believe he's a 30 point vet. but I can't say that for sure because I don't have his stuff in front of me, but I believe he's a thirty point vet.

Q. Okay. Now, I know in some positions, and I'm not sure if the position that he applied for is one. I know many times that sometimes when veterans apply for a position, veterans have to be selected, was this one of those positions?

A. If it had gone that far, if he had made the cert and was in the top three candidates and he was actually at the top they would have had to select a veteran over a non-veteran, but since we have another status, they could select off the status and not the non-status, you know, if it had only been open to the outside, and he had been qualified and sent forward, then, yes. They would have had to select a veteran before a non-vet.

Q. Okay. Now, to the best of your recollection, do you know whether the non-status certificate ever went to the selecting official?

A. I don't believe it did. They made the selection off the status and then totally didn't do anything with the non-status one and just cancelled the actual vacancy announcement totally.

Q. Now, when they cancel the vacancy announcement, is there something that they send to you showing that they want something cancelled?

A. Well, if they make a selection off of the status one, we just automatically cancel the non-status or visa versa. If they would have made a selection off of the non-status, they would have cancelled the status one due to the fact they only have one vacancy. They're only going to be able to fill it off of one or the other. So, in this case, they didn't have to tell me anything, it was just being cancelled period, and I didn't have to go any farther.

Q. Now, Let me make sure I'm clear on this, is it standard that you would only send one cert, which is the status versus the non-status when they're advertising the vacancy both ways?

A. What happens is the first cert that goes up to any selecting officials is always, if we have anybody

from PBGC, that cert goes first, always because of our union contract. Then, you can sent them the status and the non-status at the same time. What usually happens is because the status, not as many people that apply, they usually just skip the status one or you can ask them and say, do you want the see the status first, after you've seen the PBGC one?

And they'll just say yes, no, whatever or no, I want to wait until we've paneled all of the rest of them and then they go from there. In this case, we sent some of these names, but a lot of them didn't -- the non-status ones, they didn't get a cert as far as I remember.

Q. Okay. So, tell me, you mentioned something of significance to me, you said the union contract. Tell me, what does the union contract require you to do?

A. The union contract requires us to send all PBGC people's first if this is a bargain unit position. They have the option of having first shot at the job, if I guess that's a way I can put it. What they have to do is that the manager has to offer them a chance to be interviewed. If they turn them down, then they can go to the next, which would be the status.

And then, the non-status cert depending on if they wanted to get them both at the same time or if they

wanted them to wait.

Q. Okay. Help me with this then. Being that Mr. Montgomery was a PBGC employee, and under those guidelines, wouldn't his name have been forwarded as well?

A. No.

Q. Okay. And why is that?

A. He did not apply on the status vacancy. He only applied on the non-status. On the non-status, you don't have to do it that way.

Q. Okay. So, the union contract only applies to status candidates?

A. Right, yes.

Q. Okay.

A. Not non-status candidates.

Q. Okay. All right. Now, was there any conversation between you and Ms. Adams where she may have indicated that she didn't want Mr. Montgomery for any reason?

A. No, not at all.

Q. Okay. Was there anyone else involved in this process other than you and Ms. Adams?

A. No.

Q. Okay. Now, what about the meeting with Mr. Lattimer, how did that come about?

A. Which meeting are we speaking of.
Q. The meeting that I referred to that Mr. Montgomery said took place after he applied for 0105?
A. I believe Monty had called for the meeting and we all sat down and met with him. I don't really remember at this point.
Q. Now, I indicated from reading the letter that, the acceptance letter, that Mr. Montgomery felt that his race played a factor. Did his race or his skin color play any factor in him not being found eligible or for the announcements being cancelled?
A. No, it did not.
Q. How about his gender?
A. No, it did not.
Q. How about his age?
A. No, it did not.
Q. How about his prior EEO activity?
A. No, it did not.
Q. No, is it standard that a manager would have a vacancy such as under 0105 and 0143, and not fill it?
A. Yes, it is. There's a lot of reasons why they may not decide to fill -- jobs. They may have decided to use the FTE somewhere else. They may decide that they just don't want to fill it at that time, it's a lot

of reasons, and we just have to do what the managers want and we usually say, Okay. Fine. That's fine with us.
Q. Now, what about in this particular instance with 0105 and 0143. Did she give a reason why she didn't fill that?
A. No, I don't remember any reason that she gave, just that she decided to cancel it at the time.
Q. Okay. Lets say, assuming that what Mr. Montgomery said is that he did submit an application for 0138. How would that have fell through the cracks, assuming through the cracks?
A. I have no way of knowing, I can't say. I don't know how many applications the person up at the front desk had gotten that day. All I know is that when I received the folder, with everybody's application in there, I go through them and I double check the list and his application was not there for 138.
Q. Now, who is the person who inputs it into the POLARS system?
A. It's been various different people. I can log things into the system, there's other people that can to. Usually the person that's actually taking the applications can log them in. I don't know who was sitting at the front desk at this time in 2004 that was

logging them into the system. I don't know who it was.
Q. Do you recall anybody retiring in 2004 that sat at the front desk --
A. No. We had nobody retire that did this kind of work. Most of them it's been the assistants or our stay in school person. I don't know, you know, was logging them in at time.
Q. Okay. I'm trying to see if I'm missing anything. Let me look through my notes.
Are you familiar with Lafaye Garham in any way?
A. Never heard of the person, and I don't have them on any list that I have of jobs that Monty has applied for.
Q. Now, who is Ms. Pilipovich?
A. Michelle Pilipovich, that's our chief of HR, director of HR.
Q. Okay. Now, was she involved at some point? Did some correspondence go up to her through you or from Mr. Montgomery as it may have attained for him applying for, I think, it was the 0105 position?
A. I really don't remember. She was, at one point the, when Stephanie Russell left who was our chief of operations, Michelle Pilipovich took over for her and then Rick took over for Michelle when she became chief of HR.

Q. How do you spell her name?
A. It's P-I-L-I-P-O-V-I-C-H, I believe it is.
Q. Okay. To the best of your recollection, do you know if she had any involvement with reviewing any of the applications or anything?
A. No, she did not.
Q. Now, did you know Mr. Montgomery prior to reviewing the applications?
A. No, I did not.
Q. So, your first time meeting was once he applied for these positions?
A. Yes, that's correct.
Q. Okay. Now, tell me, you said Rebecca Povone was selected for the 0138?
A. That's correct.
Q. Now, was she a PBGC employee?
A. I don't remember. She may not have been at the time. I really honestly don't remember. I know that she did get selected for the position. She may have been the status candidate from another federal agency. I'd have to go back and check.
Q. Okay. I'm going to read a note from his, when I say his, I'm talking about Mr. Montgomery, from his formal complaint it says, I discovered the position for which Ms. Povone was selected was one in the same

collection analyst position for which the PBGC has recruited against and is vacancy announcements JI04-0138 and JI04-0139.

Furthermore, Ms. Povone's position was the same position in which Ms. Isaac had informed me was cancelled. And I'd like to give you an opportunity to respond to that?

A. Okay. She was selected off of 138 which was the status vacancy announcement which Monty had not applied for. He applied under 139, and again, as I said. Once they make a selection, because there is only one vacancy, once they make a selection off of the status vacancy, we automatically cancel the non-status one, and that's what happened.

She got selected off of 138, and we cancelled 139, which she had applied for and she had not applied for the 139, which is the non-status vacancy.

Q. Okay. Now, If I need to find that particular part of the union contract that you were referring to, what would I look under?

A. I think it's under merit promotion or merit staffing principles. I'm not sure which article it is.

Q. Okay. Now, if I give you my fax number, is it possible for you to fax that to me, because I probably wouldn't know exactly what section you're referring to?

A. Sure, no problem.

Q. Okay. All right. Let me see if there's anything else. Now, once a vacancy is cancelled, because I'm looking at the certificate of eligibles for JI04-0105 and what is it on this certificate that would show me that it was cancelled?

A. It wouldn't. What happens is that this would come back and what we would do, and this is actually the non-status vacancy announcement because it's got, they're rated and ranked by numbers, okay.

There's nothing that cancelled a vacancy announcement. They made no selection off of this cert at all, and you can tell by the action codes. NS means non-select, NN means non-select, not considered. And these three other people, they didn't even consider them, they didn't even select the top candidate.

Q. Okay. Now, are any of the people on that list, can you tell if any of those people are a PGBGC employees?

A. None of them are. They all work outside. They're not PBGC employees.

Q. Okay. Now, do you also keep a list of people who apply that did not make the certificate of eligibles?

A. Yes, it's when we job we fill, what happens is, when we send out the letter that say this is the

acknowledgement whether they are qualified or not qualified, then this is the final disposition of what happens and they will send everybody except the person that got selected a letter saying that someone else got selected for this position and this happens to be 138, but we do this for all of ours.

And we tell them like, say for instance that 139 the final disposition with all the people that applied, they all would've received a letter from me stating, and it was actually in November of '04' that they all that the position had been cancelled, and that's where it stands right there.

Q. Looking at those print outs, can you tell from those print outs who is a PBGC employee and who is not?

A. Not by these I can not. Some of the names of being PBGC employees. Some of them I don't recognize at all, which means that they probably don't work for us, but I would have to go back and look and see and research it.

Q. Okay. All right. I have no further questions, is there anything that you'd like to add that maybe I didn't ask or anything that you'd like to elaborate upon that I did ask that you think that would be helpful?

A. No. The only thing I can say is, when any of us are looking at vacancy and applications, there is no

form that we ask the person to submit race or you know, national origin. We don't have any idea. I look at, you know, what they're giving me, the information that they're giving me to apply for this job. I mean, sometimes you can tell by the name, whether they're female or male but that's it. But I wouldn't have any way of knowing what race they were or anything else, so.

Q. Okay. Let me ask this. Because I asked, did you know Mr. Montgomery prior to him applying, were you aware what his race was at the time he applied?

A. I've seen Monty in the hall, I don't know him personally. I had seen him maybe in the elevator and that kind of stuff, so yes. I knew he was black and that was about it.

Q. So, did you know that he was the person, when you saw the application, that he was that same person?

A. Sure, yes.

Q. Okay. I have no further questions, and based upon that comment, the time is now approximately 12:31 P.M. and that will conclude this portion of the interview.

# ERRATA SHEET FOR THE TRANSCRIPT OF: JACQUELINE A. ISAAC

Case Name: Delarse Montgomery

Case Numbers: 05-04 and 05-07

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| | | | | |

## Privacy Act Notice

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records. The authority to collect the information is derived from one or more applicable Federal laws. The information supplied will be used along with data developed to resolve or otherwise determine the merits of this complaint of discrimination in the delivery of federal conducted programs or services. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government to resolve or otherwise determine the merits of the complaint of discrimination. Disclosure of the information sought is voluntary. However, failure on the part of employees of the applicable agency will result in a direction by the head of the agency, or his or her designated representative, to produce or provide such information as is available. Failure to provide the information for Complainants may result in dismissal of the case. Failure to provide the information for witnesses may result in disciplinary actions.

I affirm/swear under penalty of perjury that the information contained in these ___ pages is accurate and truthful to the best of my ability.

Jacqueline A. Isaac
Signature of Witness

9/26/05
Date

Affidavit 3
Page 3 of 3

**RICK LATTIMER**

3 Manager of HR Department at PBGC; for about one and half years. Responsible for recruting and position descriptions. White male, 43 year old.

4 Aware of Monty's prior EEO activity because I was in the General Counsel's office prior to this job, and Monty settled the case and made him a GS-12. I remember having a meeting with Monty about his position description. Monty came in and was concerned about trying to get promoted. He had applied for a GS-13 accounting position and was found ineligible. He raised the issue of whether the duties he was performing . . .

5 regardless of the vacancy announcement, were commensurate with a GS-13 as opposed to a GS-12 where he was currently working. Basically, he was asking for a desk audit fo the position he had. I pointed out to him that he was a GS-11 at the time of the settlement, and that he was the only financial specialist in the corp. PBGC failed to write a new position description for him as a GS-12. They just put a cover sheet on his GS-12 PD and said he was administratively promoted due to a settlement agreement. HR felt we should give him a new, accurate PD that reflected his GS-12 duties. All I can remember is that his duties did not amount to a GS-13.

6 Whether I told him then or in emails, that he was not eligible for a GS-13 accounting position because he didn't have the required experience and/or education to get that level. I like the guy, so I wanted to find out if there was a way to qualify him. One way by OPM is to see if he's been performing the duties for a certain period of time. If some senior level accountants would certify that the type of work that someone has been performoing would qualify in lieu of the eucation that was required. We asked two supervisors: Cynthia Adams and either Tasha Soloman or June Enis.

7 both of them came back and said Monty wasn't qualified. Don't remember if 24 hours of accounting was part of settlement. We would check personnel file if we disqualify somebody for failure to meet academic requirements

8 Particularly in a case like this when we don't have very many applicants. Try to figure out if there is something that they are not submitting or sometimes their transcript are incomplete. I pretty sure I sat down with Monty and discussed the courses he would need to take to qualify him for the accounting position. He didn't meet the educational requirements so far as I can recall.

9 even after his PD was updated, according to his managers, he's not doing GS-13 accounting work. He's still doing financial specialist work. We both read the standard together, and it states that you must have 24 semester hours of accounting and/or a combination of experiences. I'm sure we talked about him going back to school to get the required accounting classes.

10   We exchanged a couple of emails. I don't think there are any memos. Not treated any differently because of his race, sex, gender or his EEO activity.

11   Monty is a stand-up guy. His supervisors think he does a good job at what he does.

12   concern about his COTR duties and whether they were at a higher grade

13   I had a meeting with the dept. director as well as the division manager (Hollis Harold), but the duties were not dispositive of the Grade level.

14   They are not a significant portion of what he does. They don't require significant judgment above the level that he is performing at now. So, they have no impact on his grade.