Exhibit 11
MSJ

March 11, 2004

## MEMORANDUM

**TO:** DeLarse Montgomery
Financial Specialist
Controller Operations Division
Financial Operations Department

**FROM:** Rick Lattimer
Chief, Operations Division
Human Resources Department

**SUBJECT:** Desk Audit Results

This responds to your request for a copy of your desk audit. As you will see, we have found that your position is graded at the GS-11 level. You have been characterized as a GS-12 due to a settlement agreement with the Corporation dated August 18, 1998.

To effect the true meaning of your settlement agreement, duties should be incorporated into your position to make it a GS-12. My staff will work with you and your supervisor to bring this about. If you have any questions, please contact me on extension 3081.

Encl: Desk Audit & Employee Questionnaire