Exhibit 12
MSJ

# PENSION BENEFIT GUARANTY CORPORATION

## DELEGATED EXAMINING UNIT POSITION VACANCY

ANNOUNCEMENT NO: JI04-0105          OPENING DATE: 06/01/04   ** CLOSING DATE: 06/30/04

    X   BARGAINING UNIT                              ____ NON-BARGAINING UNIT

POSITION:                    Accountant, GS-510-13

PAY RANGE:                   $72,108 - $93,742

PROMOTION POTENTIAL:         None without further competition

ORGANIZATIONAL LOCATION:     Financial Operations Department
                             Controller Operations Division
                             Investment Accounting Branch

AREA OF CONSIDERATION:       Position available to all U.S. citizens

NUMBER OF POSITIONS:         One

DUTY LOCATION:               Washington, DC

TRAVEL REQUIREMENTS:         None

OTHER REQUIREMENTS: You are responsible for paying relocation expenses.
                    You must individually address each selective and quality ranking factor.
                    You must undergo a personnel security background investigation if selected for this position.
                    (Transcripts if required)

THE PENSION BENEFIT GUARANTY CORPORATION IS AN EQUAL OPPORTUNITY EMPLOYER. We will consider your application for employment regardless of your race, creed, color, age, religion, sex, marital status, national origin, disability, politics, or any other non-merit factor.

I.   GENERAL INFORMATION

In the following pages, you will find information including the duties of this position, how you can apply, and how we determine the best qualified candidates.

1


Exhibit
Page ___ of ___

**    What are the duties of this position?**

**The duties are:**

1. Analyzes financial activity of PBGC's commingled fund as reported by the Corporation's custodian bank via working trial balances, transaction reports, composite trial balances, etc.

2. Reconciles investment balances between PBGC's custodian bank and individual Investment Managers.

3. Prepares all monthly/quarterly reports reflecting financial activity and balances of the commingled fund as reported by PBGC's custodian bank.

4. Analyzes balance sheets, income statements, and transaction registers submitted by terminated pension plans in order to reconcile and record financial data on large and complex pension plans.

5. Serves as lead in contacting PBGC's custodian bank to discuss and resolve issues regarding investment activity, accounting direction, and daily transfers to the commingled fund by interim custodians of terminated pension plans.

6. Prepares accounting entries for input into the accounting system.

**    What are the minimum qualifications for this position?**

You must be a U.S. citizen.

1. Applicants must have a full 4-year course of study in an accredited college or university which meets all of that institution's requirements for a bachelor's degree with an accounting major, or a degree in a related field such as business administration, finance, or public administration that included at least 24 semester hours in accounting. The 24 hours may include up to 6 hours of credit in business law; or at least 2 years experience in accounting or an equivalent combination of accounting, college level education, and training that provided professional accounting knowledge.
**The applicant's background must also include ONE of the following:**

   1. Twenty-four semester hours in accounting or auditing courses of appropriate type and quality. This can include up to 6 hours of business law;
   2. A certificate as a Certified Public Accountant or a Certified Internal Auditor, obtained through written examination; or
   3. Completion of the requirements for a degree that included substantial course work in accounting or auditing, e.g., 15 semester hours, but that does not fully satisfy the 24 semester-hour requirement in paragraph A, provided that (a) candidate has successfully worked at the full performance level in accounting, auditing, or a related field; (b) a panel of at least two higher level professional accountants or auditors had determined that the candidate has demonstrated a good knowledge of accounting and of related and underlying fields that equals in breadth, depth, currency, and level of advancement that which is normally associated with successful completion of the 4-year course


Exhibit A
Page 2 of 3

of study described in paragraph A; and (c) except for literal nonconformance to the requirement of 24 semester hours in accounting, the applicant's education, training, and experience fully meet the specified requirements.

The candidate must also have one year of specialized experience at or equivalent to the GS-12 grade level that demonstrates the ability to analyze and provide advice regarding accounting programs, financial systems, etc.

**    How does PBGC determine the best qualified candidates?**

We base our decision on the information we requested in this vacancy announcement. Ratings will be based on your responses to the Selective and/or Quality Ranking Factors listed below. You must attach a separate statement describing how your experience and/or education relates to the Selective Factor and each Quality Ranking Factor. (If you do not address the following factors you will not be considered for this position). Qualified candidates will receive a score between 70 and 100. We will assign additional points for veterans preference if applicable.

SELECTIVE FACTORS: (If you do not produce evidence of this knowledge, skill or ability, you will not receive further consideration for this position.)

1. Experience in investment accounting with an emphasis on financial statement reporting.

QUALITY RANKING FACTORS: As listed in order of most importance, you must provide detailed information about how your experience and/or education relates to each of the following factors. This statement is in addition to the information you provide describing each of your jobs. The most important quality ranking factor(s) are marked with an asterisk (*).

1. Skill in the analysis and interpretation of financial reports for the purpose of preparing secondary reports and journal entries on a monthly/quarterly basis.*

2. Knowledge of derivatives and various complex investment instruments to include the accounting treatment under GAAP.*

3. Skill in applying accounting practices and procedures in order to properly account for all financial activity of very large investment holdings held by custodial institutions.

4. Ability to communicate, both orally and in writing, with all levels of an organization.

5. Skill in utilizing various software packages, including Word, Excel, and Dbase, to complete work assignments.

**    Is a probationary period required?**

Everyone must serve a one year probationary period.

**    Is there anything else I should know?**

We will not accept application materials received in government franked

3


Exhibit 4A
Page 3 of 3

envelopes.

You will not be given final consideration for this position until we receive your OF-306 Declaration for Federal Employment form.

**   Can I apply for more than one grade level?**

Yes -- by submitting separate application materials for each grade level. Otherwise, we will consider you for the highest grade level that you qualify for.

**   I am a government employee. Can I apply as a non government candidate?

Yes. Candidates applying under this announcement will be considered as non-government candidates.

**   Is selective service registration required?**

If you are a male born after 12/31/59, you must provide proof that you have either registered for selective service or are exempt from having to do so if we select you for this position.

**   Are there special provisions for disabled candidates?**

PBGC provides reasonable accommodations to candidates with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**   How do I apply?**

The Human Resources Department must receive your application materials by 5:00 p.m. on the closing date of this announcement. You must include:

A resume, an Optional Application for Federal Employment (OF-612 form), or an Application for Federal Employment (SF-171) form, or any other written format you choose and a separate narrative addressing the Selective and Quality Ranking Factors. Do not send position descriptions.

Your resume or application materials must contain the following information:

Job Information:

*Announcement number, title and grade(s) of the job for which you are applying.

Personal Information:

*Full legal name, mailing address (with zip code) and day/evening telephone numbers (with area code).

*Social Security Number and Date of Birth.

*Country of Citizenship

*If you were ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.


Exhibit 4A
Page 4

* Three (3) references containing complete addresses and phone numbers of individuals who are not relatives or previous supervisors.

Education:

*For education, include name, city and state of high school and college(s)/universities attended as well as date of diploma or GED. Also include type and year of any degrees received and majors. If no degree, include total credits earned and indicate whether semester or quarter hours. Transcripts of all college coursework (if you attended two (2) or more colleges you must submit a transcript for each) or an OPM Form 1170/17, if you wish college work to be considered in qualifying you for this position. NOTE: Unofficial student copies of your transcripts are acceptable at the time of application. However, before you are hired you must provide official transcripts. Do not send transcripts unless pertinent to establishing your qualifications.

*To receive credit for relevant training, list seminar/course titles, dates, number of hours and name of the institutions from which training was received.

Work Experience:

*Provide the following information for each paid or non-paid position held related to the job for which you are applying. (Do not send position descriptions).

*Job Title (include series and grade if Federal job)
*Starting and ending dates of employment (month and year)
*Duties and accomplishments
*Number of hours per week
*Employer's name and address
*Supervisor's name and telephone number
*Salary information
*Indicate whether you left because:
    -the job ended
    -you were fired or resigned in lieu of being fired; or
    -you and your employer agreed on your leaving

*Indicate whether or not we may contact your current supervisor

Other Qualifications:

*Job-related training courses (title and year)
*Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
*Job-related certificates and licenses
*Job-related honors, awards and special accomplishments (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc)

**   Would you consider my application for similar positions within PBGC?**

We may refer your application to areas with similar vacancies

**   Where should I send my application?**

Submit your application materials to:

        Pension Benefit Guaranty Corporation

5


Exhibit 4A
Page 2 of 3

```
Human Resources Department
1200 K Street, N. W., Suite 120
Washington, DC 20005
(202) 326-4111
Fax: (202) 326-4249
```

For TTY/TDD users, call the Federal relay services toll-free at 1-800-877-8339 and ask to be connected to (202) 326-4111.

**  Will you return my application?**

No, we do not return any application materials

II.  ADDITIONAL INFORMATION FOR VETERANS

The information in this section applies if you are a Veteran.

**  Can I receive special consideration because I am a Veteran but have never worked for the government?**

You can receive extra points on your application if you:

- are a qualifying Disabled Veteran, Vietnam-Era Veteran or are a veteran and have specific disabilities

- served on active duty in the United States military and received an honorable discharge

- began serving after October 15, 1976, and have a Campaign Badge, Expeditionary Medal, or a service-connected disability

- served on active duty during the Gulf War from August 2, 1990 through January 2, 1992, regardless of where you served or for how long; and
- served in Bosnia from November 20, 1995 to a date to be determined;

**  What documentation must I submit to receive special consideration?**

To claim 5-point veteran's preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.

To claim 10-point veteran's preference, attach an SF-15, Application for 10-Point Veteran's Preference, plus the proof required by that form.

**  If you have severe disabilities or are a 30% or more disabled veteran you must submit a copy of SF-258 "Self-Identification of Handicap". In addition, compensable veterans must submit a letter from the Veterans Administration dated within the last year indicating the percentage of the disability.

**  Where can I obtain copies of these forms?**

You may obtain most the forms we mentioned from a Federal Job Information Center or Federal Government Human Resources Department.

**  Where can I learn more about veteran's preference?**

Go to the VetGuide at the United States Office of Personnel Management web site at www.opm.gov. You can also obtain additional information by calling OPM at 912-757-3000, select "Federal Employment Topics" then " Veterans". Or you can dial the

OPM electronic bulletin board at 912-757-3100.

**INFORMATION REGARDING SURPLUS OR DISPLACED FEDERAL EMPLOYEES REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION**

I.    If you are a displaced Federal employee you may be entitled to receive special priority selection under the Interagency Career Transition Assistance Program. To receive this priority consideration you must:

1. Be a displaced Federal employee. You <u>must</u> submit a copy of the appropriate documentation such as a RIF separation notice, a letter from OPM or your agency documenting your priority consideration status with your application package. The following categories of candidates are considered displaced employees:

A. Current or former career or career-conditional (tenure group I or II) competitive service employees who:

1. Received a specific RIF separation notice; or
2. Separated because of a compensable injury, whose compensation has been terminated, and whose former agency certifies that it is unable to place; or
3. Retired with a disability and whose disability annuity has been or is being terminated; or
4. Upon receipt of a RIF separation notice retired <u>on</u> the effective date of the RIF and submits a Standard Form 50 that indicates "Retirement in lieu of RIF"; or
5. Was separated because he/she declined a transfer of function or directed reassignment to another commuting area.

<u>OR</u>

B. Former Military Reserve or National Guard Technicians who are receiving a special Office of Personnel Management (OPM) disability retirement annuity under section 8337(h) or 8456 of Title 5 United States Code.

2. Be applying for a position at or below the grade level of the position from which you have been separated. The position must not have a greater promotion potential than the position from which you were separated.

3. Have a current (or last) performance rating of record of at least fully successful or equivalent. This <u>must</u> be submitted with your application package. (This requirement does not apply to candidates who are eligible due to compensable injury or disability retirement.)

4. Occupy or be displaced from a position in the same commuting area of the position for which you are requesting priority consideration.

5. File your application by the vacancy announcement closing date and meet all the application criteria (e.g. submit all required documentation, etc).

6. Be rated well qualified for the position. Quality Ranking Factor number one is the most critical factor. In order for an applicant to be determined well qualified, this factor must be met at the well qualified level or above and the applicant must score a total of 20 points or more on all quality ranking factors.

**PRIVACY ACT STATEMENT:**

The Office of Personnel Management and any other Federal agencies rate applicants for Federal jobs under authority of sections 1104, 1302, 3304, 3361, 3393, and 3394 of Title 5 of the United States Code. We need the information requested in this vacancy announcement to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.

We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight, and to avoid confusion with applicants that may have the same name. If you do not provide your SSN or any other requested information, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and Zip Codes will slow processing.

We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports or studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public or private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official functions.

We may also give information from your records to: prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether an employee has changed from self-and-family to self only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to an employee about fitness-for-duty or agency-filed disability retirement procedures.