Exhibit 13
MSJ

Case 1:05-cv-02157-RMU   Document 14-16   Filed 02/13/2007   Page 1 of 3

**United States Office of Personnel Management**

Operating Manual

 **Qualification Standards for General Schedule Positions**

Individual Occupational Requirements for

### GS-510: Accounting Series

*The text below is extracted verbatim from Section IV-B of the **Operating Manual for Qualification Standards for General Schedule Positions** (p.IV-B-81), but contains minor edits to conform to web-page requirements.*

*Use these individual occupational requirements in conjunction with the "Group Coverage Qualification Standard for Professional and Scientific Positions."*

*Basic Requirements:*

A. Degree: accounting; or a degree in a related field such as business administration, finance, or public administration that included or was supplemented by 24 semester hours in accounting. The 24 hours may include up to 6 hours of credit in business law. (The term "accounting" means "accounting and/or auditing" in this standard. Similarly, "accountant" should be interpreted, generally, as "accountant and/or auditor.")

OR

B. Combination of education and experience--at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training that provided professional accounting knowledge. The applicant's background must also include *one* of the following:
   1. Twenty-four semester hours in accounting or auditing courses of appropriate type and quality. This can include up to 6 hours of business law;
   2. A certificate as Certified Public Accountant or a Certified Internal Auditor, obtained through written examination; or
   3. Completion of the requirements for a degree that included substantial course work in accounting or auditing, e.g., 15 semester hours, but that does not fully satisfy the 24-semester-hour



requirement of paragraph A, provided that (a) the applicant has successfully worked at the full-performance level in accounting, auditing, or a related field, e.g., valuation engineering or financial institution examining; (b) a panel of at least two higher level professional accountants or auditors has determined that the applicant has demonstrated a good knowledge of accounting and of related and underlying fields that equals in breadth, depth, currency, and level of advancement that which is normally associated with successful completion of the 4-year course of study described in paragraph A; and (c) except for literal nonconformance to the requirement of 24 semester hours in accounting, the applicant's education, training, and experience fully meet the specified requirements.

- To Top of This Page
- To Qualifications Standards Front Page
- To OPM Web Site Index
- To OPM Home Page

*Page created 22 March 1999*