Exh. 14a
MSJ

# POLARS+

## Applicants

### Applicants

This screen lists the names of people who have applied for a PBGC position. Click the Add New Applicant button to enter an applicant for a specific vacancy.

Add New Applicant

| Last ▲ | First | Announce No. | Status | Hired? | Acknowledge | Letter Dates Eligibility | Final |
|---|---|---|---|---|---|---|---|
| Montgomery | DeLarse | JI04-0105 | Cancelled | | 08/05/04 | 07/06/04 | 09/07/04 |
| Montgomery | DeLarse | JI04-0139 | Cancelled | | | | 11/08/04 |
| Montgomery | DeLarse | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |

View All

Search by Applicant Name: Montgomery, DeLarse

Search by Announce No:

Add New Letter