

Exhibit 15 MSJ

Exh. 15

```
 1   IN THE MATTER OF:

 2   _____

 3          DeLase Montgomery, Jr.

 4               Complainant,

 5                                              COMPLAINT NO.

 6                                              05-04 and 05-07

 7          VS.

 8

 9          Pension Benefit Guaranty Corporation

10               Respondent.

11   _____

12

13

14

15

16

17                          AFFIDAVIT

18             TRANSCRIPT OF PROCEEDINGS in the above-entitled

19   cause of the examination of Cynthia Adams, before the EEO

20   Investigator, Eddie Neal, on the 31 day of August 2005,

21   beginning at the hour of 11:38 A.M.

22

23   BY:  Heidi Bazilian

24

25
```

Page 2

1  Q. Ok, well good morning. Name is Eddie Neal and I'm the
2  EEO investigator assigned to conduct the investigation into the
3  allegations of discriminations filed by Mr. DeLarse Montgomery,
4  Jr. For the record, today is Wednesday, August 31, 2005, and the
5  time is approximately 11:38 A.M. The claims that I will be
6  investigating are being read from an acceptance letter which is
7  date-stamped June 27, 2005, and I'll read the claim into the
8  record. It says, "Whether PBGC unlawfully discriminated against
9  Mr. Montgomery based on his race, African American; color,
10 black; sex, male; or age," and it has his date of birth 6/26/47,
11 "or subjected him to reprisal for exercising his rights under
12 the civil rights laws in the selection process for the position
13 advertised in PBGC vacancy announcement JI04-0138 and
14 JI04-0139." Now this claim will be consolidated with his claim
15 in PBGC formal complaint 05-04. In PBGC formal complaint 05-04,
16 Mr. Montgomery raises a non-selection issue with respect to PBGC
17 vacancy announcements JI04-0105 and JI04-0143. But what I'd like
18 to do before we proceed any further is to first allow you an
19 opportunity to identify yourself for the record and spell you
20 name as well.
21 A. Ok. Cynthia Adams. C-Y-N-T-H-I-A A-D-A-M-S.
22 Q. Ok. And Miss Adams, let me also administer an oath at
23 this point. Do you swear or affirm under penalty of purgery that
24 the information you are about to provide will be the truth, the
25 whole truth, and nothing but the truth to the best of your

Page 3

1  ability or recollection?
2  A. Yes.
3  Q. Ok. What is your official title, series and grade?
4  A. Supervisory accountant 510 series.
5  Q. Ok. And what grade is that?
6  A. GS-14.
7  Q. Ok. Now because Mr. Montgomery alleged certain biases,
8  I have to obtain comparable information from you as well. Your
9  race for the record.
10 A. African American.
11 Q. Your skin color.
12 A. Black.
13 Q. I know your gender is female.
14 A. Yes.
15 Q. Your age and date of birth.
16 A. 9-12-64, 40.
17 Q. Ok. Now, do you have any knowledge of any prior EEO
18 activity that Mr. Montgomery might have been involved?
19 A. I have off-hand knowledge of something that might have
20 happened some years before he was a part of the IEP staff. But I
21 don't know any details surrounding that.
22 Q. Ok. Did you have any involvement in that?
23 A. No.
24 Q. Ok. Now is Mr. Montgomery in your supervisory chain?
25 A. Yes.

Page 4

1  Q. Ok. Now, we discussed several vacancies and I know the
2  vacancy announcement numbers don't really mean much to you, but
3  while we were off the record I went into a little detail about
4  the actual vacancies. The JI -- I'll start with the first two,
5  which is JI04-0105 and JI04-0143. When I interviewed Mr.
6  Montgomery, what he said was that one was originally announced
7  under GS-12 and then it was, second announced under 12/13, but
8  that he was found ineligible. Do you recall any positions where
9  you announced first under GS-12 level and subsequently at the
10 GS-12/13?
11 A. Yes.
12 Q. Ok. Now, was anyone selected for those positions?
13 A. The second time around, yes.
14 Q. Ok, well, how about the first time?
15 A. No.
16 Q. Ok, what happened the first time around?
17 A. I didn't any candidates that I needed for the
18 position. I wasn't satisfied with the experience level with
19 anyone that I had talked to.
20 Q. Ok. Now, the first time around, was Mr. Montgomery on
21 the cert to the best of your recollection?
22 A. To the best of my recollection, no.
23 Q. Ok. Well let's stick there for a second. Because on
24 interviewing Mr. Montgomery, I'm going to read something that he
25 said to me. He said that he was found in eligible and he did not

Page 5

1  make the certificate.
2  A. Ok.
3  Q. He said he spoke with Jacqueline Isaac and that she
4  had indicated that they could not establish based on his 171 if
5  he infact, had performed the types of duties that the position
6  called for in the vacancy announcement and that she had further
7  taken his 171 to his immediate supervisor, Cynthia Adams, and
8  asked her to review his 171 to see if he met the qualifications
9  for the position. He goes, firstly Miss Adams informed him that
10 I had not performed the type of experience that they were
11 looking for. Do you recall whether Jacqueline Isaac ever came to
12 you for that?
13 A. I can't recall -- I do -- we had a conversation about
14 it. It was just that, a conversation. I do not remember her ever
15 bringing me any documentation in the form of a 171, or other
16 type of resume for me to review.
17 Q. Ok. How about Mr. Rick Latimer. Did he ever come to
18 you to ask you whether Mr. Montgomery was qualified for the
19 position?
20 A. I think that we might have had a conversation about
21 that but I am not totally sure whether or not -- I'm probably
22 recalling more about a conversation that I had with him than
23 with Jackie, though at this point. I'd have to think really hard
24 about that because that was a while back.
25 Q. Ok. Now when Mr. Latimer came to you, did you review

Page 6

1  the actual application of Mr. Montgomery at that time?
2     A. No.
3     Q. Ok. Now did he ever ask you whether Mr. Montgomery was
4  qualified for that particular vacancy announcement?
5     A. I can't remember whether or not he specifically asked
6  me that question. I don't remember a question being posed to me
7  like that. It may have been in some form like that, it may —
8  recollection. I do kind of remember there being a conversation
9  with either Rick or Jackie regarding whether or not Monty has
10  prepared — or performed any accounting duty in his current
11  position on his position.
12     Q. Ok. Now, what was — what were the requirements of
13  that accountant position — let me — before you answer that,
14  because Mr. Montgomery indicated that he had taken the
15  educational courses to qualify for that particular position and
16  now I'll let you respond.
17     A. Basically, what I was looking for, I was looking for
18  someone that had experience with accounting for investment
19  instruments, normal investment instruments meaning like common
20  stocks, bonds, and that kind of thing, but I also needed someone
21  that had more experience in the way of dealing with more complex
22  investment instruments as in derivatives and futures and options
23  and that kind of thing. And I also required that the person had
24  responsive — or had experience in the area of financial
25  statement preparation, if I can recall. I can't remember some of

Page 7

1  the other details, but I know that they were a little bit more
2  complex than your normal accounting position.
3     Q. Ok. Now let me, let me read to you what Mr. Latimer
4  said to me. He said, "I wanted to find out if there was a way we
5  could qualify him. One of the ways that the qualification
6  standards of OPM has for accounting positions is to see if the
7  person has been performing that level of duties for a period of
8  time. If some senior level accountant would certify that the
9  type of work that someone had been performing would qualify in
10  lieu of the education that was required, and so we asked Cynthia
11  Adams who was a supervisor, but I asked if she would take a look
12  at the type of work he was performing and the qualification
13  standards and asked if she could let me know if based on the
14  qualification standards and the type of work he was doing,
15  whether she though he would be properly qualified for promotion.
16  She came back and said no, she didn't think so." He said that he
17  thinks he may have sent that to you through e-mail. Now, does
18  that refresh your recollection in any way?
19     A. Ok, that helps a little bit and I do remember his
20  asking something like that and I think that I told him at the
21  time, or indicated to him at the time that Monty had not
22  performed any of the accounting duties that the other members of
23  the staff had performed which is really, somebody on the staff
24  has been doing the accounting, or performing the accounting
25  — would be more of a candidate for the position than

Page 8

1  someone who had not. And Monty had not performed any of those
2  accounting responsibilities.
3     Q. Ok. Now is his position in any way related to that of
4  an accountant?
5     A. Related? Yeh, in a way it is, but just to give you an
6  idea of what it is that we do here, a majority of the staff are
7  accountants and what they're doing is they each have — excuse
8  me — an inventory of plans, of terminated plans that they're
9  responsible for. And what that entails is they are fully
10  responsible for developing a balance sheet for their plans as of
11  the date of plan termination and they subsequently receive
12  monthly or quarterly statements from a banking institution or
13  some other financial institution of the activity of the plan or
14  the statements for the plan every month or quarter. And they are
15  recording, analyzing and recording the transaction that happen
16  to those as that — every month or every quarter, whatever the
17  period is, or whatever the frequency of the statements are. And
18  they're developing journal entries to record those into our
19  general ledger. And that's the meat of what the accountants on
20  the staff do. Monty does not do any of the accounting for the
21  actual plans, but what he is responsible for is on a monthly
22  basis, he runs summary trial balances for those plans and he
23  pretty much does some downloads from DBase and gives us the
24  report and he starts a monthly report — a monthly financial
25  report that's given to his team leader for finishing up every

Page 9

1  month. So he's not doing the hands-on accounting like the other
2  people on the staff are doing for the individual terminated
3  plans.
4     Q. Ok. Now you indicated that no one was selected for
5  those two positions, the earlier two.
6     A. Um hum.
7     Q. But Mr. Montgomery indicated that he felt that LaFaye
8  Graham was selected for one of those earlier positions. Is that
9  an accurate statement?
10     A. No. She was selected for the position the second time
11  the announcement came out.
12     Q. Ok. Now when you say the — when you say the second
13  time —
14     A. Um hum.
15     Q. — help me with this because we have four different
16  vacancy announcement numbers.
17     A. I believe the two — you have two vacancy
18  announcements for each time that the vacancy went out. You have
19  a status and a non-status, for the — that's the first one with
20  the 12, and you have a status and a non-status for the 12/13.
21     Q. Ok.
22     A. So there, really — it's two times that that position
23  was advertised. And there were two positions every time. One
24  status, one non-status. It was the same announcement.
25     Q. Ok. So the first time around, no one was selected.

Page 10

1  A. Right.
2  Q. And the second time around, LaFaye Graham was
3  selected.
4  A. Correct.
5  Q. Let's talk about the second time around. The second
6  time around when Miss Graham was selected, was Mr. Montgomery on
7  the certificate of eligibles to the best of your recollection?
8  A. Not that I recall.
9  Q. Ok. And let me tell you why I asked that question.
10 When I interviewed Mr. Montgomery, he indicated that his name --
11 that he submitted two applications; one for the status position
12 and one for the non-status position. That he made the
13 certificate of eligibles for the non-status but they lost his
14 application for the status position.
15 A. Ok.
16 Q. And but you indicate that you don't recollect him
17 being on --
18 A. I don't remember. I can't -- he may have been. If he
19 was on the non-status, I know that I am not bound to interview
20 anybody on non-status. If he was on the status and I chose to
21 interview one person, I would have had to interview everybody
22 that was on that cert.
23 Q. Ok. Now, I'm really confused now, because he also said
24 of the second set of positions that I'm interviewing you in this
25 complaint about, he said that the person that was selected, her

Page 11

1  name was Rebecca Pavone.
2  A. I don't know who that is.
3  Q. Ok, so --
4  A. That must be -- that's something -- that must be
5  another, that must be another completely, another complete set
6  of, that, that, vacancy announcement wasn't in my area. I've
7  never even heard that name.
8  Q. Ok. So I need to do a little research to see which
9  announcement Miss LaFaye Graham was selected under, then. Would
10 you have something in your possession that would be able to tell
11 me --
12 A. Let me look, let me look and see if I can find. Let's
13 see. Because I know I just went through a lot of paperwork the
14 other day and I saw that, but I may have shredded that vacancy
15 announcement not realizing there would be an issue. Let's see
16 what I have. Let's see. It looks like I hired LaFaye under J1 --
17 oh I need my glasses. J104-0144?
18 Q. Ok. Alright. That doesn't appear to be -- that does
19 not appear to be one of the ones that --
20 A. Is in question?
21 Q. Right.
22 A. Ok, but that's the one that --
23 Q. Ok, so that's the one she was selected under.
24 A. Uh huh.
25 Q. And what was -- what was the position she was selected

Page 12

1  for?
2  A. Accountant.
3  Q. Accountant. Now, did she apply under the first set?
4  A. No. I don't recall her name being anywhere there. So
5  let me back up and say that. I don't recall her being on the
6  first set.
7  Q. Ok. Let me just ask a little bit about her. Was she an
8  accountant prior to her being selected for this position?
9  A. Yes.
10 Q. Ok. Now, can someone qualify for an accountant
11 position, let's say a GS-12 or GS-13 accountant position, if
12 they've never held an accounting position before?
13 A. It depends on what they been, experience-wise. But I
14 would discount somebody if they had not, y'know, if they had the
15 experience level and they didn't have like -- they could have
16 been in another series, maybe, other than accounting, but if I
17 looked at their resume, because they had made the cert, and they
18 looked like they've had heavy accounting, I would look at that
19 person. But I don't know how far HR would take it.
20 Q. Ok. Let me be more specific. Let's take someone, let's
21 take Mr. Montgomery for example. He's a -- what's his position
22 again?
23 A. Financial specialist.
24 Q. Ok. Can a -- how would a financial specialist be able
25 to qualify for an accountant position?

Page 13

1  A. If they had done some accounting, in my eyes.
2  Q. Ok. Now, in his position, is accounting -- is he given
3  accountant duties to perform at any time?
4  A. Let's see. Ok, so one thing that's he's responsible
5  for is solvent -- program. He's responsible for making entries,
6  I think that he does those quarterly into the trust plan ledger,
7  using some information that he gets from -- lock box for
8  receipts to the program. But that's the only thing that I can
9  think of right of hand that he does that is any kind of
10 accounting.
11 Q. Ok. Now would that be enough to qualify him for --
12 A. For that particular position?
13 Q. Yes.
14 A. No, because that doesn't have anything to do with the
15 investment experience that I was looking for. If it was just one
16 of my other accounting positions, yes.
17 Q. Ok. Ok. Well, at the time that you had you
18 conversations with -- assuming you had the conversations with
19 Mr. Latimer, or Miss Isaac, was there ever any discussion of Mr.
20 Montgomery's race?
21 A. No.
22 Q. His skin color?
23 A. No.
24 Q. His gender?
25 A. No.

Page 14

1  Q. His age?
2  A. No.
3  Q. And his prior EEO activity?
4  A. No.
5  Q. Ok. Was any of that taken into consideration when the
6  vacancies were announced?
7  A. No.
8  Q. How about when the candidates were selected?
9  A. No.
10 Q. Ok. Is there anything that you'd like to add that
11 maybe -- well, let me ask another one. Is it normal that Human
12 Resources or someone in Human Resources would bring an
13 application to your attention for you to review and to see if a
14 candidate qualifies?
15 A. No.
16 Q. Ok. So what do you find unusual about this particular
17 situation? That Mr. Latimer came to you for this particular, in
18 this particular instance?
19 A. Well, on their part, and I don't want to put, I don't
20 want to assume anything, but my thinking was, well, Rick must be
21 coming to me about this because of Mr. Montgomery's past
22 history, but I never discussed that with him. And he didn't
23 bring that up to me.
24 Q. Ok.
25 A. And I have not been -- I've been in this position and

Page 15

1  hired several people over the years and I have not -- I don't
2  recall getting any phone calls from HR either Mr. Latimer or
3  Jackie Isaac or whoever our Human Resource specialist was at the
4  time, regarding any applicant, but I didn't see that as that
5  unusual. I figured that I just hadn't been privy to that kind of
6  inquiry before.
7  Q. Ok. Alright. Well, I have no further questions. Is
8  there anything that you'd like to add that maybe I didn't ask
9  that you think would be of assistance to me during my
10 investigation or anything I asked that you'd like to elaborate
11 upon that you think may be of assistance to me?
12 A. Um, I guess that the only thing that I can say is for
13 this particular position, it was not my normal accounting
14 announcement because I was looking for someone with more
15 specialized experience and it was even hard to, in my eyes, for
16 someone on the staff that does the accounting every day to be
17 real well qualified for the position unless they had been
18 working with terminated plans or had very complex investment
19 instruments. So, I was strictly looking for someone that had
20 that kind of experience that where they were familiar with or
21 had worked with several different kinds of complex investment
22 instruments, so I was looking for something that was very
23 specialized, so, if Mr. Montgomery or anybody else on the staff
24 that had that kind of experience, they would have been
25 considered more and that's it.

Page 16

1  Q. Ok. Well, based upon that comment, the time is now
2  approximately 12:03 P.M. and that will conclude this portion of
3  the interview.
4  A. Ok.

# ERRATA SHEET FOR THE TRANSCRIPT OF:
## CYNTHIA ADAMS
Case Name: Delarse Montgomery
Case Number: 05-04 and 05-07

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 3 | 20 | IEP | IAB | IAB is the Branch |
| 4 | 17 | I didn't any | I didn't see | Mistype(?) |
| 6 | 10 | duty | duties | |
| 6 | 24 | responsive | — | don't recall saying "responsive" |
| 9 | 23 | two positions | two vacancy announcements | there was only one position, but two vacancies [illegible] |
| 12 | 13 | they been | they have | |
| 12 | 14 | would discount | would not discount | |
| 13 | 5 | solvent | missing participant | Incorrect translation |
| 13 | 9 | of hand | off hand | |
| 15 | 17 | real well | really well | |
| 15 | 18 | or had | [illegible] had | |

### Privacy Act Notice

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records. The authority to collect the information is derived from one or more applicable Federal laws. The information supplied will be used along with data developed to resolve or otherwise determine the merits of this complaint of discrimination in the delivery of federal conducted programs or services. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government to resolve or otherwise determine the merits of the complaint of discrimination. Disclosure of the information sought is voluntary. However, failure on the part of employees of the applicable agency will result in a direction by the head of the agency, or his or her designated representative, to produce or provide such information as is available. Failure to provide the information for Complainants may result in dismissal of the case. Failure to provide the information for witnesses may result in disciplinary actions.

I affirm/swear under penalty of perjury that the information contained in these _16_ pages is accurate and truthful to the best of my ability.

_[signature]_        9/15/05

Signature of Witness

Affidavit 2
Page 6 of 16