Exh. 17
MSJ

# POLARS+: Applicants

**POLARS+** online job vacancy announcement application

Vacancies | Applicants | Reports

## Applicants

This screen lists the names of people who have applied for a PBGC position. Click the Add New Applicant button to enter an applicant for a specific vacancy.

Add New Applicant

| Last | First | Announce No. | Status | Hired? | Acknowledge | Letter Dates Eligibility | Final |
|---|---|---|---|---|---|---|---|
| Cutting | Claudia | JI04-0144 | Filled | N | | 11/01/04 | 02/03/05 |
| Dillard | Angela | JI04-0144 | Filled | N | | 01/07/05 | 02/03/05 |
| German | Tom | JI04-0144 | Filled | N | | 11/01/04 | 02/03/05 |
| Graham | LaFaye | JI04-0144 | Filled | Y | | 01/05/05 | 02/03/05 |
| Gulati | Rajesh | JI04-0144 | Filled | N | | 01/05/05 | 02/03/05 |
| King | Edward | JI04-0144 | Filled | N | | 01/07/05 | 02/03/05 |
| Lang | Cathy | JI04-0144 | Filled | N | | 01/07/05 | 02/03/05 |
| Lowery | Michelle | JI04-0144 | Filled | N | | 11/01/04 | 02/03/05 |
| Pastore | Margaret | JI04-0144 | Filled | N | | 01/07/05 | 02/03/05 |
| Saunders | Donna | JI04-0144 | Filled | N | | 01/05/05 | 02/03/05 |
| Setlawan | Jonathan | JI04-0144 | Filled | N | | 01/05/05 | 02/03/05 |
| Small | LaJeune | JI04-0144 | Filled | N | | 1./01/04 | 02/03/05 |
| Sutter | Harry | JI04-0144 | Filled | N | | 01/05/05 | 02/03/05 |
| Tucker | Doris | JI04-0144 | Filled | N | | 01/07/05 | 02/03/05 |
| Varn | Richard | JI04-0144 | Filled | N | | | |

Add New Letter

View All

Search by Applicant Name:
Search by Announce No: JI04-0144