Exh. 18
MSJ

# Application for Federal Employment -- SF 171

Read the instructions before you complete this application. *Type or print clearly in dark ink.*

Form Approved:
OMB No. 3206-0012

## GENERAL INFORMATION

**1.** What kind of job are you applying for? *Give title and announcement no. (if any)*
Vacancy No. JI04-0143-Accountant-GS-510

**2.** Social Security Number: [redacted]

**3.** Sex: [X] Male  [ ] Female

**4.** Birth date (Month, Day, Year): 06/26/1947

**5.** Birthplace (City and State or Country): Macon, GA

**6.** Name (Last, First, Middle): Montgomery, DeLarse Jr.

Mailing address (include apartment number, if any): 4220 Willoby Road
City: Marbury   State: MD   ZIP Code: 20658

**7.** Other names ever used (e.g., maiden name, nickname, etc.): Monty

**8.** Home Phone — Area Code Number: (301) 743-3756

**9.** Work Phone — Area Code Number Extension: (202) 326-4057  3563

**10.** Were you ever employed as a civilian by the Federal Government? If "NO", go to Item 11. If "YES", mark each type of job you held with an "X".
[ ] Temporary  [ ] Career-Conditional  [X] Career  [ ] Excepted

What is your highest grade, classification series and job title?
Financial Specialist, GS-501-12
Dates at highest grade: FROM 08/02/98 TO Present

## AVAILABILITY

**11.** When can you start work? (Month and Year): 10/04

**12.** What is the lowest pay you will accept? (You will not be considered for jobs which pay less than you indicate.)
Pay $ _____ per _____ OR Grade GS-12

**13.** In what geographic area(s) are you willing to work?
Metropolitan, Wash., DC

**14.** Are you willing to work:

| | YES | NO |
|---|---|---|
| A. 40 hours per week (full-time)? | X | |
| B. 25-32 hours per week (part-time)? | X | |
| C. 17-24 hours per week (part-time)? | | X |
| D. 16 or fewer hours per week (part-time)? | | X |
| E. An intermittent job (on-call/seasonal)? | | X |
| F. Weekends, shifts, or rotating shifts? | | |

**15.** Are you willing to take a temporary job lasting:

| | YES | NO |
|---|---|---|
| A. 5 to 12 months (sometimes longer)? | | X |
| B. 1 to 4 months? | | X |
| C. Less than 1 month? | | X |

**16.** Are you willing to travel away from home for:

| | YES | NO |
|---|---|---|
| A. 1 to 5 nights each month? | X | |
| B. 6 to 10 nights each month? | | X |
| C. 11 or more nights each month? | | X |

## MILITARY SERVICE AND VETERAN PREFERENCE

**17.** Have you served in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to item 22. — YES [X] NO [ ]

**18.** Did you or will you retire at or above the rank of major or lieutenant commander? — [ ] YES [X] NO

## FOR USE OF EXAMINING OFFICE ONLY

Date entered register: //
Form reviewed:
Form approved:

| Option | Grade | Earned Rating | Veteran Preference | Augmented Rating |
|---|---|---|---|---|
| | | | [ ] No Preference Claimed | |
| | | | [ ] 5 Points (Tentative) | |
| | | | [ ] 10 Pts. (30% Or More Comp. Dis.) | |
| | | | [ ] 10 Pts. (Less Than 30% Comp. Dis.) | |
| | | | [ ] Other 10 Points | |

Initials and Date: //
[ ] Disallowed   [ ] Being Investigated

## FOR USE OF APPOINTING OFFICE ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.
[ ] 5-Point  [ ] 10-Point–30% or More Compensable Disability  [ ] 10-Point–Less Than 30% Compensable Disability  [ ] 10-Point–Other

Signature and Title:

Agency: _____   Date: _____

## MILITARY SERVICE AND VETERAN PREFERENCE (Cont.)

**19.** Were you discharged from the military service under honorable conditions? (If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO.") If "NO", provide below the date and type of discharge you received. — YES [X] NO [ ]

Discharge Date (Month, Day, Year): 05/31/85   Type of Discharge: Honorable

**20.** List the dates (Month, Day, Year), and branch for all active duty military service.

| From | To | Branch of Service |
|---|---|---|
| 08/65 | 05/85 | U. S. Navy |
| // | // | |

**21.** If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.
Navy Expeditionary Medal (Feb '84)
Meritorious Unit Commendation (Apr '84)

**22.** Read the instructions that came with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

[ ] NO PREFERENCE
[ ] 5-POINT PREFERENCE — You must show proof when you are hired.

10-POINT PREFERENCE — If you claim 10-point preference, place an "X" in the box below next to the basis for your claim. To receive 10-point preference you must also complete a Standard Form 15, Application for 10-Point Veteran Preference, which is available from any Federal Job Information Center. ATTACH THE COMPLETED SF 15 AND REQUESTED PROOF TO THIS APPLICATION.

[ ] Non-compensably disabled or Purple Heart recipient.
[X] Compensably disabled, less than 30 percent.
[ ] Spouse, widow(er), or mother of a deceased or disabled veteran.
[ ] Compensably disabled, 30 percent or more.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90

NSN 7540-00-935-7150   171-110   Standard Form 171 (Rev. 6-88)
U.S. Office of Personnel Management
FPM Chapter 295

Page 1

Exhibit __
Page _ of 16

**WORK EXPERIENCE** *If you have no work experience, write "NONE" in A below and go to 25 on page 3.*

**23** May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. . . YES [X] NO [ ]

**24** READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.

- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years. If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block.
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.
- INCLUDE VOLUNTEER WORK *(non-paid work)*—If the work *(or a part of the work)* is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other
- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB—Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title.
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a

**A**
Name and address of employer's organization (include ZIP Code, if known):
Pension Benefit Guaranty Corp
1200 K Street, NW
Washington, DC 20005

Dates employed: From: 11/06/86 To: Present
Average number of hours per week: 40
Number of employees you supervise: 0
Salary or earnings: Starting $39,567 per Annum; Ending $78,826 per Annum
Your reason for wanting to leave: Seeking Promotion

Your immediate supervisor Name: Cynthia Adams
Telephone No.: (202) 326-4057 X 3578
Exact title of your job: Financial Specialist
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: GS-501-12  8/2/98

Description of work:
As a Financial Specialist, on a monthly basis, I complete analyses and reconciliation of over 120 million dollars in financial transactions of commingled trust funds entered into the Trust Plan Ledger by 20 trust accountants and support contractors. This analysis serves as a cross-check and verification of both share contributions and withdrawals reported at month-end on the Share Activity Report. To bring the reconciliation into balance between the Trust Plan Ledger, I must identify, investigate, and resolve any out-of-balance transaction entry and discuss discrepancies and findings with the appropriate trust accountant or contractor. My reconciliation must balance with the month-end Daily Transfer Report of fund activities received and processed by the trust fund custodial bank.

See Continuation sheet

For Agency Use (skill codes, etc.)

**B**
Name and address of employer's organization (include ZIP Code, if known):
Pension Benefit Guaranty Corp
1200 K Street, NW
Washington, DC 20005

Dates employed: From: 1/3/94 To: 1/2/96
Average number of hours per week: 40
Number of employees you supervise: 0
Salary or earnings: Starting $36,214 per Annum; Ending $39,567 per
Your reason for leaving: Reassignment

Your immediate supervisor Name: Ellis Tash
Telephone No.: (202) 326-4000
Exact title of your job: Financial Specialist
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: GS-501-11

Description of work:
Assisted in completion of Annual Financial Report. Obtained financial data relevant to defined benefit plans evaluated as probables for termination. Reviewed and captured financial data in the Fiscal Year File used to develop balance sheets, income statement, and footnote in the Financial Report. Prepared final input for monthly operating reports, and assisted in preparing draft comments for the Management's Discussion and Analysis of Financial Condition and Results of Operation reported in the Annual Financial Report.

Exhibit E
Page __ of __

For Agency Use (skill codes, etc.)

Applicant: DeLarse Montgomery, Jr.     Vacancy Announcement No. JI04-0143

**Continuation of 24.A. Description of work:**

I complete the monthly trust activity report that is used in the monthly operating report provided to departmental and executive-level staff. This report defines changes in fund balance activities between pending plan assets and trusteed plan assets. To arrive at financial data, I analyze and summarize various accounts from the summary trial balance report. I prepare and submit financial data used in determining the future value of plan asset of guaranteed benefits to be paid by the Pension Benefit Guaranty Corporation.

I reconcile bank deposits and account balance reports for the Missing Participant Program. As such, I must maintain information in Dbase for over 2700 terminated plans valued at 56 million dollars. It is incumbent upon me to conduct monthly reconciliation of bank statement to daily deposits received on behalf of plan participants entitled to vested benefits or residuals following distribution of assets. Upon receipt of bank receipts, I prepare monthly journal entries to record cash receipts to plan assets, and maintain a Dbase of terminated plans who submitted participant filings.

Under the instruction of Standard Termination and Compliance Division, I prepare authorization to the trust custodian to issue refunds for overpayment or non-eligible filings.

As Contracting Officer Technical Representative, I am responsible for overseeing compliance statement of work requirement for professional accounting services performed by contractor employees.



Applicant: DeLarse Montgomery, Jr.          Vacancy Announcement No. JI04-0143

### SELECTIVE FACTORS:

Experience in investment accounting with an emphasis on financial statement reporting.

During the course of five years, I have prepared the Monthly Operating Report of financial transactions on commingled and non-commingled trust funds in support of the Executive Summary. This report provides details of accrual for plan assets and liabilities of terminated and trusteed defined benefit plans. I obtain data from the Summary Trial Balance Report which serves as a cross-check to journal entries posted in the Trust Plan Ledger. Utilizing this data, I reconcile various reports in support of the Monthly Operating Report.

Using various financial subsystems, I generate sub-reports of plan assets, liabilities, expenses, and income captured in the FY File of terminated and trusteed plans used in support of various monthly, quarterly and annual year-end reporting.

From March 1994 until February 1996, I performed work assignment in the Financial Reporting and Accounts Analyses Group (formerly Branch), where I assisted in the compilation and preparation of the Annual Financial Statement. I gathered financial data on plans with potential liabilities exceeding assets and subject to termination by the Pension Benefit Guaranty Corporation. I captured financial data in a financial Dbase system for extracting analyses used in the statement. I also assisted in drafts of the Management's Discussion and Analysis of Financial Condition and Results of Operation reported in the Annual Financial Statement.



Applicant: DeLarse Montgomery, Jr.        Vacancy Announcement No. JI04-0143

## Quality Ranking Factors

**1. Skill in analysis and interpretation of financial reports for the purpose of preparing secondary reports and journal entries on a monthly/quarterly basis.**

During the course of five years, I have prepared the Monthly Operating Report of financial transactions on commingled and non-commingled trust funds in support of the Executive Summary. This report provides details of accrual for plan assets and liabilities of terminated and trusteed defined benefit plans. I obtain data from the Summary Trial Balance Report which serves as a cross-check to journal entries posted in the Trust Plan Ledger. Utilizing this data, I reconcile various reports in support of the Monthly Operating Report.

Using various financial subsystems, I generate sub-reports of plan assets, liabilities, expenses, and income captured in the FY File of terminated and trusteed plans used in support of various monthly, quarterly and annual year-end reporting.

**2. Knowledge of derivatives and various complex investment instruments to include the accounting treatment under GAAP.**

Through training material prepared by CPE, Inc., I have knowledge of the accounting methods for financial activities as defined by FAS 133. Utilizing this training tool, I am able to define, recognize, measure, and record derivatives in accordance with generally accepted accounting principles.

**3. Skill in applying accounting practices and procedures in order to properly account for all financial activity of very large investment holdings held by custodial institutions.**

I demonstrate my skills in applying accounting practice as required by corporate procedures. I am responsible for the accounting of assets received for the missing participant program. I account for and report receipt of assets used to provide guaranteed benefits to missing participants of over 2000 terminated and distress plans.

At month-end, I reconcile monthly bank statement of itemized deposits and withdrawals and transfers to the funds reported as received in the 3801 commingled funds account held by the trust fund custodian. I prepare journal entries to record the receipts of assets in the general ledger. I conduct research for payment mis-applied as premium payments, and provide instructions and assistance to contractors assigned to identify suspense funds in order for payment to be applied as missing participant asset.



Applicant: DeLarse Montgomery, Jr.     Vacancy Announcement No. JI04-0105

**4. Ability to communicate, both orally and in writing, with all levels of an organization.**

I have prepared ongoing monthly reports used to advise management and executive-level staff of the financial status of terminated and trusteed plans assets and liabilities. I have made oral briefings and presentations to management official on labor issues, as well as prepared written grievances and appeals.

As a Contracting Officer Technical Representative (COTR), I have completed a course in negotiating effective outcomes. Also, as part of a procurement team, I have assisted in debriefings on contracts, both via telephone and conference meetings with private sector bidders on contract proposals.

I have prepared numerous letters of instructions for missing participant refunds of asset from commingled funds held by custodial bank.

**5. Skill in utilizing various software packages, including Word, Excel, and Dbase, to complete work assignments.**

In completing my work assignment, I utilize Excel spreadsheets to maintaining budgetary tracking and reports; recording of missing participant payment vouchers, and various financial reports. On a daily basis, I input and extract information utilizing Dbase software. I conduct numerous Dbase queries to generate monthly Terminated Plan Inventory Reports, as well as to capture missing participant data for reports made to IOD's Standard Termination Compliance Division Manager. I am skilled in using Word software for composition of reports, letters, and memoranda.



ATTACH ANY ADDITIONAL FORMS AND SHEETS HERE

## EDUCATION

**25.** Did you graduate from high school? If you have a GED high school equivalency or will graduate within the next nine months, answer "YES".

YES [X]  If "YES", give month and year graduated or received GED equivalency: **05/65**
NO [ ]   If "NO", give the highest grade you completed:

**26.** Write the name and location (city and state) of the last high school you attended or where you obtained your GED high school equivalency. **Peter G. Appling HS, Macon, GA**

**27.** Have you ever attended college or graduate school? YES / **NO**
If "YES", continue with 28.
If "NO", go to 31.

**28.** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree:

| Name | City | State | ZIP Code | From | To | Semester | Quarter | Type of Degree (e.g. B.A.,M.A.) | Month and Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) Prince George's Comm Col | Largo | MD | | 9/80 | 5/83 | 39 | | AA | 05/83 |
| 2) St. Charles Comm. Col | LaPlata | MD | | 7/95 | 5/97 | 15 | | | |
| 3) Univ. of MD, Univ. Col | Waldorf | MD | | ?/98 | ?/98 | 3 | | | |

**29.** CHIEF UNDERGRADUATE SUBJECTS — Show major on the first line

| Subject | Semester | Quarter |
|---|---|---|
| 1) Marketing Mgmt | 39 | |
| 2) Accounting | 24 | |
| 3) | | |

**30.** CHIEF GRADUATE SUBJECTS — Show major on the first line

| Subject | Semester | Quarter |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

**31.** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| Name and Location of School | From | To | Classroom Hours | Subject(s) | Training Completed Yes/No |
|---|---|---|---|---|---|
| 1) | | | | | |
| 2) | | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32.** Give the title and year of any honors, awards or fellowships you have received. List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with computers or other machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

DBase; Crystal Report Writing; WordPerfect; Excel; Word Applications; Lotus - 123 (Millennium)

**33.** How many words per minute can you: TYPE? TAKE DICTATION? Agencies may test your skills before hiring you.

**34.** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| License or Certificate | Date of Latest License or Certificate | State or Other Licensing Agency |
|---|---|---|
| 1) | / / | |
| 2) | / / | |

**35.** Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.
YES [ ]  NO [X]  If "NO", go to 36.

| Language(s) | Can Prepare and Give Lectures | | Can Speak and Understand | | Can Translate Articles | | Can Read Articles for Own Use | |
|---|---|---|---|---|---|---|---|---|
| | Fluently | With Difficulty | Fluently | Passably | Into English | From English | Easily | With Difficulty |
| 1) | | | | | | | | |
| 2) | | | | | | | | |

## REFERENCES

**36.** List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| Full Name of Reference | Telephone Number(s) (Include Area Code) | Present Business or Home Address (Number, street and city) | State | ZIP Code |
|---|---|---|---|---|
| 1) Wayne Reed | (202) 326-4000 | 1200 K St., NW Wash., | DC | 20005 |
| 2) Maxine Walker | (202) 326-4057 | 1200 K St., NW Wash., | DC | 20005 |
| 3) Deana Ballard | (202) 326-4000 | 1200 K St., NW Wash., | DC | 20005 |

**BACKGROUND INFORMATION**--*You must answer each question in this section before we can process your application.*

| # | Question | YES | NO |
|---|---|---|---|
| 37 | Are you a citizen of the United States? (In most cases you must be a U.S. citizen to be hired. You will be required to submit proof of identity and citizenship at the time you are hired.) If "NO", give the country or countries you are a citizen of: | X | |

NOTE: It is important that you give complete and truthful answers to questions 38 through 44. If you answer "YES" to any of them, provide your explanation(s) in Item ___. Include convictions resulting from a plea of nolo contendere *(no contest)*. Omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 16th birthday; 3) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a Youth Offender law; 4) any conviction set aside under the Federal Youth Corrections Act or similar State law; 5) any conviction whose record was expunged under Federal or State law. We will consider the date, facts, and circumstances of each event you list. In most cases you can still be considered for Federal jobs. However, if you fail to tell the truth or fail to list all relevant events or circumstances, this may be grounds for not hiring you, for firing you after you begin work, or for criminal prosecution (18 USC 1001).

| # | Question | YES | NO |
|---|---|---|---|
| 38 | During the last 10 years, were you fired from any job for any reason, did you quit after being told that you would be fired, or did you leave by mutual agreement because of specific problems? | | X |
| 39 | Have you ever been convicted of, or forfeited collateral for any felony violation? (Generally, a felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less.) | | X |
| 40 | Have you ever been convicted of, or forfeited collateral for any firearms or explosives violation? | | X |
| 41 | Are you now under charges for any violation of law? | | X |
| 42 | During the last 10 years have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? Do **not** include violations reported in 39, 40, or 41, above. | | X |
| 43 | Have you ever been convicted by a military court-martial? If no military service, answer "NO". | | X |
| 44 | Are you delinquent on any Federal debt? (Include delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government plus defaults on Federally guaranteed or insured loans such as student and home mortgage loans.) | | X |

45  If "YES" in: 38 - Explain for each job the problem(s) and your reason(s) for leaving. Give the employer's name and address.
39 through 43 - Explain each violation. Give place of occurrence and name/address of police or court involved.
44 - Explain the type, length and amount of the delinquency or default, and steps you are taking to correct errors or repay the debt. Give any identification number associated with the debt and the address of the Federal agency involved.
NOTE: If you need more space, use a sheet of paper, and include the item number.

| Item No. | Date (Mo./Yr.) | Explanation | Mailing Address |
|---|---|---|---|
| | | Not Applicable | Name of Employer, Police, Court, or Federal Agency<br>City   State   ZIP Code |
| | | | Name of Employer, Police, Court, or Federal Agency<br>City   State   ZIP Code |

| # | Question | YES | NO |
|---|---|---|---|
| 46 | Do you receive, or have you ever applied for retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service? | X | |
| 47 | Do any of your relatives work for the United States Government or the United States Armed Forces? Include: *father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; nephew; niece; father-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother,* and *half sister.* | X | |

If "YES", provide details below. If you need more space, use a sheet of paper.

| Name | Relationship | Department, Agency or Branch of Armed Forces |
|---|---|---|
| Barbara P. Montgomery | Spouse | U. S. District Court of DC |
| James Peyton | Brother-in-Law | U. S. Labor |

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

**YOU MUST SIGN THIS APPLICATION.** Read the following carefully before you sign.

A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
If you are a male born after December 31, 1959 you must be registered with the Selective Service System or have a valid exemption in order to be eligible for Federal employment. You will be required to certify as to your status at the time of appointment.
I understand that any information I give may be investigated as allowed by law or Presidential order.
I consent to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the Federal Government.
I certify that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

48 SIGNATURE (Sign each application in dark ink) / *[signature]*

49 DATE SIGNED (Month, day, year) 10/07/04

Page 4

U.S. Government Printing Office: XXX-312-071/50009

Standard Form 15 (Rev 7/83)
U.S. Office of Personnel Management
FPM Supplement 296-33
FPM Chapter 211

# APPLICATION FOR 10-POINT VETERAN PREFERENCE
(TO BE USED BY VETERANS & RELATIVES OF VETERANS)

Form Approved
OMB No. 3206-

## PERSON APPLYING FOR PREFERENCE

**1. Name (Last, First, Middle)**
Montgomery, DeLarse (N) Jr.

**2. Name and Announcement Number of Civil Service or Postal Service Exam Have Applied For or Position Which You Currently Occupy**

**3. Home Address (Street Number, City, State and ZIP Code)**
10205 Fort Hills Court
Fort Washington, MD 20744

**4. Social Security Number**

**5. Date Exam was Held or Application Submitted**

## VETERAN INFORMATION (TO BE PROVIDED BY PERSON APPLYING FOR PREFERENCE)

**6. Veteran's Name (Last, First, Middle) Exactly As It Appears on Service Records**
Montgomery, DeLarse NMN Jr.

**7. Veteran's Periods of Service**

| Branch of Service | From | To | Service Number |
|---|---|---|---|
| U. S. Navy | Aug 25, 65 | Jun 1, 1985 | 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 |

**8. Veteran's Social Security Number**

**9. VA Claim Number, If Any**
29-723-254

## TYPE OF 10-POINT PREFERENCE CLAIMED

INSTRUCTIONS: Check the block which indicates the type of preference you are claiming. Answer all questions associated with that block. The "DOCUMENTATION REQUIRED" column refers you to the back of this form for the documents you must submit to support your application. [PLEASE NOTE: Eligibility for veteran preference is governed by 5 U.S.C. § 2108, 5 CFR Part 211, and FPM chapter 211. All conditions are not fully described in this form because of space restrictions. The office to which you apply can provide additional information. Instructions on how to apply for five point preference are on SF 171, Personal Qualifications Statement, or PS Form 2591, Application for Employment (U.S. Postal Service Application).]

DOCUMENTATION REQUIRED (See reverse of this form.)

☐ **10. VETERAN'S CLAIM FOR PREFERENCE** based on non-compensable service-connected disability; award of the Purple Heart; or receipt of disability pension under public laws administered by the VA. — A and B

☒ **11. VETERAN'S CLAIM FOR PREFERENCE** based on eligibility for or receipt of compensation from the VA or disability retirement from a Service Department for a service-connected disability. — A and C

☐ **12. PREFERENCE FOR SPOUSE** of a living veteran based on the fact that the veteran, because of a service-connected disability, has been unable to qualify for a Federal or D.C. Government job, or any other position along the lines of his/her usual occupation. (If your answer to item "a" is "NO", you are ineligible for preference and need not submit this form.)
a. Are you presently married to the veteran? ☐ YES ☐ NO — C and H

☐ **13. PREFERENCE FOR WIDOW OR WIDOWER** of a veteran. (If your answer is "NO" to item "a" or "YES" to item "b", you are ineligible for preference and need not submit this form.)
a. Were you married to the veteran when he or she died? ☐ YES ☐ NO
b. Have you remarried? (Do not count marriages that were annulled.) ☐ YES ☐ NO
— A, D, E, and G (Submit G when applicable.)

☐ **14. PREFERENCE FOR (NATURAL) MOTHER** of a service-connected permanently and totally disabled, or deceased veteran provided you are or were married to the father of the veteran, and
—your husband (either the veteran's father or the husband of a remarriage) is totally and permanently disabled, or
—you are now widowed, divorced, or separated from the veteran's father and have not remarried, or
—you are widowed or divorced from the veteran's father and have remarried, but are now widowed, divorced, or separated from the husband of your remarriage.
(If your answer is "NO" to item "c" or "d", you are ineligible for preference and need not submit this form.)
a. Are you married? ☐ YES ☐ NO
b. Are you separated? If "YES," do not complete "c." Go to "d." ☐ YES ☐ NO
c. If married now, is your husband totally and permanently disabled? ☐ YES ☐ NO
d. If the veteran is dead, did he/she die in active service? ☐ YES ☐ NO

DISABLED VETERAN C, F, and H (Submit F when applicable.)

DECEASED VETERAN A, D, E, and F (Submit F when applicable.)

## PRIVACY ACT STATEMENT

The Veterans' Preference Act of 1944 authorizes the collection of this information. The information will be used, along with any accompanying documentation, to determine whether you are entitled to 10-point veterans' preference. This information may be disclosed to: (1) the Veterans' Administration, or the appropriate branch of the Armed Forces to verify your claim; (2) a court, or a Federal, State, or local agency for checking on law violations or for other related authorized purposes; (3) a Federal, State, or local government agency, if you are participating in a special employment assistance program; or (4) other Federal, State, or local government agencies, congressional offices, and international organizations for purposes of employment consideration, e.g., if you are on Office of Personnel Management list of eligibles.

Executive Order 9397 authorizes Federal agencies to use the Social Security Number (SSN) to identify individual records in Federal personnel record systems. Your SSN will be used to ensure accurate retention of records pertaining to you and may also be used to identify you to others from whom information about you is sought. Furnishing your SSN and the other information sought is voluntary. However, failure to provide any part of the information result in a ruling that you are not eligible for 10-point veterans' preference delaying the processing of your application for employment.

I certify that all of the statements made in this claim are true, complete, and correct to the best of my knowledge and belief and are made in good faith. (A false answer to any question may be grounds for not employing you, or for dismissing you after you begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Section 1001).]

This Form Must Be Signed By All Persons Claiming 10-Point Preference

Signature of Person Claiming Preference: *[signature]*

Date Signed (Month, Day, Year): Jun 2, 19__

**FOR USE BY APPOINTING OFFICE ONLY**

Signature and Title of Appointing Officer: *[signature]*

Preference Entitlement Was Verified

Name of Agency:

Exhibit 5E of 15

Date Signed (Month, Day, Year):

Regional Office

941 North Capitol Street, NE
Washington, D.C. 20421


Veterans
Administration

May 6, 1986

In Reply Refer To: 372/272A
CSS 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

Mr. D. Montgomery, Jr.
10205 Fort Hills Court
Ft. Washington, MD 20744

The following certificate is furnished for your use in establishing Civil Service preference.

This is to certify that the records of the Veterans Administration disclose that
D. Montgomery Jr.
is in receipt of disability compensation on account of service-connected disability rated at
XXXXXXXXXXXXXXXX (less than 30 percent). This payment is made in accordance with public
laws administered by the Veterans Administration.

Sincerely yours,

JAMES R. FISCHL
Veterans Services Officer

Exhibit 5
Page 10 of 15

Feb 1980 (R)

*copy received_ CM*
*Delivered 11/6/03 CM*



# FOUR LEVEL PERFORMANCE APPRAISAL FOR

[ ] Non-Supervisory Non-Bargaining Unit  [ ] Supervisory Non-Bargaining Unit  [ ] Bargaining Unit

| Part 1: Identifying Information ||
|---|---|
| A. Employee's Name: | Delarse Montgomery |
| B. Position Title & Grade: | Financial Specialist, GS-12 |
| C. Dept. / Division: | FOD/COD |

| Part 2: Performance Objectives and Standards |||
|---|---|---|
| FOR NEW OR REVISED OBJECTIVES | Signature | Date |
| A. NTEU Attendance at Orientation Meeting (if applicable) | | |
| B. Presented by Rating Official | *(signed)* | 11/22/02 |
| C. Received by Employee | *Delarse Montgomery* | 11/24/02 |
| BACKDATE STANDARDS TO: | 10/01/02 | |

| Part 3: Quarterly Reviews ||||
|---|---|---|---|
| | Date | Employee Initials | Rating Official Initials |
| A. First Quarterly Review Conducted | 1/23/03 | DM | CM |
| B. Second Quarterly Review Conducted | 4/30/03 | DM | CM |
| C. Third Quarterly Review Conducted | | | |

| Part 4: Performance Evaluation |||
|---|---|---|
| A. Period Covered by Appraisal | ~~Review Start Date~~ to ~~Review End Date~~ ||
| B. Summary Rating (indicate with an "x") | [ ] Outstanding  [X] Excellent  [ ] Fully Effective  [ ] Unacceptable ||
| C. Signature / Initials | | |
| Rating Official: | (Signature) *CM* | (Date) 10/30/03 |
| Reviewing Official: | (Initials) *WM* | (Date) 10/31/03 |
| Department Director: ("Outstanding" ratings only) | (Initials) | (Date) |
| Received by Employee: | (Signature) *Delarse Montgomery* | (Date) 11/4/03 |
| Human Resources Department: | (Initials) | (Date) |

Exhibit
Page 1 of

# GENERAL INSTRUCTIONS FOR PBGC PERFORMANCE MANAGEMENT SYSTEM

These are general instructions for employee performance objectives and standards, quarterly reviews, and performance appraisals. Refer to PBGC Directive PM 20-3 for additional information.

### Performance Objectives and Standards:

Objectives and standards will be presented and discussed with employees within 30 days of the beginning of the fiscal year or after the employee receives an interim appraisal.

Supervisors will meet with new bargaining unit employees between 5 and 20 workdays after receiving their objectives and standards. The supervisor will invite the Union for the purpose of orientation and clarification of the objectives and standards.

### Quarterly Reviews:

Quarterly reviews must be conducted at the end of the first three quarters.

Upon the employee's request, the Employer will prepare a written quarterly review checklist for the second quarter performance review. The checklist will indicate whether standards have been met and will include a description of the employee's strengths and achievements, area for improvement, and clarification of the objectives and standards.

### Performance Appraisal:

Employees will receive a performance rating on September 30, and if they have been under performance standards for 120 days or more, and whenever they have a change in: occupational standards; supervisor; position; including details; or have received a merit promotion. Appraisals are not required for career ladder promotions. Based on informal reviews, quarterly reviews, supporting documentation, and information provided by the employee, rating officials will rate each objective using the following scale:

4 - Outstanding: a sustained, rare, and exceptionally high level of performance that significantly exceeds expectations with minimal supervision.

3 - Excellent: an unusually good level of performance where work requirements are exceeded.

2 - Fully Effective: a good level of performance where work requirements are fully met

1 - Unacceptable: a level of performance which fails to meet performance standards at the Fully Effective level.

Narrative justification are required for each performance objective. For an Unacceptable rating, include specific examples of how the "Fully Effective" standards were not met and provide references to counseling received by the employee.

The original appraisal and one (1) copy must be sent to HRD for review.


Exhibit
Page

## Generic Work Objectives

| PERFORMANCE OBJECTIVES AND STANDARDS | | | |
|---|---|---|---|
| Level 1 | Level 2 | Level 3 | Level 4 |
| Unacceptable | Fully Effective | Excellent | Outstanding |

| Preparation and Research | Rating:<br>[ ] Level 1<br>[ ] Level 2<br>[x] Level 3<br>[ ] Level 4 |
|---|---|

**PERFORMANCE STANDARDS:**

Level 4:

Level 3:   Level 2, plus three of the following:

1. Produces self-development, e.g., continuing education, college courses, Toastmasters.
2. Participates in the professional development of others.
3. Anticipates problems and recommends creative or innovative solutions to maximize their potential impact.
4. Planning decisions or research skills indicate levels of judgement and independence which exceed the employee's current grade.
5. Research identifies underlying issues and is exceptionally thorough.

Level 2:

1. Acquires and applies necessary knowledge, skills and training to perform assigned duties.
2. Planning the accomplishment of work assignments demonstrates adequate consideration of time and resources needed and reflects Corporate/unit goals. Plans are submitted by deadline or approved extension.
3. Keeps supervisor informed of goals, results, deviations and the status of ongoing projects. Consults supervisor where appropriate on significant problems.
4. Makes sound decisions in determining and adjusting priorities, based on guidance and available information.
5. Research where necessary is timely, comprehensive and addresses relevant issues.

Level 1:   Fails to meet a Level 2 standard after having been counseled.

**Narrative Justification:**
Mr. Montgomery acquires and applies necessary knowledge, skills and training to perform assigned duties well. He takes full advantage of professional development opportunities and is eager to implement new learnings back on the job.

Mr. Montgomery demonstrates thorough consideration of time and resources needed and reflects Corporate/unit goals in planning the accomplishment of work assignments. Plans are submitted in advance of the dates on which they are due.

Mr. Montgomery keeps me informed, with an appropriate level of detail, of goals, results, deviations and the status of ongoing projects. He invites input and does not hesitate to consult me when obstacles are encountered.

Mr. Montgomery is able to make sound decisions in determining and adjusting priorities, even where conditions are uncertain, by using whatever guidance may be available and applying the correct balance of logic and meaning to the information that is known.

Mr. Montgomery consistently provides research which is timely, comprehensive and focused on relevant issues. His

research skills are good, and he is generally willing to assist others with devising research strategies and locating resources.

Mr. Montgomery's planning decisions indicate a level of judgment and independence which exceed his current grade, in part, because he takes important details into account and involves all project participants to make sure needs and potential problems are apparent.

Mr. Montgomery's research skills indicate a level of judgment and independence that exceed his current grade. He draws from his experience to locate useful sources quickly, and he avoids wasting time on tangential or irrelevant issues.

Mr. Montgomery's research identifies underlying issues and is very thorough. He is skilled at locating information sources, and he drills down into the heart of the matter and brings out subtleties that otherwise may not have been considered.

| Work Assignments and Communication | Rating:<br>[ ] Level 1<br>[ ] Level 2<br>[ ] Level 3<br>[x] Level 4 |
|---|---|

PERFORMANCE STANDARDS:

Level 4:

Level 3:  Level 2, plus three of the following:

1. Improves systems, processes or procedures for accomplishing work assignments.
2. Follows through in the performance of assignments with little or no supervision.
3. Demonstrates initiative and dependability in the completion of assignments and achievement of the unit's goals.
4. Successfully completes higher grade level assignments.
5. Oral/written communication is exceptionally focused and articulate and reflects an in-depth understanding of the subject matter.

Level 2:

1. Effectively uses available technology in the performance of assignments.
2. Manages or uses time and resources effectively.
3. Follows established policies, procedures, laws and practices, based on guidance and information available.
4. Expresses thoughts logically, concisely, clearly and, where appropriate, persuasively in written and oral communications.
5. Is an effective listener and is receptive to the ideas of others.

Level 1:  Fails to meet a Level 2 standard after having been counseled.

Narrative Justification:
Mr. Montgomery is aware of the changing technical environment and readily adapts to it. He adequately integrates new technology into his daily work.

Mr. Montgomery manages his time efficiently and his use of agency resources is well thought-out. As a result, his work is always done well and completed on or ahead of deadline.

Mr. Montgomery has no difficulty following established policies, procedures and laws in carrying out his responsibilities. He remains aware at all times of how the law and PBGC policies and regulations apply to the task at hand; if he is uncertain about how to proceed, he refers first to written sources of guidance and then, if doubt remains, seeks input from supervisors. Moreover, he is frequently a source of guidance to

Exhibit
Page

Mr. Montgomery speaks clearly and concisely, adapting his style and language to fit the needs of his listeners. His thoughts are organized, his language is clear, and he takes pains to make sure that he is understood.

Mr. Montgomery has the skills necessary to handle the writing aspects of his job and has done a good job preparing informative, well-organized reports and other documents.

Mr. Montgomery is an effective listener and is receptive to the ideas of others. He is respectful and attentive to people who are speaking, both in group and one-on-one situations. His good listening skills have been useful to him in his job over the last review period.

Mr. Montgomery always looks for improvements that can be made in processes, techniques, and procedures. He puts in place state-of-the-art methods for producing quality work and is not satisfied with the status quo.

Mr. Montgomery is an independent worker who needs little supervision from his supervisor or assistance from other team members. When a particularly difficult issue causes him to request assistance, only minimal guidance is ever necessary to get him back on track quickly.

Mr. Montgomery demonstrates initiative and dependability in the completion of assignments and the achievement of goals. He is reliable and follows through on commitments without prodding. He makes sure that his assignments are delivered on time and are well done.

Mr. Montgomery's oral/written communication is exceptionally focused and articulate and reflects an in-depth understanding of the subject matter. He speaks concisely, and does excellent job of organizing his thoughts and expressing himself in a clear, understandable way, adapting his style to the needs of his listeners.

| Timeliness, Quality, Quantity and Knowledge | Rating: |
|---|---|
| | [ ] Level 1 |
| | [ ] Level 2 |
| | [x] Level 3 |
| | [ ] Level 4 |

**PERFORMANCE STANDARDS:**

Level 4:

Level 3:   Level 2, plus three of the following:

1. Provides accurate and complete work products which accomplish planned objectives and exceeds individual share of Corporate/unit goals.
2. Work product exceeds Level 2 in terms of quality, quantity or complexity.
3. Provides work products ahead of deadlines or under difficult circumstances.
4. Initiates follow-up to pass on additional information.
5. Compliments are received from others concerning the employee's work product, subject matter expertise, advice or guidance rendered.

Level 2:

1. Provides accurate and complete work products which accomplish planned objectives and support the accomplishment of Corporate/unit goals.
2. Provides work products on deadlines or approved extensions.
3. Produces assigned quantity of work.
4. Work products reflect good analytical, technical or problem solving skills.
5. Provides subject matter expertise, advice or guidance which is relevant, accurate and understandable.

Level 1:   Fails to meet a Level 2 standard after having been counseled.

Narrative Justification:

Exhibit 5
Page 5 of 8

Mr. Montgomery provides accurate and complete work products which accomplish planned objectives and support the accomplishment of unit or organizational goals. He gives himself enough time to review his work.

Mr. Montgomery completes assignments by deadlines or approved extensions. In addition, I can generally rely upon him when something needs to be completed on short notice.

Mr. Montgomery is a solid contributor who manages a fair share of the workload. He can be depended on to produce the expected quantity of work.

Mr. Montgomery's work products reflect good analytical skills. He balances logic with intuition to reason through problems and produce a solid result.

Mr. Montgomery's work products reflect good problem-solving skills. He is able to sort through the pieces of complicated problems and separate key issues from unimportant details.

Mr. Montgomery's work product exceeds Level 2 in terms of quality. He is exceptionally thorough and accurate, paying very close attention to detail. He gives himself plenty of time to review his work for errors.

After providing materials, expertise, advice or guidance, Mr. Montgomery follows up to provide additional information of which he may become aware or further thoughts that he may have on the subject.

Mr. Montgomery receives compliments from others concerning his subject matter expertise and advice.

| Customer Service | Rating:<br>[ ] Level 1<br>[ ] Level 2<br>[ ] Level 3<br>[x] Level 4 |
|---|---|

PERFORMANCE STANDARDS:

Level 4:

Level 3:   In addition to Level 2, achieves at least 3 of the following:

1. Remains objective and calm when assisting difficult or demanding customers.
2. Provides thoroughly researched, comprehensive information or explanations.
3. Uses innovative solutions to address difficult customer requests.
4. Anticipates the needs of customers and takes steps to satisfy them.
5. The supervisor consistently receives complimentary feedback on the employee's customer service.

Level 2:

1. Is responsive, timely, accurate, and courteous when dealing with internal or external customers.
2. Ensures the customer understands any information provided.
3. When appropriate, makes referrals to those who can provide the needed assistance.
4. Keeps the customer aware of status of the service requested, or any problems encountered, and follows up where necessary.
5. Displays high standards of professional and ethical conduct.

Level 1:   Fails to meet a Level 2 standard after having been counseled.



Narrative Justification:
Mr. Montgomery is responsive, timely, accurate, and courteous when dealing with internal or external customers. He is generous with his time when customers need extra attention.

Mr. Montgomery ensures that the customer understands any information provided. He strives to get feedback from customers and is usually willing to adjust his effort

Mr. Montgomery does not hesitate to make referrals to those who can provide needed assistance, when appropriate. Mr. Montgomery is astute in recognizing when additional resources or expertise are required to satisfy the customer.

Mr. Montgomery appreciates the importance of keeping customers aware of the status of the service requested or any problems encountered, and he is conscientious about doing so.

Mr. Montgomery promptly follows up on all customer inquiries, requests and complaints. He does a good job of providing customers with whatever they need, to ensure their ongoing satisfaction.

Mr. Montgomery has demonstrated high standards of professional and ethical conduct. His behavior conveys to others the message that he or he is dealing with a competent and professional organization.

Mr. Montgomery remains objective and calm when assisting difficult or demanding customers. He maintains a professional demeanor, keeping his emotions under control, while staying focused on the needs of the customer.

Mr. Montgomery provides thoroughly researched, comprehensive information or explanations. He takes the time to check as many sources as he feels necessary to ensure that the customer can rely on his findings.

Mr. Montgomery anticipates the needs of customers and is proactive about addressing them. By doing so, he is often ready to present alternatives to customers as soon as they become aware of a need.

Delarse is unfazed by difficult customer requests and works hard to develop innovative and effective solutions.

| Teamwork | Rating: <br> [ ] Level 1 <br> [ ] Level 2 <br> [x] Level 3 <br> [ ] Level 4 |
|---|---|

PERFORMANCE STANDARDS:

Level 4:

Level 3:  In addition to Level 2, achieves at least 3 of the following:
1. Actively promotes and supports team efforts.
2. Uses tact and diplomacy in relating to others.
3. Readily volunteers to assist others, even during periods of heavy workload.
4. Promotes a regular exchange of information, acknowledging and building on the ideas of others.
5. Displays optimism in confronting challenges.

Level 2:
1. Works effectively in a diverse environment, and treats others with respect, courtesy and fairness.
2. Takes initiative in a team environment to build cohesiveness and achieve team goals.
3. Shares credit, recognition, and visibility with others to foster unit morale.
4. Displays a willingness to assist others, and when needed provides on the job training.
5. Shares information, knowledge and ideas with others.

Level 1:  Fails to meet a Level 2 standard after having been counseled.



Exhibit 5E
Page 18 of 19

Narrative Justification:
Mr. Montgomery works effectively in a diverse environment, and treats others with respect, courtesy and fairness. He recognizes the benefit to be derived from the different perspectives that can be provided by people whose backgrounds or views differ from his own. He is a cooperative person, whose solid people skills enable him to see value in the contributions of others.

Mr. Montgomery takes initiative in a team environment to build cohesiveness and achieve team goals.

Mr. Montgomery fosters unit morale by sharing credit, recognition, and visibility with others.

Mr. Montgomery displays a willingness to assist others with his time, knowledge and experience. He is always very approachable and willing, if possible, to drop whatever he is doing to be of help.

Mr. Montgomery provides assistance and on-the-job training to co-workers. He allows others to gain actual experience while he observes and/or assists as appropriate.

Mr. Montgomery shares information and knowledge with others, and he volunteers sound ideas when appropriate. He expresses himself diplomatically and disseminates information in a timely manner.

Mr. Montgomery uses tact and diplomacy in relating to others. He is assertive enough to achieve results but is not seen as aggressive or self-serving. When providing feedback to others, he displays sensitivity in choosing the time, place and words.

Mr. Montgomery promotes a regular exchange of information, acknowledging and building on the ideas of others. He regularly contributes to meetings and is able to strike a balance between offering suggestions and listening to others.

Mr. Montgomery displays optimism in confronting challenges. He is a reliable, persistent worker who keeps a positive outlook, and he does not let unexpected problems hinder successful or timely completion of assignments.

