Exhibit 19
MSJ

# POLARS
## Online job vacancy announcement application

### Applicants

This screen lists the names of people who have applied for a PBGC position. Click the Add New Applicant button to enter an applicant for a specific vacancy.

Add New Applicant

| Last | First | Announce No. | Status | Hired? | Letter Dates | | |
|---|---|---|---|---|---|---|---|
| | | | | | Acknowledge | Eligibility | Final |
| Brown | Betty | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Dillard | Angela | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Joseph | Abraham | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Kolcio | Ihor | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Montgomery | DeLarse | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Sutter | Harry | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Yarn | Richard | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |
| Williams | Jeanelle | JI04-0143 | Cancelled | | | 11/01/04 | 02/03/05 |

View All

Search by Applicant Name: 

Search by Announce No: JI04-0143

Add New Letter

# POLARS+

## Vacancies

This screen lists all vacancies at PBGC. Click the Add New SF-52 link to add a new vacancy.

Add New SF-52

| Announce No. ▲ | Grade/Series | Position Title | Dept | DateRecv | Status | Remarks | Add Events | Add Notes |
|---|---|---|---|---|---|---|---|---|
| JI04-0143 | GS-0510K-12/13 | ACCOUNTANT, GS-12/13 | FOD | 09/20/04 | Cancelled | 09/22/04 | 1 | |

Search by Announce No: JI04-0143

View All