Exh. 20
MSJ



**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington D.C. 20005-4026

July 6, 2004

Montgomery DeLarse Jr.
4220 Willoby Road
Marbury, MD 20658

Position Title: Accountant, GS-0510A-13
Announcement Number: JI04-0105

Dear Mr. Montgomery:

Your application has been reviewed for employment consideration. The status of your application is:

- You were rated ineligible because you did not meet the minimum qualifications for the position as required by OPM's Qualifications Standards Handbook.

Thank you for considering PBGC as your new employer

*Jacqueline A. Isaac*

EXHIBIT
Isaac-3
12-6-06  AWS