Exhibit

~~Exh~~

21 MSJ



# Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington D.C. 20005-4026

November 1, 2004

DeLarse Montgomery Jr.
4220 Willoby Road
Marbury, MD 20658

**Position Title:** ACCOUNTANT, GS-12/13, GS-0510K-12/13
**Announcement Number:** JI04-0143

Dear Mr. Montgomery:

Your application has been reviewed for employment consideration. The status of your application is:

- You were rated ineligible because you did not meet the minimum qualifications for the position as required by OPM's Qualifications Standards Handbook.

Thank you for considering PBGC as your new employer

*Jacqueline A. Isaac*