Exh. 22
MSJ

# PENSION BENEFIT GUARANTY CORPORATION

THE PENSION BENEFIT GUARANTY CORPORATION IS AN EQUAL OPPORTUNITY EMPLOYER

## NOTICE OF POSITION VACANCY

Announcement No. JI04-0138    Opening Date: 08/30/04    Closing Date: 09/29/04

___ Bargaining Unit         _X_ Non Bargaining Unit

| | |
|---|---|
| POSITION: | Collections Analyst, GS-501-12/13 |
| PAY RANGE: | GS-12: $60,638 - $78,826 |
| | GS-13: $72,108 - $93,742 |
| PROMOTION POTENTIAL: | If selected at the lower grade level may be non-competitively promoted without further competition. |
| ORGANIZATION LOCATION: | Financial Operations Department |
| | Collections and Compliance Division |
| | Premium Investigations Unit |
| AREA OF CONSIDERATION: | Status Candidates Only |
| NUMBER OF POSITIONS: | 1 |
| DUTY LOCATION: | Washington, DC |
| TRAVEL REQUIREMENTS: | Less than 5% |

Relocation expenses will not be paid

Your application may be referred for similar vacancies in PBGC.

**DUTIES:**

1. Manages an extensive caseload of money owed to PBGC, including delinquent recoveries due from debtors and debtor's estates, unclaimed assets from state and local treasury departments, premiums (including penalty and interest due), and overpayments to former PBGC personnel and contractors.

2. Reviews and updates debtor databases and letter generation system. Determines collection strategy for large or especially sensitive cases, e.g., contacts debtors to explain options available and seek voluntary payment; contacts Department of Treasury, Debt Management Services (DMS), to arrange tax refund or administrative offsets; negotiates payment schedules and other steps short of litigation; as a last resort, advises plan administrators of referral to OGC for litigation. Works with the Office of Inspector General on criminal cases. After a case is adjudicated in a criminal matter, works with the Department of Justice

1

Exhibit
Page 1 of 8

(U.S. Office of Probation) in arranging payments from the debtor.

3. Reviews investigation reports and legal determinations to assess the financial impact on the collections program. Determines the cost-effectiveness of writing-off collection actions or compromising on delinquent debt.

4. Supports OGC in litigation and formal proceedings to collect unpaid accounts. Serves as an expert witness; develops source papers on premium and debt collection and other documentation related to recovery; and advises on collection practices, settlement efforts, etc.

5. Manages efforts with DMS to collect recalcitrant debtor accounts and other monies owed to PBGC. May serve as Contracting Officer's Technical Representative (COTR) or COTR monitor for the PBGC Lockbox Bank. May coordinate with the lockbox bank in all phases of operations including, for example, batch processing and shipping of documents to the Data Capture Contractor. Carries out pre-award and post-award activities; prepares statement-of-work and technical evaluation criteria; participates in technical evaluations; monitors contractor work in progress; documents contract status; and accepts or rejects invoices submitted.

6. Assists the Policies Procedures and Controls Division (PPCD), OGC and CPRD in collection matters and on studies of debt enforcement. Makes proposals and recommendations to reduce delinquent accounts and eliminate other payment and debt collection irregularities. Develops related financial summaries for management reports and action.

**MINIMUM QUALIFICATION REQUIREMENTS:**

U.S. citizenship required for all positions at PBGC.

**SPECIALIZED EXPERIENCE FOR BOTH THE GS-12 AND GS-13:**

One year of specialized experience at or equivalent to the next lower grade level which demonstrates skill in debt collection and assessment, judicial decisions concerning debt collections, and collection practices and procedures, in order to apply new concepts and standards to complex, unprecedented cases, provide guidance to contractor and other staff, and function as a technical authority in litigation support and staff studies.

All qualification requirements, including time-in-grade restrictions, must be met by the closing date of this announcement.

**EVALUATION METHOD:** Qualification determinations will be based upon information submitted in accordance with the instructions in this vacancy announcement. **You must attach a separate statement describing how your experience and/or education relates to the Selective Factor(s) and each LISTED Quality Ranking Factor or you will not be considered for this position. This statement is in addition to the information you provide describing each of your jobs.** Applicants may be awarded up to 10 points for performance appraisals, up to 5 points for relevant awards and up to 30 points for the Quality Ranking Factors.

**SELECTIVE FACTOR(S):** (If you do not produce evidence of this knowledge, skill or ability, you will not receive further consideration for this position.)

None

2


Exhibit 6A
Page 2 of

Quality Ranking Factors: (The most important quality ranking factors are marked with an asterisk (*).

1. Skill in debt collection and assessment, judicial decisions concerning debt collections, and collection practices and procedures.

2. Skill in communicating both orally and in writing, financial information, including difficult and controversial policy issues.

3. Skill in the use of data processing applications for management and reporting of financial data.

4. Skill in researching financial information and analyzing data to make sound proposals and determinations.

### PROBATIONARY PERIOD REQUIREMENTS:

Everyone must serve a one year probationary period.

### ADDITIONAL DOCUMENTATION REQUIRED: NONE

### HOW TO APPLY:

This announcement is open to **X** status__ non-status applicants.

**Applications must be received in the Personnel Office by Close of Business of the closing date (Office closes at 5:00 p.m.)

All status applicants must submit: a resume, or an OF-612 (Optional Application for Federal Employment), or an SF-171 (Application for Federal Employment), if available; or any other written format you choose and a separate narrative addressing the Selective Factor(s) and Quality Ranking Factors. Do not send position descriptions. Status candidates are also requested to submit an SF-50 (Notification of Personnel Action) to validate status or reinstatement eligibility. To receive maximum consideration under our evaluation method, candidates must submit a copy of your most current performance appraisal and any approved awards. These documents must be submitted in their entirety.

Non-status applicants must submit: a resume, or an OF-612 (Optional Application for Federal Employment), or an SF-171 (Application for Federal Employment), if available; or any other written format you choose and a separate narrative addressing the Selective Factor(s) and Quality Ranking Factors. You are not required to submit a performance appraisal, awards or SF-50.

**NOTE:**
The Pension Benefit Guaranty Corporation provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

Your resume or application should contain the following or you may lose consideration for this job:

Job Information:

- Announcement number, and title and grade(s) of the job for which you are

3


Exhibit A
Page 3 of 5

applying.

Personal Information:

- SSN
- Full name, mailing address (with ZIP Code) and day and evening phone number (with area code)
- **Country of citizenship (All federal jobs at PBGC require United States citizenship)**
- Veteran's preference (attach legible copy of DD214)
- Highest Federal civilian grade held (also give job series and dates held)

Your resume must include three (3) references with complete addresses and phone numbers of individuals who are not relatives or previous supervisors.

Education:

- High school - Name, city, and state (ZIP Code if known), date of diploma or GED

- Colleges and universities - Name, city, and state (ZIP Code, if known), majors, type and year of any degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours)

- Transcripts of all college coursework (if you attended two (2) or more colleges you must submit a transcript for each) or an OPM Form 1170/17, if you wish college work to be considered in qualifying you for this position; NOTE: Unofficial student copies of your transcripts are acceptable at the time of application. However, before you are hired you must provide official transcripts.

- Job-related training courses (title and year)

- Job-related skills, (for example other languages, computer software/hardware, typing speed)

- Job-related certificates and licenses (current only)

- Job-related honors, awards, and special accomplishments (for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards (give dates)

Work Experience:

Provide the following information for your paid and volunteer work experience related to the job for which you are applying.

- Job title (include series and grade if Federal job)
- Work experience
- Employer's name and address
- Supervisor's name and phone number
- Dates of employment
- Hours per week
- Salary Information
- Indicate whether any of the following were your reason for leaving
$ Termination of employment
$ Firing or resignation in lieu of firing

4


Exhibit 6A
Page 4 of 8

$ Leaving by mutual agreement

Indicate if we may contact your current supervisor

In addition, you must account for any periods of unemployment of over three (3) months.

In cases where a position is announced at more than one (1) grade level and you wish to be considered at all levels, you must submit separate application materials for each grade level. Otherwise, you will only be considered at the highest grade for which you qualify.

In cases where a position is open to status and non-status applicants and a status candidate wishes to be considered as both, the applicant must submit separate application materials for each. One application must clearly state "Please consider me as a non-status applicant".

If selected, male applicants born after 12/31/59 must confirm their selective service registration status.

Application materials will not be returned.

Application materials received in a government-franked envelope will not be considered.

You will receive consideration without regard to race, creed, color, age, religion, sex, marital status, national origin, disability, politics or any other non-merit factor.

Certain Disabled Veterans, Vietnam-Era Veterans and individuals with disabilities may be considered under special authorities when recruitment is open to applicants external to PBGC.

If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for veterans' preference. If your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability in order to receive preference. For further details call OPM at 912-757-3000, select "Federal Employment Topics" and then AVeterans". Or, dial the OPM electronic bulletin board at 912-757-3100.

The Defense Authorization Act of November 18, 1997, extended veteran's preference to persons who served on active duty during the Gulf War from August 2, 1990, through January 2, 1992. The law grants preference to persons otherwise eligible and who served on active duty during this period, regardless of where the person served or for how long. The law also authorizes the Secretary of each military department to award the Armed Forces Expeditionary Medal for service in Bosnia during the period November 20, 1995, to a date to be determined. The award of the Medal is qualifying for veteran's preference. More information on veteran's preference is available in the VetGuide that may be found on the United States Office of Personnel Management web site at www.opm.gov.

To claim 5-point veteran's preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.

To claim 10-point veteran's preference, attach an SF-15, application for 10-Point Veterans' Preference, plus the proof required by that form.

5


xhibit 6A
age 3 of 5

If you have severe disabilities or are a 30% or more disabled veteran you may be considered under special hiring authority. Severely disabled applicants must submit a copy of SF-258 "Self-Identification of Handicap". In addition, compensable veterans must submit a letter from the Veterans Administration dated within the last year indicating the percentage of the disability.

Preference eligibles or veterans who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply under merit promotion procedures. If you want to be considered under merit promotion procedures, you must submit 2 applications.

You will not be given final consideration for this position until we receive your OF-306 Declaration for Federal Employment.

Most forms mentioned above may be obtained from a Federal Job Information Center or Federal government personnel office.

Submit application materials to:

Pension Benefit Guaranty Corporation
Human Resources Department
Suite 120
1200 K Street, N.W.
Washington, D.C. 20005
(202)326-4111
Fax (202) 326-4249

For TTY/TDD users, call the federal relay service toll-free at 1-800-877-8339 and ask to be connected to (202) 326-4111.

**INFORMATION REGARDING SURPLUS OR DISPLACED FEDERAL EMPLOYEES REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION**

I.   If you are a displaced Federal employee you may be entitled to receive special priority selection under the Interagency Career Transition Assistance Program. To receive this priority consideration you must:

1.   Be a displaced Federal employee. You **must** submit a copy of the appropriate documentation such as a RIF separation notice, a letter from OPM or your agency documenting your priority consideration status with your application package. The following categories of candidates are considered displaced employees:

A.   Current or former career or career-conditional (tenure group I or II) competitive service employees who:

1.   Received a specific RIF separation notice; or
2.   Separated because of a compensable injury, whose compensation has been terminated, and whose former agency certifies that it is unable to place; or
3.   Retired with a disability and whose disability annuity has been or is being terminated; or
4.   Upon receipt of a RIF separation notice retired on the effective date of the RIF and submits a Standard Form 50 that indicates "Retirement in lieu of RIF"; or
5.   Was separated because he/she declined a transfer of function or directed reassignment to another commuting area.

6


Exhibit
Page of

OR

B. Former Military Reserve or National Guard Technicians who are receiving a special Office of Personnel Management (OPM) disability retirement annuity under section 8337(h) or 8456 of Title 5 United States Code.

2. Be applying for a position at or below the grade level of the position from which you have been separated. The position must not have a greater promotion potential than the position from which you were separated.

3. Have a current (or last) performance rating of record of at least fully successful or equivalent. This must be submitted with your application package. (This requirement does not apply to candidates who are eligible due to compensable injury or disability retirement.)

4. Occupy or be displaced from a position in the same commuting area of the position for which you are requesting priority consideration.

5. File your application by the vacancy announcement closing date and meet all the application criteria (e.g. submit all required documentation, etc).

6. Be rated well qualified for the position. Quality Ranking Factor number one is the most critical factor. In order for an applicant to be determined well qualified, this factor must be met at the well qualified level or above and the applicant must score a total of 20 points or more on all quality ranking factors.

PRIVACY ACT STATEMENT:

The Office of Personnel Management and any other Federal agencies rate applicants for Federal jobs under authority of sections 1104, 1302, 3304, 3361, 3393, and 3394 of Title 5 of the United States Code. We need the information requested in this vacancy announcement to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.

We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight, and to avoid confusion with applicants that may have the same name. If you do not provide your SSN or any other requested information, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and Zip Codes will slow processing.

We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports or studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public or private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official

7



functions.

We may also give information from your records to: prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether an employee has changed from self-and-family to self only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to an employee about fitness-for-duty or agency-filed disability retirement procedures.


Exhibit 6A
Page 3 of 3