Exh. 23
MSJ

# PENSION BENEFIT GUARANTY CORPORATION

# DELEGATED EXAMINING UNIT POSITION VACANCY

ANNOUNCEMENT NO: JI04-0139      OPENING DATE: 08/30/04  ** CLOSING DATE: 09/29/04

\_ BARGAINING UNIT            X  NON-BARGAINING UNIT

| | |
|---|---|
| POSITION: | Collections Analyst, GS-501-12/13 |
| PAY RANGE: | GS-12:  $60,638 - $78,826<br>GS-13:  $72,108 - $93,742 |
| PROMOTION POTENTIAL: | If selected at the lower grade level may be non-competitively promoted without further competition |
| ORGANIZATIONAL LOCATION: | Financial Operations Department<br>Collections and Compliance Division<br>Premium Investigations Unit |
| AREA OF CONSIDERATION: | Position available to all U.S. citizens |
| NUMBER OF POSITIONS: | One |
| DUTY LOCATION: | Washington, DC |
| TRAVEL REQUIREMENTS: | Less than 5% |
| OTHER REQUIREMENTS: | You are responsible for paying relocation expenses.<br>You must individually address each selective and quality ranking factor.<br>You must undergo a personnel security background investigation if selected for this position.<br>(Transcripts if required) |

THE PENSION BENEFIT GUARANTY CORPORATION IS AN EQUAL OPPORTUNITY EMPLOYER. We will consider your application for employment regardless of your race, creed, color, age, religion, sex, marital status, national origin, disability, politics, or any other non-merit factor.

I.  GENERAL INFORMATION

1

Exhibit 7A
Page 1 of 8

In the following pages, you will find information including the duties of this position, how you can apply, and how we determine the best qualified candidates.

**  What are the duties of this position?**

The duties are:

1. Manages an extensive caseload of money owed to PBGC, including delinquent recoveries due from debtors and debtor's estates, unclaimed assets from state and local treasury departments, premiums (including penalty and interest due), and overpayments to former PBGC personnel and contractors.

2. Reviews and updates debtor databases and letter generation system. Determines collection strategy for large or especially sensitive cases, e.g., contacts debtors to explain options available and seek voluntary payment; contacts Department of Treasury, Debt Management Services (DMS), to arrange tax refund or administrative offsets; negotiates payment schedules and other steps short of litigation; as a last resort, advises plan administrators of referral to OGC for litigation. Works with the Office of Inspector General on criminal cases. After a case is adjudicated in a criminal matter, works with the Department of Justice (U.S. Office of Probation) in arranging payments from the debtor.

3. Reviews investigation reports and legal determinations to assess the financial impact on the collections program. Determines the cost-effectiveness of writing-off collection actions or compromising on delinquent debt.

4. Supports OGC in litigation and formal proceedings to collect unpaid accounts. Serves as an expert witness; develops source papers on premium and debt collection and other documentation related to recovery; and advises on collection practices, settlement efforts, etc.

5. Manages efforts with DMS to collect recalcitrant debtor accounts and other monies owed to PBGC. May serve as Contracting Officer's Technical Representative (COTR) or COTR monitor for the PBGC Lockbox Bank. May coordinate with the lockbox bank in all phases of operations including, for example, batch processing and shipping of documents to the Data Capture Contractor. Carries out pre-award and post-award activities; prepares statement-of-work and technical evaluation criteria; participates in technical evaluation; monitors contractor work in progress; documents contract status; and accepts or rejects invoices submitted.

6. Assists the Policies, Procedures and Controls Division (PPCD), OGC and CPRD in collection matters and on studies of debt enforcement. Makes proposals and recommendations to reduce delinquent accounts and eliminate other payment and debt collection irregularities. Develops related financial summaries for management reports and action.

**  What are the minimum qualifications for this position?**

You must be a U.S. citizen.

**SPECIALIZED EXPERIENCE FOR BOTH THE GS-12 AND GS-13:**

2


Exhibit A
Page 2 of X

One year of specialized experience at or equivalent to the next lower grade level which demonstrates skill in debt collection and assessment, judicial decisions concerning debt collections, and collection practices and procedures, in order to apply new concepts and standards to complex, unprecedented cases, provide guidance to contractor and other staff, and function as a technical authority in litigation support and staff studies.

**\*\*  How does PBGC determine the best qualified candidates?\*\***

We base our decision on the information we requested in this vacancy announcement. Ratings will be based on your responses to the Selective and/or Quality Ranking Factors listed below. You must attach a separate statement describing how your experience and/or education relates to the Selective Factor and each Quality Ranking Factor. **(If you do not address the following factors you will not be considered for this position).** Qualified candidates will receive a score between 70 and 100. We will assign additional points for veterans preference if applicable.

**SELECTIVE FACTORS:** (If you do not produce evidence of this knowledge, skill or ability, you will not receive further consideration for this position.)

None.

**QUALITY RANKING FACTORS:** As listed in order of most importance, you must provide detailed information about how your experience and/or education relates to each of the following factors. This statement is in addition to the information you provide describing each of your jobs. The most important quality ranking factor(s) are marked with an asterisk (\*).

1. Skill in debt collection and assessment, judicial decisions concerning debt collections, and collection practices and procedures.

2. Skill in communicating both orally and in writing, financial information, including difficult and controversial policy issues.

3. Skill in the use of data processing applications for management and reporting of financial data.

4. Skill in researching financial information and analyzing data to make sound proposals and determinations.

**\*\*  Is a probationary period required?\*\***

**Everyone must serve a one year probationary period.**

**\*\*  Is there anything else I should know?\*\***

We will not accept application materials received in government franked envelopes.

You will not be given final consideration for this position until we receive your OF-306 Declaration for Federal Employment form.

**\*\*  Can I apply for more than one grade level?\*\***

**Yes -- by submitting separate application materials for each grade level.**

3


Exhibit 7A
Page 3 of 7

Otherwise, we will consider you for the highest grade level that you qualify for.

**    I am a government employee. Can I apply as a non government candidate?

Yes.  Candidates applying under this announcement will be considered as non-government candidates.

**    Is selective service registration required?**

If you are a male born after 12/31/59, you must provide proof that you have either registered for selective service or are exempt from having to do so if we select you for this position.

**    Are there special provisions for disabled candidates?**

PBGC provides reasonable accommodations to candidates with disabilities.  If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency.  The decision on granting reasonable accommodation will be on a case-by-case basis.

**    How do I apply?**

The Human Resources Department must receive your application materials by 5:00 p.m. on the closing date of this announcement.  You must include:

A resume, an Optional Application for Federal Employment (OF-612 form), or an Application for Federal Employment (SF-171) form, or any other written format you choose and a separate narrative addressing the Selective and Quality Ranking Factors.  Do not send position descriptions.

Your resume or application materials must contain the following information:

Job Information:

*Announcement number, title and grade(s) of the job for which you are applying.

Personal Information:

*Full legal name, mailing address (with zip code) and day/evening telephone numbers (with area code).

*Social Security Number and Date of Birth.

*Country of Citizenship

*If you were ever employed by the Federal Government, please show the highest Federal civilian grade held, job series, and dates of employment in grade.

* Three (3) references containing complete addresses and phone numbers of individuals who are not relatives or previous supervisors.

Education:

*For education, include name, city and state of high school and college(s)/universities attended as well as date of diploma or GED.  Also include


Exhibit 7A
Page 4 of 5

type and year of any degrees received and majors. If no degree, include total credits earned and indicate whether semester or quarter hours.

*To receive credit for relevant training, list seminar/course titles, dates, number of hours and name of the institutions from which training was received.

Work Experience:

*Provide the following information for each paid or non-paid position held related to the job for which you are applying. (Do not send position descriptions).

*Job Title (include series and grade if Federal job)
*Starting and ending dates of employment (month and year)
*Duties and accomplishments
*Number of hours per week
*Employer=s name and address
*Supervisor=s name and telephone number
*Salary information
*Indicate whether you left because:
     -the job ended
     -you were fired or resigned in lieu of being fired; or
     -you and your employer agreed on your leaving

*Indicate whether or not we may contact your current supervisor

Other Qualifications:

*Job-related training courses (title and year)
*Job-related skills (e.g., other languages, computer software/hardware, tools, machinery, typing speed, etc.)
*Job-related certificates and licenses
*Job-related honors, awards and special accomplishments (e.g., publications, memberships in professional or honor societies, leadership activities, public speaking, performance awards, etc)

**    Would you consider my application for similar positions within PBGC?**

We may refer your application to areas with similar vacancies

**    Where should I send my application?**

Submit your application materials to:

          Pension Benefit Guaranty Corporation
          Human Resources Department
          1200 K Street, N. W., Suite 120
          Washington, DC 20005
          (202) 326-4111
          Fax: (202) 326-4249

For TTY/TDD users, call the Federal relay services toll-free at 1-800-877-8339 and ask to be connected to (202) 326-4111.

**    Will you return my application?**

No, we do not return any application materials

II.    ADDITIONAL INFORMATION FOR VETERANS

5


Exhibit A
Page __ of __

The information in this section applies if you are a Veteran.

** Can I receive special consideration because I am a Veteran but have never worked for the government?**

You can receive extra points on your application if you:

- are a qualifying Disabled Veteran, Vietnam-Era Veteran or are a veteran and have specific disabilities

- served on active duty in the United States military and received an honorable discharge

- began serving after October 15, 1976, and have a Campaign Badge, Expeditionary Medal, or a service-connected disability

- served on active duty during the Gulf War from August 2, 1990 through January 2, 1992, regardless of where you served or for how long; and
- served in Bosnia from November 20, 1995 to a date to be determined;

** What documentation must I submit to receive special consideration?**

To claim 5-point veteran=s preference, attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility.

To claim 10-point veteran=s preference, attach an SF-15, Application for 10-Point Veteran=s Preference, plus the proof required by that form.

** If you have severe disabilities or are a 30% or more disabled veteran you must submit a copy of SF-258 ASelf-Identification of Handicap@. In addition, compensable veterans must submit a letter from the Veterans Administration dated within the last year indicating the percentage of the disability.

** Where can I obtain copies of these forms?**

You may obtain most the forms we mentioned from a Federal Job Information Center or Federal Government Human Resources Department.

** Where can I learn more about veteran=s preference?**

Go to the VetGuide at the United States Office of Personnel Management web site at www.opm.gov. You can also obtain additional information by calling OPM at 912-757-3000, select AFederal Employment Topics@ then @ Veterans@. Or you can dial the OPM electronic bulletin board at 912-757-3100.

INFORMATION REGARDING SURPLUS OR DISPLACED FEDERAL EMPLOYEES REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION

I. If you are a displaced Federal employee you may be entitled to receive special priority selection under the Interagency Career Transition Assistance Program. To receive this priority consideration you must:

1. Be a displaced Federal employee. You <u>must</u> submit a copy of the appropriate documentation such as a RIF separation notice, a letter from OPM or your agency documenting your priority consideration status with your application package. The following categories of candidates are

6



considered displaced employees:

A. Current or former career or career-conditional (tenure group I or II) competitive service employees who:

1. Received a specific RIF separation notice; or
2. Separated because of a compensable injury, whose compensation has been terminated, and whose former agency certifies that it is unable to place; or
3. Retired with a disability and whose disability annuity has been or is being terminated; or
4. Upon receipt of a RIF separation notice retired on the effective date of the RIF and submits a Standard Form 50 that indicates "Retirement in lieu of RIF"; or
5. Was separated because he/she declined a transfer of function or directed reassignment to another commuting area.

OR

B. Former Military Reserve or National Guard Technicians who are receiving a special Office of Personnel Management (OPM) disability retirement annuity under section 8337(h) or 8456 of Title 5 United States Code.

2. Be applying for a position at or below the grade level of the position from which you have been separated. The position must not have a greater promotion potential than the position from which you were separated.

3. Have a current (or last) performance rating of record of at least fully successful or equivalent. This must be submitted with your application package. (This requirement does not apply to candidates who are eligible due to compensable injury or disability retirement.)

4. Occupy or be displaced from a position in the same commuting area of the position for which you are requesting priority consideration.

5. File your application by the vacancy announcement closing date and meet all the application criteria (e.g. submit all required documentation, etc).

6. Be rated well qualified for the position. Quality Ranking Factor number one is the most critical factor. In order for an applicant to be determined well qualified, this factor must be met at the well qualified level or above and the applicant must score a total of 20 points or more on all quality ranking factors.

**PRIVACY ACT STATEMENT:**

The Office of Personnel Management and any other Federal agencies rate applicants for Federal jobs under authority of sections 1104, 1302, 3304, 3361, 3393, and 3394 of Title 5 of the United States Code. We need the information requested in this vacancy announcement to evaluate your qualifications. Other laws require us to ask about citizenship, military service, etc.

We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight, and to avoid confusion with applicants that may have the same name. If you do not provide your SSN or any other requested information, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and Zip Codes will

slow processing.

We may give information from your records to: training facilities; organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulation; Federal agencies for statistical reports or studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public or private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives, the Federal Acquisition Institute, and congressional offices in connection with their official functions.

We may also give information from your records to: prospective nonfederal employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether an employee has changed from self-and-family to self only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to an employee about fitness-for-duty or agency-filed disability retirement procedures.


Exhibit A
Page _ of _