Exh. 25.
MSJ

# pOLARS+
## online job vacancy announcement application

Exhibit 5
Page 2 of 10

**Applicants**
Prepare...

## Applicants

This screen lists the names of people who have applied for a PBGC position. Click the Add New Applicant button to enter an applicant for a specific vacancy.

Add New Applicant

Add New Letter

| Last▲ | First | Announce No. | Status | Hired? | Acknowledge | Letter Dates Eligibility | Final |
|---|---|---|---|---|---|---|---|
| Adams | Katharine | JI04-0139 | Cancelled | | | | 11/08/04 |
| Agrawal | Vipul | JI04-0139 | Cancelled | | | | 11/08/04 |
| Anderson | Richard | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Anning-Gyan | George | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Black | Stephen | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Blair | Kim | JI04-0139 | Cancelled | | | | 11/08/04 |
| Bostic | Barbara | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Brent-Thorpe | Kimberly | JI04-0139 | Cancelled | | | | 11/08/04 |
| Brock | Debra | JI04-0139 | Cancelled | | | | 11/08/04 |
| Buser | Jennifer | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Carter | Aquilla | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Cockrell | Corine | JI04-0139 | Cancelled | | | | 11/08/04 |
| Coghill | Sacaguwier | JI04-0139 | Cancelled | | | | 11/08/04 |
| Cuttino | Claudia | JI04-0139 | Cancelled | | | | 11/08/04 |
| Graham | Edward | JI04-0139 | Cancelled | | | | 11/08/04 |
| Haines | Allen | JI04-0139 | Cancelled | | | | 11/08/04 |
| Hentz | Andre | JI04-0139 | Cancelled | | | | 11/08/04 |
| Jones | Aaron | JI04-0139 | Cancelled | | | | 11/08/04 |
| Kumar | Ratan | JI04-0139 | Cancelled | | | | 11/08/04 |
| Mallette | Patricia | JI04-0139 | Cancelled | | | | 11/08/04 |
| Montgomery | DeLarse | JI04-0139 | Cancelled | | 10/18/04 | | 11/08/04 |
| Murdock | Michelle | JI04-0139 | Cancelled | | | | 11/08/04 |
| Newman | Joseph | JI04-0139 | Cancelled | | | | 11/08/04 |
| Pastore | Margaret | JI04-0139 | Cancelled | | | | 11/08/04 |

| | | | |
|---|---|---|---|
| Pryor | Leonard | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Quemina | Carla | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Santiago | Teresa | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Simmons | Rita | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Sutter | Harry | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Williams | Rodney | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |
| Wilson | Margaret | JI04-0139 | Cancelled | 10/18/04 | 11/08/04 |

Search by Applicant Name:

Search by Announce No: JI04-0139

View All

**POLARS+**
online job vacancy announcement application

PBGC intranet

Vacancies
Applicants
Reports

# Vacancies

This screen lists all vacancies at PBGC. Click the Add New SF-52 link to add a new vacancy.

Add New SF-52

| Announce No. | Grade/Series | Position Title | Dept | DateRecv | Status | Remarks | Add Events | Add Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JI04-0139 | GS-0501F-12/13 | Collections Analyst | FOD | 08/30/04 | Cancelled | 09/01/04 | 1 | |

View All

Search by Announce No:
JI04-0139

Report a Problem | Contact the Application Owner