Exh. 26a
MSJ

POLARS+: Applicants

# POLARS+
pipeline job vacancy announcement application

## Applicants

## Applicants
This screen lists the names of people who have applied for a PBGC position. Click the Add New Applicant button to enter an applicant for a specific vacancy.

Add New Applicant

| | | | | | Letter Dates | |
|---|---|---|---|---|---|---|
| Last | First | Announce No. | Status | Hired? | Acknowledge Eligibility | Final |
| Anderson | Richard | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Bayer | Michael | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Blair | Kim | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Carrillo | Jessica | JI04-0138 | Filled | N | 10/27/04 | 11/08/04 |
| Coghill | Sacaguwler | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Daley | Janis | JI04-0138 | Filled | N | 10/18/04 | 11/08/04 |
| Gurlly | Gwendolyn | JI04-0138 | Filled | N | 10/18/04 | 11/08/04 |
| Haines | Allen | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Konleczka | Edward | JI04-0138 | Filled | Y | 10/20/04 | 11/08/04 |
| Newman | Joseph | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Payone | Rebecca | JI04-0138 | Filled | N | 11/08/04 | 11/08/04 |
| Sutter | Harry | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Ware | Cynthia | JI04-0138 | Filled | N | 10/20/04 | 11/08/04 |
| Williams | Jeanelle | JI04-0138 | Filled | N | | |

Add New Letter

View All

Search by Applicant Name: [  ] Go

Search by Announce No: [ JI04-0138 ] Go

Report a Problem | Contact the Application Owner
Exhibit 8, Page 2 of 3


# POLARS+
online of vacancies/announcement application

## Vacancies

This screen lists all vacancies at PBGC. Click the Add New SF-52 link to add a new vacancy.

Add New SF-52

| Announce No.▲ | Grade/Series | Position Title | Dept | DateRecv | Status | Remarks | Add Events | Add Notes |
|---|---|---|---|---|---|---|---|---|
| JI04-0138 | GS-0501F-12/13 | Collections Analyst | FOD | 08/30/04 | Filled | 09/01/04 | 1 | |

Search by Announce No:
[ JI04-0138 ]

View All