Exh. 26b
MSJ
[redact markings]



# Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington D.C. 20005-4026

November 8, 2004

DeLarse Montgomery Jr.
4220 Willoby Road
Marbury, MD 20658

**Position Title:** Collections Analyst, GS-0501F-12/13
**Announcement Number:** J104-0139

Dear Mr. Montgomery:

Your application has received employment consideration. However, you will not receive further consideration for the following reason:

- Position has been cancelled.

Thank you for your interest in the Pension Benefit Guaranty Corporation.

*[signature]*



Exhibit
Page of