Exh. 27
MSJ

1. Complainant
   Home Address: 4220 WILLOBY ROAD
   MARBURY, MD 20658

   Home Telephone: ███████████

2. Department/Division: FINANCIAL OPERATIONS DEPT./COD
   Office Telephone: (202) 326-4057 x 3563

3. Basis(es) for Complaint

   a. [✓] Race (Specify) AFRICAN AMERICAN
   b. [✓] Color (Specify) BLACK
   c. [ ] National Origin (Specify) _____
   d. [✓] Sex (Specify) MALE
   e. [✓] Age (Date of Birth) JUNE 26, 1947
   f. [ ] Mental Disability (Specify) _____
   g. [ ] Physical Disability (Specify) _____
   h. [ ] Religion (Specify) _____
   i. [ ] Sexual Orientation (Specify) _____
   j. [ ] Reprisal (Identify earlier event and/or opposed practice, give date: _____

4. Nature of Alleged Discriminatory Action (i.e., Promotion, Selection, Performance, etc.) FAILURE TO PROMOTE BASED UPON PERFORMANCE OF HIGHER GRADED DUTIES

5. Please provide the reasons why you believe discrimination has occurred. (Continue on a separate sheet if needed.)
   THE PENSION BENEFIT GUARANTY CORP. HAS COMMITTED PROHIBITED PERSONNEL PRACTICE IN VIOLATION OF 5 U.S.C. 2302(a) AND 2302(b) - SEE CONTINUATION SHEET

6. Representative's Name: _____
   Address: _____
   Telephone Number: ( )

7. Have you filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matter(s) as described in 4 above?   Yes: ____   No: ✓

   Complainant's Signature: /s/ Larry Montgomery
   Date: October 1, 2003

---

For PBGC Administrative Use Only

Date Complaint Received: 10/21/03
Complaint Received By: Todd M. Pickern          Noisette Smith
Title: EEO Counselor                            Acting EEO Counselor

1

Continuation of Formal Complaint of Discrimination filed October 1, 2003 re:

DeLarse Montgomery, Jr. - Complainant

Item 5.

In addition, the Pension Benefit Guaranty Corp (PBGC) has also violated the Equal Pay Act, in that I have been assigned duties and responsibilities of a higher grade without proper compensation.

Since approximately March 2002, I have been subjected to an accretion of duties similar to those assigned to employees in grades GS-13 or above; yet by intent, deceit, and discrimination, the PBGC has denied my promotion while giving preference of promotion to other race, gender, and/or national origin.

2