Exh. 29
MSJ

## Formal Complaint of Discrimination

Complainant's Name: DeLarse Montgomery, Jr.

Home Address: 4220 Willoby Road, Marbury, MD 20658

Home Telephone: (301) 743-3756

Department/Division: Financial Operations Department, Controller Ops Div.
Office Telephone: (202) 326-4057, ext. 3563

Basis(es) for Complaint

a. [x] Race (Specify) African American
b. [x] Color (Specify) Black
c. [ ] National Origin (Specify) _____
d. [x] Sex (Specify) Male
e. [x] Age (Date of Birth) June 26, 1947
f. [x] Mental Disability (Specify) _____
g. [ ] Physical Disability (Specify) _____
h. [ ] Religion (Specify) _____
i. [ ] Sexual Orientation (Specify) _____
j. [x] Reprisal (Identify earlier event and/or opposed practice, give date: Retaliation for previous filing of complaints of discrimination

RECEIVED 2005 DEC 34 [JAN 3] AM 9: 45 PBGC/EEO

Nature of Alleged Discriminatory Action (i.e., Promotion, Selection, Performance, etc.) Unlawful discrimination while engaging in prohibited personnel practices of the merit promotion system. (See attached sheet)

Please provide the reasons why you believe discrimination has occurred. (Continue on a separate sheet if needed.)
See attached sheet(s).

5. Representative's Name: Not appointed at time of filing

Address: _____

Telephone Number: ( )

7. Have you filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matter(s) as described in 4 above?    Yes: ___    No: XX

Complainant's Signature: [signature]
Date: 12/30/2004

---

For PBGC Administrative Use Only

Date Complaint Received: 1/3/05

Complaint Received By: [signature]
Title: EEO manager

PBGC Form 176 (Revised 03/20/01)

Formal Complaint
p. 1 of 8

DeLarse Montgomery, Jr.
Formal Complaint of Discrimination

4. Nature of Alleged Discriminatory Action: In that the Pension Benefit Guaranty Corporation did commit a prohibited personnel practice in hiring and promotion by denying me full consideration for career advancement to GS-510-13 Accountant under Job Vacancy announcements JI04-0105 and JI04-0143.

5. Please provide the reasons why you believe discrimination has occurred: The Pension Benefit Guaranty Corporation rated me ineligible for the above applied positions because it determined "I did not meet the minimum qualification for the position as required by OPM's Qualifications Standards Handbook." However, the vacancy announcements for both positions stated the specialized experience for a GS-12 and GS-13 was: "One year of specialized experience at or equivalent to the next lower grade level which demonstrates the ability to analyze and provide advice regarding accounting programs, financial systems, etc.(emphases added).

I have been a Financial Specialist, GS-12 for eight years, and have performed accounting functions in the Financial Operations Department, Controller Operations Division for over ten years. I have performed a merit of assignments, including assisting in the preparation of financial statements; performing journal entries; analyzing and reconciling complex accounting reports; and overseeing complete accounting and reporting of receipts from the Missing Participants Programs.

The Office of Personnel Management Qualification Standards states Agencies and examining offices should clearly describe the specific experience or education required to qualify for the positions covered by an examination or vacancy announcement. In that the PBGC resorted to using etc.. as a basis for experience, it broaden the area of specialized experience. As such, I have met the requirement as it specified. The response provided by Mrs. Michele Pilipovich of August 6, 2004 stated my application did not indicate my work experience provided me with the familiarity of accountant duties required by GAAP.

Certainly, it is evident that neither Ms. Pilipovich nor members of her staff reviewed my SKA's to determine my qualifications as required by the Vacancy Announcement and the merit promotion system. Because of my pending complaints of discrimination in the PBGC's hiring and promotion practice, the Human Resources Department, in cooperation with other PBGC officials, have conspired to deny me promotion by engaging in unfair and deceitful discriminatory promotion and selection procedures.

*[signature]*
DELARSE MONTGOMERY, JR.