Exh. 30
MSJ

## PENSION BENEFIT GUARANTY CORPORATION
## Formal Complaint of Discrimination

1. Complainant's Name: <u>DeLarse Montgomery, Jr.</u>

   Home Address: <u>4220 Willoby Road</u>

   <u>Marbury, MD 20658</u>

   Home Telephone: <u>(301) 743-3756</u>

2. Department/Division: <u>Financial Operations Department/Controller Operations Division</u>

   Office Telephone: <u>(202) 326-4057, ext. 3563</u>

3. Basis(es) for Complaint

   a. [X] Race (Specify) <u>African-American</u>
   b. [X] Color (Specify) <u>Black</u>
   c. [ ] National Origin (Specify)
   d. [X] Sex (Specify) <u>Male</u>
   e. [X] Age (Date of Birth) <u>June 26, 1947</u>
   f. [ ] Mental Disability (Specify)
   g. [ ] Physical Disability (Specify)
   h. [ ] Religion (Specify)
   i. [ ] Sexual Orientation (Specify)
   j. [X] Reprisal (Identify earlier event and/or opposed practice, give date):
   <u>EEO Complaint under PBGC Docket No. 03-10 - Failure to Promote due to accretion of duties; and EEO Complaint under PBGC Docket No. 05-04 - Non-selection</u>

4. Nature of Alleged Discriminatory Action (i.e., Promotion, Selection, Performance, etc.)

   <u>Discriminatory Employment Practices</u>

5. Please provide the reasons why you believe discrimination has occurred. (Continue on a separate sheet if needed.)

   <u>Explanation provided on attached sheet.</u>

6. Representative's Name: <u>Not elected at this time</u>

   Address:

Formal Complaint
Page 1 of 9

Telephone Number: (   ) _____

Have you filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matter(s) as described in 4 above?    Yes: ____   No: **xx**

Complainant's Signature: _{signature}_

Date: 3/1/2005

---

**For PBGC Administrative Use Only**

Date Complaint Received: 3/1/05

Complaint Received By: _{signature}_
Title: EEO Manager

PBGC Form 176 (Revised 03/20/01)

RECEIVED 2005 FEB 29 PM 3:50 PBGC/EEO

Formal Complaint
Page 2 of 3