Exh. 31
MSJ

Information for Record

Position upgraded to GS-12 grade level due to a settlement agreement.
Position Description stays the same, given new number.

17

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| Field | Value |
|---|---|
| 1. Agency Position No. | 8435 |
| 2. Reason for Submission | ☒ New |
| 3. Service | ☒ Hdqtrs. |
| 4. Employing Office Location | WASHINGTON, DC |
| 5. Duty Station | WASHINGTON, DC |
| 6. OPM Certification No. | |
| 7. Fair Labor Standards Act | ☒ Exempt |
| 8. Financial Statements Required | |
| 9. Subject to IA Action | ☒ No |
| 10. Position Status | ☒ Competitive |
| 11. Position is: | (neither) |
| 12. Sensitivity | Non-critical Sensitive (mR) |
| 13. Competitive Level Code | H |
| 14. Agency Use | BU |

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | FINANCIAL SPECIALIST | GS | 0501 | 11 | | 2-28-94 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Financial Specialist | GS | 0501 | 11 | | |

16. Organizational Title of Position: Financial Operations Department

18. Department, Agency, or Establishment: Controller Operations Division
a. First Subdivision: Investment Accounting Branch

20. Supervisory Certification.

a. Typed Name and Title of Immediate Supervisor:
William W. Hargrave, Supervisory Accountant
Investment Accounting Branch
Signature: William W. Hargrave  Date: 2/28/94

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional):
Alexander C. Leonardo, Accounting Officer
Controller Operations Division
Signature: A. C. Leonardo  Date: 2/28/94

Typed Name and Title of Official Taking Action:
LORI FRYE
POSITION CLASSIFICATION SPEC.
Signature: Lori Frye  Date: 2-28-94

24. Remarks: WHEN VACATED, POSITION MAY NOT BE FILLED WITHOUT AUDIT/REVIEW OF THIS POSITION DESCRIPTION.

18

25. Description of Major Duties and Responsibilities (See Attached)

# FINANCIAL SPECIALIST, GS-501-11

Serves as Financial Specialist in the Financial Operations Department, Controller Operations Division, Investment Accounting Branch. The Branch directs the investment and trust accounting functions and coordinates and tracks Employer Liability, Due and Unpaid Employer Contributions and Benefit Payments.

## DUTIES AND RESPONSIBILITIES

Provides assistance to the Branch Chief and Section Supervisors in the development and preparation of information pertaining to the trust fund programs of PBGC. Analyzes and evaluates a wide variety of special trust fund issues and problems as well as issues related to unit productivity, work methods and procedures, manpower utilization, work distribution, management controls, financial information and documentation systems, and similar functions of programs and management.

Reviews, verifies, and analyzes a variety of financial data and prepares statistical workload profiles for use by managers in determining problem areas.

Prepares on-going reports of Branch actions for inclusion in Departmental reports for use by the Director, FOD and/or the Executive Director. As requested, prepares special reports, charts and other material, including comparative statistics, work flow charts, work measurement analyses, and project quantitative data, for management review.

Prepares monthly production schedules for approval by the Branch Chief; coordinates and follows up on related actions and problems.

Prepares technical comments on proposals for improvements for the Branch's mission and functions; determines variables that impact on the achievement of these objectives; develops recommendations, special reports, data and analyses which provide detailed technical summaries.

Assists in the development and preparation of financial data for inclusion in PBGC financial statements and reports. Conducts compliance tests to assure that procedures have been properly followed and applied and that documentation exists to support financial data. Reviews procedures and internal controls to assure compliance with standards.

Prepares and issues workload status reports that determine priorities and backlogs; develops ADP applications to track progress on workload and projects and inputs financial data to status reports.

19

Collects, researches and organizes financial, statistical and demographic data on pending and trusteed cases to develop and prepare branch files and contracts; maintains journal for tracking expenses paid from the Trust Fund.

As requested, assists in the planning and analysis of short- and long-range Branch goals. Participates in the preparation of the Management Plan; prepares adjustments to the Plan; and develops quarterly updates for Division Reports. Participates in developing the Branch's annual budget request; prepares all supplemental budget requests and justifications. Serves as the contact point for personnel and other administrative matters.

Performs other duties as assigned.

**KNOWLEDGE REQUIRED BY THE POSITION**

- Comprehensive knowledge of laws, regulations, policies, procedures, and practices relating to the Employee Retirement Income Security Act of 1974 (ERISA), and the ability to research and apply these laws and principles.

- General knowledge of accepted accounting principles and practices in order to survey, correlate, interpret, analyze, and review financial and statistical accounting data and records.

- Working knowledge of data processing techniques and skill in the use of Data Base and Lotus for the development and preparation of financial statements and reports.

- Ability to effectively communicate technical information orally and in writing in order to convey analytical findings and recommendations, to explain and summarize requirements of the Branch, and to persuade others of the appropriateness of a suggested course of action or change in current practices.

- Knowledge of a wide range of principles, concepts, and practices of management analysis and skill in applying this knowledge to difficult and complex assignments that address a wide range of program and management issues and problems.

**SUPERVISORY CONTROLS** Works under the general direction of the Branch Manager who provides direction in terms of the broad scope of desirable improvements in program operations. The work to be initiated, the applicable deadlines, and the scope of the project is determined by the supervisor. Incumbent plans the work to be undertaken, the research to be conducted, interprets applicable policy and procedure, and develops reasoned proposals. Completed work is reviewed for its utility, feasibility, compatibility with existing policies and procedures, and generally for its business-sense.

20

**GUIDELINES** There are a large number of Federal, PBGC, Department, and office policies, directives, and procedures which provide guidance and instruction on various aspects of assigned work. The employee uses judgment in locating, interpreting, and applying guides to the specific problem at hand and, based on project experience, recommends changes to established guides.

**COMPLEXITY** Assignments cover a full range of financial and analytical work related to the mission of the Branch; the varied duties assigned require many different and unrelated processes and methods.

Decisions on what needs to be done require assessment of variations in approach and incomplete or conflicting data; the work requires planning, refining of methods and procedures, and interpretation of considerable information.

**SCOPE AND EFFECT** The purpose of the work is to analyze problems and make recommendations in conformance with established criteria. Completed assignments affect the efficient design or operation of Corporate activities or services.

**PERSONAL CONTACTS** Contacts are primarily with FOD staff and employees in other PBGC offices who provide or seek information relating to assigned tasks. Contacts may also be with interim custodian and State Street Bank to request information.

**PURPOSE OF CONTACTS** Contacts are for the purpose of factfinding, gaining cooperation with the office's programs or operations, resolving operating problems, and presenting findings and recommendations that may conflict with the recipient's established or preferred methods and practices.

**PHYSICAL DEMANDS** Sedentary work.

**WORK ENVIRONMENT** Office setting.

21