UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELARSE MONTGOMERY, JR.** )<br>)<br>)<br>)<br>       **Plaintiff,** )<br>   v.                                      )<br>)<br>)<br>**ELAINE CHAO, Chairwoman** )<br>**Pension Benefit Guaranty Corp., et al.,** )<br>)<br>       **Defendants.** )<br>_____ ) | Civil Action No.  05-2157 (RMU) |

**ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C.  20530

David Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005