UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELARSE MONTGOMERY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE CHAO, )<br>Secretary of Labor, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2157 (RMU) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff respectfully move this honorable Court for an enlargement of time of thirty days to file his brief in opposition to defendant's motion for summary judgment, to and including April 13, 2007. Appellant's reply brief is currently due on March 13, 2007.

The reason for plaintiff's motion is that his counsel has been inundated with the press of other business, including, but not limited to pretrial preparation for *Adams v. Mineta*, Civil A. No. 04-856, a trial set for the week of March 5th through 9th in the U.S. District Court for the District of Columbia, along with the taking of depositions in *Brownfield v. Bair*, Civil Action No. 05-02468 (D.D.C.), *Bass v. Bair*, Civil Action No. 06CV01345 (D.D.C.), and *Stebbins v. Roberts*, Civil Action No. 2006 CA 002902 M (D.C. Super. Ct.).

Counsel for defendant indicated that defendant consents to the enlargement of time sought in this motion.

                Respectfully submitted,


                _____/S/_____
                David H. Shapiro
                SWICK & SHAPIRO, P.C.
                1225 Eye Street N.W.
                Suite 1290
                Washington, D.C. 20005
                (202) 842-0300

                Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELARSE MONTGOMERY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE CHAO, ) <br> Secretary of Labor, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2157 (RMU) |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Extension of Time, and for the reasons stated therein, and the entire record herein, it is this ___ day of _____ 2007,

ORDERED, that the Consent Motion for Extension of Time is hereby GRANTED; it is

FURTHER ORDERED, that the Plaintiff's opposition to Defendant's motion for summary judgment is hereby enlarged to and including April 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Send copies of issued Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com


Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4112
Washington, D.C. 20530
email - karen.melnik@usdoj.gov