UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELARSE MONTGOMERY, JR.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 05-2157 (RMU) |
| ) | |
| **ELAINE CHAO,** ) | |
| Secretary of Labor, <u>et al.</u>, ) | |
| ) | |
| **Defendants.** ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully moves this honorable Court for an enlargement of time of one day to file his brief in opposition to defendant's motion for summary judgment, to and including April 16, 2007.  Appellant's brief is currently due on April 13, 2007.

The reason for plaintiff's motion is that his counsel has been inundated with the press of other business, including, but not limited to pretrial preparation for *Bryant v. Leavitt*, Civil A. No. 05-00250, a trial set for the week of April 16th through 19th in the U.S. District Court for the District of Columbia, along with the taking of depositions in *Stebbins v. Roberts*, Civil Action No. 2006 CA 002902 M (D.C. Super. Ct.).

Counsel for defendant indicated that defendant consents to the enlargement of time sought in this motion.

Respectfully submitted,

_____/S/_____
David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff