UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELARSE MONTGOMERY, JR.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELAINE CHAO,** )<br>Secretary of Labor, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2157 (RMU) |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Extension of Time, and for the reasons stated therein, and the entire record herein, it is this ___ day of _____ 2007,

ORDERED, that the Consent Motion for Extension of Time is hereby GRANTED; it is

FURTHER ORDERED, that the Plaintiff's opposition to Defendant's motion for summary judgment is hereby enlarged to and including April 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

Send copies of issued Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com


Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4112
Washington, D.C. 20530
email - karen.melnik@usdoj.gov