UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELARSE MONTGOMERY, JR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 05-2157 (RMU) |
| ) | |
| ELAINE CHAO, Chairwoman,   ) | |
| Pension Benefit Guarantee Corp. et al.,   ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply in support of their motion for summary judgment. In support of this request, the defendants state as follows:

1. The defendants' reply in support of their motion for summary judgment is due to be filed on April 30, 2007.

2. Due to the undersigned Assistant's heavy caseload, the defendants do not expect to have a reply drafted and reviewed for final filing by the current due date.

3. The defendants are requesting an additional thirty (30) days in which to file their reply in support of motion for summary judgment. The plaintiff filed two consent motions for extensions of time in which to file their opposition, which the Court granted.

4. Pursuant to LCvR 7(m), the defendants have contacted the plaintiff's counsel, Richard Swick, who stated that plaintiff consents to this motion.

Wherefore the defendants request until May 30, 2007, to file a reply in support of motion for summary judgment. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELARSE MONTGOMERY, JR., )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>ELAINE CHAO, Chairwoman, )<br>Pension Benefit Guarantee Corp. <u>et al.</u>, )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 05-2157 (RMU) |

<u>ORDER</u>

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time to file a reply in support of motion for summary judgment, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until May 30, 2007, to file a reply in support of motion for summary judgment.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

David H. Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530