UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DELARSE MONTGOMERY, JR., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2157 (RMU) |
| | : | | |
| v. | : | Document No.: | 14 |
| | : | | |
| ELAINE CHAO, Chairwoman of the Pension Benefit Guaranty Corp. *et al.*, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

**GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 26th day of June, 2007,

**ORDERED** that the defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge