UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELARSE MONTGOMERY, JR. )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>ELAINE CHAO, Chairwoman )<br>Pension Benefit Guaranty Corp. et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-2157 (RMU) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that plaintiff, by and through his below-signed counsel of record, does hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on June 26, 2007 by Ricardo M. Urbina, United States District Judge for the District of Columbia entering judgment in favor of defendant Elaine Chao, Chairwoman of the Pension Benefit Guaranty Corporation against plaintiff DeLarse Montgomery pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Memorandum Opinion of the District Judge setting forth the reasons for entering said judgment entered the same day.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorney for Plaintiff

RECEIVED

JUL 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing plaintiff's notice of appeal was served upon defendant by mailing a copy thereof to her attorney of record, Karen L. Melnik, Assistant U.S. Attorney, 555 Fourth Street, N.W., Room E-4112, Washington, D.C. 20530 on the 18th day of July, 2007.

Taisha J. Hayes